IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

BRIAN ERSKINE,                              )
                                            )
                 Plaintiff,                 )
                                            )
v.                                          )          Case No. _____
                                            )
FORREST FENN,                               )
                                            )
                 Defendants.                )
                                            )

## AFFIDAVIT OF BRIAN ERSKINE
## IN SUPPORT OF EXHIBITS ATTACHED AND FILED WITH COMPLAINT

STATE OF ARIZONA          )
                          )
County of Yavapai         )

I, BRIAN ERSKINE, being first duly sworn, state and allege as follows:

1.  Attached as Exhibits are true and accurate representations or copies of:

    1.  Press articles, press excerpts, or press citations (Exhibits 1, 2, 6, 9)

    2.  Defendant's Memoir excerpts (Exhibits 2, 3, 5)

    3.  Affiant's (Plaintiff's) own work (Exhibits 4, 5, 7, 8) including:

        1.  a photo Affiant took of the "Location" ("Photo") August 20, 2018 at 9:27 AM MDT

        2.  Affiant's "selfie" taken near N. M. S. P. headquarters in Santa Fe, N. M. August 27,

            2018, at 9:11 AM MDT

    4.  Dictionary definitions and definition excerpts (Exhibit 10)

5. A letter from Defendant's New Mexico counsel, in and pertaining to a previous suit, to which Affiant (Plaintiff in this suit) was never admitted by that previous Court, as contextualized in the Complaint (Exhibit 11)

6. A list indexing the Exhibits identical to the list in the Complaint

Prepared with Exhibits Attached and Filed with Complaint in *Erskine v. Fenn*

Respectfully submitted,

Brian Erskine, Affiant

1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

SUBSCRIBED AND SWORN to before me, the undersigned Notary, this _26 TH_ day of

_MAY_____, 2020, by BRIAN ERSKINE

_____
Notary Public

_09 - 22 - 2023_
My Commission Expires

DANIELLE MACKAY
Notary Public - State of Arizona
YAVAPAI COUNTY
Commission # 570699
Expires September 22, 2023

## LIST OF EXHIBITS

1.  Main jurisdiction and venue support
2.  Defendant's Poem (Quest Contract main written form) and Quest Region map
3.  Defendant's Memoir pp. 145-146 (Drawing; repeated, enlarged)
4.  Plaintiff's Location Photo (Photo) and annotated Location area map
5.  Plaintiff's summary visual evidence of Quest solution (Drawing, Photo, Overlay, Plaintiff's annotations)
6.  *Westword* article featuring Defendant's 'log' reference with list citing other press articles making similar reference
7.  Plaintiff's illustrated, annotated Quest solution (written evidence, or how the Location is determined), with photo evidence of trip to present to N. M. S. P.
8.  Plaintiff's *True West* draft submission further expressing the solution
9.  Other press articles cited in the complaint
10. Key definitions excerpted from dictionaries: "title," "ownership," "possession," "custody," "abandonment," "give"
11. Threat Letter

# EXHIBIT 1

# Main Jurisdiction and Venue Support

SUBSCRIBE

STORE

SUPPORT

SUBSCRIBE

THE ARCHIVES

DIGITAL FEATURES

MY ACCOUNT   BLOG

TRUE WEST
HISTORY OF THE AMERICAN FRONTIER

THE BOB BOZE BELL BLOG

## Forrest Fenn, 2014 True Westerner Award Winner!

February 25, 2014 | TW Editors | f ✈

2014_True Westerner Award Invitation



You're cordially invited to attend a reception to honor Forrest Fenn for his True Westerner Award!

Saturday, March 15 from 5:30 p.m. to 7:00 p.m. At Arizona Inn in Tucson, Arizona.

Tickets are $25.00 and must be purchased in advanced.

Click here for tickets.

*True West* Magazine will present Forrest Fenn, the longtime

*True West* Magazine will present Forrest Fenn, the longtime Western artist whom *Newsweek* called a "real-life Indiana Jones," his *True Westerner Award* at an invitation-only gala held from 5:30 p.m. to 7:00 p.m. at Arizona Inn in Tucson, Arizona, on Saturday, March 15.

Bob Boze Bell, executive editor of *True West*, will present Fenn a bronze sculpture by Ed Reilly of Prescott. The award is handed out in recognition of an individual for his contribution to and preservation of America's Western heritage.

Fenn was chosen because the longtime Santa Fe, New Mexico, collector, entrepreneur, author and artist stoked the national media fires last year with his $1 million hidden treasure hunt, which, by the way, has yet to be found. *True West* covered the story in its November 2013 issue.

Fenn first invited readers to seek out his hidden treasure with the 2010 publication of his book, *The Thrill of the Chase*. Looking ahead, 83-year-old Fenn continues to share his love of Western art and lore in his online store, Old Santa Fe Trading Company. His memoir, *Too Far to Walk*, was released in September 2013, with an updated *Thrill of the Chase* map.

The inaugural "True Westerner" award went to Oscar-winning screenwriters Larry McMurtry and Diana Ossana at the Tucson Festival of Books in March 2013. After McMurtry attended the event last year, the author blogged: "As awards ceremonies go, this one was particularly enjoyable. Low key and little fanfare. Old friends numbered among the guests: Michael Wallis, author of a number of fine books, including the biography *Pretty Boy Floyd*, and Steve Harrigan, born in Oklahoma but raised in Texas and a former editor at *Texas Monthly*. It was gratifying to see them appear." Read McMurtry's blog on receiving the inaugural "True Westerner" award.

