# EXHIBIT 4

# Plaintiff's Photo (Photo) and map of where taken

# *National Treasure (2004) feature film*

### starring Nicholas Cage, directed by Jon Turteltaub, produced by Jerry Bruckheimer

In a 2013 interview, celebrity author and actress Suzanne Somers stated, "Forrest Fenn is a national treasure." Not only is this a reference to the 2004 movie *National Treasure*, starring Nicholas Cage and directed by Jon Turteltaub, but also the Fenn treasure location is in a national forest. Promotional material for the film features the Eye of Providence, matching the Colorado state seal. The name Turteltaub indicates: 1) Turtle, and 2) *die Taube* as the German word for *dove*, the bird of peace. Chief Ouray was the peacemaker, while the name of his wife Chipeta – also an accomplished diplomat, who also met with Presidents – translates as "White Singing Bird." In "turtle dove" is indicated *a turtle in close proximity to Ouray*. The film also references an Ottendorf cipher, in which three-digit numbers derive from texts, such as "too far to walk" as "2-4-2."



## *National Treasure* (film)

From Wikipedia, the free encyclopedia

*This article is about National Treasure Franchise. For other uses, see National Treasure (film series)*

**National Treasure** is a 2004 American adventure heist film produced and released by Walt Disney Pictures. It was written by Jim Kouf and the Wibberleys, produced by Jerry Bruckheimer and directed by Jon Turteltaub. It is the first film in the *National Treasure* film series and stars Nicolas Cage, Harvey Keitel, Jon Voight, Diane Kruger, Sean Bean, Justin Bartha and Christopher Plummer.

Cage plays Benjamin Franklin Gates, a historian and amateur cryptologist searching for a lost treasure of precious metals, jewelry, artwork and other artifacts that was accumulated into a single massive stockpile by looters and warriors over many millennia starting in Ancient Egypt, later rediscovered by warriors who form themselves into the Knights Templar to protect the treasure, eventually hidden by American Freemasons during the American Revolutionary War. A coded map on the back of the Declaration of Independence points to the location of the National treasure, but Gates is not alone in his quest. Whoever can steal the Declaration and decode it first will find the greatest treasure in history.

*National Treasure* was released worldwide on November 19, 2004. The film received mixed reviews from critics, but was a box office success, grossing over \$347 million worldwide.

A sequel, titled *National Treasure: Book of Secrets*, was released in December 2007.

**Contents** [hide]
1 Plot
2 Cast
3 Production
  3.1 Development
  3.2 Filming locations
4 Soundtrack

Celebrity author and personality Suzanne Somers, 2013:
"Forrest Fenn is a dear dear friend for over 30 years and is a major national treasure."

Note that the Fenn treasure site is also in a national forest

eye in triangle
director: J. Turteltaub

Directed by   Jon Turteltaub
Produced by   Jerry Bruckheimer
              Jon Turteltaub

Turteltaub: turtle and dove
*die Taube:* German for dove
Turtle blaze at box office
Ouray nearby, named for
Chief Ouray "the peacemaker"
Dove is symbol of peace

Ben and Riley return to Washington D.C. decides to steal the document himself to preservations room and obtains the Decla Declaration when the clerk mistakes it for pursues Ben and steps back the docume Agent Sadusky begins tracking Ben down Unable to return home, the trio goes to P. trap discovering Ben that the treasure is Ottendorf cipher written in invisible ink. W Benjamin Franklin. Patrick formerly owne message pointing to the bell tower of Indi Following the point on the opposite wall o

