# EXHIBIT 7

# Plaintiff's Quest solution and evidence of its presentation to N. M. State Police

# *FENN SOLUTION*



## *by Brian Erskine*
### *kattigara@gmail.com*

*"If I cannot move heaven, I will raise hell."* – Virgil, *The Aeneid of Virgil, Book Seven, Line 312*

October 2018 / Copyright June 2019, All Rights Reserved

## *Foreword*

A famous public puzzle has motivated thousands to seek hidden treasure by researching and exploring the western slopes of the American Rockies.  Forrest Fenn, of Santa Fe, created the puzzle as a quest roughly a decade ago.  Fenn is an artist and retired art dealer, a best-selling author, an archaeologist and conservationist, and an Air Force veteran combat pilot.  After years of planning, he composed the puzzle into the form of a short poem defining a specific location, and publicized the quest.

**The cover image depicts that location while proving the solution.**  The image is a superimposition of an illustration onto a photo.  The photo was taken in August 2018 by Brian Erskine, the solver, below Abrams Mountain along the Uncompahgre River south of Ouray, Colorado.  The illustration, created by *Wall Street Journal* and Western artist and portraitist Allen Polt, is found in the epilogue of Fenn's book *The Thrill of the Chase*, published in January 2010.  The visible match or alignment places Fenn, who commissioned the illustration, at the site of the photo before January 2010 while creating the quest.

More proof is detailed below, including in the Colorado state seal.  The poem and puzzle are artistic masterpieces, referencing geography, history, literature, character study, and more, all with profound literary significance.  **The solver has not found any treasure and welcomes that anyone might search.**

## *Poem*

As I have gone alone in there
And with my treasures bold,
I can keep my secret where
And hint of riches new and old.

Begin it where warm waters halt
And take it in the canyon down,
Not far, but too far to walk.
Put in below the home of Brown.

From there it's no place for the meek,
The end is ever drawing nigh;
There'll be no paddle up your creek,
Just heavy loads and water high.

If you've been wise and found the blaze,
Look quickly down, your quest to cease,
But tarry scant with marvel gaze,
Just take the chest and go in peace.

So why is it that I must go
And leave my trove for all to seek?
The answers I already know,
I've done it tired, and now I'm weak.

So hear me all and listen good,
Your effort will be worth the cold.
If you are brave and in the wood
I give you title to the gold.

## *Solution*

The Fenn poem indicates some place on the western slopes of the American Rockies where ostensibly was hidden a shoebox-sized treasure ("box").  A public challenge to find a small box in a vast region implies that that place must be specific, limited in size and extent, and relatively accessible.  The puzzle is solved only when such a place or "site" (37.986555, -107.647828) derives from perusing its text.

The solution follows the poem, presenting a clear chain of evidence.  Evidence culminates in robust independent proofs both by the cover image and by linking to the Colorado state seal.  The state motto on the seal derives from another epic quest also supporting the proof: the *Aeneid* of Virgil.  Both solving for and exploring the indicated site are required.

> Words of unusual definition are marked with an asterisk * as cited in *Merriam-Webster*.

*As I have gone alone in there*
*And with my treasures bold,*
*I can keep my secret where,*
*And hint of riches new and old.*

The site is in a place of a past mining boom.  Though the first stanza contains little specific information, it proves crucial that the poem contains six stanzas, 24 lines, and certain quantities of words.  Translating this stanza into Spanish, two observations aid in decoding the second and fifth stanzas.  First, the poem would begin "*Como he ido solo allí,*" identifying Lake Como as the starting point.  Second, "I… alone" and the sound of "*solo allí*" connote "a single eye," later shown to be the eye of a turtle.

*Begin it where warm waters*

"Warm waters" means the Uncompahgre River, tributary of the Gunnison River of scenic Black Canyon fame.  This river rises in Colorado, in the San Juan Mountains north of Silverton, flowing north through a former mining area.



