# EXHIBIT 8

# Plaintiff's *True West* draft article submission

## FENN SOLUTION ARTICLE SUBMISSION

## TRUE WEST PUBLICATION OUTLINE

TRUE WEST STANDARDS:
*We highly recommend that the **query** you submit along with your proposed **manuscript** share the following information:*
1. How your article will enhance our readers' understanding of **Old West** history.
2. **How your interpretation of the facts compares to other works that have addressed your topic.**
3. The **larger significance** of when, where and why a certain event or experience occurred.
4. **Concrete descriptions** you will provide to seamlessly integrate story and context.
5. Any connection your historical focus has to the **present day** (perhaps through an anniversary or modern-day discovery)

*Ex·8·1*

*True West*
6702 East Cave Creek Road #5
Cave Creek, Arizona 85331


Dear Bob,

Renewing our discussion, the enclosed submission has clear purpose.  It meets the five *True West* standards and, I believe, the sixth standard of "*True West* quality and reader appeal."  It also has the informal approval of Kevin Pitts, President of the Prescott Area Art Trust, and other community leaders.

While recently touring Bronzesmith, I saw your work *Not-So-Gentle Tamer*, its results, and much else.  The artisans in action are amazing and the Skull Valley foundry story is of key arts interest.  Through my younger sister, a visual artist and MFA, I have some grasp of the hard work and risk that arts entail.  Particularly after attending the Western Heritage Center annual awards banquet, I look forward to benefiting the Prescott arts community as described in the submission.

I shared the draft with a retired journalist friend of a certain age who wrote for *Time*, *Life*, and other majors.  An Eastern lady who counts Roosevelts in her circle, she was new to the quest but described the article as clear and compelling.  If published, I will gift her a *True West* subscription, to her cultural benefit.

Clearly, Fenn will not pre-validate the solution.  He tacitly expects me to do what I am doing, to be able and motivated to write for publication, overcoming inherent credibility hurdles without his help.  All else is to your judgment — this is about "value for others" including your readers.  Should you agree, I believe good results would yield, giving Fenn, 89, a valedictory exit he likely wants.

Thank you for making this submission possible.  The Fenn memoir and quest published in January 2010.  Perhaps an "anniversary article" in early 2020, also marking six years since Fenn's early 2014 *True Westerner* award, could provide context (for example, "After 10 years, *True West* will take our best shot at the quest.")

Best




Brian Erskine
Prescott




*EX·8·2*

**DRAFT ~ FINAL**

**HOW THE QUEST WAS WON?**
*One searcher finds visual proofs solving the Forrest Fenn treasure quest and a Western arts community to serve.*

*by Brian Erskine*

Six years ago, *True West* presented Forrest Fenn of Santa Fe its second annual *True Westerner* award.  His treasure quest, described in 2013 in *True West* and elsewhere, stems from a poem featured in his 2010 memoir *The Thrill of the Chase*.  The poem codes the spot in the Rockies where retired Major Fenn, 89, a decorated Vietnam War combat pilot, artist and art dealer, and author, ostensibly hid treasure.  As described to *True West*, the hoard contains gold nuggets, gems, jewelry, coins, artifacts and other Western and Native American valuables, notably including Fenn's autobiography.

The Fenn quest has inspired thousands to explore and delve the West.  However, at least four accidental deaths, several outdoor rescues, and a few crimes have driven authorities, including the New Mexico State Police Chief, Gallatin County Sheriff in Montana, and Yellowstone National Park rangers, to call for the quest to end or for its risks to be mitigated.

Working from Prescott, Arizona, I have solved the quest, thoroughly and by visual proof.  I also affirm Fenn to have been truthful, often counterintuitively.  The quest has three key design features:

— one unique, correct location
— a virtual treasure, intentionally absent, with Fenn securing the real treasure
— disentitlement: an onus on the searcher to motivate Fenn to award it

This article confidently pursues that goal.  It shows the visual proof, exposing the solution.  It provides community context for an award.  Finally, when Fenn uses the Colorado state motto to challenge the solver, I respond with the Arizona state motto, respectfully beating him at his own game.

It is apocryphal that the quest is a mere scavenger hunt for an abandoned box.  Fenn flew over 320 missions and was shot down over the jungles of Laos.  Never again would he relinquish control or "unass" — politely, jettison — hardware in remote woods.  Guaranteed failure by quest design is a test of grit, resilience, poise, and purpose.  Before giving title to the gold, Fenn requires that anyone to be entrusted with his legacy go well beyond correctly solving, earning the privilege on his terms.

