```
            Receipt # 0000014874
------------------------------------------------
       SANTA FE COUNTY SHERIFF'S DEPT
          COURT SERVICES DIVISION
              SANTA FE, NM 87508
                (505) 986-2455
------------------------------------------------

              RECORDING RECEIPT
------------------------------------------------
Civil Log #: 20200604082555
Case #: CV2008123PCTDMF
Recorded on: 6/4/2020 8:24 AM
Type: SUMMONS FEE IN STATE
------------------------------------------------
         Service fees are non-refundable
------------------------------------------------
Fee:                                     $40.00
------------------------------------------------
Total                                    $0.00
MONEY ORDER                             $40.00
Change                                   $0.00
------------------------------------------------
Filed By:BRIAN ERSKINE
Cashier:SJARCHULETA
6/4/2020 8:51:10 AM
```

UNITED STATES DISTRICT COURT
for the

Brian Erskine )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. **CV20-08123-PCT-DMF**
Forrest Fenn )
)
)
)
*Defendant(s)* )

SANTA FE COUNTY
JUN
SHERIFF'S OFFICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Forrest Fenn
1021 Old Santa Fe Trail
Santa Fe, NM 87505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk*

MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain
Message-ID:<Billing Activity in Case 3:20-cv-08123-DMF Erskine v. Fenn "New Case Open">
Content-Type:text/html

*This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.*

*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

### U.S. District Court

### DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered on 5/28/2020 at 11:35 AM MST and filed on 5/26/2020

*Case Name:* Erskine v. Fenn
*Case Number:* 3:20-cv-08123-DMF
*Filer:*
*Document Number:* 4

*Docket Text:*
**Filing fee paid, receipt number PHX219514. This case has been assigned to the Honorable Deborah M Fine. All future pleadings or documents should bear the correct case number: CV-20-8123-PCT-DMF. Magistrate Election form attached. (Attachments: # (1) Instructions)(LAD)**

**3:20-cv-08123-DMF Notice has been electronically mailed to:**

**3:20-cv-08123-DMF Notice will be sent by other means to those listed below if they are affected by this filing:**

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301

The following document(s) are associated with this transaction:

*Document description:* Main Document
*Original filename:* n/a
*Electronic document Stamp:*
[STAMP dcecfStamp_ID=1096393563 [Date=5/28/2020] [FileNumber=20717093-
0] [3c4154034ba6b2d27d3baba84d964fc0857aad948337c017ecaec6a465c4df1f16
a8982671b6c988dcfb3b50f503c6b7c5dae5dc490f0587d47472fcf4686be3]]
*Document description:* Instructions
*Original filename:* n/a
*Electronic document Stamp:*
[STAMP dcecfStamp_ID=1096393563 [Date=5/28/2020] [FileNumber=20717093-

MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain
Message-Id:<Subject:Activity in Case 3:20-cv-08123-DMF Erskine v. Fenn Summons Issued
Content-Type:text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this
e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

Notice of Electronic Filing

The following transaction was entered on 5/28/2020 at 11:38 AM MST and filed on 5/28/2020

*Case Name:* Erskine v. Fenn
*Case Number:* 3:20-cv-08123-DMF
*Filer:*
*Document Number:* 5
*Docket Text:*
**Summons Issued as to Forrest Fenn. (LAD)**

3:20-cv-08123-DMF Notice has been electronically mailed to:

3:20-cv-08123-DMF Notice will be sent by other means to those listed below if they are affected by this filing:

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301

The following document(s) are associated with this transaction:

*Document description:* Main Document
*Original filename:* n/a
*Electronic document Stamp:*
[STAMP dcecfStamp_ID=1096393563 [Date=5/28/2020] [FileNumber=20717118-
0] [000c7a84e0fb3ed21f00dcd5f7b7ff2cbd9cfc4647f45e073a687d0745bf6875af
d59dd3b7814ab7ed03affd73ae913fcf3934e60d2bc6516f97b903c6a49362]]

-08123-DMF   Document 9   Filed 06/14/20

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Forrest Fenn

was received by me on *(date)* 6/4/2020

☒ I personally served the summons on the individual at *(place)* 1021 Old Santa Fe Trail, SFNM
on *(date)* 6/4/2020 ; or                                                                87505

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Shannon O Coles*
*Server's signature*

SHANNON A. COLES   SHERIFF'S DEP III
*Printed name and title*

SANTA FE COUNTY SHERIFF'S OFFICE
35 Camino Justicia, SFNM 87508
*Server's address*

Additional information regarding attempted service, etc:

Santa Fe County
Sheriff's Office
35 Camino Justicia
Santa Fe, NM 87508

NEOPOST
06/05/2020
US POSTAGE $000.5
ZIP 875
041M11280348

BRIAN ERSKINE
1338 SABATINA STREET
PRESCOTT, AZ 86301

8630187402 R058