James W. Armstrong (No. 009599)
james.armstrong@sackstierney.com
Brian E. Ditsch (No. 009075)
brian.ditsch@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona 85251-3693
Telephone: (480) 425-2600

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Forrest Fenn,<br><br>　　　　　　　Defendant. | No. 3:20-cv-08123-DMF<br><br>**NOTICE OF APPEARANCE** |

　　　Notice is hereby given that SACKS TIERNEY, P.A., by and through James W. Armstrong and Brian E. Ditsch, enters its appearance as counsel of record for Defendant Forrest Fenn in this matter.

　　　DATED this 22nd day of June, 2020.

　　　　　　　　　　　　　　　　　　　SACKS TIERNEY P.A.

　　　　　　　　　　　　　　　　　　　*/s/James W. Armstrong*
　　　　　　　　　　　　　　　　　　　James W. Armstrong
　　　　　　　　　　　　　　　　　　　Brian E. Ditsch
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301
*Plaintiff pro per*

/s/ *Pat Nielsen*

[2747543]

2