1
2
3
4
5              **IN THE UNITED STATES DISTRICT COURT**
6                    **FOR THE DISTRICT OF ARIZONA**
7
8    Brian Erskine,                        No. CV-20-08123-PCT-JJT
9                    Plaintiff,            **ORDER**
10   v.
11   Forrest Fenn,
12                    Defendant.
13
          This matter having recently come before this Court,
14
          IT IS ORDERED that motions to dismiss pursuant to Fed. R. Civ. P. 12(b) and
15
     motions to strike pursuant to Fed. R. Civ. P. 12(f) are discouraged if the defect that would
16
     be the subject of the motion can be cured by filing an amended pleading. Therefore, the
17
     parties must meet and confer prior to the filing of a motion to dismiss or motion to strike
18
     to determine whether it can be avoided. Consequently, motions to dismiss and motions to
19
     strike must be accompanied by a notice of certification of conferral, indicating that the
20
     parties have conferred to determine whether an amendment could cure a deficient pleading,
21
     and have been unable to agree that the pleading is curable by a permissible amendment. In
22
     addition, parties shall endeavor not to oppose motions to amend that are filed prior to the
23
     Rule 16 Scheduling Conference or within the time set for the Rule 16 Case Management
24
     Order. Motions to dismiss and motions to strike that do not contain the required
25
     certification are subject to striking on the Court's own motion.
26
          Dated this 23rd day of June, 2020.
27
28                                        _____
                                          Honorable John J. Tuchi
                                          United States District Judge