IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRIAN ERSKINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV-20-08123-PCT-JJT |
| ) | |
| FORREST FENN; ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF CONFERENCE CERTIFICATION
AND NOTICE OF SUPPLEMENTAL PLEADING
PURSUANT TO F. R. C. P. RULE 15(d)**

Plaintiff is filing soon after, but not immediately with, this Notice a Motion for Supplemental Pleading ("SP"), including the SP, pursuant to Rule 15(d) and with more support for Arizona specific personal jurisdiction ("APJ"). Pursuant to the order of June 23, Defendant's Counsel and Plaintiff have conferred. Plaintiff at length communicated general substance and context of the SP in the same Rule 12 Conference emails whose copies Defendant's Counsel already filed. The SP derives from significant events and spectacular press statements by Defendant and by others in response, made only after service on June 4, extending their dynamically operative context to APJ as relevant to the Noticed Rule 12(b)(2) Motion. In conference Plaintiff mistakenly used the word "amended" but hereby Notices that a SP was meant instead; *pro se* Plaintiff regrets the

imprecision but as both fall under Rule 15 Plaintiff's true meaning would be clear to experienced counsel by conference context.

DATED this 26th day of June, 2020.

_____
Brian Erskine
Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, I electronically transmitted the foregoing document to the Clerk using the CM/ECF system for filing and transmission of a Notice of Conference Certification and Notice of Supplemental Pleading to the following registrants:

James W. Armstrong
Brian E. Ditsch
SACKS TIERNEY, P. A.
*Attorneys for Defendant*

_____

Brian Erskine
Plaintiff