IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brian Erskine, | ) | |
| | ) | |
| Plaintiff; | ) | Case No. CV-20-08123-PCT-JJT |
| v. | ) | |
| | ) | Proposed Order Granting Leave |
| Forrest Fenn, | ) | to File Supplemental Pleading |
| | ) | F. R. C. P. 15(d) |
| Defendant. | ) | |

## **PROPOSED ORDER**

Upon consideration of the parties' submissions and applicable law, the Court hereby Orders as follows:

1. Plaintiff's Motion for Supplemental Pleading is granted.

2. Plaintiff may consolidate, with the Supplemental Pleading: a Response to the Declaration of Forrest Fenn, a Responsive Memorandum to the jurisdiction Motion **by Order**, and a brief Conclusion.

3. Plaintiff may, in that consolidation, reasonably exceed the length limitation of LRCiv 7.2(e)(1) or other applicable such limitation(s), as detailed in the Memorandum of Points and Authorities in Support.

It is so Ordered.