IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, | Case No. CV-20-08123-PCT-JJT |
| Plaintiff; | |
| v. | Notice of Withdrawal of Plaintiff's Motion (D#19) |
| Forrest Fenn, | |
| Defendant. | No Hearing Date |

**NOTICE OF WITHDRAWAL OF MOTION**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby Withdraws (only the) "Motion for Supplemental Pleading Pursuant to F. R. C. P. 15(d) To Be Consolidated with Responsive Memorandum by Order, and Memorandum of Points of Authorities in Support," filed July 15 (D#19). Plaintiff also notes that the Motion to be withdrawn did not comply with F. R. C. P. 11(a) and likely also was incorrectly electronically filed.

Respectfully submitted this 26th day of July, 2020.

*/s/ Brian Erskine*

Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2020, I caused the foregoing to be electronically filed with the Clerk using the CM/ECF system, which will serve notice of such filing to counsel of record and the Court Monitor to their registered electronic mail addresses:

James W. Armstrong
Brian E. Ditsch
SACKS TIERNEY, P. A.

Karl Sommer
SOMMER KARNES AND ASSOCIATES LLP
*Pro Hac Vice*

*Attorneys for Defendant*

_____
Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com