IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br><br>Plaintiff,<br><br>v.<br><br>Forrest Fenn;<br><br>Defendant. | Case No. CV-20-08123-PCT-JJT |

**SECOND AFFIDAVIT OF BRIAN ERSKINE**

STATE OF ARIZONA )
)
County of Yavapai )

I, BRIAN ERSKINE, being first duly sworn, state and allege as follows:

1. I am Plaintiff in *Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT in Arizona Federal court ("Case").
2. Terms in this Affidavit have the same meaning as in my Case filings.
3. In late 2018, I communicated the Quest solution including the accurate Location to Bob Boze Bell ("Bell"), Editor and CEO of *True West*.
4. **I judge that Bell behaved with total integrity throughout our entire interaction.**
5. I asked Bell to intermediate with, and to communicate the Quest solution to, Fenn.

6. I sought Bell's intermediation, not manipulatively to sustain Arizona jurisdiction in a future Case, as I then had no thought to sue nor firm knowledge or perception of the Poem being a unilateral open contract, but as a reasonable, good-faith act simply for effectiveness and respect to Fenn given the low quality and high volume of communications with which I rightly judged Fenn to be burdened.
7. I sought Bell's intermediation specifically because of the *True West* Event report and its detailed description and prominent depiction of Bell's Fenn connection.
8. To my best knowledge, Bell did communicate Quest solution to Fenn.
9. To my best knowledge, as gathered on my follow-up with Bell, Fenn's response was "Thank you."
10. I was not party or privy to any communication between Bell and Fenn.
11. I did, on my own, also send the Quest solution to Fenn by postal mail at roughly the same time as Bell's intermediation, and I also traveled to Santa Fe in August 2018 to present Quest solution to a New Mexico State Police officer with rank of Major.
12. I retain detailed email records of my communications with Bell, typically dating to October 2018, and though they favor my case, I have not (yet) exhibited them only so as to maintain respect for **the general privacy of Bell's communications and a wish not to expose Bell further to the Quest, which is Fenn's responsibility.**
13. I believe with reasonable confidence that Bell would retain records of all relevant communications, that these could be exhibited as evidence, and that Bell would appear in the Case if required; it is my strong preference that that not be necessary.

14. In my original Complaint, motivated by respect for and gratitude toward Bell, I downplayed (but did mention, and did Exhibit) Bell's Case involvement so as limit public exposure of Bell's name in a Case certain to draw major media attention, only to be targeted by a pretrial motion challenging the Arizona jurisdiction to which Bell is pivotal — even demanding legal fees. I am tired of Fenn's antics as reflected in his bizarre Declaration and his 'bullying' tactics.

15. Given the totality and enormity of Quest events I ask Fenn as a man of honor, valor, service, and commitment per his own Declaration to stop wasting the court's time, stop making empty threats through prominent lawyers whether in New Mexico or Arizona, and finally to have or find the humility to acknowledge me as having solved the Quest, while of course conveying the consideration as required by his own contract under **Arizona** contract law.

16. I do **not** wish anonymity and I do consent to Fenn's revealing my name (respectfully, with good judgment, as I expect he would) as the solver of the Quest, but of course only in conjunction with breach cure.

17. Attached are Exhibits as true and accurate representations or copies of:

    1. Contract Summary (Exhibit RM1)
    2. Tony Interview Transcript by Plaintiff (Exhibit RM2)
    3. Press articles, press excerpts, or press citations: *The Santa Fe New Mexican, NPR, Newsweek, True West, Alta, The Salt Lake Tribune* (Exhibit RM3)

Respectfully submitted,

Brian Erskine

Brian Erskine, Affiant

1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

SUBSCRIBED AND SWORN to before me, the undersigned Notary, this 29 day of

June, 2020, by BRIAN ERSKINE

Danielle

09-22-2023

Notary Public My Commission Expires

DANIELLE MACKAY
Notary Public - State of Arizona
YAVAPAI COUNTY
Commission # 570690
Expires September 22, 2023

# EXHIBIT LIST

1. Contract Summary

2. Tony Interview Transcript by Plaintiff

3. Press articles, press excerpts, or press citations: *The Santa Fe New Mexican, NPR, Newsweek, True West, Alta, The Salt Lake Tribune*

# Contract Summary (Exhibit RM1)




**Below is an open unilateral contract of hidden fact**

*As I have gone alone in there*
*And with my treasures bold,*
*I can keep my secret where,*
*And hint of riches new and old.*

**Offer, consideration, motivated intent**

*Begin it where warm waters halt*
*And take it in the canyon down,*
*Not far, but too far to walk.*
*Put in below the home of Brown.*

**Performance instructions**

*From there it's no place for the meek,*
*The end is ever drawing nigh;*
*There'll be no paddle up your creek,*
*Just heavy loads and water high.*

**Performance instructions**

*If you've been wise and found the blaze,*
*Look quickly down, your quest to cease,*
*But tarry scant with marvel gaze,*
*Just take the chest and go in peace.*

**Performance instructions**

*So why is it that I must go*
*And leave my trove for all to seek?*
*The answers I already know,*
*I've done it tired, and now I'm weak.*

**Offer, consideration, (imperative) motivated intent**

*So hear me all and listen good,*
*Your effort will be worth the cold.*
*If you are brave and in the wood*
*I give you title to the gold.*

**Offeree, emphasis, consideration, conveyance**

# Tony Interview Transcript (Exhibit RM2)

***Screenshot of Tony Interview video link***

***Manual transcript follows***

***Plainly, the authenticated transcript could be obtained from Inside Edition***



# TONY INTERVIEW TRANSCRIPT

JUNE 19, 2020

*INSIDE EDITION*

NOT AUTHENTICATED

OWN WORK OF PLAINTIFF LISTENING TO VIDEO

*VIDEO TITLE: WHY CBS ANCHOR TONY DOKOUPIL DOESN'T THINK FORREST FENN'S TREASURE WAS FOUND (3:43)*

TONY: [picking up mid-interview?] "…100 percent real. I don't, however, think that it's been found."

ALIGNED NARRATOR: "CBS This Morning Anchor Tony Dokoupil…"

TONY: "I gotta tell ya, I do not believe that that treasure has been found!"

ALIGNED NARRATOR: "…has a theory about a coveted mystery treasure hidden in the Rocky Mountains for the last decade."

FENN (FILE CLIP): "I hid that treasure chest when I was 79 or 80."

ALIGNED NARRATOR: "The wealthy antiques dealer Forrest Fenn who challenged the world to find his prized and buried stash recently announced, 'The treasure was found, the chase is over.' Fenn says the guy who found it does not want his name mentioned and is from back East. Fenn shared what he says are three photos of the chest, writing, 'It is darker than what it was ten years ago when I left it on the ground and walked away. The finder wants me to remain silent.' Dokoupil believes the photos aren't proof, arguing

these are undated pictures of an open chest found from an unnamed person in an unnamed location, and the ones of Fenn are from before he buried the treasure.'"

TONY: "It's possible that what he's actually doing is creating an opening for himself to complete the rather dark and bizarre plan he explained to me nearly a decade ago."

ALIGNED NARRATOR: "In 2012, Dokoupil spent nearly a week with Fenn at his Santa Fe, New Mexico compound, gathering interviews and research for a lengthy *Newsweek* profile feature story."

BRUNETTE WOMAN JOURNALIST: "How did he agree to let you go to visit — "

TONY: (Interrupting) "[Fenn] was dying for the publicity! You know, at the time, he'd written the [Memoir] two years prior and the only people who had mentioned it were little publications, or like an airline magazine, and he had no credibility as somebody who actually had a lot of, uh, collectable items, maybe a treasure, and who could put that into — and who would do something as crazy as invite people to — to find it. At the time, no one was paying attention to him, so when I called, [Fenn] was like, 'Please! Come! I'll give you all the time you want.'"

ALIGNED NARRATOR: "The article put [the Memoir] and [Fenn's] treasure hunt in the national spotlight!"

TONY: "The Forrest Fenn treasure story would not exist as a national story if I did not pursue it nearly a decade ago."

YOUNGER TONY [ARCHIVE FOOTAGE]: "The location of this treasure will almost certainly lead many searchers astray, some toward court, and others toward jail."

ALIGNED NARRATOR: [Introducing another journalist] "Here's Jim Moran."

JIM MORAN: "The treasure mania started about ten years ago when Fenn buried a chest filled with gold and jewels somewhere in the Rockies. He put clues to the treasure's whereabouts in a book he wrote [Memoir]."

ALIGNED NARRATOR: "Many people have risked their lives to find the treasure. Some have died."

TONY: "The real reason why I don't think the treasure, uh, has really been found is because Forrest told me that his plan was to entomb himself along with the treasure. I think the treasure is in a location where an older man can still get to it and crawl or insert himself, uh, in, in and alongside the chest, and that's how it was explained to me."

