IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brian Erskine, | ) | |
| | ) | |
| Plaintiff; | ) | Case No. CV-20-08123-PCT-JJT |
| v. | ) | |
| | ) | Proposed Order Granting Leave |
| Forrest Fenn, | ) | to File Supplemental Pleading |
| | ) | F. R. C. P. 15(d) |
| Defendant. | ) | |
| | ) | |

**<u>PROPOSED ORDER</u>**

Upon consideration of the parties' submissions and applicable law, the Court hereby Orders as follows:

1. Plaintiff's Motion for Supplemental Pleading is granted.

It is so Ordered.