James W. Armstrong (No. 009599)
james.armstrong@sackstierney.com
Brian E. Ditsch (No. 009075)
brian.ditsch@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona  85251-3693
Telephone: (480) 425-2600

Karl H. Sommer (admitted pro hac vice)
karls@sommerkarnes.com
SOMMER KARNES & ASSOCIATES
125 Lincoln Ave, Suite 221
Santa Fe, New Mexico  87501
Telephone: (505) 989-3800

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Erskine,<br><br>           Plaintiff,<br><br>     v.<br><br>Forrest Fenn,<br><br>           Defendant. | No. 3:20-CV-08123-PCT-JJT<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS  COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>(First Request) |

Pursuant to LRCiv 7.3, Defendant Forrest Fenn hereby moves for entry of the accompanying form of Order extending by a period of two weeks the time by which Mr. Fenn may file and serve a Reply in support of his pending Motion to Dismiss Complaint for Lack of Personal Jurisdiction [Doc 15].  As indicated in the attached email exchange, counsel for Mr. Fenn has conferred with Plaintiff Brian Erskine who does not oppose the requested time extension.  Mr. Fenn therefore respectfully asks that the Court extend until August 24, 2020, the time by which Mr. Fenn may file and serve his Reply.

DATED this 29th day of July, 2020.

              SACKS TIERNEY P.A.

              By: */s/James W. Armstrong*
                James W. Armstrong
                Brian E. Ditsch

              SOMMER KARNES & ASSOCIATES

              By: */s/Karl H. Sommer*
                Karl H. Sommer

              *Attorneys for Defendant*

2

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301
*Plaintiff pro se*

/s/ Toni Cooper

[2786636]