## James W. Armstrong

**From:** Brian Erskine <kattigara@gmail.com>
**Sent:** Wednesday, July 29, 2020 9:40 AM
**To:** James W. Armstrong
**Cc:** Brian E. Ditsch
**Subject:** Re: Erskine v. Fenn, No. 3:20-CV-08123 (D. Ariz.)

Hi James,

I do not object to, or oppose, the time extension you request.

Brian

On Tue, Jul 28, 2020 at 11:24 AM James W. Armstrong <James.Armstrong@sackstierney.com> wrote:

> Mr. Erskine, we received copies of the motion papers you filed with the District Court on Sunday.  Due to scheduling
> issues, I am writing to request your agreement to extend the time for filing the Reply in support of Mr. Fenn's pending
> Motion to Dismiss Defendant's Complaint for Lack of Personal Jurisdiction until August 24, 2020 (a period of two
> weeks).  Please let me know if that extension is acceptable and, if so, I will prepare a stipulation and proposed order for
> your review and approval prior to filing them with the Court.  Thank you for your anticipated courtesy and cooperation.

James W. Armstrong

Attorney
P. 480.425.2628  |  F. 480.425.4928

James.Armstrong@SacksTierney.com

# SacksTierney P.A.

A T T O R N E Y S

Sacks Tierney P.A.

4250 N. Drinkwater Blvd., Fourth Floor

Scottsdale, AZ 85251

www.sackstierney.com

a Member of **MERITAS** Law Firms Worldwide

**Disclaimer**

1

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more <u>Click Here</u>.