**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Erskine,<br>　　　　　Plaintiff,<br>　v.<br>Forrest Fenn,<br>　　　　　Defendant. | No. 3:20-CV-08123-PCT-JJT<br><br>**ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>**(First Request)** |

　　　　Pursuant to the Unopposed Motion filed by Defendant Forrest Fenn, it is hereby ordered extending the time by which Mr. Fenn may file and serve a Reply in support of his pending Motion to Dismiss Complaint for Lack of Personal Jurisdiction [Doc 15] through and until August 24, 2020.

[2786650]