# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, | No. CV-20-08123-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Forrest Fenn, | |
| Defendant. | |

At issue is Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Defendant's Motion to Dismiss Complaint (Doc. 23). Upon review and good cause appearing;

**IT IS HEREBY ORDERED** granting Defendant's Unopposed Motion (Doc. 23) and extending the time within which Defendant may file his Reply to and including August 24, 2020.

Dated this 29th day of July, 2020.

Honorable John J. Tuchi
United States District Judge