IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   Case No. CV-20-08123-PCT-JJT |
| | ) |
| Forrest Fenn; | ) |
| | ) |
|         Defendant. | ) |
| | ) |

## NOTICE OF MOTION FOR SUPPLEMENTAL PLEADING PURSUANT TO F. R. C. P. RULE 15(d)

Plaintiff hereby Notices, or re-Notices, the Motion for Supplemental Pleading pursuant to F. R. C. P. Rule ("Rule") 15(d) (D#22) filed July 26. This Notice aims to update or refresh the Notice of June 26 (D#16), incorporating it by reference, and to cure any Rule 11(a) deficiency in Noticing.

DATED this 2nd day of August, 2020.

*[signature]*

Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this date, August 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record and the Court Monitor to their registered electronic mail addresses:

James W. Armstrong
Brian E. Ditsch
SACKS TIERNEY, P. A.

Karl Sommer
SOMMER KARNES AND ASSOCIATES LLP
*Pro Hac Vice*

*Attorneys for Defendant*

_____
Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com