# Exhibit SPRY1

# Plaintiff Letter to Fenn during
# New Mexico Suit
# February 12, 2020



Major Fenn,

Your counsel Karl Sommer notified to appear in the open case. I do plan to file another affidavit and more exhibits. I will phone the law office tomorrow about how best to serve your counsel.

Counsel is clearly eminent. Even if his record didn't speak for itself, I know what "Udall" means.

Though counsel is the point of service, depending on the reply and at the earliest correct time, I would plan also to email those documents to you. As I have expressed repeatedly and consistently, I'd just like to meet, shake hands, and informally discuss, regretting any adversarial connotation of Federal court.

One of the exhibits would be the attached personal letter. I hope you find it strikes the right balance among humility, confidence, challenge, service, legacy, respect, and opportunity. It's really me - those are all me. I believe you will enjoy it, particularly the photo of me with my father, in Canyon de Chelly. I'm sorry I can't meet your father but I hope to meet you.

Thanks again! What an adventure this has been. Solving your quest is an honor.

Best

Brian

Prescott, Arizona
12 February 2020


1021 Old Santa Fe Trail
Santa Fe, New Mexico


Major Fenn,

Late in the film *Indiana Jones and the Last Crusade*, the fedora-wearing protagonist meets a knight of millennial age who defends assorted grails, one holy, others deadly to body and soul.  Your quest poses a similar challenge.  Some, like the Indiana man (not exactly Jones) plucked last month from a snowy Yellowstone ravine, proudly choose the golden grail.  He chose poorly.  I chose the wooden grail, in multiple forms including woodland conceptual art — I'm truly "in the wood."  Might you, like the knight, affirm that I chose wisely?

Your memoir's epilogue shows your aim, by your quest, to give your father, William Marvin Fenn, honor and fame he earned by character example but did not fully enjoy in life or humble memory.  I grew up in a small Oregon town and hold that community's leaders in similar esteem, partly owing them my identity and ability to write.  You respect your father, making him key to the quest, offering literary immortality should your legacy develop fully.  Similarly, Harrison Ford's character's motivation to seek the grail, a Christian artifact (sequel to the Ark, a Jewish artifact), is to save his father, played by Sean Connery, from dying of gunshot wounds inflicted by Nazis, whose evil also gave "paganism" a modern bad name (more on this theme below).

I learned of the quest while in Cambodia.  My original motivation was fun, as you intended.  On the humid Mekong, I tapped the Rockies like a cold Coors.  The first hint of solving came when "Uncompahgre" failed to translate from Spanish, revealing a Ute meaning instead.  Connecting with you by seeking people whose company you enjoyed led me to Pam Shetron's blog and past Silverton as if Otto Mears himself had handed me a golden Rainbow Route rail pass.  Despite repeatedly visiting and searching the site as evidence mounted, **visual proof took years to find.**

Doubting the "McGuffin" of self-help to hidden gold didn't yield quick insight into what to look for instead.  I took the key photo fitting your memoir's epilogue drawing in August 2018 when, noting forest fires, I timed a site search to match a drought, transforming the Uncompahgre River into a hallway of wet stones.  It took eight months of incubation, **an "almost umbilical" timespan**, to see that the photo matched the drawing.  Connecting your quest with the *Aeneid* through the Colorado seal and motto, I then saw that the Uncompahgre was your Acheron — the underworld boundary — with your father on the other side, like Aeneas' father.  How exciting to share your adventure, hiking the riverbed between two worlds.[1]  In these affidavits, I might by now "swear on the name of the River Styx" rather than by Arizona law.

As detailed below, I proudly linked your quest with Prescott both by traveling from there to Ouray and by using Arizona's motto, created in Prescott, to answer your challenge expressed with Colorado's.  Aeneas, led by doves to a golden bough, crossed the Acheron to the underworld to meet his father, as you must have reflected while commissioning the epilogue drawing.  A famous line of the *Aeneid*, often rendered "If you

---

[1] Being geographically, mentally, spiritually, and now legally "between two worlds" is also a theme of *Hamlet*.  While awaiting your decision, I am suspended between two modes of life.

can't move heaven, raise hell," said by Juno, sounds like fun, but raising hell is sweaty and strenuous.  Heat, darkness, smoke, and noise mark and mask hellish inefficiency or purgatorial frustration.  It took you years to make your quest known.  It "took off" in an inflight magazine, likely not as you'd planned.  My Rule 24 intervention might prove a responsible, integral way to "raise hell."  By publication in court, also not what I'd planned, and otherwise, I aim to earn your respect, bridging to connecting and collaborating with you to conclude the quest.

