IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, )<br>)<br>Plaintiff; )<br>v. )<br>)<br>Forrest Fenn, )<br>)<br>Defendant. )<br>) | Case No. CV-20-08123-PCT-JJT<br><br>**NOTICE OF<br>MOTION IN THE ALTERNATIVE<br>TO TRANSFER JURISDICTION<br>PURSUANT TO 28 U. S. C. § 1631** |

### NOTICE OF MOTION IN THE ALTERNATIVE TO TRANSFER JURISDICTION PURSUANT TO 28 U. S. C. § 1631

Plaintiff ("I, me, my") respectfully Notices Motion in the Alternative to Transfer Jurisdiction Pursuant to 28 U. S. C. § 1631.  By Plaintiff's understanding of LRCiv 7.2, Defense has fourteen (14) days to Respond to the Motion.

Plaintiff is unsure whether this Motion is required to invoke alternative relief under 28 U. S. C. § 1631, and files in the alternative to respect the Court and the process. No hearing date has been set.

Respectfully submitted this 19th day of August, 2020,

*[signature: Brian Erskine]*

_____
Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that this date, August 19, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record and the Court Monitor to their registered electronic mail addresses:

James W. Armstrong
Brian E. Ditsch
SACKS TIERNEY, P. A.

Karl Sommer
SOMMER KARNES AND ASSOCIATES LLP
*Pro Hac Vice*

*Attorneys for Defendant*

_____
Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com