## <u>SUPPLEMENTAL DECLARATION OF FORREST FENN</u>

I, Forrest Fenn, do hereby declare as follows:

1.     This Declaration is intended to supplement my original Declaration filed in Case No. 3:20-cv-08123 before the District Court of Arizona (the "Lawsuit") on June 25, 2020.  I have personal knowledge of all of the facts stated therein.

2.     As indicated in my original Declaration, I was diagnosed in 1988 with cancer and was told that I had a 20% chance of surviving three years.  As a result of that diagnosis, I realized how much I appreciated the wonderful experiences of my life up to that time, and I began to reevaluate my life.  I wanted to leave something behind that might allow other to experience the sense of fun and adventure I had enjoyed in my life. I got the idea of hiding a treasure chest filled with valuable items in the Rocky Mountains to encourage others to explore nature as part of the search for the chest.

3.     Fortunately, I recovered from the illness.  And after many years of thought and planning, I hid a treasure chest (the "Chest") in the Rocky Mountains of Wyoming in 2010, filled with gold, jewels and other items.

4.     On October 25, 2010, after hiding the Chest, I released a self-published collection of short stories about my life entitled *The Thrill of the Chase: A Memoir* (the "Memoir").  In the Memoir, I disclosed the fact that I had hidden the Chest in the Rocky Mountains and I generally described the contents of the Chest.

5.     On page 132 of the Memoir, I included a poem I wrote (the "Poem") that contains nine clues, which if followed correctly would lead a searcher to the location of the Chest.  A copy of page 132 of the Memoir showing the full Poem is submitted herewith as **Attachment 1**.

6.      From the date of the launch of my Memoir, I have made it clear publicly that, if someone found and took physical possession of the Chest, they could keep it.  The fourth full stanza of the Poem also makes this absolutely clear:

> If you've been wise and found the blaze,
> Look quickly down, your quest to cease,
> But tarry scant with marvel gaze,
> ***Just take the chest*** *and go in peace*.

(Emphasis added).

7.      On June 5, 2020, someone I did not know (the "Finder") informed me that he had found the Chest in Wyoming at the exact location I had hidden it.  On June 5, 2020, the Finder provided me with pictures of the Chest to confirm that it was in fact the Chest I left in the woods.  The Finder brought the Chest to me in New Mexico, and I inspected it and its contents to confirm that it was indeed the Chest I had hidden in Wyoming in 2010.

8.      One of my motivations in hiding the Chest was to inspire families to get their children away from the electronic devices and explore the forests of the Rocky Mountains -- all as part of a search for the Chest.

9.      On October 25, 2010, the day the Memoir was publicly released, I gave my first interview concerning the Memoir and the Chest.  The interview was aired on a program called *Santa Fe Radio Café*.  The full interview can be heard on the internet at URL  https://www.youtube.com/watch?v=48cmOTDkhuQ.   At 17 minutes and 20 seconds into the interview, the interviewer and I had the following exchange:

> **Interviewer:**  Now you have done something quite unusual and I think fascinating to many which is that you buried a treasure chest somewhere in the hills or mountains north of Santa Fe, and have left clues in your memoir whereby people can find it.

**Me:**    That's true. I have taken this treasure chest to a very secret and very special place and I've hidden it there.  And there are nine clues in my book.  You have to read the book.  But if you have an imagination and you have pretty good mind and you have a little bit of resolve, you can find that treasure chest. ***The first one to it can have it.***

(Emphasis added).

10.     Since the publication of my Memoir in 2010, I have given dozens of public interviews about the Memoir and the Chest.  **Attachment 2** to this Declaration is a compilation of some of the many public statements I made in the last ten years, which made clear that, in order to own the Chest, one must physically find and take possession of the Chest.

11.     On May 5, 2011, I gave an interview on the local PBS station during a program called *Report from Santa Fe* with Loreen Mills.  The full interview can be seen on the internet at the URL https://www.youtube.com/watch?v=hbqC--RV2Ww.   At 7 minutes 15 seconds into the interview, the interviewer states: "So, at this time as we speak, you have ... placed a treasure somewhere in the mountains north of Santa Fe."  I responded, "That's right."  At 9 minutes 30 seconds into the interview, I explained part of my motivation for hiding the Chest and why I wrote the Poem.  At 9 minutes 40 seconds into the interview, I specifically stated: "There are nine clues in that poem. ***If you can follow the clues to the chest, you can have it***.  And the poem says that." (Emphasis added).

