containing nine clues that if followed precisely, will lead to the end of my rainbow and the treasure:

>As I have gone alone in there
>And with my treasures bold,
>I can keep my secret where,
>And hint of riches new and old.
>
>Begin it where warm waters halt
>And take it in the canyon down,
>Not far, but too far to walk.
>Put in below the home of Brown.
>
>From there it's no place for the meek,
>The end is ever drawing nigh;
>There'll be no paddle up your creek,
>Just heavy loads and water high.
>
>If you've been wise and found the blaze,
>Look quickly down, your quest to cease,
>But tarry scant with marvel gaze,
>Just take the chest and go in peace.
>
>So why is it that I must go
>And leave my trove for all to seek?
>The answers I already know,
>I've done it tired, and now I'm weak.
>
>So hear me all and listen good,
>Your effort will be worth the cold.
>If you are brave and in the wood
>I give you title to the gold.