| DATE | SOURCE | INTERVIEWER | LENGTH | NOTED TIME(s) | COMMENTS | Link |
|---|---|---|---|---|---|---|
| 10/25/2010 | YouTube | Santa Fe Radio Cafe | 19:55 | 17:58 | 17:58: 'you can find that treasure chest, the first one to it can have it' | https://www.yoYouTube.com/watch?v=48cmOTDkhuQ |
| 5/13/2011 | YouTube | PBS-KNME, Report from Santa Fe Lorene Mills | 28:18:00 | 9:45 | 9:45: 'if you can follow the clues to the chest you can have it and the poem says that.' nuggets | https://www.yoYouTube.com/watch?v=hbqC--RV2Ww |
| 2/28/2013 | | The Daily Beast Magazine Article | | | "But can you at least assure people they won't get arrested? Or that they won't get sued and lose the money?"   "I'm not assuring people of anything," Fenn admitted. "I went out there and hide a treasure chest, and they can go get it. That's it." | https://www.thedailybeast.com/if-youre-hunting-for-forrest-fenns-buried-treasure-start-here |
| 4/13/2013 | YouTube | Radio New Zealand Jesse Mulligan Audio Only | 14:10 | 3:45; 5:30; 7:30 | 3:45: 'part of my motive in writing my book, The Thrill of the Chase was to get kids off the couch and away from their texting machines, out of the game room and out into the mountain' 5:30: 'my audience for this is for every redneck Texan with a pickup truck, has lost his child with 8 kids, has an adventurous spirt, that's the guy I want to fill up the pickup truck with gas and head out to look for the treasure' 7:30: 'others have estimated the value to be  $1-3 mil who saw it prior to hiding it. The person who finds it and raises it's lid will take a big gulp' | https://www.yoYouTube.com/watch?v=XmRex5DRfCc |
| 4/24/2013 | YouTube | Santa Fe.com Todd Lovato | 4:46 | 1:03 | 1:03-2:10: 'I decided get the kids off the couch out of the game room, out into the trees out in the mountains. We have a problem in this country with our youth we're obese and we use those little hand machines too much, I think.  Kids are not going to agree with me. …… (when asked a question with  reference to the poem)  I didn't want to give it away. I didn't want to be a door prize or win a lotto. I wanted people to go out exploring get out and have some adventure, some imagaination, some common senses, to try to solve the clues in the poem and if you can do that and go to the treasure chest you can have it. ' | https://www.yoYouTube.com/watch?v=GIDEMgBATCg |
| 4/27/2013 | YouTube | PBS-KNME, Report from Santa Fe Lorene Mills | 28:52:00 | 3:35; 8:31; 9:04;19:10 | 3:35: 'gave 25,000 for treasure chest' 8:31 ' I applaud these people on the chase, they get  people their kids off the couch out of the game rooms and away from their little texting machines they're out in the mountains smelling the sunshine, I think that's a wonderful by-product of this book' 9:04: 'you know, Mr. Fenn we know we are not going to find the treasure but I want to thank you for getting me and my family out in the woods and that he says, 'is very rewarding to me'' 19:10 'the audience is every redneck in  Texas, just lost his job and has a pickup truck, a wife and 12 kids and has an adventurous spirit., that's who i wrote it for, put some gas in your pickup, grab your sleeping bag and strike the trail.' | https://www.yoYouTube.com/watch?v=BsvkNbmcTMM |
| 10/23/2013 | YouTube | Collected book Works, Douglas Presion, Michael McGarrity | 40:50:00 | 23:20 | 23:20: 'my audience for my book is every redneck with a pickup truck, whose lost his wife has 12 kids and nothing to do, through his bedroll in the back of the truck and go look for the treasure and take your kids with you. I've had so many emails from people who tell me that is exactly what they are doing' | https://www.yoYouTube.com/watch?v=EsTdZRwnydw |
