**From:** forrestfenn@gmail.com <forrestfenn@gmail.com>
**Sent:** Thursday, February 6, 2020 2:01 PM
**To:** 'Bob Bell' <bozebell@twmag.com>
**Cc:** forrestfenn@gmail.com
**Subject:** RE: Brian Erskine

Thanks Bob. f

**From:** Bob Bell <bozebell@twmag.com>
**Sent:** Thursday, February 6, 2020 1:57 PM
**To:** Forrest Fenn <forrestfenn@gmail.com>
**Subject:** Re: Brian Erskine

Forrest,
  Thanks for responding. Brian seems to be normal otherwise, but he is obsessed with your treasure and left me a very thick print out of all his efforts to "prove" he has solved the case. Now he wants a sit down to discuss, etc. I need to have him cease and desist, at least for my part.

  Bob McCubbin has been institutionalized by his family and he has serious memory issues, if not full blown Alzheirmer's, I'm sorry to report.

BBB


On Thu, Feb 6, 2020 at 1:53 PM <forrestfenn@gmail.com> wrote:

> Bob.
> I have numerous emails and documents from the guy and I'm still not sure what his angle is. I am staying away from him. What is your impression of him?
> Do you know how Bob McCubbin is doing?
> Forrest
>
> Thanks for the email.

**From:** Bob Bell <bozebell@twmag.com>
**Sent:** Thursday, February 6, 2020 1:44 PM
**To:** Forrest Fenn <ffenn@earthlink.net>
**Subject:** Brian Erskine

Forrest,
   This guy from Prescott, Brian Erskine, showed up at our offices a couple days ago and wanted to talk at length to me about how he has "solved" the Forrest Fenn treasure hunt. He said he has called you and talked with you and I asked him what you said? And he was a little vague about the conversation but he is obsessed with bringing the hunt to a conclusion, or, to prove he has "solved it." He keeps implying that we, True West, are responsible because we promoted you. What is your reaction to all this?

BBB


--
Bob Boze Bell


--
Bob Boze Bell