# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br>　　　　　Plaintiff,<br>　v.<br>Forrest Fenn,<br>　　　　　Defendant. | No. 3:20-cv-08123-PCT-JJT<br><br>**ORDER STRIKING IMPROPER AND UNAUTHORIZED FILINGS BY PLAINTIFF** |

Pursuant to Defendant Forrest Fenn's Motion to Strike Improper and Unauthorized Filings by Plaintiff; and good cause appearing;

It is hereby ORDERED that the following papers filed by Plaintiff Brian Erskine be stricken from the record:

1. Letter to the Court [Doc 28] filed August 27, 2020; and
2. Motion in the Alternative to Transfer Jurisdiction Pursuant to 28 U.S.C. § 1631 [Doc 29] filed August 19, 2020.

[2813617]