# Exhibit RMMS1

# Bob Boze Bell, CEO / Editor of *True West*, Reply Email to Plaintiff, December 30, 2018; re: Bell's report of Defendant's response to Quest Solution delivery by Bell Intermediation

