James W. Armstrong (No. 009599)
james.armstrong@sackstierney.com
Brian E. Ditsch (No. 009075)
brian.ditsch@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona  85251-3693
Telephone: (480) 425-2600

Karl H. Sommer (admitted pro hac vice)
karls@sommerkarnes.com
SOMMER KARNES & ASSOCIATES
125 Lincoln Ave, Suite 221
Santa Fe, New Mexico  87501
Telephone: (505) 989-3800

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br><br>    Plaintiff,<br><br> v.<br><br>Forrest Fenn,<br><br>    Defendant. | No. 3:20-cv-08123-PCT-JJT<br><br>**STATEMENT NOTING DEATH OF DEFENDANT** |

  James W. Armstrong, attorney for Defendant Forrest Fenn in this action, hereby notes on the record the death of Mr. Fenn on September 7, 2020, in Santa Fe, New Mexico.

  DATED this 8th day of September, 2020.

            SACKS TIERNEY P.A.


            By: */s/ James W. Armstrong*
              James W. Armstrong
              Brian E. Ditsch

SOMMER KARNES & ASSOCIATES

By: */s/ Karl H. Sommer*
      Karl H. Sommer

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301
*Plaintiff pro se*

/s/ Toni Cooper

[2821362]