James W. Armstrong (No. 009599)
james.armstrong@sackstierney.com
Brian E. Ditsch (No. 009075)
brian.ditsch@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona 85251-3693
Telephone: (480) 425-2600

Karl H. Sommer (admitted pro hac vice)
karls@sommerkarnes.com
SOMMER KARNES & ASSOCIATES
125 Lincoln Ave, Suite 221
Santa Fe, New Mexico 87501
Telephone: (505) 989-3800

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br><br>            Plaintiff,<br><br>    v.<br><br>Forrest Fenn,<br><br>            Defendant. | No. 3:20-cv-08123-PCT-JJT<br><br>**MOTION TO SUBSTITUTE DEFENDANT'S ESTATE AS A PARTY** |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Zoe Fenn Old, in her capacity as Personal Representative of the Estate of Forrest Burke Fenn, hereby moves for entry of the accompanying form of Order substituting the Estate in place of Defendant Forrest Fenn, deceased. As indicated in the Statement Noting Death of Defendant [Doc 35] filed in this case on September 8, 2020, Mr. Fenn died on September 7, 2020, in Santa Fe, New Mexico.

Under Rule 25(a)(1), "[a] motion for substitution may be made by any party or by the successors or representatives of the deceased party." 6 MOORE'S FEDERAL PRACTICE – CIVIL § 25.12[1] (3d ed. 2020) [hereinafter MOORE'S]. By Order of the First Judicial

District Court of Santa Fe County, Mr. Fenn's daughter, Zoe Fenn Old, was appointed the Personal Representative of Mr. Fenn's Estate, and she has accepted the duties of that appointment. *See* Exhibits 1-2, attached hereto. Among those duties is the power to "prosecute or defend claims or proceedings in any jurisdiction for the protection of the estate … ." N.M. STAT. ANN. § 45-3-715(A)(22). Ms. Old is therefore the "proper party" to be substituted for the deceased defendant in her capacity as the Personal Representative of Mr. Fenn's Estate. *See* 6 MOORE'S § 25.12[3].

RESPECTFULLY SUBMITTED this 7th day of October, 2020.

SACKS TIERNEY P.A.

By: */s/ James W. Armstrong*
    James W. Armstrong
    Brian E. Ditsch

SOMMER KARNES & ASSOCIATES

By: */s/ Karl H. Sommer*
    Karl H. Sommer

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301
*Plaintiff pro se*

/s/ Toni Cooper

[2844726]