# EXHIBIT 1

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
10/6/2020 9:47 AM
KATHLEEN VIGIL CLERK OF THE COURT
Francine Lobato

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

NO. D-0101-PB-2020-00204

IN THE MATTER OF THE ESTATE OF
FORREST BURKE FENN, DECEASED

## ORDER FOR INFORMAL PROBATE OF WILL AND APPOINTMENT OF PERSONAL REPRESENTATIVE

ZOE FENN OLD (the "Applicant") has submitted an *Application for the Informal Probate of Will and for Appointment of Personal Representative* (the "Application") requesting the informal probate of the Last Will and Testament of Forrest Burke Fenn executed on August 25, 2017 and the appointment of the Applicant as the Personal Representatives of the Estate of Forrest Burke Fenn (the "Estate") in an unsupervised administration, without bond. Based upon the statements made under oath in the Application by the Applicant, the Court FINDS:

1. Forrest Burke Fenn (the "Decedent") died on September 7, 2020 at the age of 90 years domiciled in Santa Fe County, New Mexico.

2. The Application is complete.

3. The Applicant has sworn that the statements contained in the Application are true to the best of her knowledge and belief.

4. The Applicant appears from the Application to be an interested person as defined by the laws of this state.

5. On the basis of the statements in the Application, venue is proper.

6. An original, duly executed and apparently unrevoked Last Will and Testament of Decedent executed on August 25, 2017 is in the possession of this Court; the Last Will and

Testament bears the required signatures showing valid execution and may be probated without further proof.

7. No demands of interested persons or notice of any proceedings concerning the Decedent in New Mexico or elsewhere have been received by the Applicant.

8. More than 120 hours have elapsed since Decedent's death, and the time for original probate and appointment has not expired because less than three years have passed since Decedent's death.

9. The Application indicates that no personal representative has been appointed in this or any other county of New Mexico.

10. The person who was nominated to act as Personal Representative of the Estate has renounced her right to be appointed Personal Representative of the Estate.

11. The Applicant was nominated in the Last Will and Testament of the Decedent to act as the first successor Personal Representative, without bond, in an unsupervised administration. The person named to act as the Personal Representative under the Last Will and Testament of Decedent executed on August 25, 2017 has filed her *Renunciation of the Right to be Appointed as Personal Representative* with the Court. The Applicant is qualified to act as Personal Representative of the Estate, and has priority entitling Applicant to the appointment.

THEREFORE, IT IS HEREBY ORDERED THAT:

A. The Last Will and Testament of Forrest Burke Fenn executed on August 25, 2017 is admitted to Informal Probate.

B. Zoe Fenn Old is appointed as the Personal Representative of Decedent's Estate in an unsupervised administration without bond.

C.  Letters Testamentary shall be issued upon the filing of the Acceptance of the Personal Representative.

_____
DISTRICT COURT JUDGE

SUBMITTED BY:

APRIL, DOLAN & HICKEY, P.C.

By: _____
John M. Hickey
460 St. Michael's Drive, Suite 1000
Santa Fe, New Mexico 87505
(505) 988-2900
(505) 988-2901 (fax)

Attorneys for Applicant, Zoe Fenn Old