**EXHIBIT 2**

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/29/2020 3:26 PM
KATHLEEN VIGIL CLERK OF THE COURT
Marina Sisneros

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

NO. D-0101-PB-2020-00204

IN THE MATTER OF THE ESTATE OF
FORREST BURKE FENN, DECEASED

### ACCEPTANCE OF DUTIES AS PERSONAL REPRESENTATIVE

STATE OF NEW MEXICO      )
                         :SS.
COUNTY OF SANTA FE       )

I, ZOE FENN OLD, accept the duties of the Personal Representative of the ESTATE OF FORREST BURKE FENN, Deceased, and do solemnly swear that I will perform, according to law, the duties of the Personal Representative of the Estate.

_____
ZOE FENN OLD

SIGNED AND SWORN TO (OR AFFIRMED) before me, John M. Hickey, Notary Public *[Printed Name of Notary Public]*, on September 18, 2020, by ZOE FENN OLD, who is ☒ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the foregoing instrument.

OFFICIAL SEAL
John M. Hickey
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 7/25/23

_____
Notary Public
My commission expires: July 25, 2023

Submitted by:

APRIL, DOLAN & HICKEY, P.C.

By: _____
John M. Hickey
460 St. Michael's Drive, Suite 1000
Santa Fe, New Mexico 87505
(505) 988-2900/(505) 988-2901 (fax)

Attorneys for Personal Representative, Zoe Fenn Old