# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Estate of Forrest Burke Fenn, by and through its Personal Representative, Zoe Fenn Old,<br><br>　　　　　Defendant. | No. 3:20-cv-08123-PCT-JJT<br><br>**ORDER GRANTING SUBSTITUTION OF PARTY** |

Upon motion, and good cause appearing,

IT IS HEREBY ORDERED that the Estate of Forrest Burke Fenn, by and through Zoe Fenn Old in her capacity as Personal Representative, be substituted in the place and stead of Forrest Fenn as the Defendant in this case.

[2844810]