IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br><br>           Plaintiff,<br><br>v.<br><br>Forrest Fenn;<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CV-20-08123-PCT-JJT<br>)<br>)<br>)<br>)<br>)<br>) |

### THIRD AFFIDAVIT OF BRIAN ERSKINE

STATE OF ARIZONA    )
                                   )
County of Yavapai        )

I, BRIAN ERSKINE, being first duly sworn, state and allege as follows:

1. I am Plaintiff in *Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT ("Case").

2. Terms herein have the same meaning as in my Case filings.

3. This Affidavit's main substance consists of a true and genuine statement, entitled "STATEMENT OF BRIAN ERSKINE, PLAINTIFF; Summary of How I Solved the Quest and Why I Came to Sue," integrated with images, attached as an Exhibit.

4. The purpose of filing this Affidavit as part of the Response in Opposition to defense's Motion to Substitute Defendant's Estate as a Party (D#36) is to forestall on the record anticipated further attempts at misdirection by the defense, similar to that Motion.

Respectfully submitted,

*[signature]*

Brian Erskine, Affiant

1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

SUBSCRIBED AND SWORN to before me, the undersigned Notary, this __19__ day of

_____OCT_____, 2020, by BRIAN ERSKINE

*[signature]*                    2/02/2024

Notary Public                    My Commission Expires



ROBEE PELEN-BALECHA
Notary Public - State of Arizona
YAVAPAI COUNTY
Commission # 577882
Expires February 02, 2024

*Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT

# EXHIBIT AS INTEGRAL PART OF THIRD AFFIDAVIT OF BRIAN ERSKINE FILED WITH RESPONSIVE MEMORANDUM IN OPPOSITION TO MOTION TO SUBSTITUTE (D#36)

**STATEMENT OF BRIAN ERSKINE, PLAINTIFF**

**SUMMARY of How I Solved the Quest
and Why I Came to Sue**

# STATEMENT OF BRIAN ERSKINE, PLAINTIFF
## SUMMARY of How I Solved the Quest and Why I Came to Sue

I **Solved** for fun, finding the path to Solving casually or almost inadvertently.  I **sued** both with standing of contract and material claim, and with deeper motivation: as authorities emphasized, the Quest **became** a phenomenon that promised indefinite mayhem, risking, hurting, and killing Participants and safety professionals.  Authorities were correct and were not overreacting.  This clear danger repeatedly manifested, and was not merely hypothetical.

I learned of the Quest in May 2016, while living and working in Phnom Penh, Cambodia, from web news of search for a missing Participant, Randy Bilyeu, later found dead by outdoor misadventure.  This seemed an isolated incident.  Unprepared or unfortunate people sometimes meet a tragic fate outdoors.  I did not begin Participating in response to Bilyeu's fate except as news that a Quest existed.

I explored the Quest by web the next weekend at home as a puzzle pastime, as one might the *New York Times* Sunday crossword, without preconceived idea, drive, or determination.  I learned that in 2010 Fenn, a Vietnam War veteran and self-made wealthy Santa Fe art dealer, sponsored a Quest ostensibly to find a Box by publishing a Memoir entailing a Poem.  I had visited Santa Fe, Taos, (etc.) before and am familiar with New Mexico's rich heritage.  I next performed scattered web searches until finding "traction" on the Quest topic.

The first Quest resource I **delved** — finding "traction" — was the travel blog, no longer online, of a North Carolina woman named Pam Shetron, with whom I have had no other contact.  Pam's story, not Box allure, "drew me in."  Pam with family had road-tripped to Silverton, Colorado and had sought the Box inside the masonry foundation of the "Christ of the Mines" statue above town to the northwest.  It struck me as odd that Silverton would share this feature with, for example, Rio de Janeiro.  I'm also Catholic.  So I researched local history to know the statue's backstory and returned to Pam's blog, setting a consistent pattern I would follow ultimately to Solve.

Pam seemed smart, substantial, warm, credible, levelheaded, and an intrepid woman of character.  Through her blog, I enjoyed Pam's travel and Quest experience.  The blog showed Pam meeting Fenn as social media still evidences; **Fenn's willingness to meet seemed notable**.  I also lived in Colorado in my late teens.  Small, tidy, quiet, dry, sunny, cool, and high in the San Juans, Silverton is "the opposite" of Phnom Penh on the low Mekong, where May begins the stifling rainy season.  Also, I happen to own a **board game called "Silverton,"** by Mayfair Games, whose goal is to earn Monopoly money building rails and mining on a cardboard Rockies map.  That game has no Quest connection, but **it connected me specifically with Silverton.  Pam's blog validated the Quest for me**.  If it was real to Pam, I felt it could be real to me too, at least for the moment.

