IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, ) | |
| ) | Case No. CV-20-08123-PCT-JJT |
| Plaintiff;   ) | |
| v.   ) | **NOTICE OF** |
| ) | **MOTION TO SUBSTITUTE PARTY** |
| Forrest Fenn,   ) | **BY F. R. C. P. 25(a)(1)** |
| ) | |
| Defendant.   ) | |

**NOTICE OF MOTION TO SUBSTITUTE PARTY BY F. R. C. P. ("Rule") 25(a)(1)**

Plaintiff, acknowledging the Suggestion of Death of Defendant Forrest Fenn filed on September 8, 2020 (D#35), respectfully Notices timely Motion to Substitute Party by Rule 25(a)(1).  LRCiv 7.2 informs that defense has fourteen (14) days to Respond.  No hearing date is set.

Respectfully submitted this 4th day of December, 2020,

_/s/ Brian Erskine_

Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com

## CERTIFICATE OF SERVICE

By Rule 25 requirements for service on parties (Rule 5) and nonparties (Rule 4), I hereby certify that on December 4 or 5, 2020, I electronically forwarded the foregoing with Motion, Proposed Order, and Exhibits (and fee) to a professional process server for service on two (2) nonparties named in probate filings as Exhibited in the Motion; placed same in the U. S. Mail, certified return receipt requested, for service on proposed Substitute Party Zoe Fenn Old through counsel, John Hickey of April, Dolan, and Hickey, P. C.; and electronically filed same with the Clerk using the CM/ECF system, which will serve notice of filing to counsel of record and the Court Monitor to their registered electronic mail addresses:

James W. Armstrong
Brian E. Ditsch
SACKS TIERNEY, P. A.

Karl Sommer
SOMMER KARNES AND ASSOCIATES LLP
*Pro Hac Vice*

*Attorneys for Defendant*

_____
Brian Erskine
Plaintiff
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com