UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, | ) |
| | ) Case No. CV-20-08123-PCT-JJT |
| Plaintiff; | ) |
| v. | ) [PROPOSED] **ORDER GRANTING** |
| | ) **SUBSTITUTION OF PARTY** |
| Zoe Fenn Old, | ) |
| in capacity as Personal Representative | ) |
| of the Estate of Forrest Burke Fenn, | ) |
| Deceased and in capacity as Successor | ) |
| Trustee of The Forrest and Peggy Fenn | ) |
| Revocable Trust u/a 11/21/86, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Upon Motion, and good cause appearing,

IT IS HEREBY ORDERED that Zoe Fenn Old, in capacity as Personal Representative of the Estate of Forrest Burke Fenn, Deceased and in capacity as Successor Trustee of The Forrest and Peggy Fenn Revocable Trust u/a 11/21/86, be substituted in the place and stead of Forrest Fenn as Defendant in this case.