SUBSCRIBE



STORE

SUPPORT

SUBSCRIBE

THE ARCHIVES

DIGITAL FEATURES



THE
BOB BOZE BELL
BLOG

**TRUE WEST**
HISTORY OF THE AMERICAN FRONTIER

MY ACCOUNT   BLOG

# True Westerner of 2014

March 17, 2014 | TW Editors | f 𝕏

*True West* Magazine presented Forrest Fenn, whom *Newsweek* called a "real-life Indiana Jones," his *True Westerner Award* at an invitation-only gala held from 5:30 p.m. to 7:00 p.m. at Arizona Inn in Tucson, Arizona, on Saturday, March 15, during the Tucson Festival of Books.

Guests included Howard Terping, whose Western artworks have sold for more than $1 million; Craig Johnson, author of the Longmire series that informs the A&E show; Sam Gwynne, author of *Empire of the Summer Moon*; Stephen Harrigan, author of *The Gates of the Alamo*; Victoria Wilcox, author of a Doc Holliday trilogy; John Langellier, director of Arizona Historical Society's Central Division based in Tempe.

Upon receiving his award, Fenn told guests how he had just, the weekend before, flown to a party at Suzanne Somers' home in Palm Springs. When he arrived, his greeter was actor George Hamilton, who wanted to know about the hidden treasure and couldn't stop asking questions about it! Singer Barry Manilow, who remembered Fenn from his gallery days, also wanted to talk treasure. Seems everyone has caught the treasure bug!

Bob Boze Bell, executive editor of *True West*, presented Fenn a bronze sculpture by Ed Reilly of Prescott. The award is handed out in recognition of an individual for his contribution to and preservation of America's Western heritage.

Fenn was chosen because the longtime Santa Fe, New Mexico, collector, entrepreneur, author and artist stoked the national media fires last year with his $1 million hidden treasure hunt, which, by the way, has yet to be found. *True West* covered the story in its November 2013 issue.

The 83-year-old Fenn first invited readers to seek out his hidden treasure with the 2010 publication of his book, *The Thrill of the Chase*. His memoir, *Too Far to Walk*, was released in September 2013, with an updated *Thrill of the Chase* map.

The inaugural "True Westerner" award went to Oscar-winning screenwriters Larry McMurtry and Diana Ossana at the Tucson Festival of Books in March 2013.



Forrest Fenn and his grandson, Shiloh Old.



Howard Terping, Forrest Fenn and Bob Boze Bell.



Meghan Saar, Forrest Fenn and his award, BBB, Stuart Rosebrook and Greg Carroll.

# EXHIBIT 2

# Defendant's Poem (Quest Contract written form) and Quest Region map

13

*POEM*

As I have gone alone in there
And with my treasures bold,
I can keep my secret where,
And hint of riches new and old.

*STANZA 1ST*

Begin it where warm waters halt 12°
And take it in the canyon down,
Not far, but too far to walk.
Put in below the home of Brown.

*2ND*

From there it's no place for the meek,
The end is ever drawing nigh;
There'll be no paddle up your creek,
Just heavy loads and water high.

*3RD*

If you've been wise and found the blaze,
Look quickly down, your quest to cease,
But tarry scant with marvel gaze,
Just take the chest and go in peace.

*4TH*

So why is it that I must go
And leave my trove for all to seek?
The answer I already know,
I've done it tired, and now I'm weak.

*5TH*

So hear me all and listen good,
Your effort will be worth the cold.
If you are brave and in the wood
I give you title to the gold.

*6TH*



# EXHIBIT 3

# Defendant's Memoir's epilogue illustrations, Memoir pp. 145-146 (Drawing)

PP. 145-146

(R)

# EPILOGUE

Now as I look back with the vision of seventy-nine years to lean against, I wonder what I've learned. I've learned that having enough things come to mind. I've learned that having enough money is much better than having a lot of money, because casual cash propagates idle fingers. And I've learned that anguish wrought by misdeeds made in later life comes in larger doses than with misdeeds made in adolescence. Only an experience can teach thoroughly and with a speed that is not always available in the classroom. Embarrassing incidents educate the best and the fastest and can come with a lasting sting. And what I've learned that's most important is that both countries and people should know enough to just leave other folks alone and do a better job of protecting our planet.

My father was a dedicated educator and he went about his day as adroitly as any of the best in his time. At age eighty-three he took his own life in order to defeat a cancer that had chewed on his pancreas for too long. He was not going to let it beat him. I admired him for making such a sensible and brave decision. His funeral was held at the large First Baptist Church in Temple, Texas, and he had it all planned: who the pastor would be, who would sing which songs, what kind of flowers he wanted and who should sit where.

(L)

# EPILOGUE

The sanctuary was filled and maybe a hundred friends were standing outside, hoping to hear the words that were being spoken with such passion and eloquence. The preacher said that it was probably the largest crowd he had ever seen at a funeral. It was a testimonial to who my father was and how his life affected nearly all humans with whom he mingled. I can't remember how many times, when walking down the street with my father, a man would come up to us and say, "You're Mr. Fenn, aren't you? You gave me a few spankings when I was in junior high." My father would always ask, "Well, did you deserve the spankings?" The man would grin, "Well, yes." "Then I'm glad I gave you the lickings because you look like a fine man now." That's what my father always said. He had it down. Most likely the other guy would mumble something like, "I just wanted to shake your hand," and they both would smile as life continued.

His name was William Marvin Fenn. He molded so many lives and made such a huge and far-reaching impact on the local society that I was sure everyone would remember him forever. Yet when I looked him up on Google I discovered that he's buried



TURN PAGE 145 to 146

when I looked him up on Google I discovered that he's buried