**Film plot summary references**
**"Ottendorf cipher" in which text encodes three-digit numbers**
**("too far to walk" = 2-4-2)**

https://en.wikipedia.org/wiki/Book_cipher

• In the 2004 film *National Treasure*, an Ottendorf cipher" is discovered on the back of the U. S. I
  • The protagonists of the Matthew Reilly novel *The Six Sacred Stones* used a book cipher to send
  but the messages were sent via a *The Lord of the Rings* forum to make the key text harder to id
• In *Lost Mystery of the Island*, a series of four Jigsaw puzzles released in 2007, Ottendorf cipher
  show to the fans.
• "The Father King", a two-part episode of *Criminal Minds*, features an Ottendorf cipher brought to
  cipher was part of a larger puzzle to find a girl who had been missing for two years. The key tex
• *Burn Notice* (episodes "Where There's Smoke" and "Center of the Storm", 2010): Michael Wests
  becomes part of the season plot to track an organization starting vars for profit as Michael tries
  in the episode "The Road Banner" of the BBC series Sherlock, Sherlock Holmes searches for a
  communicate with dead agents and with each other through graffiti messages. He eventually fin
• in the film *Unknown* (2011), Prof. Bressler's passwords are obscured by an Ottendorf cipher:
• In *The UnK* episode "Paradise Lost", Jonas Blane (aka Snake Doctor) uses a book code from th

13

# *SOLUTION KEY: SLOPE*

*Epilogue illustration*

The below illustration by Allen Polt is found in the epilogue of *The Thrill of the Chase*. Like the story of Captain Kidd following the poem, the abrupt illustration without text or context suggests clues.

Details in the annotated illustration below include stumps, the dove in the moon, and the turtle's head peeking from behind the dove, "south of the dove" as it were, just as the correct site is found at the "turtle blaze" south of Ouray. A bird's nest is made of brushy wood, just as the correct site includes an isolated, prominent bush high on a slope. To the right of the dove's head, the stars arrange to read "45." The figure of a man looks up at a 45° angle. At the same angle extended from his right hand is found a star with a pronounced ">" or arrowhead shape, at which the dove also looks. The figure's garb, which forms an "F" shape on his chest, more resembles that of a fisherman than a logger, particularly the footwear, suggesting identification with Fenn, who is known to enjoy fishing. Loggers typically wear ankle-high boots with steel toes, not knee-high solid rubber black boots suited to wading, and do not wear overalls or waders. Note his tall presence slightly behind and to the right of the stump, holding a thin-handled ax vertically. The triangular marks at the base of many stumps have a recurring quality, while 45 is also a "triangular number." Finally, note the thin vertical line extending upward from the triangular mark on the stump on which the right boot of the figure rests.



**Note that left and right edges of the illustration were "copied in" (or "photoshopped") and that the original spans roughly from the moon at left to the figure at right. This was done to increase the stump count to 23 and to make the moon the 24th object in the image.**

***Bows, arrows, slopes***

Below, note the crescent or lune shape of the correct site on the west bank of the Uncompahgre, within the "eye of the turtle." The lune is rotated (by 45°) in the same direction as the moon in the epilogue illustration. Its shape is similar to a bow, a weapon used by Native American warriors or "braves." The northern area of the lune contains the "forest fen." The area at the widest part of the lune is a slope, a partial collapse of the cliff wall.



As noted, two fire pits, or "blazes," are found on the east bank. One is found on the gray embankment at the first hairpin in OCR 18 (marked at top left center) and the other roughly at the gold circle. The gold line extends 242° from that circle. The name of Chief Ouray means "arrow" and the above map, when marked with the location of the fire pit and the 242° line, seems to show an arrow being fired through a bow, at the upward angle a real arrow would be loaded. Also, every 45th word of the 166-word poem is: "walk down now," describing how to access the site, initially from the embankment and later from the gold circle by walking along the path of the line.

The lack of a box in what seems clearly the correct area might be related to the 23 artlessly identical stumps found in the epilogue illustration, often with the same dark triangular notch in front. After 23 lines of poetry, the reader is "stumped." Chopping wood is productive, methodical work performed bit by bit, similar to the mental effort of puzzle solving. Suddenly, as if in line 24, when the turtle, dove, nest, crescent, and other features are accurately perceived, treasure is manifest: "I give you title to the gold."