COLORADO
Uncompahgre River



3

From a Ute dialect of the Colorado River Numic language, "Uncompahgre" translates as "warm flowing water." Agglutinative like many Native American languages, the "pah" syllable means "water." Native American words are common among American place-names. Fenn's advice to develop "comprehensive" geographic knowledge, and his "umbilical" attachment to a place sustained by water, evoke "Uncompahgre" by allusion and imperfect rhyme, indicating that other clues are similarly unlocked. Sources for the selected translation include 5280 magazine.



> **halt**
>
> As the first stanza begins in Spanish, Lake Como (37.9229, -107.6247), above Silverton, is a small lake, in which waters of the Uncompahgre River pause, from their alpine source (37.9196, -107.6200), before…

*And take it in the canyon down,*

…flowing north from Lake Como, into the lengthy Uncompahgre Gorge, beginning with Poughkeepsie Gulch (37.9567, -107.6260).

*Not far, but too far to walk.*

The Uncompahgre River flows north toward Ouray. U. S. 550 (nicknamed "Million Dollar Highway") and jeep trails connect Silverton and Ouray, about 23 miles apart. Prohibitive terrain prevented the two towns from directly connecting by rail in the nineteenth-century "mining boom" era.

Otto Mears, a Jewish immigrant from a Baltic province of the Russian Empire, earned the title "Pathfinder of the San Juans" as one of the "founding fathers" of Colorado. A fascinating character with a varied background, he came to farm wheat in Saguache and then developed toll roads, originally for flour mill access and later more generally and widely by legislative charter, including the predecessor to U. S. 550. The toll at the Bear Creek bridge (38.0000, -107.6600) on that route – at the 38th parallel, of Korean fame – was $5, or *well over $100* today.

Anticipating development, Mears built roads to an engineered standard, serving as foundations for rail and catalyzing mining.  He invested in rail lines near Silverton, served as a Presidential elector in 1876, and organized the donation of gold leaf for the capitol dome in Denver.  The Panic of 1893 ruined Mears, and he left the state.

By any route, the indicated distances are too far to walk comfortably.  However, the phrase also has a second, crucial meaning: **"too far to" as "2-4-2" (242°).**  To Fenn, a veteran pilot, this is a **WSW heading.**

*Put in*

* Put in: spend productive time (in this search, exploratory or "boots on the ground") – as in, "Smith got the big promotion by *putting in* long hours at the office."  Or, the box itself was also "put in [place] below the home of Brown."

*below the home of Brown.  From there*

Brown Mountain (37.9206, -107.6370) is the * home (source) of Cement Creek (37.9135, -107.6310).  Flowing south through Silverton parallel to a former railroad, its waters are brown from mineral content.  Residents refer to Cement Creek by its observed color.  Lake Como and Uncompahgre River headwaters are also found below Brown Mountain.

The name "Brown Mountain" refers *both* to a *single peak* and to a north-south *ridgeline of nine consecutive peaks* of which Brown Mountain (peak) is the southernmost and highest.  The local USGS topographic map (Ironton, Colorado) marks this ridgeline.  It is found east of Ironton Park, between U. S. 550 and the Uncompahgre River.  Northernmost of the nine is Abrams Mountain (peak) (37.9617, -107.6385), south of Ouray.  Brown Mountain (ridgeline), *as a whole*, is the "home of Brown." Lines are defined by two endpoints, and while Brown Mountain (peak) at the southern end is the *identification* mark, Abrams Mountain at the northern end is the *search* mark.



5

*it's no place for the meek,*

Winding along mountainsides above gorges, U. S. 550 between Silverton and Ouray is no drive for the acrophobic. Local jeep trails are rated for ruggedness and signposted to deter the novice. U. S. 550 and one trail, Ouray County Road 18 ("OCR 18"), converge (37.9886, -107.6497) directly below, or north of, Abrams Mountain ("below the home of Brown"), with parking and a scenic rapids and waterfall where the Uncompahgre River chutes under U. S. 550. This wishbone junction is how Fenn could aver that searchers had been near the correct site.