*****

The Fenn poem is a modern literary masterwork requiring a book to detail.  Decoding the poem is fundamental to solving the quest, but with the quest solved, this article relegates the poem to the background.  The visual proof is key, "the picture worth a thousand words."

Briefly, a poem of six stanzas and 24 lines indicates June 24, the Nativity of John the Baptist, connoting both the San Juan Mountains of Colorado and a river.  "Uncompahgre" is a Ute word meaning "warm waters," halting in Lake Como above Silverton.  In Spanish, the poem begins "Como…" as the quest trail starts at Lake Como.  Ute, Spanish, and since 1848 English are languages native to the site.

The "home of Brown" is Brown Mountain, source of Cement Creek in Silverton, tinted brown by mine drainage.  The name "Brown Mountain" encompasses a nine-peak ridgeline labeled on USGS topographical maps.  This ridgeline extends to Abrams Mountain rising south of Ouray.  Abrams Mountain is also the "home of Brown."  By Abrams Mountain is Climax Creek, to be "hiked down," not "paddled up."  Its course matches local azimuth at sunrise on June 24.

Visual proof derives from exploring and photographing the site specified by the poem until a searcher connects a cluster of unique site features with an illustration from Fenn's memoir.  That site is located on the west bank of the Uncompahgre River directly opposite Climax Creek.  About an acre in size, football-shaped or eye-shaped, at 9,000 feet altitude, and bounded by cliff wall and river, its coordinates are (37.986555, -107.647828).



The drawing above headlines the epilogue of the memoir.  Set below the chapter title, "Epilogue," the drawing centers under the middle letters "L-O-G."  Fenn's repeated directive to "look under a log, and see what's underneath" refers to that "log."  Allen Polt of *Wall Street Journal* fame illustrated the memoir, but only the center of this illustration is original work: stumps at the edges copy stumps near the center, and the sky mirrors at both edges.

The visual proof shown below is the answer to the quest.  The center of the drawing overlays and fits an outdoor photo, taken at the virtual treasure site found by decoding the poem, from a vantage point directed by the poem.  The vantage point is a fire pit or "blaze," full of black rocks or "tarry scant," followed by a short walk downhill in a west-southwest or 242° direction — "too far to walk" as a pilot would communicate a vector.  The fit shows that the drawing derives from that outdoor scene, proving Fenn was at the site before directing Polt to make the drawing published in the memoir.

Ex · 8 · 5



Ex. 8. 6

In the drawing, a nesting dove faces right, juxtaposed with a tiny turtle head facing left. The dove represents Chief Ouray "the Ute Peacemaker" and his accomplished wife Chipeta, "White Singing Bird." The virtual treasure site is found in ancestral Ute land. The turtle opposing the dove represents Little Turtle's War, named after a Miami chief whose portrait graced the White House before British forces burned it in 1814.

 

In 1792, Congress authorized and funded a new Army — called the "Legion of the United States"— to fight Little Turtle's War and others until "the United States shall be at peace with the Indian tribes." General "Mad Anthony" Wayne organized and led the Legion, and Lieutenant William Clark, of future expedition fame, served. Fenn is a veteran, the Army is the ancestor of the Air Force, and Little Turtle's War was the first campaign and victory of the Army. Victory secured Ohio by the 1795 Treaty of Greenville. With control, Ohio land became an asset to be surveyed, sold, and settled, improving the fiscal health of the indebted United States and enabling creation of the first truly Western state, not hewn from former colonies as were Vermont, Kentucky, and Tennessee. Thus does the history of "Manifest Destiny" or "how the West was won" begin. Dual imagery reflecting war and peace also features on the Great Seal of the United States and the seal of the Wyandot, shown below.