ALIGNED NARRATOR: "Fenn, as many describe him, is like a real-life Indiana Jones." [Cue *Raiders of the Lost Ark* theme music]

TONY: "So you have a guy who's been collecting archaeology his whole life and is so in love with it that he's hatched a plan to make himself part of that record for all time and invite the public in and try to find it and his bones."

BRUNETTE WOMAN JOURNALIST: "Have you spoken to [Fenn] since?"

TONY: "Yes! I have not spoken to him in this latest interval. I am confident it is not a hoax. Forrest wants to be remembered for thousands of years and this is his way of doing so."

ALIGNED NARRATOR: [Wrapping the video, showing wrap screen] "I'm [Name inaudible] for *Inside Edition* Digital."

# Press
# (Exhibit RM3)

SANTA FE NEW MEXICAN
85° | E-EDITION | APP | ARCHIVE | ADVERTISE | SUBSCRIPTIONS | CALENDAR | NEWS TIPS | CONTACT | HELP
NEWS SPORTS OPINION PASATIEMPO OBITUARIES CORONAVIRUS LIFE CLASSIFIEDS REAL ESTATE JOBS LEGALS

# Forrest Fenn confirms his treasure has been found

From the Archives: Chasing Forrest Fenn's treasure series

By Danielle Prokop dprokop@sfnewmexican.com Jun 7, 2020 110

1 of 6



Forrest Fenn at the start of the treasure hunt. He included a poem in his 2010 memoir that he said provided clues to a hidden treasure chest. Fenn said Sunday a man found the treasure last week.

New Mexican file photo



MORE INFORMATION



**Years of searching for the treasure hunter who would find the treasure**

And then my boss decides to move me off the Sunday shift and another reporter gets the story.

The search for treasure might be over, but the fight sure isn't.

Forrest Fenn, an 89-year-old Santa Fe author and artifacts dealer, said his treasure chest hidden in the Rocky Mountains in 2010 was found last week.

"It's true," Fenn told *The New Mexican* in a phone call Sunday, adding that the finder of his chest located the valuable goods "a few days ago."

Fenn wouldn't say where the treasure was found or who found it.

"The guy who found it does not want his name mentioned. He's from back East," he said, adding that it was confirmed from a photograph the man sent him.

Fenn declined to produce the photograph Sunday.

An estimated 350,000 people have hunted for Fenn's treasure. Some quit their jobs to do so. But it's had deadly consequences. At least five people have died while searching for the chest.

Barbara Andersen, a Chicago real estate attorney, said she is filing an injunction in federal District Court alleging she solved the puzzle but was hacked by someone she doesn't know.

"He stole my solve," she said in an interview. "He followed and cheated me to get the chest."

Andersen, who has been licensed to practice law in Illinois since 1998, is representing herself.

In the injunction, she seeks to stop an unknown defendant from selling booty from the treasure chest. She is also asking the court to give the chest to her.

And that's not the only court case involving Fenn's treasure.

In December, David Harold Hanson of Colorado Springs, Colo., sued Fenn for $1.5 million, claiming he has deprived him of the treasure through fraudulent statements and misleading clues.

A judge threw out the case in February, citing mishandled procedure for serving Fenn with the lawsuit. But last week Hanson petitioned the court to reopen the case.




Hanson could not be reached Sunday for comment.

One treasure hunter taking Fenn to court was skeptical of the timing.

Brian Erskine of Prescott, Ariz., said in his complaint, filed in U.S. District Court, that he "solved the quest."

Erskine said the site in question is in the San Juan Mountains of Colorado, between the towns of Silverton and Ouray and accessible by U.S. 550, also known as the "Million Dollar Highway."

"He just got served with my lawsuit, and now we have this press release," he said in an interview Sunday.

Among other arguments for his case, Erskine says abandoning a chest of valuables in the wild, as Fenn says he has done, means he couldn't "give title" as Fenn writes in his memoir, *The Thrill of the Chase*.

Erskine said he's confident his lawsuit will proceed.

And still others believe the treasure never existed — or had already been given away.

"I think his announcement is at least a few years, and a few lives, too late. But he has to live with that. I believe this was over much earlier than today," said treasure hunter Seth Wallack.

"I think 2019 is the year he said was his last to do any interviews about the treasure, which I interpret as he lost interest because the hunt was no longer," Wallack added. "In 2020, he said the treasure was found, but doesn't reveal any details so his narrative can't be questioned."

Saying he wanted others to take part in an old-fashioned adventure, Fenn published clues online and in a 24-line poem published in his memoir.

In 2017, he told *The New Mexican* the chest weighs 20 pounds and its contents weigh another 22 pounds. He said he delivered the chest to its hiding place over two trips, by himself.

Asked how he felt Sunday, Fenn said it's been quite the decade.

"I don't know, I feel halfway kind of glad, halfway kind of sad because the chase is over," Fenn said.

*Staff writer Robert Nott contributed to this report.*

*Show what you're thinking about this story*

5 | 1 | 10 | 3 | 3

← Previous    Next →

Danielle Prokop
General Assignment Reporter

Follow Danielle Prokop

## In this Series

### Archives: Chasing Forrest Fenn's treasure

Jun 8, 2020 article
Treasure hunters share thoughts on Fenn treasure find
Jun 7, 2020 article
Forrest Fenn confirms his treasure has been found
Jun 7, 2020 article
Years of searching for the treasure hunter who would find the treasure
23 updates

View (110) comments

CLASS OF 2020



Santa Fe honors its graduates in this special issue included in the June 28, 2020 edition of the Santa Fe New Mexican.
Find a copy of the *Santa Fe New Mexican* | Visit the graduation site

VIDEO NEWS HIGHLIGHTS



Amazon Pledges $2 Billion
1:01 CDC Develops Single Test for
1:09 Trum Asks
Powered by wibbitz

MOST POPULAR

Articles

1. India Palace vandalized in racist attack
2. Lujan Grisham delays phase 2 of New Mexico reopening
3. Police: Suspect in custody following SWAT operation on Acequia Madre
4. Public Education Department releases plan for reopening schools
5. Toxic hand sanitizer kills three in New Mexico
6. New Mexico continues to see upward trend in virus cases
7. Many Santa Fe visitors ditching masks
8. Fewer New Mexicans are being hospitalized for COVID-19
9. Fundraising efforts aid India Palace after attack
10. Santa Fe City Council approves proposal to close downtown streets

COLUMNISTS & BLOGS

RINGSIDE SEAT
**Pearce takes cheap shots from cheap seats**

GROWING UP SPANGLISH
**Canutito eats tamales 'con la elefanta'**

BUILDING SANTA FE
**Don't neglect green building codes**

PHILL CASAUS
**Get ready for a new era at Indian Market**

PREV
NEXT



CONTACT INFORMATION

**santafenewmexican.com**
202 E. Marcy St.
Santa Fe, NM 87501
**Phone:** 505-983-3303
**Email:** webeditor@sfnewmexican.com



Copyright © 2020 The Santa Fe New Mexican | Terms of Use
Powered by BLOX Content Management System from TownNews.com.

npr NAU NORTHERN ARIZONA UNIVERSITY Knau Arizona Public Radio
SIGN IN NPR SHOP DONATE NOW
KNAU News Talk On Air Now
NEWS ARTS & LIFE MUSIC SHOWS & PODCASTS SEARCH
HOURLY NEWS LISTEN LIVE PLAYLIST
NPR thanks our sponsors Become an NPR sponsor

NATIONAL

# Hidden Treasure Chest Filled With Gold And Gems Is Found In Rocky Mountains

June 8, 2020 · 11:39 AM ET

BILL CHAPPELL



Forrest Fenn, the millionaire who hid a treasure chest in the Rocky Mountains, says someone has finally found it. The riddle of the prize's location is in a poem from his book, *The Thrill of the Chase*.
*John Burnett/NPR*

After sitting undisturbed for more than 10 years, a treasure chest holding gold nuggets and precious gems has been found in the Rocky Mountains. The box was hidden by millionaire art dealer Forrest Fenn; his only clues included a map and a poem. But after countless quests, the search is over.

"The treasure has been found," Fenn wrote in a statement to a blog run by Dal Neitzel for discussions among Fenn treasure seekers.



ARTS & LIFE
Seeking Adventure And Gold? Crack This Poem And Head Outdoors

NATIONAL
Rocky Mountains Treasure Hunt Turns Fatal



THE TWO-WAY
Search For Buried Treasure Linked To Illinois Man's Death At Yellowstone

"It was under a canopy of stars in the lush, forested vegetation of the Rocky Mountains and had not moved from the spot where I hid it more than 10 years ago," Fenn said. "I do not know the person who found it, but the poem in my book led him to the precise spot."

The successful seeker has not come forward.