Arizona's motto "God enriches" paraphrases Genesis 14:23 from the Vulgate of St. Jerome, answering Colorado's "Nothing without the will of the deity" found in 2.777 of the pagan *Aeneid*.  Thus I elegantly describe a parallel growth path for your quest.  The Yellowstone rescue again shows how the **unsolved** quest bears pagan themes: nature focus, mysticism, berserker behavior, pain ordeal, human sacrifice by mishap, pursuit of glory, idolatry of gold, and even self-appointed quest druids holding **many** acolytes in online thrall, taking **many** trips, ignoring your clear advice to learn where to start.[2]  Pagan values are not necessarily evil.  But as in the sweep of Western history, they must upgrade, yielding to values of **reverence for the father, or Father; respect for life and dignity, love of neighbor as self, new art and literary expression, orthodox ethical purpose, transfiguration, and baptism or rebirth in truth.**  The quest must progress from Colorado's motto, invoking a pagan god appeased in fear, to Arizona's, invoking the true God of "Abrams Mountain" and of right and righteousness in an unjust world.  **The quest must shift from a degenerate golden rule — that the man with the gold makes the rules — to the real Golden Rule** expressed twice in the Gospel of Matthew and throughout the New Testament.

---

[2] (Lake) *"Como he ido solo / sólo allí…"*  The false priest extols **quantity**, while you exemplify singular or unique **quality**.

Christian literary and moral metaphors emulate your words and images. You have likened the solution site, shown in the overlay, to a church, and your image to Christ Pantocrator on Instagram.  Spain, the greatest crusading power, conquered the region ostensibly for Christ.  Perhaps your quest is also my "last crusade."  Evoked by the overlay's thematic images of wood, ax, and timbering, medieval missionaries to northern Europe toppled paganism by felling "holy trees."  St. Boniface felled Donar Oak in Germany, Carolingian forces felled Irminsul during the Saxon Wars elsewhere in Germany, and harvesting sacred groves to build churches marked conversion of the Lithuanians.  Pagan blades returned the insult.  Ancestors of the Saxons resisting Charlemagne wiped out three Roman legions.[3]  Unconverted Frisian raiders martyred Boniface.  A book linked to Boniface, the Ragyndrudis Codex, was ritually victimized, **nailed, slashed, and pierced** as if crucifying its message and means, a bound text of foreign runes coding black magic fueling the sorcery of a fearlessly overconfident interloper.

I'm half of Irish ethnicity, and Catholic, so my father in faith is St. Patrick, brought in chains to Ireland after capture in Wales by pirates.  Allegedly, druids **identifying his Christian wisdom and its portentous change with a threatening ax,** alliteratively complained:

> *Across the sea will come **Adze-head,** crazed in the head,*
> *his cloak with hole for the head, his stick bent in the head.*
> *He will chant impieties from a table in the front of his house;*
> *all his people will answer: "so be it, so be it."*

In Irish legend, Patrick's staff grew into a tree.

---

[3] Like Sean Connery playing Indiana Jones' father, I'm "suddenly remembering my Charlemagne," but unlike his fake movie quote, my Carolingian recollection is true to history.  Einhard informs in his early-ninth-century *Vita Karoli Magni* that though he tried, Charlemagne couldn't write, so he can't be reliably quoted — but that's why he had men like Einhard.  Writing is essential.

**Perhaps a quest theme is to find who will "ax the tree of false belief, building anew with worked wood in the name of the Father,"[4]** or who would challenge popular misconception, overcoming obstacles[5] to create integrated development partnership, illuminating the quest's mystery and relegating its idolatry.  Perhaps this is shown by the felled trees in the drawing; an image of your father, a man of character, holding an ax; the 1794 Fallen Timbers reference, your urging to look under a log (a felled tree), your call to be brave, the Spanish metaphor *tener la madera* ("to have the wood / what it takes"), or even your name.  Once, Frisia and Saxony were "forested fens."  Ireland is known for greenery and bogs.  At your riverbank, I pruned for access; some gold-crazed fools would have razed the site.  Let's prevent that by ending the quest.

You, in the role of "knight of millennial age" or grail guardian, have a legacy choice to make.  Will you affirm the true grail, the wise choice?  I propose and warmly invite you to meet to discuss developing your legacy to potential, as I have prepared in Prescott to support.  The Arizona seal, motto, and your *True West* bronze award were made in Prescott.  Local conservation and arts professionals would maintain your legacy to the highest standard.  Embry-Riddle University and an airport named for Lt. Ernest Love, a true "knight of the air," are also found in Prescott.  Prescott fits you and your legacy while providing cohesive community structure.  The pagan ancient Greeks held that character is everything and that the *polis* provides the public context in which we manifest character, but family also matters — my sister is a visual artist and **my father originally suggested while puzzling that I look at the Colorado state seal.**

---

[4] See postscript 6 for my personal connection to Christianity's pre-eminent carpenter.

[5] As we know, "the obstacle is the way." [Paraphrased] *Meditations*, Marcus Aurelius, 5.20.  Marcus was in my opinion a great optimist, holding that in any situation we have an opportunity to practice virtue.

Great literature often involves a theme of fate.  The quest's complex
controversy hampers publication — no one wants to "get involved" —
but now I'm published in Federal court as your possible co-defendant.
Not every writer dreams of that big break, but perhaps this lawsuit's
timing was fate.  Gold is where you strike it.  Court can be a surprisingly
good venue to publish, a socially appropriate place to drop preponderant
evidence into the permanent public record for ready impact.