12.     On November 2, 2013, I made a presentation at Moby Dickens bookstore in Taos, New Mexico.  The full presentation can be seen on the Internet at the URL https://www.youtube.com/watch?v=8RzrIu3hMec. At 9 minutes 22 seconds into the presentation, speaking about the Chest, I stated, "I don't feel like I've given it away [the

treasure], whoever finds it is going to earn it, ***once they find it and have it in their possession***." (Emphasis added).

13.    As another example of how clearly my intentions were expressed in public, *Esquire* magazine published on January 11, 2018, the following statements:

> His main motive, he has said many times since, was to address today's "sedentary society" and "get kids out of the game room". It was also, he has pointed out, during the aftermath of the 2008 financial crash. "We were going into a depression, lots of people were losing their jobs. I wanted to give some people hope." As for whom he wanted to inspire, he says: "Every redneck in Texas that lost his job, has 12 kids and a pick-up truck and a sleeping bag. Throw all those things in the back of your pick-up truck. That's who ***I hope finds the treasure chest***. Somebody that can use it."

(Emphasis added).

14.    The Plaintiff in the Lawsuit, Brian Erskine, has misinterpreted the clues in the Poem as leading to some place in Colorado.  The Chest was hidden and found in Wyoming.

15.    Mr. Erskine has also misunderstood my Poem as being simply a riddle to be solved as means of acquiring the right to own the Chest without having to actually find and take possession of the Chest.  I have never said publicly or privately to anyone – nor was it ever my intention -- that the Poem was simply a riddle to be solved and that actually finding and possessing the Chest was irrelevant to becoming the owner of it.

16.    I have never said someone could have the Chest if they just figured out where it was hidden but did not retrieve it.  Mr. Erskine neither found the Chest, nor did he figure out where it was hidden.

17.    I informed the public on June 6, 2020, through the blog at www.dalneitzel.com, that the Chest had been found.  More specifically, I stated:

> The treasure has been found.
>
> It was under a canopy of stars in the lush, forested vegetation of the Rocky Mountains and had not moved from the spot where I hid it more than 10 years ago. I do not know the person who found it, but the poem in my book led him to the precise spot.
>
> I congratulate the thousands of people who participated in the search and hope they will continue to be drawn by the promise of other discoveries.
>
> ***So the search is over***. Look for more information and photos in the coming days.

(Emphasis added).

18.     I informed the public that the "search is over" not because Mr. Erskine had served me with his Lawsuit on June 4, 2020, but because I had been informed on June 5, 2020 by the Finder that he had found the Chest and had provided me with sufficient proof that he had found and retrieved it.

19.     Mr. Erskine attempted to intervene in December 2019 in a case (now dismissed) filed in Federal District Court in New Mexico in *Hanson v. Fenn*, Case No. l:19-cv-01124-KK, in which Motion to Intervene Mr. Erskine makes the exact same claim he makes in this case.

20.     I did not end the search when Mr. Erskine first made his claim that he was entitled to the Chest, because Mr. Erskine (and no one else to my knowledge) had not found the Chest.

21.     Over the last ten years, I have received dozens of emails from people who, like Mr. Erskine, have claimed to have figured out where the clues in the Poem lead and further claimed that they have actually found the Chest. Until June 5, 2020, no one had

provided proof that they had actually figured out where the Chest was hidden and gone out and found the Chest.

22.    The Finder understandably desires to remain anonymous, and I have respected his request.

23.    Mr. Erskine makes many references in his Lawsuit filings to the Editor of *True West* magazine, Bob Boze Bell, as acting as "an intermediary" between me and Mr. Erskine.

24.    The full extent of my interactions with Mr. Bell, insofar as concerns Mr. Erskine's claims, are contained in the emails between Mr. Bell and me on February 6, 2020, a complete copy of which is submitted herewith as **Attachment 3**. Aside from these emails, I have had no other communications with Mr. Bell about Mr. Erskine and his claims.

25.    I declare under penalty of perjury that the foregoing statements are true and correct.

Forrest Fenn
Date:  August 24, 2020

[2807357.2]