| 11/2/2013 | YouTube | Moby Dickens Book Shop Taos | 58:14:00 | 5:51; 6:29; 8:28; 8:57; 9:22; 17:45; 34:02; 8:59; 49:18 | 5:51: 'my audience is every redneck Texan with a pickup truck, a wife and 12 kids, who has lost his job, throw a bedroll in the back of the truck and take the kids, get the kids out of the game room, away from their little game machines and let them breathe the fresh air and let them experience the wonderful things the forest has to offer, a wonderful opportunity….and have probably receive 15,000 emails rom people saying ' 8:28: 'going to have to figure out the clues in the poem AND go to it' 8:57: 'everybody wins IF you go out look for it' 9:22: 'I don't feel like I've given it away (the treasure), whoever finds it is going to earn it, once they find it and have it in their possession' 17:45: 'if I get another disease,on my last dying gasp, I'm going to throw myself on that treasure chest and I'm going to dare you to come find me' 34:02: a question was asked if the car he used was rented? He goes on to say, he had not been asked before, but had thought about it and the reason why he would not answer is someone could check the mileage records, the same reason he would not say if he was 79 or 80 yrs old as he was concerned someone could check the rental records and how many miles were put on the car ect'…' 38:59: Question was asked:  Is it posssible to locate the chest without leaving your computer and Google Earth? "No"  'there is not a picture of the treasure chest on Google Earth…' 49:18: Forrest makes a comment stating 'about 35 people have claimed to have found the chest and he would bring up the bracelet (which he would like to buy back)…' | https://www.yoYouTube.com/watch?v=8RzrIu3hMec |
| 2015 | YouTube | Today Show | 1:16 | :20; 1:14 | :20: 'my feeling is, if you can find the treasure chest you can have it' 1:14: 'my argument is the person that finds it owns it' | https://www.yoYouTube.com/watch?v=SLqqxCIGN-g&list=PLq_WZAmAdm3hiOy_FLI7qPN5P_HSVi30A&index=16 |
| 2015 | | NPR A Beautiful World Podcast | 4:00 | 1:43 | 1:43: 'I think when they lift that lid their hand is going to go to their mouth…' | https://www.soundcloud.com/abeautifulworld/millionaire-leaves-clue-to-find-treasure#t=0:00 |
| 5/17/2015 | YouTube | Santa Fe New Mexican, Bruce Krasnow | 2:00 | :25; :49-1:07 | :25: 'sooner or later someone is going to find that treasure' :49: 'rewarding thing for me is people are going out and searching with their whole families and sent me pictures of where they have been and how much fun they have had and planning to go back in about 3 months.  That is really what it is all about…..the treasure is out there for somebody to find' 1:07: Question asked: there are people who say they went to the treasure, but the treasure was not there? 'there have been 4 or 5 people that know exactly where the treasure is, but when they go there the treasure is not there and so one of two things has to have happened, first something has took it before I could get here or the whole story is just a hoax, of course, all of them are still out searching for the treasure. People run through different emotions and finances play a part in it and people should not spend more money than they havebut, the by-product, particulariry kids, out in the sunshine and the fresh air and that's what we need more of in this country' | https://www.yoYouTube.com/watch?v=huBtdJqdfU4 |
| 5/29/2015 | YouTube | The Richard Eeds Show, Santa Fe Podcast | 45:46:00 | 23:00; 28:10; 28:23; 28:46; 21:37; 32:08 | 23:00 'If you find it you'll either start laughing or faint' 28:10: 'Mr. Fenn, we know we are not going to find the treasure, but  I just want to thank you for getting my kids out…'. 28:23: ' An author from Austin wrote to him asking who is his audience …every redeneck in Texas who has lost his job, has 12 kids and  a pickup truck, I said that's my audience and that's who I hope finds my treasure, but, you know Mr. Eeds, we have a problem in this country with our youth today and none of us are doing enough to solve that problem. Our teenagers today are going to be our congressm and and senators 25 years from now President of the United States, I blame the churches and the schools, I blame you and I blame me because we are not doing enough to solve that problem. Our greatest asset we have in this country is our youth  they are our future….I feel it is encumbant on all of us to try to solve and,in my small way I am doing my part in everyone in this country, all the grownups in this country would do a little bit it would make a big difference' Some cost and content answers: 21:37:  answers question as to what is in it, describes chest and what he paid $25,000.00 32:08:46 little info on contents and their value, little Chinese jade figures I gave 12,000 each.. | https://www.yoYouTube.com/watch?v=yHYC6LMWyTU |