I turned to Google Maps to find Pam's landmarks and more, widely exploring the Silverton area.  A blog photo showed turbid, "chocolate milk" water from Cement Creek, polluted by Gilded Age mine waste, merging with the pristine Animas River below town.  An "extreme" helicopter ski area above town also captured my attention.  My older brother is an expert skier, as are some high school classmates, as we both — though New England born — grew up at Willamette Falls near Mount Hood in Oregon.  Regrettably, I'm a clumsy skier.  Above the ski area, past the infamous "Gold King" mine (site of a notorious 2015 mine remediation "wastewater escape" disaster I'd read about), I found Cement Creek's source at Brown Mountain, a "thirteener."  Brown water, Brown Mountain — makes sense!  I'm an investment and risk professional.  Part of a portfolio I had managed in Cambodia included a company bottling water from Kulen Mountain, medieval birthplace of the Khmer Empire (builders of Angkor Wat), while another was a brewery — so, **water source quality** mattered to me, as also, for two different sets of cultural reasons, to both Cambodia and France.  Thus did I "connect dots," and not only about the Quest.

On Google Maps, place names appear as maps are panned and zoomed.  Immediately east of Brown Mountain, the Uncompahgre River "appeared."  As a former Colorado resident I already knew this key river's geography.  But as my mind wandered freely in an

2

investigative space, it fatefully occurred to me to care to know what its unusual name meant.  After failing at guessing Spanish origin or a place name in Spain (**Basque**, maybe?), *5280* Magazine helpfully informed that "Uncompahgre" is **Ute** for "warm flowing water" — like "Mississippi," widely known to mean in Ojibwa "father of waters" (or Algonquian words "Connecticut" and "Massachusetts," birthplaces of the Erskine brothers).  Thus, in a weekend, Pam's blog had led me to a "home of Brown" and "where warm waters halt" in Lake Como, where the map shows the Uncompahgre ponds right below Brown Mountain.  I also realized that the Poem in Spanish, which I speak fairly well after also having lived and and worked in Chile and later the Dominican Republic, would begin "*Como* he ido…" ("As I have gone…")  Noting these facts but still not firmly Quest focused, I then read about people off-roading below Brown Mountain near Lake Como in Jeeps, which looked like fun.

Following someone else's Jeep adventure online — not Pam's, and not the Quest — I traced the Uncompahgre River north downstream through Poughkeepsie Gulch until the river cataracts at U. S. 550 just below where Climax Creek enters (which immediately evoked "the end is ever drawing nigh").  Delving more, finding other information, and not jumping to conclusions, I made notes and planned to **visit Climax Creek** ("Visit" — which turned out to be the Location vicinity, as Exhibited) on my next trip to the United States as it was a short hike from a scenic overlook and parking area.  I then partly dropped the Quest and kept it "in the back of my mind" as a mental break from Cambodia connecting me with my home, the American West.

Over **calendar quarters**, with **sporadic** effort by inspiration, to my surprise, and not by determined focus, evidence emerged piecewise — Otto Mears, Chief Ouray, history, literature, culture, art, science, rail and mining heritage, etc. as Exhibited — that I had found information of key Quest value.  **Evidence was by researching local topics, delving results, and loosely integrating and associating with Quest themes that seemed to emerge and fit, not by focusing on the Box.**  I created a "living document" to organize evidence, but did not "fall down a rabbit hole" or "become obsessed."  I spent little

time on voluminous Quest web posts, blogs, and message boards; never "joined" the "Quest community," and **as Fenn knew and affirmed, never bothered to read the Memoir** — but I reviewed short excerpts and its illustrations, one of which proved key.

Visits during travel to see family in northern Arizona — **having family within a long weekend drive of the San Juans enabled Visits at all** — yielded little but outdoor experiences and photos. My "cover story" was to pose as an amateur geologist. I look the part, and in my late teens I worked in Denver for an oil geologist who also was a master painter (a building tradesman) during industry downturns. But eventually, cumulating evidence and no Box troublingly converged with **news of Participant deaths and police complaints from June 2017,** motivating what I intended as a final Visit in August 2018 during a drought (marked by headline forest fires) that I felt might facilitate Location vicinity access. I had too much evidence to quit, but my view had darkened from "This Quest is fun, I enjoy Colorado, it's a break from Cambodia, don't know about the Box, maybe there's a twist" to "This has become bad and weird, people killed and hurt, police and rescuers complained — what the hell is Fenn thinking?"