**The solution is the slope, found along the gold line. Refer to the epilogue illustration and the above satellite map, with the gold circle and gold line, when viewing the photos below.**

The below photo shows the view as if from the gold circle, or from the second fire pit, while looking as if along the gold line.  Found both at the center the lune and between two river bends ("double omega"), with one bend visible below, this location will be termed the "slope" and this photo the "slope photo."



As noted above, "scant" is stonemason's trade jargon for a slab.  The fire pit at the gold circle is full of tarry rocks, the residue of campfires.  Above the center of the slope is a dark rock feature in the shape of an arrowhead pointing down.  At lower center, a boulder casts a dark shadow: "scant" next to a "tarry" color.  This feature resembles not only an ancient Greek rock tomb entrance, as if for a classical hero, but also the shadow matches the recurring triangular mark found on stumps in the epilogue illustration.  The rocky slope at left is a ramp of scant.  The tall, thin tree in front of the cliff wall, behind and to the right of the boulder, recalls Aeneas and the golden bough and in composition is similar to prominently vertical aspects of the epilogue illustration, including the figure and the ax.  When compared, the triangular mark and vertical line on the stump would scale to the shadow next to the boulder and the tall tree behind.

16

**As conclusive visual proof, the original epilogue illustration scales to match the slope photo.** The slope is "starry cant with gravel maze" – a slope ("cant") with stars above indicating its angle (45°), whose surface is composed of rocks bound by roots and branches of bushes growing downward parallel to the slope, forming a dense, impenetrable ground cover.



"Don't go anywhere a 79 or 80 year old man couldn't go." – Fenn, October 3, 2012

Fenn had *The Thrill of the Chase*, with its epilogue illustration by Polt, published in January 2010. Erskine, who solved the quest, took the slope photo in August 2018. Because the illustration derives from a natural outdoor scene (not the other way around), *Fenn, who commissioned the illustration, must have taken a similar photo before 2010, proving that Fenn was at the site while planning the quest.*

17

Returning to the poem:

*If you've been wise and found the blaze* (the second fire pit, at the gold circle above)
*Look quickly down, your quest to cease* (walk 242° along the gold line, toward the boulder, the tree, and the black rock mark on the cliff)
*But tarry scant with marvel gaze,* (and starry cant with gravel maze)
*Just take the chest and go in peace* (go to Ouray, the nearby town named after the Ute peacemaker)

"Tarry" refers not only to the rocks in the fire pit, the black shadow cast by the boulder, or the black rock on the cliff face behind the slope, but also to…

### Wyandot Chief <u>Tarhe</u> and the Battle of Fallen Timbers

…the Wyandot chief, Chief Tarhe, who with Native American allies and Canadian militia suffered defeat by American forces under General "Mad Anthony" Wayne at the decisive Battle of Fallen Timbers in 1794. After this battle, General Wayne advanced to Kekionga, capital of the Miami nation, and built Fort Wayne on its site. The 1795 Treaty of Greenville concluded this war, effectively the first of the wars in the American history of "how the West was won." Recalling the turtle theme, note the repeated turtle emblems found at the top of the Wyandot Nation webpage about the history of Chief Tarhe, certain details of which feature below.



The phrase "in the wood" from the poem, the 23 stumps in the epilogue photo, and the thick tangle of riparian willows at the site all evoke the name of that battle, fought amid tornado-toppled trees behind the Maumee River at a site now found in suburban Toledo. This river's basin, before it was drained and farmed by American settlers, was known as the "Great Black Swamp," a vast, forested fen. Among Native American leaders in the battle were Chief Little Turtle of the Miami, Chief Turkey Foot of the Ottawa, and Chief Roundhead also of the Wyandot, repeating the turtle theme and matching the circularity of the head of the figure in the epilogue illustration. The Wyandot, also known as the Huron, figure prominently in *The Last of the Mohicans*, referenced above. When Fenn stated that the treasure is more than 300 miles west of Toledo, it was a clue referring to the location of this battle.