The *Meeker* Massacre and Battle of *Milk Creek*, 1879 Indian Wars events perhaps second only to the 1890 Ghost Dance as acts of resistance, both occurred in western Colorado. Chief Ouray of the Utes, raised in Taos, N. M., whose name means "arrow," bluntly rejected violence as pointless, instead aiming forward. A respected leader and diplomat, he spoke many languages, and was a friend of Mears. Chief Ouray and his brilliant wife, Chipeta, also a skilled leader, secured release of hostages with the help of Capt. Milton Cline, a local miner. U. S. Indian agent Nathan Meeker was inept by comparison.

*The end is ever drawing nigh;*

Below Abrams Mountain, up OCR 18 (south of the parking lot at the U. S. 550 junction) is Climax Creek, which meets the Uncompahgre River at (37.9865, -107.6476). The search area narrows, as if to a climax, an end that draws nigh. * Draw can also mean a creek bed. * Nigh can mean imminent and, archaically, "left-hand side." Climax Creek extends "from" the Uncompahgre River to the left of a hiker walking in the indicated direction: southbound or upstream. The northbound, downstream approach is "too far to walk."

*There'll be no paddle up your creek,*

The searcher can't *paddle up* Climax Creek, but must *hike down* it. Climax Mining Co. owned the Silver Link mine operating for years high on the cliff. How miners accessed or delivered ore from this remote mine seems a mystery.



6

*Just heavy loads and water high.*

The original infrastructure, serving <u>mining</u> with its <u>heavy haulage</u>, featured Mears toll roads, narrow-gauge rail, and a key <u>rail gap</u>.



Low gearing and a 4x4 vehicle are needed to drive the jeep trails. A searcher also bears heavy loads: search tools, the box, **or even the expectation of finding a box, perhaps a misconception to be jettisoned.** Near Climax Creek, the Uncompahgre River and other tributary creeks are high water. The key portion of Climax Creek is the section between OCR 18 and the Uncompahgre River, at 9,000 feet. Water flows at divers points down the cliff face to the east, whose upper rim is high above. Finally, Ouray is the <u>ice-climbing center</u> of America, a sport uniquely requiring high water.

*If you've been wise and found the blaze,*

"The blaze" bears multiple meanings:

1. *Trees:* In Wikipedia, where one * wises oneself in the web age, at "<u>Uncompahgre Gorge</u>," is found a *blaze of fall color.* The roadside site of that photo is roughly (<u>37.9875, -107.6500</u>), just south of where U. S. 550 and OCR 18 meet.
2. *Fires:* South on OCR 18, uphill from the <u>parking area</u>, at the first <u>hairpin</u>, is a *fire pit* atop an embankment, just above the junction of the Uncompahgre River and Climax Creek, from which point by backwoods paths (<u>37.9871, -107.6477</u>), another *fire pit* can be found.