 

EX. 8 · 7

Denoted by stumps and ax, the 1794 Battle of Fallen Timbers decided Little Turtle's War.  According to the Army History Center, "Never has such a brief battle proved as decisive [...] Wayne had achieved success where two other American generals had been soundly defeated. Through rigorous training, discipline, and personal leadership, Wayne led the Army [...] to its first major military victory and [...] can lay claim 'to be called the Father of the Regular Army.'"  The short, sharp battle was fought in the Great Black Swamp of the Maumee River, along a reach resembling the virtual treasure site in Colorado and with other connections to the quest.  Once a densely "forested fen," settlers drained the swamp and founded Toledo at its Lake Erie end, validating Fenn's cryptic but consistent reference to the treasure being west of Toledo.  After winning the battle, the Legion marched — along a 242° heading — to Kekionga, the site of the center or capital of the British-backed Native American confederation.  There, the Legion built Fort Wayne.  Both Toledo and Fort Wayne are cities along U. S. 24, matching the number of lines in the poem.  This road links Troy, Michigan, by reference to the *Aeneid* of Virgil as described below, with Pikes Peak, sacred to the Utes.

Key Native Americans fighting alongside Little Turtle feature symbolically.  Chief Turkey Foot of the Ottawa was killed in action.  The original photo shows a turkey foot pattern on the riverside boulder, as battlefield maps show a "Turkey Foot Rock."  Chief Tarhe of the Wyandot also fought.  His name means either "Crane" or "Tall Tree."  He lent his name to a heavy helicopter or aerial crane, the Sikorsky CH-54 "Tarhe," which retrieved downed aircraft during the Vietnam War.  Fenn said not to look where an old man "couldn't go."  The man in the drawing "goes" like a puzzle piece over the tall willow, symbolizing Tarhe, as the Wyandot seal features willow branches.  The Uncompahgre River doglegs or bows at the tree, as in battle, Tarhe suffered a wounded elbow.

The poem's line, "Tarry scant with marvel gaze," evokes both Tarhe's name and the boulder.  It suggests standing near a fire pit viewing a scene amazingly matching the drawing.  It also denotes the black rock inclusion in the cliff face visible above the slope.  This arrowhead-shaped feature aligns to Climax Creek as if tipping a virtual shaft drawn 242° nocked to the bow-shaped Uncompahgre River and west bank, as shown below.  The crescent moon in the drawing is also similar in shape to a bow.

*EX · 8 · 8*



The overlay even depicts a "starry cant in a gravel maze" of willow roots.  The word "cant" means "slope."  The "45°" written in the stars labels the slope angle, while every 45th word in the poem directs: "walk, down, now," improving the photo if done from the fire pit.

In the drawing, a man rests with an ax amid stumps as if logging, when his solid black boots and waders suggest fishing.  He gazes at the moon, marveling, at an hour for fishing.  This contradiction resolves when the overlay places the man in a river.

The overlay also keys Hollywood.  Jon Turteltaub, whose name means "Turtle Dove," directed the 2004 Nicolas Cage film *National Treasure*.  In the 1981 film *Raiders of the Lost Ark*, Harrison Ford as Indiana Jones stands in an underground room on whose floor is modeled the ancient Egyptian city of Tanis.  Using angled sunlight in the same relative positions as the moon and slope, with headpiece and staff he illuminates the site of the Ark of the Covenant.  Finally, in due homage to the 1980 comedy *Airplane*, if you want to be the quest Victor, your vector must be correct.

EX. 8·9

All digging for the metaphorical Fenn treasure is in the wrong place, but had Fenn hidden real treasure for a freelance find, it would be located at the site of the photo connoting the abandonment of treasured land by Native Americans at Fallen Timbers — the treasure is metaphorically found, where it was metaphorically "dropped."

Linking art with natural features for orientation, navigation, heritage, identity, and myth is among the oldest cultural practices, from Aboriginal Australian songlines, to Native American petroglyphs, to an old map that inspires imagination, to a modern artist making a drawing after a landscape.  Such meaningful connection fits epic quest sponsor Forrest Fenn, named after two natural features.

*****

With the 2014 *True West* award, Fenn received a bronze by renowned sculptor Ed Reilly.  Founded by brothers Ed and Billy, Bronzesmith Fine Art Gallery and Foundry, with a visible production process available to tour, is located in Prescott Valley, Arizona.

 

Teams of skilled artisans make large bronzes, allowing multiple artists to share a work. Bronzesmith artisans monumentalized "Cowboy in a Storm" by George Phippen for display in a highway rotary outside the unique Phippen Museum of Western Art in Prescott.  Another statue is in production for the nearby airport, linking art and navigation in creative new ways while reaching another large audience.  Named after Prescott native Lieutenant Ernest Love, killed in aerial action in 1918, the airport offers daily service to Denver and Los Angeles but retains a key function, one Love and Fenn would value: pilot training for Embry-Riddle Aeronautical University students.