"The guy who found it does not want his name mentioned. He's from back East," Fenn told The New Mexican in Santa Fe. The find was confirmed by a photograph, he added.

The search for Fenn's hidden treasure became a sensation, luring tens of thousands of people to try to decipher the clues and embark on what they hoped would be a life-altering hike in the wilderness. But for years after the first clues appeared in Fenn's self-published book, The Thrill of the Chase, no one could find the right spot.



Forrest Fenn's treasure was tucked away in an ornate, heavy Romanesque box that was filled with gold nuggets, gold coins and precious gems.
*Courtesy of Forrest Fenn*

For some, it became a dangerous obsession: In the process of looking for the trove that was said to be worth as much as $2 million, at least four people have died.

"The ornate, Romanesque box is 10-by-10 inches and weighs about 40 pounds when loaded," as NPR's John Burnett reported in 2016. "Fenn has only revealed that it is hidden in the Rocky Mountains, somewhere between Santa Fe and the Canadian border at an elevation above 5,000 feet. It's not in a mine, a graveyard or near a structure."




The treasure map and poem from Fenn's book.
*Benchmark Maps/Courtesy of Forrest Fenn*

After reports that searchers had died while looking for his treasure, Fenn tried to dissuade people from taking perilous risks, saying in a statement emailed to NPR, "The treasure is not hidden in a dangerous place. I hid it when I was about 80 years old."

Three years ago, the treasure hider said he believes at least 250,000 people have looked for the stash. But noting the accidents that have occurred, he added, "The search is supposed to be fun."

Fenn, who will turn 90 in August, had pledged never to reveal where he hid the prize, telling Burnett in 2016, "If I die tomorrow, the knowledge of that location goes in the coffin with me."

## Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

What's your email? SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## More Stories From NPR

NATIONAL
**Justice Department Charges 4 Over Attempt to Topple Andrew Jackson Statue In D.C.**



HEALTH CARE
**Q&A: Are Face Mask Requirements Legal?**




ELECTIONS
**One Of Democrats' Top Senate Recruits Stumbles Amid Protests**



NATIONAL
**NYC To Crack Down On Mystery Fireworks That Are Fraying Nerves And Disrupting Sleep**



NATIONAL
**As The Country Reexamines Statues And Symbols, The VA Resists A Gender-Neutral Motto**



NATIONAL
**1 Fatally Shot, 1 Injured At Park Where Protesters Gathered For Breonna Taylor**



## Popular on NPR.org

POLITICS
**Trump Retweets Video Of Apparent Supporter Saying 'White Power'**



HEALTH
**Tracking The Pandemic: Are Coronavirus Cases Rising Or Falling In Your State?**



GLOBAL HEALTH
**Swedish Disease Expert Calls WHO's COVID-19 Warning 'A Total Mistake'**



THE CORONAVIRUS CRISIS
**Masks And The Outdoor Exerciser: Advice For Runners, Bikers, Walkers, Hikers**




POLITICS
**Trump Campaign Postpones Pence Events In Arizona And Florida After Coronavirus Spikes**



NATIONAL
**Saharan Dust Cloud Arrives At The U.S. Gulf Coast, Bringing Haze**



## NPR Editors' Picks

WORLD
**Global COVID-19 Deaths Top 500,000**



GLOBAL HEALTH
**Global Lives Lost: From A Wise And Wonderful Grandma To A Soccer Pioneer**



RACE
**A Black Mother Reflects On Giving Her 3 Sons 'The Talk' ... Again And Again**



BOOK REVIEWS
**Shirley Jackson Meets Johnny Rotten In 'Dark Blood Comes From The Feet'**



MUSIC LISTS
**We Insist: A Century Of Black Music Against State Violence**



WORLD
**In Colombia, Tax-Free Holidays Lead Critics To Decry 'COVID Friday'**



| READ & LISTEN | CONNECT | ABOUT NPR | GET INVOLVED |
|---|---|---|---|
| Home | Newsletters | Overview | Support Public Radio |
| News | Facebook | Finances | Sponsor NPR |
| Arts & Life | Twitter | People | NPR Careers |
| Music | Instagram | Press | NPR Shop |
| Podcasts | Contact | Public Editor | NPR Events |
| Programs | Help | Corrections | Visit NPR |

terms of use privacy your privacy choices text only © 2020 npr

# Forrest Fenn Wants You to Find His Treasure—and His Bones

museum, and Forrest and his father came together there, picking up whatever washed to the surface: arrowheads, beads, pieces of pottery. "Grab every banana," his father used to say while they were out on hunts together, baffling his son.

One day he elaborated: "He said, son, the train doesn't go by that banana tree but one time, so you reach as far out as you can, because every banana you don't grab is a banana you'll never have. And then we walked on in the mud and we picked up some arrowheads." Fenn still has his first one, found when he was about 9 years old, starting him on the thrill of the chase.

ADVERTISEMENT

The chase accelerated when Fenn joined the Air Force in 1950, and was transferred to Bitburg, Germany, later that decade. As a fighter pilot, he was allowed to take out jets for fun, and for Fenn that meant going where there was history. "I was thrown out of Pompeii three times," he boasts about his visits to the Roman city buried in ash and mud in 79 A.D. "But I found amphora full of olive oil and full of wine." Another weekend he flew to Libya and swam off the coast of Sabratha, a Phoenician port founded in approximately 500 B.C. He spotted something in the water beneath him and yanked it up using a rope and a Jeep. It was another amphora, and when he cracked it open he found bronze coins welded together by salt water. But Fenn's favorite place to explore was the Sahara, where "you could find 8,000-year-old spear points, made when the desert was wheat fields, next to a German skeleton or hand grenade or a burned-out tank."

It wasn't until 1960 that Fenn's collecting flowered into a kind of obsession. "Relentless." "Insatiable." "Excessive." "Rabid." Those are Fenn's own words. He landed a job teaching at Luke Air Force Base in Arizona, America's "archeological mecca," the setting for centuries of human occupation and at least 500,000 graves. Today most of those graves are believed to have been plundered, but in Fenn's day much of the area was still pristine.

"In my mind," he says, "I've always been the best in the world at collecting cool things." From the sky, he learned to spot ruins by the pattern of cacti. Other times he would slice through canyons looking for hidden cliff dwellings and caves. The most promising sites he would investigate by Jeep. He ran into partners: a tall, lantern-jawed cowboy named Bill Robinson, who lived out near what became Route 66, and John Whitaker, a second-generation highway worker who learned to hunt artifacts he unearthed while laying pavement.

ADVERTISEMENT

Fenn is shy about detailing their exploits, but two of Whitaker's daughters remember Fenn well, and so does -another relative, then a teen, who sometimes went along for digs. Fenn was dashing to the two adolescent girls, Marilyn and Barbara. They recall him flying low in his F-100, buzzing the top of their father's Chevy pickup, and unleashing a sonic boom that shook the desert. Later he'd appear in their kitchen, beckoning their father to go for a ride.

The legality of these digs is murky, a matter of interpreting outdated laws, decades-old court decisions, and specific questions of geography. Since 1906, however, it has been illegal to take anything from public land without permission, let alone disturb historic gravesites, which were often the site of the most valuable riches. "You can't dig out there without digging up some graves," admits the group's teenage tag-along. Fenn himself, in conversations recorded by law enforcement, recounts digging in Arizona and removing a stone axe from the remains of an Indian who was crushed by a boulder.

Fenn and his two partners got themselves into all kinds of slapstick trouble as well. Scampering out of an exploratory hole after a rattlesnake or a centipede squirmed through the wall. Or getting yanked ankles-first out of a collapsed cave, spitting sand and hollering. One day the men were in a cave, "digging to their hearts' content," Barbara Whitaker recalls her father telling her, when they heard the *whomp-whomp* of a rotary blade growing louder and louder. "We're screwed," was the general feeling inside the chamber, no use fighting it. They walked out into the sunlight, expecting to be arrested by a green-suited ranger, she says. Instead they found a U.S. senator, Barry Goldwater. He wasn't there to bust them. He just wanted to dig, too. Fenn would not corroborate this story, but he did say this: when Goldwater wanted to take a group of Washington types out for a dig, he called Fenn, who recalls taking the expedition out in an Air Force helicopter. No one seemed concerned with the laws. "These were U.S. senators," Fenn says. "They make the laws."

ADVERTISEMENT

The gang broke up by the mid-1960s, when Fenn was transferred to a base in Texas. But it was breaking up anyway, Whitaker's children understood from their father, because Fenn wasn't just taking a treasure or two but returning to caves and stripping them clean. This was too much for John Whitaker, who had taken a job as a water manager on the Navajo reservation. Of the three, only Fenn "turned it into a profession," says Barbara. "He saw something that he could cash in on, and he made his family fortune on it."