**Puns and wordplay change the fate of the world and its values.**  Bede
wrote the English people into being centuries before Wessex unified by
arms.  In his *Historia ecclesiastica gentis Anglorum* of 731, he recounted
how about 140 years earlier Pope St. Gregory found two boys from
Britain in a Roman slave market and motivation to send St. Augustine to
evangelize England.  I now bend this familiar tale to your quest.  We
will, if you would work with me, transform your quest from two 45°
"Angles," evoking "pagan" Greek geometry, to two "angels" — *non
Angli, sed angeli, si forent Christiani* — your father and you, "co-heirs
with the angels in heaven."  The enslaved boys were from the kingdom
of Deira, and like Gregory, we will save those who would be killed or
rescued in your quest, **and their rescuers,** from *de ira* or "the wrath" (of
God, mishap, bad judgment, or the elements).  Bede concludes with
Gregory quipping *"Alleluia"* after learning that Aella is king of Deira.
Will I also exult in righteousness, in a moral and community context?

Was it fate that I lived in Troy, Mich. as a boy, attending grade school in
Bloomfield Hills near the origin of U. S. 24?  "Troy" evokes the *Aeneid*
and U. S. 24 connects Fallen Timbers with Pikes Peak, sacred to the
Utes, matching the 24-line poem — by design, as you expressed on local
television in 2011, referring to Toledo.  Is it fate that you live at the end
of the Santa Fe Trail, while I graduated high school at Willamette Falls,

the end of the Oregon Trail?  President Polk linked Texas and Oregon, and New Mexico and Arizona are a pair.  Let's pair like Westerners, with a handshake and "questward movement," enabling the "manifest destiny" you created.  The 1795 Treaty of Greenville, which followed Fallen Timbers, showed that **planned development, or growth, isn't** ***how*** **but** ***why*** **the West was won.**  If you choose to work with me, I'll make you proud of what you've done when you emulate Aeneas and meet your father.  **You both have my word, already shown by my actions, that I'll follow all the way through.**

Thus I aim to show that you might enjoy meeting me almost as much as I would you.  I've publicly offered an integrated development path worthy of you, your father, and your brilliant legacy.  This must be worth more than a mass chase for gold available only through you.  With the quest solved, a man of your character and art, evoking his father's memory, can't prefer a negative legacy.  My character, writing, and linkage of the Arizona motto, Prescott, and much else to your quest show me to be worthy and well-prepared.  **I do both confidently ask and invite you to entrust your positive legacy to me, and to Prescott.**[6]

**F**ighter-**f**lying **F**orrest **F**enn, what's your **f**ateful choice, **f**or you and your **f**ather?  Are we **f**ully **f**ollowing through, **f**orm-**f**itting a **f**ixed, **f**avorable, **f**irm **f**oundation **f**it **f**or a **f**aithful, **f**ulfilling **f**uture — or just logging to load a longship with your legacy, to set alight, loose, and lamely lose?[7]

Brian Erskine

---

[6] As I solved the quest, your trust also would affirm that I moved to intervene on the correct side. ☺

[7] What a clunker.  Did I just scare off Grendel?  "F" is, of course, the first rune, symbolizing wealth. Anyway, let's please be wise and *not* find the "blaze" implied by the "Viking funeral" reference.

P. S. 1  **"True grid"** — I've linked the solution to your words "where all the lines cross" in several ways, but recently I learned of yet another.  As you knew, Telluride centered one of the first power grids, serving nearby mines.  I was aware of Telluride's early hydro generator, but not its prototypical grid.  Aren't "connection" and "power" key to the quest?  Your quest is rich in literary and historic value, which must be properly developed and expressed.  (Can't wait to read your autobiography).

P. S. 2  At Moby Dickens bookshop in 2013 you said on video, "There are nine clues in the poem, but if you read the [memoir] there are **a couple of good hints** and there are **a couple of aberrations that live out on the edge**."  Your words referred to the epilogue drawing: the man with the ax and the moon/dove/turtle (hints), the fact that the drawing recurs on consecutive pages (hints), and the Photoshopped edges on either side of the drawing (aberrations), all confirming the solution.

P. S. 3  The searcher I might most like to meet is the woman who saw animal shapes in natural features.  I don't recall her name, but she has a lively, inspiringly creative mind.  Had she located the correct site and persisted, she likely would have solved.  She has rare imagination and visualization skills, and also seems a woman of integrity, soul, and authentic identity who, like me, would have "let go of the gold."

P. S. 4  Should you choose to meet or to have your lawyer perform due diligence, I won't reveal anything to anyone, unless by court order.  I'm a finance professional and consultant, and I understand confidentiality.  **Your quest, your legacy, your decisions — vision, but no entitlement.**

P. S. 5  Please enjoy the photo of **my father and me** in Canyon de Chelly.  Your legacy, in Prescott, would co-promote Arizona's wonders.