| 7/12/2015 | YouTube | CBS Sunday Morning | 8:33 | 6:40 | 6:40: question,"in your mind who would be the best to find the treasure?" 'a family that is joined together and has gone out looking……..that was my primary motive' | .https://www.yoYouTube.com/watch?v=Vu4lkAnRwI0&t=110s |
| 8/10/2015 | YouTube | Outside Magazine | 3:07 | | Warning people who come searching for the treasure who are not from areas with mountains and will find themselves searching in places they are not familiar and that precautions need to be taken both  in the winter and summer.' | https://www.outsideonline.com/2006901/forrest-fenn-how-find-his-million-dollar-treasure |
| 7/16/2016 | YouTube | Allen K favs | 8:28 | 1:38; 2:58; 5:46; 7:37 | 1:38: 'I invite everyone to read his poem and go out and find the treasure chest' 2:58: 'people say they know where it is and I tell them if you know where it is then why don't you go get it, take a picture and send it to me and we will discuss it' 5:46:  'one of my motives was to get the kids off the couch, put of the game room and out in the mountains, that was one of my deciding factors to hide this treasure chest' 7:37:  'many have said, Mr. Fenn we are not going to find the treasure , but I want to thank you for getting me and my kids  off the couch and out into the sunshine. That is very rewarding to me'. | https://www.yoYouTube.com/watch?v=jo4snf8KUQ4&list=PLq_WZAmAdm3hiOy_FLI7qPN5P_HSVi30A&index=9 |
| 11/2/2017 | YouTube | Doug Prestion, Shiloh Old, Collected Works | 1:04:00 | 36:47:00 | 36:47 'if you read my book and read my poem and follow the clues they will take you to the treasure chest.' | https://www.yoYouTube.com/watch?v=DR1LZlFKYUg |
| 1/11/2018 | | Esquire Magazine Article | | | "His main motive, he has said many times since, was to address today's "sedentary society" and "get kids out of the game room". It was also, he has pointed out, during the aftermath of the 2008 financial crash. "We were going into a depression, lots of people were losing their jobs. I wanted to give some people hope." As for whom he wanted to inspire, he says: "Every redneck in Texas that lost his job, has 12 kids and a pick-up truck and a sleeping bag. Throw all those things in the back of your pick-up truck. That's who I hope finds the treasure chest. Somebody that can use it." | https://www.esquire.com/uk/culture/a24516117/treasure-hunt-forrest-fenn-gold-rocky-mountains/ |
| 1/12/2018 | YouTube | ABC Nightline | 8:39 | 7:35 | 7:35:  Stated by the treasure hunter giving the interview,   'Just as Fenn had intended, it's an adventure to go out looking for…' | https://www.yoYouTube.com/watch?v=_MV7CQPC53M |
| 5/4/2019 | YouTube | Aussie TV Show | 7:02 | 2:09; 5:01; 6:54 | 2:40: ' I am very pleased with the number of people who have gone into the Rocky Mountains looking for the treasure, that was one of my goals and I am very pleased  that has happened.'' 5:01: 'the treasure is where I left it and it is going to be there for a long time until somebody finds it  and I hope somebody finds it 6:54: 'I invite everybody in Australia to come to the United States and go to  the Rocky Mountains and look for the treasure….' | https://www.yoYouTube.com/watch?v=IP6fcZ-yn9M |
| 11/4/2019 | YouTube | Author, Douglas Preston (this is an excérpt from the 24:12 interview below) | 6:16 | :17; 2:57 | :17:  'you start the chase by getting in your car…' 2:57 'it's so obvious, the most important clue is the last one because you are holding the treasure….' | https://www.yoYouTube.com/watch?v=V6E8Fu9wX2g |
| 11/4/2019 | YouTube | Douglas Preston | 24:12:00 | | | |