Frustrated, I concluded that Visit by taking many photos of the Location vicinity from many directions, helped by using the nearly dry riverbed as a corridor, planning later review. One of those was the Photo, taken from a riverbank fire pit where I would drop my light gear during Visits. On prior Visits I had noted the naturally artistic composition of the Photo scene from the fire pit — the slope, rock layers, boulder, sunny babbling riverbank, and other distinctive features. These secluded surroundings, **behind Mount Abrams** and not "next to a highway" as Fenn spuriously claimed, are a focal point where I would pause and reflect during Visits. People gravitate outdoors toward flowing water, light, fire, quiet, and mixed scenery, and away from stony darkness, steep slopes, thick brush, broken terrain, or gravel roads with noisy dirt bikes, Jeeps, and people whom I'd only have to lecture about area geology. My younger sister is a professional visual artist who won an art scholarship to college and earned a Yale MFA, and I have a small fraction of her great perceptive

talent.  After that Visit, I presented my organized evidence to New Mexico state police, because **that's what a lawful citizen does after police publicly seek help.  I did not ask police to help me.**  Later in 2018, I connected with Bob Boze Bell of *True West*, who in December — as I was in no hurry, indeed I hesitated to bother Bell — confirmed delivery of my work to Fenn.  Emulating Pam, I also made a simple webpage publishing my evidence, over which I felt it wise to register inexpensive Federal copyright (https://www.fennsolve.com).

Months passed and little happened until April 2019.  After returning from work trips including to Chennai and Vellore in Tamil Nadu in southern India — so, **not while Questing** — I woke sharply from deep sleep at a small hour "seeing" that the Photo by **Overlay** matched the Drawing in the Memoir's epilogue, and thinking **"The old man [with the ax] fits over the tall tree."**  I did not "dream about the Quest" and realized this visual link in a "deep mental flash" or without focus but after lengthy "subconscious mental fermentation" of Photo, Drawing, and more.  Rushing to my computer in my shorts, I matched the two images finding that the bird and moon fit over the bush, the rock fit over the stump, and "45°" "written in the stars above" matched diagonals in the slope and rock layers.  This visual proof was the "picture worth a thousand words" unlocking the Quest and catalyzing communication: **by Overlay the Drawing matched the Photo's landscape, showing that I'd found the true Location.**

Thanks to Pam's blog and research, legwork, insight, and appropriate persistence motivated by evidence — but not genius, obsession, intense focus, "hard labor," or "many journeys and futile searches" — I was "right the first time" even if it required multiple Visits and lengthy time to "connect the dots."  Without much stress or emotional investment, I picked up the end of Pam's thread, went a short distance beyond to a new stopping point above an accessible waterfall and parking area, found Climax Creek, researched, repeatedly Visited and familiarized, and found that Solution emerged **because it is correct, it was there to be found as the Overlay shows.**  "Being right the first time" is not an "incredible coincidence" and matches Fenn's statements that a Solver had to know where to

begin (Lake Como, as the Poem begins "*Como* he ido…"), as it is otherwise impossible to find a landscape the width of a tennis court (much less a Box) in a vast geography.  Fenn has stated that "foreign languages" are not needed to Solve: Ute, Spanish, and English are the Location's **native** languages.

Solving was easier than figuring out how to use Solution.  Yet from the time of public police complaints beginning in June 2017, amid mounting deaths and repeated new incidents, public safety offered a key application.  The meritless December 2019 fraud suit in which I filed to intervene on Fenn's side made me see the Quest in civil legal terms.  **My investment and risk career drove belated realization that the Poem is a unilateral open contract for Box delivery, like car insurance, as I managed investments for a leading insurer in Cambodia and Laos.**  Only suit — not discovery, persuasion, consultation, publication, or exhortation — busted the Quest.

Defense counsel's likely "argument" might be a kind of sweeping Rule 8(b)(3) denial that my work is "nonsense," a vast act of "confirmation bias."  This argument, if dared, would be absurd, contradicting Fenn and the contract, which states that Fenn must give you title after some act other than finding the Box — namely the Location, shown by Overlay.  It also would be a professional insult.  I once taught basic statistics to freshmen at two Ivy League schools and am an investment and risk professional, so I know what confirmation bias is — **preferential seeking** of, and **distortion** of, even genuine evidence to sustain a **preconception** in a way that **degrades judgment**.  (It's also a human mistake we all have made before).  My work stemmed from Pam's blog.  Results were assembled piecewise, not forced into a preconception.  My research emerged from curiosity about local adventure, geography, ecology, economy, heritage, and history (see Exhibits), not a Box hunt.  Research thematically naturally converged on the Quest because **if you're in the right place, it must.**  I focused only after Solving, prioritized police concerns, credit Pam with the original idea, and "found" visual proof waking up in the middle of the night.  The Box is absent at the Location as the Poem, contractually, indicates by plain words.  Fenn likely relied on that fact remaining