As in the slope photo, Chief Tarhe's name means "tall tree" as he was of great height. Reputedly, he also was a man of great character. The Wyandot fought with valor in this battle – a reference to "brave," or "as if their backs were to the wall," like the site. Chief Tarhe sustained a serious wound – in the elbow, just as the river bends at the slope. Chief Turkey Foot fell near a large rock at the riverside, preserved in front of a tall marker in the battle's memorial park. Examination of the facing side of the boulder in the slope photo reveals a "turkey foot" pattern, where the long central toe points roughly at the tree. Despite the later leadership of Tecumseh, this battle broke local Native American power and drove Tarhe to a statesmanlike peace posture and to side with the United States, similarly to Chief Ouray decades later.

General Wayne is associated with the 1792 establishment of a permanent American military and with recovery from the worst combat result in American history, St. Clair's Defeat. Fenn was a combat pilot in Vietnam, shot down twice. The Vietnam War represented a negative outcome for America and its

allies, requiring cultural adjustment for America and personal recovery for its veterans.  The heavy helicopter the Army used during the Vietnam War to retrieve downed aircraft by cable hoist was the Sikorsky C-54 Tarhe.

Below is an 1868 map of the Battle of Fallen Timbers.  General Wayne's forces quickly routed the Native Americans, who fled toward Fort Miami, a British post sited downstream.  However, the fort was built on and into the bluff at a point dominating the river, giving the fort both river access and high ground, not incompetently as shown on the map where hostile forces on the bluff could dominate the fort.  Also, the arrow shown points roughly northeast, not north.  Regardless:



Note the (vividly but quasi-accurately) illustrated combat and retreat path of the "Indians," from the bluff, down to the river, and toward the fort.

Though the Northwest Territory already belonged by treaty to the United States, American control was not yet manifest – hence the war.  As noted above, it was at this battle that the Native Americans first started to lose their "treasure" – their Western land – to actual conquest by the independent United States.

**This map is similar to the "eye of the turtle" riverbank terrain of the slope photo.**

**If outdoors and not in Fenn's secure possession, the treasure likely will be found *where the "Indians" figuratively left, lost, or dropped it* – near the tall tree in the slope photo.**

*Referring to 23 stumps in the epilogue illustration and 24 lines in the poem, the battle site is next to a highway interchange in the shape of a cloverleaf – a symbol of good luck – at which U. S. 23, also Interstate 475, crosses U. S. 24.  The east-to-west route of U. S. 24 extends from Toledo through Fort Wayne, a 242° heading matching the path of General Wayne following victory at Fallen Timbers, to Colorado Springs – and Pikes Peak.  Also, immediately upstream from the battlefield is a true "home of Brown" – the Maumee River Wastewater Plant).*

When Fenn said in *Esquire* magazine that "the treasure chest belongs to *destiny*, it's part of *history*," those were also clues. **Clearly, he meant "manifest destiny" and "history" of the kind depicted below, in 1872.**



## *Public Safety, Risk, and Moral Empathy*

**This puzzle is tough.**  It might be widely assumed to be a scavenger hunt of limited dimension, in which a persistent searcher, at last having found and labored at the spot marked "X," finally would emerge from a woods, triumphantly hefting a jingling fortune.  Refuting any such self-validating belief is crucial.  The dauntingly complex solution represents an endurance and character test.

**Some have divined that reaching the indicated place requires crossing a river**.  The correct river is the Uncompahgre, at 9,000 feet altitude, where it is usually safe to ford in waders.  But just below the crossing point, the river chutes and rages, plunging into a gorge and showing how **casual searchers at the wrong rivers present perennial risks.**  Powerful rivers thread and scour the Rockies.  Personal responsibility aside, people routinely misapprehend risk, particularly the danger of water.  The treasure is dazzling and the word "brave" in the poem can mislead.  In the Rockies, rivers are most safely avoided at spring thaw, high water can persist through June, and some rivers never should be entered.  Yet searchers, who might lack experience with the humbling vastness of the region, often solve in winter, and come spring, are eager to start.  Because the map is not the territory, searchers make a paper plan, travel a distance to an area, and then having invested time, money, hope, and self, might take rash actions in unfamiliar terrain.  Drowning is not the only risk.  This quest appeals to the unprepared, drawing the vulnerable into outdoor difficulty – the more predictably, because it has already recurred.