3. *Water:* Climax Creek and others paint the cliff to the east in ways *resembling blazes on a horse's face* before flowing through woods to the Uncompahgre River (<u>37.9870, -107.6467</u>), "blazing natural trails."
4. *Dawn:* Six stanzas and 24 lines comprise the poem. On June 24 (6/24), <u>sunrise</u> occurs directly above where Climax Creek descends the cliff, at about 62° (ENE), or directly opposite 242°: *that morning, dawn breaks right above Climax Creek.* June 24 is also the <u>Nativity of St. John the Baptist</u> in the Catholic faith – a reference to the "San Juan" mountains – and is the 1699 date on which Captain Kidd hid treasure at <u>Gardiner's Island, N. Y.</u>, as abruptly referenced after the poem in *The Thrill of the Chase*, and as <u>reported</u> in the *East Hampton Star*. Finally, <u>Pikes Peak</u>, sacred to the Utes, associated with the sun, lies roughly on the same extended heading.
5. *Turtle:* In Google Maps, if the solution area is aligned so that the top of the image is set at 242° and zoomed, *a linear pattern formed by U. S. 550 and OCR 18 appears* that, with a bit of imagination, resembles a <u>turtle</u>. This is also a blaze. The turtle is a <u>treasure symbol</u>, and with head tucked, indicates treasure is found "here." In a climactic or dramatic twist, a turtle is revealed to be tattooed or emblazoned on <u>the body of Uncas</u> in <u>Chapter 30</u> of *The Last of the Mohicans* by James Fenimore Cooper (<u>animation</u>), a book Fenn often references. An underlying <u>theme</u> of this work breaks down ethnic and cultural barriers – as did Mears, Chief Ouray, and Chipeta. The turtle is also one of four <u>animals</u> on the seal of the Stockbridge-Munsee Mohican Nation. Finally, in multiple Native American myths, <u>Turtle</u> holds up the world.
6. *Black rock marking slope:* Standing in the second fire pit and facing 242° reveals a slope, clearly visible even from the embankment (see Blaze 2). This slope, marked by a black rock in the shape of an arrowhead pointing downward, as depicted on the cover photo, is central to the solution. **See "Slope" below for details.**

## BLAZES ILLUSTRATED

### Blaze 1 (trees):



### Blaze 2 (fires): Camp fire pits



### Blaze 3 (water): Falls, creeks, rivers:



### Blaze 4 (dawn): Sunrise on June 24
- Poem: 24 lines, 6 stanzas (24th day, 6th month)
- 62° angle (+ 180 =) 242° light
- Rising directly above Climax Creek
- Catholic Nativity of **St. John** the Baptist (in the **San Juan** Mountains of Colorado)
- Extending heading leads roughly to Pikes Peak



### Blaze 4 (continued):
- Date Captain Kidd hid treasure in N. Y.

easthamptonstar.com/Archive/1/Captain-Kidd-Visits-Gardiners-Island



## THE EAST HAMPTON STAR
#### SHINES FOR ALL
NEWS   ARTS   FOOD   BUSINESS   SPORTS   OPINION   CLASSIFIEDS

## Captain Kidd Visits Gardiner's Island

*Bill Good Jr. | June 25, 1998*

*'If I call for it and it is gone, I will have your head or your son's.'*

On June 25, 1699, in the presence of John Gardiner, Capt. William Kidd buried a treasure, including gold and jewels, on Gardiner's Island. Captain Kidd reportedly said



### Blaze 5 (turtle): Shape on map rotated to 242°; tattoo on chest of Uncas in (Chapter 30 of) *The Last of the Mohicans:*





*Look quickly down, your quest to cease,*

This line bears multiple meanings:

1. From the "Wikipedia blaze" photo site, find the parking area – "look quickly down the road, cease driving, park."
2. \* Quick: having a sharp angle, such as the hairpin in OCR 18 by the fire pit, or the sharp bends in Climax Creek above OCR 18. Descend from either "quick" landmark. Hike into Climax Creek below OCR 18. At the confluence, wade past rusty old mining debris to cross the Uncompahgre River.
3. "To cease" sounds like "two C's," evoking Climax Creek. The colophon "ΩΩ" in *The Thrill of the Chase* rotates to two C's, as the map also must be rotated (see below).
4. The slope (see cover photo and "Slope" below) is a high place from which one looks down. Exploring the west bank of the Uncompahgre River, where the slope is found, ceases the quest.

*But tarry scant with marvel gaze,*

This line bears multiple meanings:

1. An unpaved road, with a stunning view.
2. Don't hang around, just get in and out.
3. \* Scant is stonemason's trade jargon for a slab. Tar means "black." Dark rocks and slabs abound in the area.
4. "Gaze" refers to an eye: see below.
5. See "Slope" below for details of the "tarry scant with marvel gaze" above the slope, which is also a "starry cant with gravel maze."