Ex. 8 · 10

 

The careers of Phippen and Fenn show parallels.  Both came from rural backgrounds and were transformed as artists by a military service experience.  While Fenn's Vietnam service was intense, in World War II Phippen served honorably quietly at Fort Worden in Port Townsend, Washington, headquarters of the Harbor Defense Command.  Phippen had time while serving to develop artistic talent, while Fenn pursued art after war.  Phippen later founded the Cowboy Artists of America, while Fenn showed range as an artist and as a gallery owner and art dealer.  Both studied under masters in Santa Fe and worked in bronze.  Both suffered cancer; Fenn created his quest after beating it.

Though not acquainted, Phippen likely indirectly influenced Fenn.  Consistent with the quest's theme of fortitude, Phippen observed of the visual and performing arts that they are "the toughest business there is…mighty hard to get into, but no job holds the freedom the arts do once you make the grade."  Similarly, Fenn likely aims the quest to see who might qualify as a writer and conservator of his legacy.

> "Don't loaf and invite inspiration; light out after it with a club, and if you don't get it you will nonetheless get something that looks remarkably like it."
> - Jack London, 1905, on writing for publication

*Ex. 8 . 11*

The diverse Prescott arts community includes not only the Phippen Museum, Bronzesmith, other foundries, workshops, galleries, co-operatives, master craftspeople in leather and other materials, performing arts, symphony visits, and more, but also the Western Heritage Center created by Dennis Gallagher, funding arts scholarships for local high school seniors, including in the performing art of rodeo.  To quote Mayor Greg Mengarelli, "If anyplace would have a Western Heritage Center, it would be Prescott."

Prescott's leading museum, in research capacity and academic depth, is Sharlot Hall Museum, conserving the history and heritage of central Arizona, as Prescott was the territory's first capital.  My other visual proof connects the Colorado solution to Arizona's founding by referencing historic figures and topics central to its mission.

*****

Key luminaries shaped certain states, building America: Rhode Island by Williams for dissent and religious liberty, or Pennsylvania by Penn and Franklin.



Ex. 8 · 12

Central to the quest solution is Otto Mears, a founder of Colorado, who with his daughter has featured in *True West*.  Central to quest development is Richard McCormick, who enjoyed a parallel career helping establish Arizona.

Otto Mears was born to Jewish parents in a Baltic province of the Russian Empire.  Orphaned, his extended family sent him on an epic journey west — to California, where he worked the goldfields.  Later he settled in Colorado Territory, farming wheat near Saguache.  While struggling to haul wheat over Poncha Pass to Nathrop, whose mill served area miners, he met Governor William Gilpin, owner of a local land grant, who already had helped settle the Oregon Willamette Valley and had explored with General Frémont — whose Prescott home, from his appointment by President Hayes as Arizona territorial governor, is preserved at Sharlot Hall Museum.

Leveraging his new connection, Mears secured toll road charters.  He built roads for rail conversion, catalyzing development.  With Colorado statehood in 1876, after the new legislature chose Republican electors including Mears, Hayes won the Presidency by one electoral vote.  Mears later served in the legislature, befriended Chief Ouray and Chipeta, owned railroads serving mining near Silverton, and motivated the mining industry association to help gild the state capitol dome.  The Panic of 1893 damaged business, hammered silver, and curtailed liquidity, scuttling his efforts to use one of his toll roads to connect Silverton and Ouray directly by rail.  That road became the segment of U. S. 550, or "Million Dollar Highway," by which the site is reached. (Speaking of treasure, Mears charged a $5 toll at Bear Creek, worth over $120 now).



*EX· 8· 13*

Born in New York to wealthy parents, young Richard McCormick voyaged east to the Black Sea to cover the Crimean War as a journalist, mirroring the adventure journey of Mears.  Returning, he worked on Wall Street, then edited *Young Men's Magazine* and the *New York Evening Post*, covering the early Civil War.  Politically active, he campaigned for Lincoln, who in 1863 appointed him secretary of Arizona Territory, created in response to the 1861 secession of a Confederate "Arizona Territory."  As its northern portion lacked settler population and its southern portion was not secure, isolated Fort Whipple served as the seat of government, amid scattered prospectors whose key asset was water.  There, in the remotest of places, the new settlement of Prescott became Arizona's capital, mainly by force of President Lincoln's refusal to concede even the wildest West to disunion.