Fenn rejects the claim that he grabbed every banana, but he admits that he then he started trading them. "I'll trade a bracelet for six rings then give three of the rings for a bracelet and a necklace," he told Forbes in 1978. He also says he took in money by casting bronze statues, using a crucible he "scrounged" from the Air Force, and the metal from "a midnight requisition" of four sprinkler heads from a Texas Tech practice football field. By 1972 he had enough cash and inventory to move to Santa Fe, partnering with a local Indian-artifacts trader. Within a year, the trader wanted to back out, fearing damage to his reputation with the Indians. But Fenn had his footing by then. He found an angel investor and began to build Fenn Galleries, buying, selling, and trading his way up the totem pole for the next 17 years.

The idea for the treasure dates to 1987, when Fenn's father was diagnosed with pancreatic cancer. The man took 50 sleeping pills and died at home in Texas, a few hours before Forrest could land in his single-engine Rockwell Commander. The following year, Fenn was diagnosed with kidney cancer and given a slim chance of living. He started thinking about what he would leave behind. "What can one person do that might impact life a thousand years from now?" he asked himself. One idea was to bury bronze bells, stuffed with his life story. He has buried eight of them so far.

ADVERTISEMENT

His other idea was the treasure chest. There has been a 20-odd-year delay for the simple reason that Fenn beat cancer. But he has used his second lease on life very much like he used his first. He sold his gallery, built a mansion on the Old Santa Fe Trail, and bought himself his very own Indian ruin. (America is the only wealthy country that gives land owners title to archeology, putting artifacts in the same category as oil or gold.)

Fenn's ruin is San Lazaro Pueblo, the largest and most significant in the area, and, since 1964, a National Historic Landmark. People lived there from about 1200 to the late 1800s, and it contains artifacts the Indians hastily jettisoned around the time of the area's first contact with a European army. "He hit the mother lode," the state archeologist at the time said when Fenn bought the ruin. But Fenn uses it for fun. "It's a retreat for me, a place to get away," he says. "I'll go out and sit on the medicine rock, drink a Coca-Cola or something, and I can look out and see Coronado coming up Del Char Creek with 13 legionaries in armor and helmets."

And he digs. He has thousands of -pieces—a shattered Spanish mission bell, a mysterious phallic-shaped religious item, a charred arrow, one of the oldest dance masks ever found. All of it neatly and obsessively stored in Tupperware containers, Altoid tins, and velvet-lined jewelry boxes. He compares digging to breathing, and collecting to slaking a burning thirst. New Mexico's current state archeologist, Eric Blinman, has been invited to San Lazaro and seen Fenn in full dig. "It's like a drug high," Blinman tells *Newsweek*.

ADVERTISEMENT

Even here it's hard to tell whether Fenn's digging has crossed any legal lines. Twenty-two years ago, New Mexico accused him of disturbing graves on his pueblo, alleging "obvious human remains" that were "piled and scattered." Fenn got the complaint thrown out when he learned that the state had trespassed to collect its evidence. But to this day he doesn't deny finding possible graves. "The key word [in the law] is 'discover'," Fenn says. "We've found bones that might have been human, but we didn't 'discover' that they were, so we covered them up and moved someplace else."

Descendants of the San Lazaro pueblo pray for him, and the head of the National Congress of the American Indian told me he believes that collectors like Fenn are cursed. But only a distant barbed-wire fence and signs that say "Federal Property" seem to curb Fenn's pursuit of the past. "What's the difference between here and there?" I asked, after Fenn and I had spent the day picking up bone pieces, beads, pottery, and prehistoric shell-and-turquoise pendants. He knew exactly: "18 months in jail and a $10,000 fine."

One morning I didn't see Fenn for breakfast because I had a rendezvous with one of the groups searching for his treasure. There are thousands of them out there, to judge by treasure forums, the contents of Fenn's email box, and sales of his memoir. He donated the entire printing to a bookstore in downtown Santa Fe, which in turn will donate a portion of its sales to a cancer fund.

ADVERTISEMENT

Fenn says he wrote the book "for every redneck out there with a pickup truck, six kids, just lost his job, his wife, and lacks adventure." But the people who have found the trail are a more diverse bunch than that. On his Thrill of the Chase blog, Dal Neitzel, a cinematographer who has done work for CNN, reports run-ins with a mysterious girl in a mid-century red pickup truck and green mud boots, and two young guys from Los Angeles in a black Hummer. He's also run guest posts from a Midwestern mother of two who has made seven search trips so far.

Fenn himself has heard from a lovable cross-section of bumblers. One college kid trekked to a river location, remembering rope, gloves, wetsuit, booties, mask and fins—everything but an air tank. Another hopeful traveled to a lake in winter, stepped out of a subcompact rental car and plunged into "a dark blackened landslide of ice and snow." One of my favorite notes from a searcher is also the simplest. "Stumped," it reads. "Defeated."

My team was in a similar mood when I first contacted them. The four had driven down from the Iowa flatlands, three high-school buddies plus a childhood friend. Mark Dreyer, a real-estate broker had recruited his cousin Chad Claude, who runs logistics for a global frozen-food company, who in turn recruited Gary Merrill, a paramedic, and Scott Rath, who handles scheduling for a livestock operation. They considered Vegas together. They hoped this would be even better.

ADVERTISEMENT

For six months they prepared, meeting for treasure sessions at Pizza Ranch. Then they packed up Claude's GMC -Yukon, taking beef jerky, bullets, men's magazines, a first-aid kit, and everything four 40-year-old men could need for five days in the woods. Their interpretation of the poem led to a 13-mile stretch in and around New Mexico's Cimarron Canyon and Eagle Nest Lake state parks and the Carson National Forest—where they found only a rolled ankle, a run-in with a "bear" that turned out to be a kid fishing, and a bitter moment when a motorcade of fancy cars drove by: they imagined Fenn inside one of them, laughing like a cartoon villain.

When Merrill got my email asking to meet, the guys were drinking in a hotel bar. I convinced them to stay one more day, promising to share my own interpretation of the poem. By now I was caught up in the hunt, sure my original reporting would help, and happy to split treasure for the sheer story alone. But they wanted to return to Cimarron. We walked around in the woods, holding crumpled copies of Fenn's poem and regarding the underbrush until a ranger told us we needed a permit to hike.

At lunch I asked the guys what they thought about the more controversial chapters in Fenn's history. They shrugged. "What's the difference between the scene of a car accident and a ruin?" Merrill said. "Or a Spanish galleon?" Rath added. "It's not like he's a cocaine dealer," said Dreyer. They left that night, sending Fenn a thank-you email, and pledging another trip. "I like our chances," said Claude.

ADVERTISEMENT

On my last day, a few hours before I got on a plane, I met Fenn at his house to say goodbye. I brought a bag of artifacts with me, the stuff I had picked up on his private ruin. I felt guilty about keeping them in general, and nervous about flying with them specifically. "I don't believe you," Fenn snapped. "You didn't feel guilty when you pulled them up." I told him about the idea of a curse, about how every day Indian tribes and federal agencies get packages in mail, filled with Indian relics and pleading, apologetic notes from desperate people. Fenn shook his head. "I look cursed to you?" I left the artifacts anyway. Recently, he emailed to say they had been backfilled back into the dirt at San Lazaro, but they weren't happy there. "They're in the dark," he said, just like his treasure chest. But only for now.

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

Loading...

MORE IN U.S.

Pence: U.S. in 'Much Better Place' With Coronavirus Despite Surge in Cases

Texas Medical Center Deletes ICU Data Amid State's Coronavirus Spike

Pelosi: 'Long Overdue' to Mandate Wearing Masks As Coronavirus Surges

Chase Says 'Technical Issue' Lost or Added Funds to Customer Accounts

One Arrested, Three At Large After Being Charged for Jackson Statue Attack

Only 26 Percent of Americans Trust Trump for Coronavirus Info, Poll Shows

LATEST NEWS

Confronting America's Racial Tensions

'Smash Ultimate' Min Min Release Time: When and How to Download New Fighter

Trump Admin Won't Announce ACA Replacement Plan Before Supreme Court Ruling

What's Coming to Amazon Prime Video in July 2020? Full List of Releases

'I Fell Pregnant With Twins After Dating My Partner for Three Weeks'

Trump Retweets and Later Deletes Video of Supporter Saying 'White Power'

Trump Blasts NYT Report About Bounties on US Troops, Says He Wasn't Briefed

EDITOR'S PICK

WORLD
U.S. and Russia Battle on Twitter Over China's Role in Nuclear Weapons Deal
The U.S. special presidential envoy for arms control called on China to join arms control talks in Vienna, but Russia's U.N. ambassador accused him of spreading "false claims."

U.S.
Miami Beaches Close for July 4 as COVID-19 Dampens Independence Day Plans
The mayor of Miami is due to sign an emergency order on Saturday closing all beaches in Miami-Dade County from July 3 to 7, spanning the holiday weekend.