P. S. 6  Script excerpt, *Indiana Jones and the Last Crusade*

```
                     KNIGHT
             He chose... poorly.

Indy studies the array of chalices.

                     ELSA
             It would not be made out of gold.

Indy picks up another cup, a simple earthenware jug.

                     INDY
             That's the cup of a carpenter.

He and Elsa exchange a look.

                     INDY
             There's only one way to find out.

Indy goes to the well and fills the earthenware jug with
water, then pauses. Indy brings the jug to his lips and takes
several large swallows.

A strange sensation overcomes him, a feeling of peace and
contentment... and we see his wounds begin to heal.

                     KNIGHT
             You have chosen wisely. But the Grail
             cannot pass beyond the Great Seal.
             That is the boundary and the price
             of immortality.

                                              CUT TO:
```

An ax is a carpenter's tool.  My middle name is Joseph — after the
sainted carpenter — though I favor the interpretation that contemporary
slang in Roman Judaea used the word "carpenter" to mean "learned man
who studied Torah, man of the moral law," rather than "tradesman."

P. S. 7  *Powell (Wyo.) Tribune*, January 21, 2020 and February 11, 2020

— "…He chose… …poorly."
— *de ira,* "the wrath"
— "after coming to the end of his rope" indeed
— Maybe he loves nature so much, he just wants to kiss it.
— He's like a turtle!  It's a clue!  (A turtle helplessly on its back).

Chuckles aside: I solved the quest.  I'm comprehensively ready to add legacy value and I don't bear arrogance or a sense of entitlement.  It's **unacceptable** that questers **or rescuers** should be hurt or killed or that your possible refusal to admit the quest solved should condemn me to spend my life impotently watching people die for nothing.  Your father wouldn't accept that either.  It doesn't matter that "most people quest safely."  Urging people to "be careful" dodges the issue.  The idiot lured by gold, the outlier fool who ignores you, **is the risk.  One** bozo, **one** bad incident, could **kill a first responder.**[8]  Please don't go meet your father having stranded the solution of a quest **affirming his character by design.**  End your signature quest honestly.  Work with me.



**Treasure seeker rescued from Yellowstone canyon**

David D. Christensen climbs down into the Grand Canyon of the Yellowstone River after coming to the end of his rope. Christensen was searching in the canyon for a chest of treasure hidden by Forrest Fenn. He said he was scared away from where he thinks the treasure is located by a bear.
PHOTO COURTESY TERRY DOLAN

---

[8] So dangerous is the area that it can happen accidentally anyway, as to Travis Swanson of Gallatin County Search & Rescue on July 14, 2019.  He was young, wise, experienced, and with two friends.

P. S. 8  Westminster Cathedral depiction of Gregory and the Angles from Bede; Boniface with book as shield.

Sometimes words are our only power, even when life is at stake — but look what their words transformed.

The question remains: **do you trust my character, would you meet that I might earn your trust more, and might you allow me to manifest and maximize your legacy?**

 

P. S. 9  For filing, the solution overlay (there's obviously more):



FF: THERE ARE NO SHORT CUTS, LOOK AT THE "BIG PICTURE"
1. Chief Little Turtle (Miami) / Little Turtle's War / War
2. Chief Ouray (Ute) the Peacemaker / Dove
2. Ouray's wife Chipeta, White Singing Bird
2. Nest of bushy, tangled wood
3. War / Peace duality, opposite facing
3. Jon Turteltaub, director, *National Treasure*
3. The gold is absent, "a bird in the bush"
4. Battle of Fallen Timbers, 1794, fought near Toledo ("more than 300 miles west of Toledo"), ends Little Turtle's War, first victory of Army, Indian Wars / Manifest Destiny
4. You "chopped a lot of wood" here searching, huh?
5. Turkey Foot Rock @ Fallen Timbers battlefield
Chief Turkey Foot (Ottawa)
6. Chief Tarhe (Wyandot), Tall Tree or Crane, namesake of the Sikorsky CH-54 Tarhe aerial crane used to rescue downed airmen in Vietnam
6. "Don't go anywhere an old man couldn't go"
7. Father on the (River) Banco, Fenn book chapter with same number of words as poem
7. Almost umbilical: almost because father, not mother, and um-bi-li-cal = Un-com-pah-gre (Ute: warm flowing water)
8. Solid black rubber fishing boots while timbering only make sense when man is placed in river
9. Tarry scant: black arrowhead nocked to virtual shaft strung on riverbank / crescent riverbank, 242 degree facing ("too far to" walk), second virtual image
9. Brave and in the wood: arrow shot on target
10. Whole scene is marvel gaze, and starry cant / gravel maze
11. Uncompahgre / Maumee river, site topography matches Fallen Timbers battlefield
12. Photo taken from fire pit (blaze, tarry scant)
12. Turtle / blaze motif on Wyandot seal
13. Look under a log: only the center of the epilogue drawing is original
14. Features near Fallen Timbers battlefield correspond including U. S. 23, U. S. 24, lines in poem, etc.
14. San Juan Mountains 6/24 stanzas/lines Feast of Nativity of St. John the Baptist; dawn azimuth on 6/24 hits arrowhead

(242° or "Too Far To" Walk)

EPILOGUE

13

6

"45°"

9

1, 2, 3

10

4

7

5

8

14

37.986555, -107.647828

11, 12

P. S. 10  Preparedness: When many participated in your quest, only one was prepared to be "the man in the arena" when it was time to offer sworn evidence in court.  Only one could seize that opportunity, because only one solved, indeed respected the whole of the quest and its purposes so as to have unlocked it all.  Only one, evoking Elbert Hubbard, was able to "deliver" the "message to Garcia."