obscure and on Participant community insistence (a kind of "peer pressure") that only a "found Box" was success, manipulatively perpetuating the Quest.  Clearly, I exerted effort, cared about and curated my work, and Participated fully — Solving was not a mere stroke of luck, and I developed a level of focus, always proportional to the emerging evidence.  But the fact pattern, the plain authenticity of my actions and overwhelmingly clear narrative and visuals, expose as false any claim of obsession or stubborn determination to validate preformed bias, or put myself on a pedestal, as if my work were a sort of essay version of the irresponsible crank Participant rescued from a snowy Yellowstone canyon in January and rightly prosecuted.

Clearly, I have little "ego" about Solving and do not see myself as a genius or heroic actor.  **I Participated for fun, not to "save lives." But I already had done the key research, just as the Quest turned more lethal, modifying my goal.**  "*It grew as it went*" (N. M.) and so I "followed through" for public safety as defined not by me but by obviously bad events (deaths, rescues, crimes) and **by police and rescuers.**  Having Solved, I refused to watch more outdoor mayhem for Fenn's fame or false "folk hero" status.  **These fears were not exaggerated, peevishly resentful, or self-created manipulatively to self-heroize.**  Rescuers appreciated the Quest ending (Gruver, M.; *AP*, June 15, 2020; *Rescuers relieved after legendary $2 M treasure found*; "**'We are very happy,'** said Dan Johnson, spokesman for Dinosaur National Monument," site of a March 2020 death and rescue; see also Roberts, M., *Westword*; June 21, 2019; *Forrest Fenn Mum on Warning About Treasure Hunt That's Cost Lives.*  **Unable to motivate Fenn to meet or to honor contract, and stonewalled by Fenn's open admission to Bell by email <u>defense</u> Exhibited, I sued.**

**Factually, I ended the Quest by Solving and by lawful force of Serving Fenn.**  Fenn **posed belatedly** as ending the Quest whose true end he **obfuscated** for two (2) years before Service.  As shown in Exhibits, I respect Fenn (to a point) as otherwise no Quest would exist to Solve.  I also respect the creativity and art, or frankly major cultural contribution, the Quest represents.  I bear Fenn no ill-will beyond contract suit.  But I would have respected more had Fenn honestly

7

resolved rather than foolishly and manipulatively trying to deny the prize, totally incinerating credibility.  **After June 4 Service, Fenn continued to play "hide the Box" after that lame game really was over,** while quasi-complying with contract by having the Box fetched but not conveyed to me, the Solver.  This is obvious.  As the proverbial "false god with feet of clay" (Dan. 2:31-36), Fenn long knew I had Solved, but seemingly couldn't bear it.  Police were right, Fenn had to be stopped or the Quest (regardless of Fenn's intent) demonstrably would have generated indefinite mayhem for no good purpose.  Karl failed to intimidate (as lawyers try) because fear and greed don't motivate me, and so, I stopped Fenn.  Fatefully, another Participant died even only weeks after Karl's Threat Letter arrived.  Ultimately I'm a person of courage, justice, wisdom, and temperance; of character, grit, and rule of law.  I'm proud not of Solving but of **exemplifying those virtues**.  While I'm on no sort of mission, like Silverton's miners I thank God as "*God enriches*" (Ariz.) and "*there is nothing without the will of the deity*" (Colo.) — see Dan. 2:20-22 "Blessed be the name of God forever and ever, for wisdom and power are his.  He causes the changes of the times and seasons, **establishes kings and deposes them.**  He gives wisdom to the wise and knowledge to those who understand.  **He reveals deep and hidden things and knows what is in the darkness, for the light dwells with him.**"

**IMAGES FOLLOW:**

1) Pam's public social media showing meeting Fenn and Google search results referencing her former blog.
2) A summary map of my "mental path" from Pam's blog to the Location, featuring sites of interest often unrelated to the Quest.
3) Drone video stills of Brown Mountain and Lake Como.
4) The Silverton area, with conspicuous Gilded Age rail **gap**, from the "Silverton" board game ("The Game of Colorado Railroading").
5) The Gold King mine waste spill of 2015 shown in Cement Creek, **normally brown anyway at all times even before 2010**.





9



10



11