After a period of wider publicity for the puzzle, at least four fatalities in rivers including the Rio Grande or Arkansas, or from falls, have ensued.  Costs and risks to rescuers have incurred, while regrettable absurdities have resulted.  In future, as the legend persists, the **foreseeable, open-endedly dangerous public safety dynamic** could become harder to contain.  Searchers, citing adventure and liberty, insisting that "no one has found the box," might reject advice to quit.  Authorities in four Western states, including sensitive places such as Yellowstone National Park, might be reacting to searcher mishaps – indefinitely.  This is all the more insupportable because of the hidden twist that **the quest, while real, leads to** *independent proof,* showing that treasure is not to be claimed when found abandoned outdoors.

For these and other reasons, including the high moral character of key figures such as Chief Ouray and Chipeta, who as Native Americans suffered for their identity yet protected and saved others regardless of identity, the public safety case made by New Mexico State Police Chief Kassetas and others is sound.  **With an accepted solution, the quest can conclude – positively, for all.**

## *The Quest of Aeneas, Classical Hero*

In his epic journey westward from Troy to Rome, **Aeneas is the dutiful tool of the gods,** pious in the Roman sense to the point of almost lacking free will.  He is the vessel of fate, respecting his destiny and subordinating emotions and desires.  He suffers personal losses and trials.  He also has help, **consistently has compassion and empathy for others,** and is family-focused.  An admirable and partly relatable character, Virgil intended him as a moral example to Romans.  Beset with auguries, omens, promises, threats, and guesses throughout the *Aeneid*, **the job of Aeneas is to realize fate honorably, to serve as a vehicle for a story larger than himself.**  Reading the whole *Aeneid* likely reveals other links to the quest, but to show one clear link: Fenn, whose writings show respect for his father, explicitly associates the box site with his own final resting place.  After Aeneas prays at the river boundary of Hades, where he will meet his father and seek counsel, two doves guide Aeneas through woods to seize a golden bough.[1]  The doves evoke Chief Ouray as peacemaker and Chipeta, whose name means "White Singing Bird."

### *The [Aeneid](#) of Virgil*
### *(Colorado State Motto: Line 777)*

*[752]* "First I seek again the walls and dark gateway by which I had left the city; I mark and follow back my steps in the night, scanning them with close eye. Everywhere dread fills my heart; the very silence, too, dismays. Then I turn homeward in case – in case she had made her way there! The Danai had rushed in and filled all the house. Forthwith the devouring fire rolls before the wind to the very roof; the flames tower above, the hot blast roars skyward. I pass on and see once more the citadel and Priam's home. And now in the empty courts of Juno's sanctuary Phoenix and dread Ulysses, chosen guards, watched the spoil. *Here the treasures from all parts of Troy, torn from blazing shrines, tables of the gods, bowls of solid gold, and plundered raiment, are heaped up;* boys and trembling matrons in long array stand round . . . Nay, I dared even to cast my cries upon the night; I filled the streets with shouts and in my misery, with vain iteration, called Creüsa again and again. As I rushed in my quest madly and endlessly among the buildings of the city, there rose before my eyes the sad phantom and ghost of Creüsa herself, a form larger than her wont. I was appalled, my hair stood up, and the voice choked in my throat. Then thus she spoke to me and with these words dispelled my cares: 'Of what avail is it to yield thus to frantic grief, *777*, my sweet husband? *Not without the will of heaven* [778] does this befall; that you should take Creüsa from here in your company cannot be, nor does the mighty lord of high Olympus allow it. Long exile is your lot, a vast stretch of sea you must plough; and you will come to the land Hesperia, where amid the rich fields of husbandmen the Lydian Tiber flows with gentle sweep. There in store for you are happy days, kingship, and a royal wife. Banish tears for your beloved Creüsa. I shall never look upon the proud homes of the Myrmidons or Dolopians, or go to be the slave of Greek matrons, I a Dardan woman and wife of the son of divine Venus; . . . but the mighty mother of the gods keeps me on these shores. And now farewell, and guard your love for our common child.' When thus she had spoken, she left me weeping and eager to tell her much, and drew back into thin air. Thrice there I strove to throw my arms about her neck; thrice the form, vainly clasped, fled from my hands, even as light winds, and most like a winged ream. Thus at last, when night is spent, I revisit my companions."[2]