*Just take the chest and go in peace.*

The quest having ceased, with no reason to tarry, the searcher may take himself, heartily or bodily as it were, like the Mohican Uncas with the turtle emblazoned on his chest, to the town named for Chief Ouray, the Ute peacemaker along with his Kiowa Apache wife Chipeta, as described in *Colorado Central* magazine.

*So why is it that I must go*
*and leave my trove for all to seek?*
*The answers I already know,*
*I've done it tired, and now I'm weak.*

The slogan "The Utes Must Go!" headlined Ute removal from what they most treasured: their ancestral land. Nez Perce Chief Joseph spoke similarly while using the sun as a marker.

*So hear me all and listen good,*
*Your effort will be worth the cold.*
*If you are brave and in the wood*
*I give you title to the gold.*

Across the Uncompahgre River at the junction with Climax Creek, **on the west bank,** is a mostly flat, wooded area (37.9865, -107.6478).

In Google Maps, if the solution area is aligned so that the top of the image is at 242° and zoomed to show the aforementioned turtle, this riverbank, with a bit of imagination, appears to be the eye of the turtle (pin view).



The eastern or bottom boundary of this feature is the Uncompahgre River, and the western or top boundary, the eyebrow, is a vertical wall, a cliff extending upward as part of Abrams Mountain, earlier identified as the "home of Brown." The wooded, dark, round pupil, thick with trees and bushes, is in shadow. Not only is an eye-shaped area where to "look" for something (as if with "marvel gaze"), but also the "vertical personal pronoun" occurs four times in the fifth stanza, along with "why" and "my" – **by six rhymes, reference to "eye" is clear.** As the only way to access this area is by wading the Uncompahgre River, it could be construed as an "island" ("eye-land"). Finally, "*I* give you *title* to the gold" – *the eye of the turtle yields the gold.* This series of rhymes and homophones is partly why the sixth stanza begins, "So *hear* me all and *listen* good."

9

To cross the cold river and make the effort to explore the isolated west bank – to enter the eye of the turtle – puts the searcher "in the wood" literally and figuratively, as this phrase in darts jargon means the bull's eye of a dartboard. (Also in Spanish, "tener madera de…" or "to have the wood for…" means "to have what it takes"). The "eye" contains a strip of damp terrain, marked by peat and mud. A word for such a boggy feature is "fen" – thus comes the name of Fenway Park in Boston, or the Fenlands of eastern England. Indeed the San Juan Mountains contain large, unique, biodiverse fens. **So in the eye of the turtle is found:** *in the forest, a fen.*

**The solution is found on the slope in the "turtle's eye"** – a small riverbank area, accessed by wading across the Uncompahgre River to its west bank at its junction with Climax Creek – a place with a fen and wooded sections **together comprising "the wood" and marking the end of the quest. See "Slope" below for details of the quest's central feature.** Sharply bounded by river and cliff, **it is into this specific place that a searcher is directed:** the "fixed address in the outdoors" the poem yields when solved.



*The wood*   *Slope*   *Location of forest fen*

## Solved… are you sure, no box?

As noted, a search of this place, in the Ouray Ranger District of the Uncompahgre National Forest, yields no box. **A strong case exists that the box is concealed only in the poem, still controlled by Fenn to be given on his terms.**

First, in the poem and the dictionary, * effort does not mean *results*, only an *attempt*. * Cold means: premeditated, but also not close in finding, as in a children's game, or as with a dog losing the scent. Cold frustration might be felt at the absence of cold metal, **at the trail going cold just at the end.** The double-omega "ΩΩ" colophon in *The Thrill of the Chase* indicates a dual ending. Cold *detachment*, a reassessment of the quest and a *new* effort, are needed, as if in the epic spirit of a duty-bound classical hero – for example… Aeneas, of Virgil (see below).

Second, might it fail common sense to abandon treasure outdoors? Pilots seldom relinquish control. With his reputation, his autobiography, in the box, would a proud man, invested in his own stories, allow a stranger to publish his life?