Among McCormick's early tasks was to create a seal and motto for Arizona, as Gilpin already had teamed with Secretary of State Lewis Weld to craft in Colorado.  Seals are artful symbols of sovereignty.  By quest design, the Colorado seal underpins another visual proof while the Colorado motto represents a profound challenge by Fenn to the searcher.  The Arizona motto answers his challenge conclusively.



*Ex. 8 · 14*

Each graphic on the Colorado seal matches the site and environs.  When viewed on a satellite map oriented 242° (of course), roads appear to outline a turtle in profile, with a defined head, eye, mouth, foot, and earth-toned shell.  In multiple Native American myths, Turtle holds up the world.  Natural site boundaries, cliff and river, form the eye.  The eye sits between an angled road junction, matching the Eye of Providence on the seal.  Rivers, roads, and power lines all cross nearby, as do lines at the eye on the seal, affirming Fenn's statement that the treasure is "for the person who can make all the lines cross in the right spot."



The fasces, a Roman symbol of authority comprising an ax centered in a wooden bundle, matches the "ax in the woods" in the overlay.  Its binding reads "Union and Constitution," two causes Fenn served when he enlisted at age 20 (in Rome, "XX"). The double X matches the double omega in the memoir's colophon (a word connoting "Colorado").  Both X and omega are the 24th letters of alphabets, matching 24 lines of the poem.  Intentional absence of treasure is even something of a "double cross."



The three mountains, mining tools, and the horizontal line in the shield match a panoramic view of Ouray, with Abrams Mountain centered and U. S. 550 as the line.



Photo courtesy of Jack Brauer

EX. 8.16

The Colorado motto derives from Virgil's *Aeneid,* an epic poem in which the classical hero Aeneas adventures westward, fleeing a burning Troy in defeat later to found Rome in victory.  Chosen by Gilpin, when translated in Virgil's context the motto "*Nil sine numine*" means "Nothing without the will of the deity," though cynics joked that Colorado was "nothing without a new mine."  The motto matches an Instagram photo of Fenn shown below.  Graphically evoking Christ Pantocrator, depicting Christ as God of both judgment and mercy, Fenn identifies as the quest deity.  (Even God might not forgive a second *Airplane* reference, but Roger this: in this quest, even the Victor with the vector must get clearance, Clarence).

In the *Aeneid*, Venus, goddess of love and beauty, assists Aeneas.  Juno, goddess of marriage and irrationality, opposes him.  Key natural site features evoke a passage where Aeneas enters the classical underworld.  Classical gods were notoriously unfair and arbitrary, holding fates by threads and deciding destinies on whims.



How might the will of such a deity be influenced?

My response uses the Arizona state motto to reframe the divine narrative.  Soon after Virgil wrote, a dynamic new faith relegated the classical pantheon to myth.  Spreading mainly westward, stemming from Judaism, Christianity shared its ethical, just, merciful God of Abraham, an omnipotent God of mystery, but also of protective Law, Covenant, and His Word as Gospel, not caprice.  In 1 Thessalonians 1:8-9, Paul observed that throughout the Western world, people of faith were turning from "idols" to serve a "living and true God."  The pagan state religion of Rome held that emperors were gods, driving severe conflict with Jews and Christians.  Eventually, Constantine converted and Theodosius made Christianity official, proving that emperors of all sorts can be persuaded to relinquish deification, if not control.

Ex. 8 · 17

By naming the treasure chest "Indulgence" evoking the "Treasury of Merit" created by Christ, by linking the quest to John the Baptist, and by the comparison above, Fenn made literary connection — and the Bible is epic literature — between his quest and the Christian core concept of forgiveness through the power of the Word.



McCormick's motto is a laconic riposte to Fenn's grandiose presentation as deity. "*Ditat Deus*" or "God enriches" authoritatively defines what the deity does next, summarizing Genesis 14:22-24 in which Abraham bluntly refuses to let anyone but God enrich him. The pithy motto expresses the terse, compact Latin style of Jerome — not the town near Prescott, but the early theologian who translated the Vulgate Bible. Another early theologian, Origen, saw the Word prefiguring Christ in the story of Abraham and Isaac. With a poem leading up Abrams Mountain, a knife handy outdoors, bighorn sheep nearby, and "God's country" all around, parallels recur.