WORLD
Head of Church of England: White Jesus Should be Reconsidered Amid Protests
"Yes of course" depictions of Jesus as a white man should be reconsidered, Archbishop Justin Welby said Friday.

NEWS
These States Have the Lowest Coronavirus Cases
Montana, Alaska and Hawaii have all reported around 800 to 850 infections to date.

CHOOSE YOUR SUBSCRIPTION

PREMIUM
Newsweek magazine delivered to your door
Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
Personalized daily newsletter
SUBSCRIBE

DIGITAL+
Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
Personalized daily newsletter
GET YOUR FREE TRIAL

NEWSLETTER

THE STARTING 5
See why nearly a quarter of a million subscribers begin their day with the Starting 5.
Email address
FREE SIGN UP

Newsweek © 2020 NEWSWEEK

Editions: U.S. Edition | 日本 | Pakistan | Polska | România

About Us | Corrections | Contact Us | Editorial Guidelines | Advertise | Copyright | Terms & Conditions | Privacy Policy | Cookie Policy | Terms of Sale | Archive | Announcements | Consent preferences

# Modern-Day Treasure Hunt

November 2013 | Johnny D. Boggs |



The way Forrest Fenn puts it, the treasure chest includes: 265 gold coins; nuggets; a Spanish 17th-century gold ring with a large emerald; necklaces; and a Navajo bracelet that Richard Wetherill, the controversial cowboy, explorer and trader credited with discovering Mesa Verde's Cliff Palace, sold to hotel legend Fred Harvey in 1901.

"I won it playing pool with Byron Harvey," Fenn says.

Inside his memoir, you will find a 24-line poem that includes nine clues, which, Fenn writes, "if followed precisely, will lead to the end of my rainbow and the treasure…." Other clues can be found in the memoir's text, he says.

Thus began the latest chapter of *It's a Mad, Mad, Mad, Mad World*.

Fenn, 82, has received roughly 6,000 e-mails from treasure hunters and wannabe treasure hunters. He has attracted media attention from across the world. He has ticked off at least one neighbor and plenty of treasure hunters who have complained that the treasure is too hard to find.

"I never said it was easy," Fenn says.

Fenn's neighbor called him recently. "It was not a social call," says the Santa Fe, New Mexico, collector, author and entrepreneur whom *Newsweek* calls a "real-life Indiana Jones." Seems some guys were digging up her front yard looking for Fenn's treasure. "Tell them," Fenn told his neighbor, "that the treasure is not in your front yard."

And people have complained that Fenn *never* gives any clues to where it might be? Well, you can now strike out his neighbor's front yard.

Besides, Fenn has said that the treasure is in the mountains somewhere north of Santa Fe. He has also said it's more than 300 miles west of Toledo, Ohio. And, pssst, when I interviewed him at his home in December, he gave me another clue. "It's not in Nevada."

In 2010, Fenn published a memoir, *The Thrill of the Chase*, available exclusively through Collected Works Bookstore in Santa Fe, New Mexico. In the memoir, he wrote that he had filled a cast-bronze chest (probably a Romanesque lockbox from around 1150 A.D.) with treasure. "Everything's a treasure to me," says Fenn, who collects goods that range from rare books to Western and Indian artifacts to "weird-looking rocks."

"I keep things I love," says Fenn, but he decided to part with some things, to provide adventure seekers with the thrill of a chase.

Nor has he put a price tag on the treasure, but various reports have estimated its value at $1 million, $2 million or $3 million.

"When it gets to $10 million," Fenn says, "I'm going to go back and get it."

The odds of finding that treasure might be slim, but Fenn knows all about defying odds.

He grew up in Texas, but spent many summers with his school-principal father in Yellowstone National Park until he considered himself "a 19-year-old lank without discipline, focus or cause." He joined the Air Force when the Korean War broke out, became a pilot and found himself in Germany flying in a F-100C "with an atomic bomb under my wing." By the time Vietnam came along, he was a major and a fighter pilot. While he was in Vietnam, he was shot down twice. After leaving the Air Force, he moved his family to Santa Fe and started an art gallery.

At age 58, Fenn was diagnosed with cancer. A one-hour surgery turned into five hours, and afterward he was given a 20 percent chance of living three years. "That's a pretty eye-opening diagnosis," he says.

He survived that scare, too. Some 20 years later, Fenn decided to hide a box filled with assorted treasures, to give other people the thrill of the chase.

"My family's taken care of; I've had so much fun collecting this junk, and I always loved the outdoors," he says. "I wanted to get some people off the couch and out in the woods. The greatest thrill to me is to be walking in the woods and come across something absolutely wonderful—like two porcupines playing with each other in Yellowstone."

So who's looking for his treasure?

"My audience is every redneck with a pickup truck," Fenn says. "Maybe he's lost his job, has six kids to feed, has a sleeping bag and likes adventure."

Actually, some treasure hunters are a far cry from that description, with one exception: They love adventure.

Take Dal Neitzel, a former TV documentary maker who lives on an island in the Salish Sea off the coast of northwestern Washington. Neitzel is no stranger to treasure hunting, having searched for a gold-filled Spanish galleon off the coast of Uruguay, for WWII-era B-17s in the North Atlantic, for the Japanese submarine I-52 in the Atlantic and for the *S.S. Islander*, which sank on its way from Skagway, Alaska, in 1901 with a rumored cargo of several thousand pounds of gold.

Neitzel has been out seven times looking for Fenn's treasure for as long as three weeks at a time, searching in New Mexico, Colorado, Utah, Wyoming, Idaho and Montana. He even blogs about the hunt (*DalNeitzel.com*), which leads to a question: Which is harder, searching for the treasure or blogging about it?

"You know that blog is a lot of fun," Neitzel says. "I enjoy sharing my adventures, and I really enjoy having others share their stories and tales and ideas. But nothing is as exciting as the first day of every search. When I am absolutely sure that I have figured it out, that I will soon be holding a beautiful 42-pound bronze chest heavy with artifacts representing a lifetime of collecting by the legendary Forrest Fenn—Man, that's an adrenaline rush. If I actually find it someday, I am certain I will just sit there stupefied…or have a heart attack."

Then there's Marc Howard, a Santa Fe goldsmith and history buff. Howard has been out 20 times chasing after Fenn's treasure chest, mostly in New Mexico, but he also made his first-ever trip to Yellowstone National Park—three days and 2,000 miles—and he's thinking about Colorado.

"Every time I think I don't have any more ideas, something else pops up," he says. "Besides, my wife and I have a saying: 'Any harebrained thing to be able to retire.'"

Howard hasn't found the treasure, of course, but he has found other treasures.

"I've sat in a hot spring in the middle of the mountains with a herd of bighorn sheep 150 feet away," he says. "I've seen a bald eagle over my head during the first snowfall. I've brought something back from every place I've looked."

Here's another clue from Fenn himself: "Don't look for the treasure where a 79-year-old man's not going to carry a 42-pound box."

Which is something Howard always considers before he reconsiders: "Forrest survived being shot down twice in Vietnam. I think he's an American hero. And doesn't say random things. Anything he says, anything he writes, is a clue."

"Forrest is unique," Neitzel says. "He is a fellow who really and truly thinks differently than our average human being. We are so lucky that his incredibly fertile mind was not wasted on a career in something like science, medicine or teaching. Instead he decided to create, collect, write and share."

Where is that treasure?

"I can tell you, with complete accuracy, 48 places it is not," Neitzel says. "I figure, at my current rate, I will have covered every square inch of the potential hiding place by the year 2614."

Howard is figuring out what he'll do once he finds it.

"I'll call my wife first," Howard says. "Call Forrest second. What I really want, though, is the Wetherill bracelet. So I might just show up at Forrest's house wearing that bracelet."

The thrill of the chase continues.

"I never said I buried it," Fenn says, "but that doesn't mean it isn't buried. I want a mystery about it. It's not easy to find, but it isn't impossible."

**The Hunt is On:** ***We're the first to publish his map, and he gave us a new clue…***

**Hint:** ***The treasure is not in a bordering country.***

Forrest Fenn's book and hidden treasure, estimated at "more than $1 million" in gold coins and artifacts, has caused a frenzy in the West among adventurous types and armchair puzzle fans.

The poem contains nine clues, his memoir, *The Thrill of the Chase*, contains other clues, his appearances on *The Today Show* as well as interviews with *Newsweek*, *The Daily Beast*, *The Huffington Post* and *True West* might add up to a solution, but so far we're stumped.

One modern-day prospector has spent two years investigating the whereabouts—digging deep like a journalist—looking at county property records, making scores of phone calls, hiking hundreds of miles, dissecting each syllable of the cryptic poem…all to no avail.