Have I earned your collaboration, Major?  Let's start working and doing together.



"The man who really counts in the world is the doer, not the mere critic — the man who actually does the work, even if roughly and imperfectly, not the man who only talks or writes about how it ought to be done."

Theodore Roosevelt

1891

# Exhibit SPRY2

# *Albuquerque Journal* editorial
# August 2, 2020



SUBSCRIBE NOW

### Editorials

# A dud of an ending (so far) to Fenn's treasure hunt

BY JOURNAL EDITORIAL BOARD
Sunday, August 2nd, 2020 at 12:02am

Subscribe now for as low as $1/4



Forrest Fenn released this photo, which he said shows a treasure chest filled with valuables that he stashed somewhere in the Rocky Mountain region a decade ago. Fenn said in June that someone from "back east" had finally found the chest. (Courtesy of Dal Neitzel)

It's time to take a break from the big news — the pandemic, upheaval over racial injustice and the potential postponement of, or civil war over, an American presidential election — and return to Forrest Fenn.

Fenn, of course, is the Santa Fe antiquities collector/dealer and raconteur who famously announced a decade ago that he had stashed an antique chest full of gold coins and other valuables somewhere in a multi-state Rocky Mountain region north of Santa Fe. As part of a teaser, he published a poem said to include clues to where the loot could be found.

The lure of a real treasure hunt became a national sensation and many, many people — estimates have run up to hundreds of thousands — joined the chase. At least four people died looking for Fenn's gold, including two in the Rio Grande in New Mexico.

The internet became full of theories about the treasure's whereabouts and what the Fenn faithful call "solves" to the poem's puzzle. While most of the searchers were good-natured and loved Fenn for creating a whole new pastime, others turned on Fenn and claimed the hunt was always a hoax, or that he had moved the treasure from where the poem indicated it would be. There are at least two lawsuits based on such theories, and Fenn has been stalked by some of the most avid and least sane treasure hunters.

In June, Fenn announced that the chest had finally been found by someone from "back East," but he wouldn't say where the chest had been stashed. He added that he had "always said" that the finder would get to decide whether to identify himself or herself and say where the chest was located.

Fenn subsequently released a picture of a weather-worn treasure chest filled with what appear to be gold coins. He said the treasure finder provided the picture. Just recently, he specified that the treasure had been found in Wyoming to "bring some closure to those whose solves were in New Mexico, Colorado, or Montana."

None of this means that we'll never find out where, precisely, the treasure was. The best guess is that the finder will eventually come forth — maybe making a big splash on television or with a book — and we'll finally know what some of those vague clues in Fenn's poem mean. The poem said for hunters to begin "where the warm waters start" and "put in below the home of the Brown," on their way to somewhere with "heavy loads and water nigh" and a "blaze." The Yellowstone region has been a prime suspect.

But the details of the winning solve also may never emerge. That would be a sad and unsatisfactory end to this adventure story. Was it really all a hoax created to sell books or bring Fenn fame, or just to get people out to enjoy and hike through the Rockies?

One problem with full disclosure, judging from the furiosicism of some Fenn treasure hunters, is that the finder would be faced with more than just celebratory fanfare and at least 15 minutes of fame. Fenn's critics and doubters would certainly jump full force into a new search — an intense background check of the so-called finder, trying to figure out whether he or she ever had connections with Fenn or otherwise had an unfair advantage in the hunt. If Fenn and this person were ever in the same state at the same time some time in their lifetimes, conspiracy theories would abound.

Let's all hope a genuine, verified, unassailable Fenn treasure finder soon steps into the limelight, tells us how he succeeded in solving Fenn's poem and then survives unscathed.

With all the national media attention and speculation the treasure hunt generated, this dud of a conclusion (for now) is just no fun.

Follow the story to get email or text alerts from the Albuquerque Journal when there is a future article following this story.

Follow this story

Click and learn


Willie Nelson Confirms Sad News Live Today

Meet A Rich Mature Woman at Prescott

Willie Nelson Under Fire For Controversial Announcements


Meghan Markle Drops Bombshell Royal Family Update!

Sean Hannity Confirms The Rumor Today

Kim Kardashian Confirms Unfortunate News

Sean Hannity Drops Untold Bombshell!