[1] *Virgil. Eclogues, Georgics, Aeneid. Translated by Fairclough, H. R. Loeb Classical Library Volumes 63 & 64. Cambridge, Mass. Harvard University Press. 1916. Book Six, Lines 183-211.*
[2] *Ibid., Book Two, Lines 752-795.*





## *Conclusion*

**Presumably, the box remains with Fenn.** Publishing the solution aims to preserve true treasures – **life, health, public safety, and their ethical emphasis.** Likely Fenn will give the box only when and as he sees fit, and likely only to someone he judges worthy. Such a standard would reflect the good nature of Chief Ouray, Chipeta, Mears, Uncas, and even the epic hero Aeneas, all featuring in the quest. Showing character greater than obstacles and always seeing beyond themselves, all bore insecurity, danger, loss, pain, failure, conflict, and journeys for larger, wider, forward-looking goals, benefiting others.



*Ouray*
*98.2%*
*2,204 Bryan*
*38 McKinley*
*3 other*

*San Juan*
*98.8%*
*1,574 Bryan*
*17 McKinley*
*2 other*

*over 90%*

**Election of 1896**                    **Colorado, 4 EV**
W. J. Bryan **84.95%**          W. McKinley **13.86%**

A reporter approached and asked who [Bryan] thought would win the nomination. "Strictly confidential, not to be quoted for publication: I will be."

"I would be presumptuous, indeed, to present myself against the distinguished gentlemen to whom you have listened if this were a mere measuring of abilities; but **this is not a contest between persons. The humblest citizen in all the land, when clad in the armor of a righteous cause, is stronger than all the hosts of error.** I come to speak to you in defense of a cause as holy as the cause of liberty — **the cause of humanity**."

— William Jennings Bryan
Chicago
July 9, 1896



*We shall not cease from our exploration*
*And at the end of all our exploring*
*Will be to arrive where we started*
*And know the place for the first time –* T. S. Eliot

*"They never knew it was the chase they*
*sought and not the quarry."*
M. Secrest: *Duveen: A Life in Art,* 2004

23

# *Afterword*

The solver thanks Fenn, Polt, family, friends, the searcher community, the New Mexico State Police, and other public safety authorities. As of the date of this document, the solver has not significantly interacted with searchers online, has never met or mutually corresponded with Fenn, and has explored only the site and its immediate vicinity.

### *Montrose monuments*

The Ute Indian Museum is sited in a public park in Montrose. The park contains a peace pole surrounded by a low, circular stone wall, forming a circumpunct ☉, a traditional symbol of the sun and of the trail's end. The Ute band of which Chief Ouray was a leading member was called "Tabeguache" or "People of the Sun Mountain," now known as Pikes Peak. In the park are found both the tomb of Chipeta, who died in 1924, and an obelisk erected by the state in 1926 honoring Chief Ouray and Chipeta. Both tomb and obelisk align so two of four sides face 62° and 242°, confirming the treasure site.