Third, Fenn articulates no good explanation for protecting the delicate box from the elements, and will not confirm or deny its "burial."

Fourth, the poem explicitly states: *I give you title to the gold.*

**Fifth** and compellingly, evidence appears in **the Colorado state seal,** whose each graphical element matches some aspect of the solution. Nowhere in the poem is the seal referenced, so no inherent reason exists for this consistent match. The seal depicts the Eye of Providence and the motto, *"Nil sine numine."* This text derives from Line 777 [lucky? jackpot?] of Book Two of The *Aeneid* of Virgil (an epic quest), translating as "Nothing without the will of the deity." Perhaps with respect to the box, Fenn is sovereign, as the seal indicates, or like a deity, as in a public photo below. One must have been brave, "have moved with confidence," and have been precisely on target, to motivate him to **give title** to the gold, **if Fenn so chooses.**

*State Seal of Colorado (plus, Fenn's Instagram)*

*As if from the plot of a popular mystery novel, the seal independently proves accuracy – as a subsequent proof, superfluous were a box to be found – while evidencing that Fenn retains control of the box and the quest:*



"As I [eye] have gone alone in there…"

"Read the clues in my poem over and over and study maps of the Rocky Mountains," Fenn said via email. "Try to marry the two. The treasure is out there waiting for the person who can make all the lines cross in the right spot." *Business Insider*, Feb. 2017 *[For example, converging behind the Eye of Providence atop the Colorado state seal].*

[Comment] *"Presenting oneself as Christ Pantocrator on Instagram…" – a modern traditionally Greek representation of deity, evoking the classical gods of the Aeneid*

Graphical Themes of Sovereignty and Deity: The state seal, the *Eye of Providence*, the motto, the golden halo

62° / 242° headings

ALIGNED SUNRISE ON 24 JUNE (FIESTA DE SAN JUAN) / SUN-RAYS

DENSE WOODS / BUNDLE OF RODS

EYE IN TRIANGLE

ABRAMS MOUNTAIN (FOOT)

PEAK A

PEAK B

FLAMING GOLDEN HALO

MR. FENN

THE BOX REMAINS WITHIN MR. FENN'S CONTROL

NOTHING WITHOUT THE WILL OF THE DEITY

STATE MOTTO: NIL SINE NUMINE
TRANSLATION: NOTHING WITHOUT THE WILL OF THE DEITY
("I GIVE YOU TITLE TO THE GOLD")

GOLD COIN MOTIF

ABRAMS MOUNTAIN

OURAY (MINING TOWN)

PEAK B

(FOOT) U.S. 550

PEAK A

Photo: view of Ouray from Ouray Ice Park website

11



Let "brave" be judged by my purpose and actions, but it can be proved that I am, as darts players would say, "in the wood."

Within the "eye" (in the triangle) "where all the lines cross," within the only locally accessible portion or pocket along the west bank of the Uncompahgre River, the dense, round wood matches the fasces or "bundle of wooden rods" on the state seal. Two "X-shaped" bands ("Union" and "Constitution," or what the military defends," or what the military defends) bind the fasces. The 24th letter of our alphabet is X, and of the Greek alphabet, Ω. The poem ends after 24 lines ("2-4, to walk"), while the "ΩΩ" colophon of *The Thrill of the Chase* matches "XX" on the seal. This wood marks the end of the quest.

Free GPS app proving presence, place and time of photos (also proved by file details of photos).

2018-08-20 13:58:03
10.2 km

2018-08-20 13:58:03
10.2 km

122 map tiles to load

S 550

© OpenStreetMap contributors CC-BY-SA

"If you are brave and in the wood, I give you title to the gold." — F. Fenn

Drought makes it possible: Shovel plunged to bottom of roaring whitewater "hole" in the Uncompahgre River, at the south end of the "corridor."

The Uncompahgre River, in drought, facing south: a wilderness "corridor." On the west bank (right) is the "eye" area, with the "wood" visible. Climax Creek junction is immediately left of iron mine debris.

12