The Renaissance Spanish Empire, whose army and priests were the first Europeans to encounter local Native Americans, had roots in Rome. In 1610 Spain gave Fenn's hometown its modern name, meaning "Holy Faith." The full name, "La Villa Real de la Santa Fe de San Francisco de Asís," expresses Franciscan devotion, whose theme is peace. Raised in nearby Taos, Chief Ouray "the Ute Peacemaker" was educated by priests in Spanish. The Arizona motto is a link, bringing the quest full circle.



EX. 8 · 18

McCormick later served as the second Arizona territorial governor and an influential Congressional delegate.  He founded two newspapers, helped sustain the protracted Apache Wars, and resolved land title issues.  He later lost an eye to disease, fitting the quest theme of a single eye.

*****

The quest is irrefutably solved.  Should Fenn award, I intend the following actions:

— Selling the treasure for conservation whole to an American institution or museum. Ideally, it would be exhibited in Prescott, would draw visitors, and would travel.

— Donating part of the proceeds to the arts in Prescott and funding a mural for Toledo.

— Investing in emerging Southeast Asia, where I worked in finance, where trusted friends and co-workers own agribusiness and other ventures, and where Fenn served.

— Conserving Fenn's legacy as publisher of his autobiography, as writer of the full quest solution, and more, expressing his values to inspire future generations.

*****

Curiously, I have many personal connections to the quest.  I was born 45 years ago, in a fen, near a famous rock, on a day of turkey and peace between Native Americans and Europeans: Thanksgiving, in Marshfield, Massachusetts, founded by Christians who believed in predestination and whose state seal depicts a bow-armed Native American and a star.  The constellation Sagittarius connotes virtual archery and perfect accuracy.  Later, I attended primary school in Troy, Michigan.

After leaving Troy, I was fortunate to grow up at Willamette Falls, the end of the Oregon Trail.  My writing owes much to my demanding middle and high school teachers from West Linn, my home community.  An educated Oregonian also should have a quick ability to perceive that a drawing of a man logging in fishing boots merits deeper investigation.  West Linn is a suburb of Portland, where art advocacy drove change after Mike Ryerson photographed bar owner Bud Clark humorously flashing a Norman Taylor bronze.  Ryerson then made an iconic poster selling more than 250,000 copies, funding local journalism while helping Clark unseat an incumbent mayor.

EX. 8 · 19



expose yourself to art

Like the *Aeneid*, the Oregon and Santa Fe Trails began "in the middle of the action" — Independence, Missouri.  Independence was also the home of President Truman, Commander in Chief when Fenn enlisted in the new Air Force, and of Gilpin for a time while he was promoting Western settlement.

*****

After ten years, it is time for "questward movement."  Centuries before Virgil, Sun-Tzu in *The Art of War* expressed the Dao of consistent victory: "Know yourself, know your adversary."  To what should I feel entitled, after Fenn wrought such a brilliant quest?  Having stood in the fire pit to discover and prove what he created, I humbly affirm that he has every right to hold my feet to the fire.

Maybe Fenn has met his match, beginning a story of "how the quest was won."  Maybe between Colorado and Arizona, the solution is now "four-cornered."  Maybe a key quote from the *Aeneid* — freely translated, "if you can't move heaven, raise hell" — has adapted to my "raising Arizona."

I invite *True West* readers to find out with me.  I thank Fenn, police particularly New Mexico State Police and Gallatin County Sheriff in Montana, rescuers, participants, leaders of the Prescott arts community, artists, family, friends, teachers, and others.  Appealing to Major Fenn as an officer and a gentleman, and not only on my own behalf, I extend my hand of friendship and trust.  I confidently ask him to award me the treasure now, in the worthy context he has inspired me to frame.  If he does, his quest will fulfill its manifest destiny. *****

EX. 8 · 20

The solution to the quest (a different document) is copyrighted

Images:

Green border images are those I either believe I have the rights to use, believe to be in the public domain, or believe might be used without asking and without risk

Yellow border images I believe can be used, by fair use: to display and discuss the graphical content and symbolism of official seals as art objects

Red border images are images I do not have the rights to use; rights are commercially available (mountain photo, Portland poster)

All are informal judgments meant to *respect* the concept of rights to images, as I lack expertise in this question

*Ex. 8 . 21*



PHOTO