Bloggers share their assumptions and suppositions, either helping each other or throwing competitors off-track. For instance, Fenn's poem contains a line about the "home of Brown." Some of the possibilities bandied about online for this clue include:

• a specific spot in a river where brown trout swim

• the ranch of one annoyed Mr. Brown

• a historic snowshoe cabin named for Canada's Davy Crockett, Kootenai Brown, who hung around Glacier National Park, was acquitted of a murder in Montana and later became superintendent of a national park in Canada (other speculators say that the line in the poem about "where warm waters halt" has to do with)

• a bear

• hot springs feeding into a cold snowmelt creek

• a dam

• a waterfall

And a line that drives bloggers and seekers near crazy is: "The end is ever drawing nigh." What the…? Could that mean you're in danger at this point? Or is he implying that you're getting warmer, closer to the treasure? Could it be the end of the water? Or the end of…what? A rope, a state, a creek?

What we really want to know is: Is the treasure buried or hidden? He made a point of saying that he never said it was buried. The next interview he said that he never said it wasn't buried.

**Recent Clues:** ***Clues officially released by Forrest Fenn:***

• The treasure is hidden higher than 5,000 feet above sea level.

• No need to dig up the old outhouses; the treasure is not associated with any structure.

• The treasure is not in a graveyard.

• The treasure is not hidden in Idaho or Utah.

• The treasure is not in Nevada.

• The treasure is hidden over 300 miles west of Toledo, Ohio.

• Take a sandwich.

• Take a flashlight.

• If you had its coordinates, you would be able to find the treasure.

**A *True West* *Exclusive Clue:***

The treasure is not in Canada, although the Rockies extend into Canada.

See the map Fenn has provided *True West*, on p. 73, allowing us to be the first to publish it. (The map shows Rocky Mountain states, which doesn't exactly pinpoint the spot.)

Check out Fenn's "Thrill Resource Page" on *OldSantaFeTradingCo.com*. And please let us know when you find the treasure. We'll share with you our guess about where to find it, but it'll cost you…$1 million.

**Johnny D. Boggs** got his share of Forrest Fenn's treasure when Fenn let him hold Sitting Bull's pipe.

*For more great stories about unfound treasure click on the link: Paydirt-It's Still Out There!*

## Photo Gallery



This is the Actual Treasure

**A cool $1 million-plus** is the estimated value of Forrest Fenn's treasure box and contents. This is not your garden-variety storage unit crammed with stuff, as seen on TV. Millionaire eccentric collector Fenn is hoping to get people off their couches and out into the wilderness with his cache of gold and various rare collectibles.



Art collector, author and former art gallery owner Forrest Fenn has created a treasure worth hunting.

*– By Johnny D. Boggs –*




Forrest Fenn's Never-Before-Published Treasure Map

## Related Posts



True West Magazine presented Forrest Fenn, whom Newsweek called a "real-life Indiana Jones," his True…




Based on the true story of Harry Tracy, an 1890s con artist, petty thief, rustler…




Based on the true story of Harry Tracy, an 1890s con artist, petty thief, rustler…

Last Article



Sadie vs. Josie



Paydirt-It's Still Out There!

Next Article

SUBSCRIBE TODAY




November 2013

IN THIS ISSUE:

MORE IN THIS ISSUE

- The Other Las Vegas
- John Goodwin
- November 2013 Events
- In Have Gun, Will Travel, what was Paladin's first name?
- In your June 2013 gunfighter graves article, the marker for Liver-Eating Johnson reads "Johnston." Which is correct?
- While watching Encore Westerns, I saw Bob Boze Bell's True West Moments on Deputy U.S. Marshal Bass Reeves. Who was this lawman?
- How far could a good horse go during a posse chase of outlaws?
- How far did a wagon train travel in a typical day?
- How did Plains Indians carry water while on the move?
- Rough Drafts 11/13
- An Ace in the Hole
- Death by Shakespeare
- Remington Hits High Note
- Paydirt-It's Still Out There!
- Modern-Day Treasure Hunt
- Sadie vs. Josie
- Wild Women of the West
- Soiled Doves
- The Vanity Plates of Footwear
- A Dinner to Remember
- On the Trail of Ancient Artists
- Delivering Justice
- Digging for Treasure
- 3:10 TO YUMA-Delmer Daves






ALL CONTENT © 2020 TRUE WEST MAGAZINE

MYSTERY

# The Quest to Find the $2 Million Treasure in the Rocky Mountains



ERIC SWANSON

Forrest Fenn outside his home in Santa Fe, New Mexico. He was considering suicide when he wrote a poem and buried his treasure. "I was going to die and started making plans."

STAY UP TO DATE. SIGN UP FOR THE ALTA WEEKLY NEWSLETTER

SIGN UP




MORE FOR YOU TO READ

VIRTUAL Q&A
Alta Asks Live: Alex Espinoza

ALTA ASKS
Talking with David L. Ulin

WHAT NEXT
Bring Your Own Cup

ALTA ASKS
Talking with Katie M. Flynn

ARCHITECTURE
L.A. Unlikely to Score Olympic Gold




**Forrest Fenn buried a treasure chest containing more than $2 million in rare coins and gems. It's hidden somewhere in the Rocky Mountains, and the key to finding it is nine clues concealed in a poem.**

By Geoffrey Gray

*November 25, 2019*

***UPDATE: According to reports, the Fenn treasure may have been found.***

I land in Santa Fe at dusk. The sun is falling behind the Jemez Mountains, casting a glow of cotton candy pink and blood-red orange on the scrubby hills with their adobe houses and cottonwood trees. The Navajo Nation and Jicarilla Apache land are to the northwest, and somewhere in that direction, past the Rio Grande and into the Rockies, lies the jackpot: Forrest Fenn's treasure chest.

It's a small box. Less than a foot long and a foot wide. Cast in bronze in a Romanesque style, the hidden chest contains an estimated $2 million in gold coins; placer nuggets; a pair of golden frogs; a dragon bracelet with ruby eyes and many diamonds; 254 rubies, six emeralds, two Ceylon sapphires, and more diamonds; numerous other artifacts; and, perhaps most curiously, a 28,000-word manuscript detailing the life and times of Fenn, a wealthy art and antiques dealer, typed by the man himself.

Since he hid these valuables almost a decade ago and wrote a folksy and maddeningly vague poem holding clues about their location, Fenn has vaulted into the national spotlight. Though the true figure is impossible to track, newspapers and other outlets claim that 350,000 Searchers have gone after the trove, trying to solve the puzzle by deciphering the poem as if it were a pirate's treasure map or a Bible verse pointing to King Solomon's mines. The difference is that Fenn's treasure is real, and unlike Blackbeard and other ghosts who took the whereabouts of their fortunes with them, Fenn is now 89, and it's quite possible that he wants to see his treasure found while he's still alive.

Fenn's chest also has the aura of a curse around it. At least four Searchers have died while pursuing it, unfortunates who might have thought they'd cracked the poem, only to slip from a cliff or succumb to the Rio Grande. Meanwhile, Fenn himself has been feted as a cult hero by those seeking his treasure. I plan to embed myself among the most devoted Searchers who have flocked here for their sixth annual gathering—the Fennboree. (The website notes: "This is an opportunity for people actively seeking Mr. Fenn's treasure to discuss their past hunts, offer advice to new hunters…and boast about how much cleverer they are than everyone else there.")

But first I have an appointment with Fenn, who's notorious for tossing out decoys to confuse Searchers about the treasure's location and keeping tight-lipped about its whereabouts. My ambition is to shake a new clue loose from him. It's probably a foolish hope, but given his age and frailty, I'm hoping Fenn will slip up. Maybe he wants to, even.



ERIC SWANSON

Geoffrey Gray interviewing Forrest Fenn in Fenn's study, which is filled with his collection of Native American artifacts.

## …I HAVE GONE ALONE IN THERE

The morning is hot and bone-dry. I follow the directions Fenn has given me to his home, driving past the town's quaint Spanish plaza where shops hawk feathered headdresses, Indian blankets, and turquoise trinkets. Outside the main square, I turn left on Old Santa Fe Trail, passing the quirky art and antiques gallery that Fenn once owned and that he expanded over the years to generate his fortune. The large adobe was a compound of sorts, with three guesthouses he used to host clients like Jackie Onassis, Robert Redford, and Cher.

In Santa Fe, Fenn has the reputation of a showman, an eccentric Barnum who migrated here with his family in the early 1970s to seek his own treasure. "Santa Fe was the only place I knew where I could wear Hush Puppies and blue jeans and make a living," he told a reporter four years ago.

Back then, he didn't know anything about art. "I never studied art, didn't own a painting and didn't know anybody who did," he explained in a 1986 *People* magazine article. He didn't much like the paintings he sold. "I'm not particularly into art," he admitted. "Art is a business, and what I love is the business."