Save Time & Money: Print Your Product Labels

Natural Blood Pressure Solution Centered on a Few Key Foods

3 Years Secret Revealed: "I Was Dating a Sexy Crooked Felon!"

Sad News Confirmed For Steve Harvey


Surprising Signs Your Partner May Be Cheating

Discover If Your Spouse Is Having an Affair


Fool's Gold: What Fish Oil is Doing to Your Health

Samantha & Anne Williams Won Over The Panel With Weight-loss


Big Earbuds Companies Disrupted by This Cheap Alternative

Amazingly Cheap Wireless Earbuds Revolutionize The Market

Wireless Earbuds Taking Americans by Storm

Magic Johnson Drops Shocking Bombshell!


10 Fact You Need To Know About Angelina Jolie

Get Your Free Coin Giveaway

Load comments

The Best Pet Insurance Quotes Are Just A Click Away!
Pet Insurance

Copyright © 2020 Albuquerque Journal. All Rights Reserved. www.abqjournal.com

# Exhibit SPRY3

# Tony Interview Transcript Authentication

Certification


I, Marybeth Abodeely, MBA Legal Transcription, Phoenix, Arizona, do hereby swear and/or affirm that the foregoing is an accurate transcript as typed by Mr. Brian Erskine.  I affirm that I listened to the entire audio that he provided me and attest to the accuracy of this transcript.


I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto, nor am I in any way interested in the outcome hereof.


*Marybeth Abodeely*

Dated this 6th day of August, 2020

# Exhibit SPRY4

# *Investopedia*

# Unilateral Contract Definition



**INVESTING** › **LAWS & REGULATIONS**

# Unilateral Contract

By JULIE YOUNG | Updated Sep 3, 2019

## What Is a Unilateral Contract?

A unilateral contract is a contract agreement in which an offeror promises to pay after the occurrence of a specified act. In general, unilateral contracts are most often used when an offeror has an open request in which they are willing to pay for a specified act.

An example of a unilateral contract is an insurance policy contract, which is usually partially unilateral. In a unilateral contract, the offeror is the only party with a contractual obligation.

> ⚡ **Important:** Unilateral contracts are primarily one-sided.



## Understanding Unilateral Contracts

Unilateral contracts specify an obligation from the offeror. In a unilateral contract, the offeror promises to pay for specified acts that can be open requests, random, or optional for other parties involved.

Unilateral contracts are considered enforceable by contract law. However, legal issues typically do not arise until the offeree claims to be eligible for remuneration tied to acts or occurrences.

As such, legal contestation generally involves cases where the offering party refuses to pay the offered sum. The determination of contract breach would then depend on whether or not the terms of the contract were clear and if it can be proven that the offeree is eligible for payment of specified acts based on the contract's provisions.

### KEY TAKEAWAYS

- Unilateral contracts are one-sided, requiring only a pre-arranged commitment from the offeror.
- Unilateral contracts are usually used to make open or optional offers.





## Types of Unilateral Requests

Unilateral contracts are primarily one-sided without a significant obligation from the offeree. Open requests and insurance policies are two of the most common types of unilateral contracts.

### Open Requests

In the open economy, offerors may use unilateral contracts to make a broad or optional request which is only paid for when certain specifications are met. If an individual or individuals fulfill the specified act, the offeror is required to pay. Rewards are a common type of unilateral contract request.

In criminal cases, a reward may be available for important information provided about the case. Reward funds can be paid to a single individual or several individuals offering information that meets specified criteria.

A unilateral contract could also involve an open request for labor. An individual or company could advertise a request that they agree to pay for if the task is completed. For example, Keith could advertise to pay $2,000 for safely moving his boat into storage. If Carla responds to the advertisement and takes the boat into storage then Keith would have to pay $2000.

### Insurance





**Insurance**

Insurance policies have unilateral contract characteristics. In the case of an insurance contract, the insurer promises to pay if certain acts occur under the terms of a contract's coverage. In an insurance contract, the offeree pays a premium specified by the insurer to maintain the plan and receive an insurance allotment if a specified event occurs.

Insurance companies use statistical probabilities to determine the reserves they need to cover the payouts of the clients they insure. Some insurance cases may never include an occurrence leading to liability by the insurer while extreme cases require the insurance company to pay out large sums of money for an occurrence covered under a client's insurance plan.

## Unilateral Contracts vs. Bilateral Contracts

Contracts can be unilateral or bilateral. In a unilateral contract, only the offeror has an obligation. In a bilateral contract, both parties agree to an obligation. Typically, bilateral contracts involve equal obligation from the offeror and the offeree. In general, the primary distinction between unilateral and bilateral contracts is a reciprocal obligation from both parties.