### *"Who is John Galt?"*

A modern "epic hero" with subtle parallels to the quest merits mention: John Galt, the antagonist from *Atlas Shrugged* by Ayn Rand. He is a "mystery man," as the quest to answer the query "Who is John Galt?" defines the book, just as the one of the features of the Fenn quest entails wonder about who would solve it, or even about Fenn. Galt is a "rugged individualist," just as Fenn requires the solver to be "brave" and to "have moved with confidence." In the novel, motivated and organized by Galt, creative leaders of productive value and talent "strike" or secede from wider society, building a secret enclave or a kind of utopia, "Galt's Gulch," at a fictional location based on Ouray. Galt's love interest, protagonist and rail baron Dagny Taggart, a "powerful mover and shaker," envisioned Galt as an ideal man "at the end of the railway," just as Ouray was a rail spur terminus. Taggart eventually names a Colorado spur of her railway the "John Galt line." When Galt finally emerges, he openly opposes the idea that individuals must be responsible for each other. Taggart identifies with him, suggesting others also do by answering the central question, "We are!" and endorsing Galt's philosophy, which of course reflects Rand's.

Given the puzzle's resonance as an individual quest for treasure, it makes sense that the solution leads to Galt's Gulch. This matches both Fenn's character and the individualist, unforgiving character of much nineteenth-century mining in the San Juans. However, while Galt has a certain appeal as an epic archetype, in reality we can't just "go Galt." We are inescapably and purposefully responsible for each other, both in moral principle and in practice. Chief Kassetas and others are right that we must care, and must act, when people are repeatedly, predictably, open-endedly risked, injured, or killed pursuing recreational quests and misapprehended goals by distorted means. It is our moral duty to care, to put their well-being first: as noted earlier, Fenn states, "we are all here for the pleasure of others" – to serve and protect others, to achieve greater aims, higher goals beyond ourselves.

### *It all adds up*

The positive integer values of the longitude and latitude of the correct site are 107° (W) and 37° (N). These sum to 144. The poem contains six stanzas and 24 lines, two numbers that have other significance for the solution. Their product is also 144.

**Some other clues:**

Fenn said in an interview: "Many have given serious thought to the clues [but] few are in tight **focus** with a word that is **key**." *"Focus" refers to an eye, and "key" to the oblong word shaped like a key ("I").*

The box is "wet by now" because of "physics" *presumably because it is on a slope down which water flows.* A person could "get on a bike and go get it" *because people drive motorized dirt-bikes on OCR 18.* When Fenn stated that the box is *not* in close proximity to a *human* trail, he begged the next question ("So what kind of trail is it near?") *The correct inference is that the box is close to natural trails* (Climax Creek, Uncompahgre River). Finally, Fenn advised involving children in the effort not only for fun, *but because children enjoy homophones, view maps and see turtles, and use the word "cold" to mean "keep looking."*

When Fenn cited "the end of my rainbow and my treasure" he referred to the Silverton Railroad, the Rainbow Route. Owned by Mears, this narrow-gauge line terminated below Abrams Mountain, near Albany Gulch, in Ironton Park at (37.9627, -107.6616). The plan was to link to Ouray, but terrain proved prohibitive and the Panic of 1893 busted the effort. The former rail terminus and the box site are located below the same peak.

In online recreational panoramic film footage of Lake Como, the crest of Brown Mountain (peak) rises in the background after 1:10 while the source of Cement Creek (not visible) lies just beyond the ridge behind the lake. Uncompahgre River headwaters appear after 1:30, a view down the gorge into Poughkeepsie Gulch appears after 2:00, and entry and exit points to the lake – **warm waters, halting** – appear in a remarkable overhead view at about 3:25.



Drone footage of Lake Como, Colorado

**Comprehensive knowledge:**

The solution derives deductively, inductively, and abductively, using logic, art, and creativity. Accuracy, persistence, and grit are required. Navigation and spatial skills must work together. Integrated and ethical reasoning are needed. Self-validation, and validation by email, are unavailable. A person must venture, follow through, and push for truth, risking treasure to achieve more, just as Fenn has. He states, "We are all here for the pleasure of others" – to serve and protect others, to achieve greater aims, transcendent goals beyond ourselves.



*State Seals*

**COLORADO:** *Nil sine numine*
"Nothing without the will of the deity."

**ARIZONA:** *Ditat deus*
"God enriches."