Around town, other dealers sneered at his hucksterism, chiding him for openly selling fakes, namely the work of the master forger Elmyr de Hory. To Fenn, authenticity was subjective, and the secret to success in his world was perception. "It doesn't matter who you are," he liked to say. "It only matters who they think you are."

## …WHERE WARM WATERS HALT

I buzz the gate, and a pair of white doors swing open. I follow a pebble path toward the house—and a recent crime scene. The ongoing quest for the loot has turned Fenn, his family, and his home into targets. Several months before my visit, officers from the Santa Fe Police Department arrived here to arrest Robert Miller, a treasure hunter from Pennsylvania, for shattering a back gate with an ax and breaking in.

"I thought the poem directed me into here," Miller told the officers, who recorded the encounter.

"Poem?" one cop asked. "You came onto the property because of a poem?"

"I thought I had it figured out," Miller said.

"Are you serious," the cop exclaimed, "that's burglary, dude," and whisked him away in a patrol car.

On this day, Fenn's outline fills the doorframe, and he beckons me inside. A large turquoise belt buckle holds up his dark-blue jeans, and wisps of feathery white hair fall from underneath a tall and floppy cowboy hat. Santa Fe's John Wayne.

Inside the house, his wife and high school sweetheart, Peggy, is in the kitchen, and his daughters are prepping lunch. I follow Fenn as he shuffles into his studio, a lair that could double as a wing of the Smithsonian. The ceilings are high, and dramatic light hits walls festooned with Indian hatchets and moccasins and dolls and cow skulls and books. In total, he has more than 2,000 artifacts. "I'm nostalgic," he says. "I love history. I like the past. I like to relive some of the things that were…" He trails off and points toward the far bookshelf. "You see that football over there on the bottom shelf?"

My eyes follow his finger.

"With that very football, I made a wonderful dash for one yard across the scrimmage line and made a touchdown," he says, lighting up at the memory and almost expecting applause. Considering all the priceless artifacts in the room—Sitting Bull's peace pipe is around here somewhere—the old football is an unusual object for him to single out.

Alone in his inner sanctum, Fenn becomes introspective and expansive. "I've always enjoyed feeling sorry for myself," he says. "I try to avoid those who distract me from my self-esteem, and I try to remember in the many football fields of my life what I did in those things."

Fenn's obsession with personal memory, to the point of almost living inside those mental postcards from his youth, strikes me as critical to my springing a clue from him. After all, Fenn never planned to create an international phenomenon by hiding the treasure and penning his poem. He was planning to commit suicide.

## THE END IS EVER DRAWING NIGH

[illegible]



[illegible]



[illegible]

I pull out of the driveway and head into the hills to Hyde Memorial State Park, the headquarters for this year's Fennboree. I set up my tent and soon enough find the cars and RVs and pickups parked near the campsite pavilion. Their license plates are from all over: Washington, Florida, Virginia. At the picnic tables, the crowd is a mix of cowboy hats and sequined hats, camouflage pants and dangling smokes, and everyone is dizzy with Fenn fever.

"We don't talk outside world; we talk Fenn," says Jamie Jourdan, a.k.a. jdiggins. She helped resurrect the annual Golden Fenn shrine. ("Leave anything and everything that might please Golden Fenn, and perhaps induce Him to shower down upon you treasure-finding inspiration," read the instructions.)

Among the faithful, Fenn is not an old art salesman. He is a living messiah who has injected a sense of belief and wonder into what is for some an otherwise drab and unfair existence. His likeness is printed on T-shirts, and his favorite drink (Grapette soda) and food (fried pineapple pie) are well-known. Fenn has succeeded (inadvertently) where so many other cult leaders have failed: building a robust community and keeping it going strong, uniting family members, sparking love affairs, and creating a meaningful and fun distraction from life's humdrum.

"I guess you could say we're like a religious cult," explains Amy Whitledge, a biology researcher from Denver. Even though her doctors recommended she skip the gathering, she wouldn't miss it for the world. "We have people that build a shrine to Forrest and think he's our symbol of the Master Planner." She exclaims, "Look at all these wonderful people, in search of something!"

Among the Searchers, there are codes and levels. There's BOTGB, which means Boots on the Ground, Baby, a term for actual hunts. Whitledge is an Arm Chair, or a pondering Searcher who has yet to physically look for the treasure. I realize that I, too, am still only an Arm Chair. Compared with others who have spent tens of thousands of dollars and years out in the field, I feel a touch inadequate. But many are supportive and helpful. I'm enjoying myself, and after the 14th conversation about what Fenn may have meant by umbilically, I'm starting to fit right in.

## …WHY IS IT THAT I MUST GO

It's getting dark, and I need more allies, veterans of the Chase who can maybe support (or reject) the clue to the treasure's location that Fenn may have given me back in his kitchen. But here's the problem with the Fenn community: all are united in obsession with the Chase and divided in their personal quests to find the treasure. The conversations and relationships only go so deep. Sooner or later, one wants to know where the other is looking. "Well, I can't talk about it" is how the exchange normally ends.

I find myself spending the most time with Dal Neitzel, Capt. Pappy, and Iron Will. Neitzel, from Washington, was a treasure hunter who specialized in digging up old shipwrecks. He's been BOTGB more than 70 times and is convinced that the treasure's location is rooted in Fenn's past. "It's all about family and memories," Neitzel says.

"It's performance art at the highest level," says Capt. Pappy, who wears a blue sailor's cap. A trained social worker and former judo coach, Capt. Pappy joined the Chase in the wake of a personal disaster. He sold his home after a messy divorce, rented an RV, and has racked up 58 BOTGB expeditions. Like Neitzel's, Capt. Pappy's approach involves tracing the fishing streams of Fenn's youth.

"Think about it," Capt. Pappy says. "He was no good in school, probably had a learning disability before they called them those back then. His father was his principal. You know there's friction there. The only way Fenn, as a kid, could get the love of his father was fishing. He was a good fisherman. Those must have been his best memories."

"I was there," Iron Will tells me, claiming that his Solve led him to the one-bedroom house that Fenn's father rented during those summers in West Yellowstone, the Montana town located opposite the west entrance of Yellowstone National Park. Iron Will believes that Fenn now owns the property. If true, it's a legal technicality that would allow the finder to keep the treasure instead of surrendering it to the feds or a state agency.

Neitzel, Capt. Pappy, and Iron Will have something else in common. All three are searching near West Yellowstone, an area that also happens to include the place that Fenn revealed to me on his map: his old swimming hole.

## THE ANSWERS I ALREADY KNOW

Later that night, after the fire at the pit has died down and the last margaritas are gone, I retire to my tent and go over the directions Fenn gave on his map. "You turn off on that road, but you don't take the Baker's Hole road," he said, tracing the road on the map with his finger. "You keep going straight down, where we used to swim."

He was specific: "Go there, park your car there. Then walk through the willows around to the right. There's a big bend that goes back to Baker's Hole. It's just about an eighth of a mile away, and there's water there. You'll probably see moose across the river there eating the willows."

I was listening carefully, scribbling in my notebook.

"Sit under a tree and eat your sandwich," he said. "Sit there for an hour and watch the eagles and the ospreys and the fish rising for mosquitoes or mayflies or caddis."

I don't know why I asked Fenn if I should bring a swimming suit. But I did.

"Everybody took a suit, and the girls were going to the willows and would change suits," he said. "But the water is cold. It's good for about 10 minutes. Then you're looking for a place in the sun."



ERIC SWANSON

Iron Will

## IRON WILL

- **Estimated amount spent on the Chase:** $20,000
- **Estimated hours:** 2,000
- **Estimated years:** 5

*An operator and supervisor at an army ammunition plant, 50-year-old Will "Iron Will" Carter, of Radford, Virginia, is confident and resourceful. Currently he is plowing through property and company records to connect Fenn with land he might own in Montana. Iron Will's mother created scavenger hunts around the house for him while he was growing up, and he always found the Solve. "I was born for this," he says.*

## …HEAR ME ALL AND LISTEN GOOD

After the Fennboree, I return home to piece together my first Solve. The route that Fenn gave me to his old swimming hole matches lines in the poem. Walking around those willows at Baker's Hole could refer to "The end is ever drawing nigh"—"nigh" can mean to the left, where the Madison River would be. Even more interesting, the Madison is a river that flows upstream from Madison Junction, an area of Yellowstone National Park where the warmer Gibbon and Firehole Rivers meet, which would satisfy the phrase "where warm waters halt."

Madison Junction would be—and has been for many—an ideal place to start a first BOTGB. If I were to follow the river from the Wyoming border toward West Yellowstone, it would take me through a canyon, setting up the next clue in Fenn's poem: "take it in the canyon down." From there, Fenn writes, the treasure is "not far, but too far to walk." I check the map, and Baker's Hole is 17.4 miles down the river canyon. Too far to walk, but an easy, scenic drive from Madison Junction.