# Exhibit SPRY5

# Chief Ouray
# and Chipeta
# the Peacemakers



**WIKIPEDIA**
The Free Encyclopedia

Article   Talk                                                                   Read   Edit   View history   | Search Wikipedia        🔍 |

# Ouray (Ute leader)

From Wikipedia, the free encyclopedia

**Ouray** (1833 – August 24, 1880) ( According to whites record in Colorado date was 20th. Gloves, now, medicine Pouch in museum)) was a Native American chief of the Tabeguache (Uncompahgre) band of the Ute tribe, then located in western Colorado. Because of his leadership ability, Ouray was acknowledged by the United States government as a chief of the Ute and he traveled to Washington, D.C. to negotiate for the welfare of the Utes. Raised in the culturally diverse town of Taos, Ouray learned to speak many languages that helped him in the negotiations, which were complicated by the manipulation of his grief over his five-year-old son lost during an attack by the Sioux. Ouray met with Presidents Lincoln, Grant, and Hayes and was called the man of peace because he sought to make treaties with settlers and the government.

Following the Meeker Massacre (White River War) of 1879, he traveled in 1880 to Washington, D.C.. He tried to secure a treaty for the Uncompahgre Ute, who wanted to stay in Colorado; but, the following year, the United States forced the Uncompahgre and the White River Ute to the west to reservations in present-day Utah.



Ouray, Ute Chief, Colorado, 1874

**Contents** [hide]

1 Early life and education
2 Chief and negotiator
  2.1 Chief
  2.2 Treaty negotiation
    2.2.1 Treaty of Conejos of 1863
    2.2.2 Treaty of 1868
    2.2.3 Brunot Treaty of 1873
  2.3 Meeker Massacre
  2.4 Final treaty
3 Personal life
4 Legacy and honors
5 Places named for Ouray

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute

Help
Community portal
Recent changes
Upload file

Tools

What links here
Related changes
Special pages
Permanent link
Page information
Cite this page
Wikidata item

Print/export

Download as PDF
Printable version



Google

Books      Add to my library      Write review

## Try the new Google Books
Check out the new look and enjoy easier access to your favorite features

**Try it now**      No thanks

GET PRINT BOOK

No eBook available

Amazon.com
Barnes&Noble.com
Books-A-Million
IndieBound

Find in a library
All sellers »



**Chief Ouray:** Ute Peacemaker

Diane Shaughnessy, Jack Carpenter

Rosen Publishing Group, 1997 - Juvenile Nonfiction - 24 pages

★★★★★
0 Reviews

As a boy, Ouray made a promise to himself and his people, the Utes, to ensure their freedom and survival. As an adult, Chief Ouray became a legendary keeper of peace and maker of treaties between the U.S. government and the Utes. A better example of the skills of conflict resolution never existed.

## What people are saying - Write a review

We haven't found any reviews in the usual places.




**Get Textbooks on Google Play**



WIKIPEDIA
The Free Encyclopedia

Article    Talk

Read    Edit    View history

Search Wikipedia

# Chipeta

From Wikipedia, the free encyclopedia

*For other uses, see Chipeta (disambiguation).*

**Chipeta** or **White Singing Bird** (1843 or 1844 – August 1924) was a Native American woman, and the second wife of Chief Ouray of the Uncompahgre Ute tribe. Born a Kiowa Apache, she was raised by the Utes in what is now Conejos, Colorado. An advisor and confidant of her husband, Chipeta continued as a leader of her people after his death in 1880.

She was an Indian rights advocate and diplomat. She used diplomacy to try to achieve peace with the white settlers in Colorado and in 1985, Chipeta was inducted into Colorado Women's Hall of Fame.[1]

**Contents** [hide]

1 Background
2 Ute leader and wise woman
3 Life on the reservation
4 Death
5 See also
6 References
7 Further reading
8 External links

## Background   [ edit ]

*Chipeta*, "White Singing Bird" in the Ute (Shoshonean) language, was born into the Kiowa Apache tribe in about 1843 or 1844. She was adopted and raised by the Uncompahgre Utes of present-day Colorado. She learned their traditional ways and became a skilled artisan in beadwork and tanning.

**Chipeta**



Chipeta and her husband Chief Ouray, wearing a shirt she beaded

| | |
|---|---|
| **Born** | 1843 or 1844 |
| **Died** | August 20, 1924 <br> Uintah and Ouray Indian Reservation, Utah |
| **Nationality** | American |
| **Other names** | White Singing Bird |

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute

Help
Community portal
Recent changes
Upload file

Tools

What links here
Related changes
Special pages
Permanent link
Page information
Cite this page
Wikidata item

Print/export

Download as PDF
Printable version



## Google

Books     Add to my library     Write review

### Try the new Google Books
Check out the new look and enjoy easier access to your favorite features

Try it now     No thanks

**GET PRINT BOOK**

No eBook available

Amazon.com
Barnes&Noble.com
Books-A-Million
IndieBound

Find in a library
All sellers »

**Chipeta:** Ute Peacemaker

Cynthia S. Becker
Filter Press, 2008 - Juvenile Nonfiction - 98 pages

★★★★★
0 Reviews

Chipeta was the wife, confidant, and advisor to Chief Ouray of the Tabeguache band of Ute Indians in the mountain regions of Colorado. After Ouray's death in 1880, Chipeta continued as a leader of her people through times of challenge and hardship until her death in 1924. Chipeta was respected as a wise woman by both Utes and non-Indian people. Cynthia Becker is co-author with David Smith of "Chipeta: Queen of the Utes," and she brings the exhaustive research of that work to this "Now You Know Bio" of an

**More »**



**Get Textbooks on Google Play**

### What people are saying - Write a review

We haven't found any reviews in the usual places.