I look at the map again. The Madison River runs along Route 191. Baker's Hole is also off Route 191. Was it possible that when he hid the treasure, Fenn was literally driving down memory lane, following the road he and his father used to take from the national park back to their cabin in West Yellowstone? The same road that they would maybe veer off for a summer dip?

What's more, the water at Baker's Hole, Fenn told me, was cold, just like in his poem: "Your effort will be worth the cold."

But I still need a solution for the next clue in the poem: "Put in below the home of Brown." Where was the home of Brown? I call the public library in West Yellowstone, hoping it might have a phone book from the 1940s or '50s, when the Fenn family was summering there. Surely some Browns would be listed.

"You looking for Fenn's treasure?" the librarian asks.

"How'd you know?"

"You're, like, the eighth person who's called today," she says.

Forget Brown, I tell myself. Fenn has already told me where to go. I'm tempted to check the swimming hole theory with an experienced Searcher. Dal Neitzel lit out for West Yellowstone after the Fennboree, planning to search there for the rest of the summer. Iron Will, too, told me he would be returning to West Yellowstone in the coming days. I get in touch with Capt. Pappy.

"You ever been Boots on the Ground yet?" he asks.

"Not yet," I say.

"It changes everything," he warns. "Once you get to Montana or wherever you go and start looking, you realize you're in trouble. I mean, you're out there in the woods with the grizzlies around, and it hits you: I have to cover all this ground looking for a 10-by-10 box!"

I want to share my Baker's Hole tip with Capt. Pappy, but he's about to head to West Yellowstone too, and he tells me where he's looking. I check it out on the map: it's less than a mile from where young Fenn went to swim in Baker's Hole! Like so many of the Fenn faithful, I've become caught in a bear trap of wonder and obsession. I wish Capt. Pappy luck and realize that it did not take long. I had become one of them, and only a streak of luck—or faith—would steer me straight.

## I GIVE YOU TITLE TO THE GOLD

The path was clear. I'd have to work alone, and I knew what to do. I'd follow the roads to Baker's Hole, just like the Golden Fenn God had told me, and I'd trace the footsteps of his past and enter those football fields of his youth. I'd bring a Coke and a bag of Fritos and a sandwich, sit under a tree, and watch the ospreys dive. The treasure would be just around the bend to the right and on through the willows.

Boots on the Ground, Baby.

*A longtime investigative reporter, Geoffrey Gray is the author of Skyjack: The Hunt for D.B. Cooper, a* New York Times *bestseller, and the founder of True Mastery, the real-life adventure game.*

## THE POEM

*In 2010, Forrest Fenn completed a 24-line poem that he says contains nine clues that point to the location of his treasure.*

As I have gone alone in there
And with my treasures bold,
I can keep my secret where,
And hint of riches new and old.

Begin it where warm waters halt
And take it in the canyon down,
Not far, but too far to walk.
Put in below the home of Brown.

From there it's no place for the meek,
The end is ever drawing nigh;
There'll be no paddle up your creek,
Just heavy loads and water high.

If you've been wise and found the blaze,
Look quickly down, your quest to cease,
But tarry scant with marvel gaze,
Just take the chest and go in peace.

So why is it that I must go
And leave my trove for all to seek?
The answers I already know,
I've done it tired, and now I'm weak.

So hear me all and listen good,
Your effort will be worth the cold.
If you are brave and in the wood
I give you title to the gold.



## THE CHEST

- **Size:** 10 x 10 x 5 in.
- **Weight:** 42 lb.
- **Material:** Bronze
- **Crafted:** 11th–12th century
- **Contents:** Gold coins, gold nuggets, diamonds, rubies, emeralds, sapphires, carved jade, and a 28,000-word manuscript
- **Estimated value:** $2 million

## FENNSPEAK

*Those seeking Fenn's treasure have their own vocabulary. Some useful terms:*

- **Searcher:** A fellow treasure hunter.
- **The Chase:** What Searchers call the hunt for Fenn's treasure.
- **Arm Chair:** A Searcher who has not yet gone BOTGB.
- **BOTGB:** Boots on the Ground, Baby. Chase-talk for the physical act of looking for the treasure.
- **PP:** Poetry Purist. A Searcher who believes that the poem contains all the clues needed to find the treasure.
- **A Solve:** A Searcher's theory about the meaning of a clue.
- **WWWH:** Acronym for the line in the poem "where warm waters halt."



## HIDER'S REMORSE

There's an item Fenn regrets placing in the treasure chest: a silver bracelet made from 22 turquoise beads discovered in 1888 at the Colorado archaeological site Mesa Verde, and that Fenn claims to have won in a pool game. He has offered to buy it back from its finder.

## GLASS JARS

*Fenn also hid a number of waterproof glass containers.*

- **Each contains:** Small brass bells, some of which are inscribed with the words "imagination is more important than knowlege [*sic*]," and a copy of Fenn's autobiography.
- **Location:** Buried in the mountains and the desert.
- **Purpose:** "Some romantic historian will happen upon them in the year 12,016 and think Forrest Fenn was not just a passerby to life," Fenn says.

## CURSED TREASURE

*At least four people have died while searching for Fenn's treasure.*

- **Jeff Murphy:** Fell from a 500-foot cliff in Yellowstone National Park, Montana, June 2017.
- **Eric Ashby:** Drowned in Arkansas River, Colorado, June 2017.
- **Pastor Paris Wallace:** Drowned in the Rio Grande, New Mexico, June 2017.
- **Randy Bilyeu:** Died, likely from hypothermia or dehydration, near Bandelier National Monument, New Mexico. Reported missing January 2016; body recovered July 2016.

## ODDS

- **42,000,000:1** of winning California SuperLotto Plus
- **5,000:1** of the treasure ever being found, according to Michael "the Wizard" Kipness

COPYRIGHT 2020 SAN SIMEON FILMS. ALL RIGHTS RESERVED. • PRIVACY POLICY • CALIFORNIA PRIVACY POLICY • TERMS OF USE

# Dead snowmobile rider was seeking treasure in Utah park

By The Associated Press • Published: March 24
Updated: March 26, 2020

**Denver •** Two snowmobile riders from Colorado were searching for an elusive treasure when they became stranded and one died in a Utah park.

The pair set out from the Denver area March 17 to search for Forrest Fenn's treasure, The Denver Post reported. The eccentric New Mexico antiquities dealer had said he hid the bounty rumored to be worth around $2 million somewhere in the Rocky Mountains.

The 58-year-old snowmobiler died before the men were located Saturday near Dinosaur National Monument along the Utah-Colorado border. His 65-year-old companion was rescued.

Thousands of people have searched for the treasure since 2010, when Fenn offered clues in a self-published memoir, "The Thrill of the Chase."

Fenn, 89, said then that he hoped the hunt would push more people outside to enjoy the wilderness.

"What happened was tragic," he said in an email Tuesday about the Colorado men.

Authorities have not named the two snowmobilers from Deer Trail and Thornton, Colorado. They rented snowmobiles when they arrived at Dinosaur National Monument and proceeded into the wilderness Wednesday, authorities said.

There was a copy of Fenn's book in their vehicle.

They carried candy bars and a couple of bottles of water, but at some point there was not enough snow on the ground and they pressed forward on foot.

"They were not dressed appropriately for the conditions, even for a day trip, and definitely not dressed for if something happened and they couldn't get out of there," said Lt. Chip McIntyre of the Moffat County Sheriff's Office.

Searchers on foot spotted the older man Saturday. He was removed by helicopter and hospitalized, but his companion was dead when rescuers arrived.

The men were found within five miles of a site where they were previously rescued by emergency crews Feb. 29, authorities said.

Comments 11 »

Donate to the newsroom now. The Salt Lake Tribune, Inc. is a 501(c)(3) public charity and contributions are tax deductible.

## MORE STORIES

Questions surround 13 COVID-19 deaths at Utah veterans home, but family members believe staffers 'did their best'
By Nate Carlisle • 7h ago

Only 3 Utah cops faced charges for shooting at people in the past decade. None was convicted. Here's why.
By Paighten Harkins , Jessica Miller • 8h ago

Fire caused by fireworks still poses threat, keeping Draper, Lehi residents from their homes
By Eric Walden , David Noyce • 9h ago

More »

## THE LATEST

Despite virus disruption, NYC celebrates the 50th anniversary of Pride
By Deepti Hajela and Brian Mahoney | The Associated Press • 1h ago

Three-star running back Ricky Parks commits to Utah football
By Josh Newman • 2h ago

Coronavirus in Utah: A staggering week culminates in 472 new cases, 31 new hospitalizations
By Eric Walden • 2h ago

More »



sltrib.com © 1996-2020 The Salt Lake Tribune. All rights reserved.