# Exhibit SPRY6

# *Denver Post* article July 26, 2020



THE DENVER POST

Sports ▾   Business ▾   Entertainment ▾   Lifestyle ▾   Opinion ▾   Politics ▾   Classifieds ▾      Subscribe      Log in      🔍

Trending:   Why have residents of Colorado's coronavirus trajectory been off?

NEWS · COLORADO NEWS · News

# Forrest Fenn says his treasure was found in Wyoming

A man who did not want his name released found the chest and Fenn says he promised the finder that he wouldn't reveal who found it or where

f  🔴  ⬇  ✉  …



In this July 6, 2014, photo, Forrest Fenn poses at his Santa Fe, N.M., home.

Luis Sanchez Saturno, Santa Fe New Mexican via AP

🔴 SIGN UP FOR
NEWSLETTERS AND ALERTS

📷 SUBMIT YOUR NEWS TIPS
OR PHOTOS

By THE ASSOCIATED PRESS |
PUBLISHED: July 24, 2020 at 9:41 a.m. | UPDATED: July 24, 2020 at 1:09 p.m.

SANTA FE, N.M. — Famed art and antiquities collector Forrest Fenn says the man who hid his hidden treasure was finally most located in Wyoming.

The 89-year-old Fenn filled a bronze chest with gold, jewels and other valuables worth an estimated $1 million and hid it a decade ago somewhere in the Rocky Mountain wilderness.

A man who did not want his name released found the chest and Fenn says he promised the finder that he wouldn't reveal who found it or where.



This undated photo provided shows the treasure's chest of collection of gold jewelry and other artifacts that Fenn hid a decade ago that are treasure hunters to find.

But Fenn now says "the finder understood how important some closure is for many searchers," he agreed to reveal the treasure was found in Wyoming., according to the Santa Fe New Mexican.

Fenn, a Santa Fe resident, had posted clues to the treasure's whereabouts online in a 24-line poem that was published in his 2010 autobiography "The Thrill of the Chase."

Hundreds of thousands hunted in vain across remote corners of the U.S. West for the treasure. Many quit their jobs to dedicate themselves to the search and others depleted their life savings. At least four people died searching for it.

**RELATED ARTICLES**

- U.S. West faces reckoning over water but avoids cuts for now
- CU Buffs, Pac-12 will not play football, basketball this fall
- Trump administration easing more Obama-era oil and gas rules
- CSU Rams land four on preseason All-Mountain West football team
- Rich people in Colorado, U.S. move more carbon pollution at home than poor

THE DENVER POST

Stay informed.
Every morning, evening and when news breaks.

Get the latest coronavirus news sent to your inbox.

email

SUBSCRIBE

By signing up you are agreeing to our Privacy Policy and TermusCase

## Popular in the Community



AdChoices ▷      Sponsored

Policies   Report an Error   Contact Us   Submit a News Tip

The Trust Project

TAGS:   SANTA FE,   WYOMING

## MORE IN COLORADO NEWS

FILE – A N. patient awaits ...

**Fearing a "twindemic," health experts push urgently for flu shots**
August 21, 2020 at 8:51 p.m.

A public health officials look to fall and winter, the specter of a new surge of COVID-19 gives them chills. But there is a scenario they dread even more: a seven-flu season, resulting in a "twindemic."

**Wildfire smoke blankets the Front Range, prompting health warning**
August 21, 2020 at 3:50 p.m.

Wildfire smoke affected air quality across Colorado Sunday, with much of the state seeing moderate to heavy levels of smoke from four major fires.

**Denver police will fire guns downtown Sunday to test gunshot detection system**
August 21, 2020 at 3:15 p.m.

Denver police will fire guns in Capitol Hill, Civic Center and downtown Sunday evening to calibrate the city's gunshot detection system.

**Denver Art Museum's current exhibition looks into the souls of two of art's most famous painters**
August 21, 2020 at 7:00 a.m.

"Natural Forces" holds up under the stress because it sticks to a well-constructed and trail-blazing narrative. It feels like a factual and essential story.

Member Services   News Alerts                           f  🐦  ▶  🔗

Subscribe                     Classifieds          Contact Us              Today's Front Page
Become a Member / Subscribe   Autos               Become a Member         Back Issues
Place a Hold                   Real Estate         Member Services         Archives
Digital Replica Edition        Jobs                Advertise With Us       Mobile Apps
Denver Post Store             Today's Ads          MNG Network Advertising
                              Weekly Ads           Careers
                              Daily Ads            Place an Obituary

This website uses cookies to improve your experience. By continuing to use the site, you accept our Privacy Policy and Cookie Policy.   OK