# EXHIBIT LIST

1.  Pertinent N. M. Probate Filings

2.  County Assessor Land Record

3.  N. M. State Bar Probate Summary Guide

4.  Digital Re-Presentation of Summary Visual Evidence of Performance by Location (and Land Art Discovery)

5.  Press

    1.  (Utah Monolith as Land Art) Angeleti, G.; *The Art Newspaper*, **Nov. 24, 2020**; *Alien visitors or avant-garde installation? Mysterious monolith discovered in the Utah desert*.

    2.  (Gold Clause / *216 Jamaica Avenue*) Jarboe, M.; *The Plain Dealer* on *cleveland.com*, Aug. 29, 2008; *Business: Gold-based lease could cause million-dollar rent hike for Forest City Enterprises*.

    3.  (Participant indictment) Staff; *National Parks Traveler*, **Oct. 22, 2020**; *Treasure Hunter [Federally] Indicted for Digging in the Fort Yellowstone Cemetery* [plus Justice Department indictment notice].

    4.  (Public doubts about Forrest / defense / June 5 'find') Vincent, I.; *New York Post*, **Nov. 14, 2020**; *Treasure hunters cast doubt on 'finder' of Forrest Fenn's $2 M cache*.

    5.  (Nine Clues) Staff; *TODAY News*, Feb. 27, 2013; *Follow these 9 clues to find Forrest Fenn's treasure!*

    6.  (Community Property, etc.) Eady, B.; *People*, June 9, 1986; *Rivals Scorn His Santa Fe Gallery, but Forrest Fenn Baskets the Cash*.

# EXHIBIT PARTY SUB 1

# NEW MEXICO PROBATE FILINGS

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
10/9/2020 10:37 AM
KATHLEEN VIGIL CLERK OF THE COURT
Desiree Brooks

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

**NO. D-0101-PB-2020-00204**

**IN THE MATTER OF THE ESTATE OF**
**FORREST BURKE FENN, DECEASED**

### NOTICE OF INFORMAL
### APPOINTMENT OF PERSONAL REPRESENTATIVE

ZOE FENN OLD, Personal Representative of the ESTATE OF FORREST BURKE

FENN, Deceased (the "Estate"), gives the following notice:

1.      The name and address of the Personal Representative of the Estate is:

Zoe Fenn Old
803 Calle Romolo
Santa Fe, New Mexico 87505

2.      This Notice is being sent to the following persons who have or may have some

interest in the Estate:

Zoe Fenn Old                            Kelly Fenn Sparks
803 Calle Romolo                        153 Ranch Road
Santa Fe, New Mexico 87505              Lamy, New Mexico 87540-9653

Zoe Fenn Old, Successor Trustee
The Forrest and Peggy Fenn Revocable Trust u/a 11/21/86
803 Calle Romolo
Santa Fe, New Mexico 87505

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301-7402

Barbara Andersen
Andersen Law LLC
1220 West Sherwin, Unit IE
Chicago, IL 60626

3.      On October 6, 2020, the District Judge for the First Judicial District Court, County of Santa Fe, State of New Mexico issued an Order for Informal Probate of Will and Appointment of Personal Representative informally appointing Zoe Fenn Old as the Personal Representative of the Estate to serve without bond, in an unsupervised administration.

4.      Papers relating to the Estate are on file with the First Judicial District Court, County of Santa Fe, State of New Mexico, located at the Judge Steve Herrera Judicial Complex, 225 Montezuma Avenue, Santa Fe, New Mexico 87501, and are available for your inspection.

5.      The Estate is being administered by the Personal Representative pursuant to the provisions of the New Mexico Probate Code without supervision by the Court. Recipients of this Notice are entitled to information regarding the administration from the Personal Representative and can petition the Court in any matter relating to the Estate, including distribution of assets and expenses of administration.

6.      Claims against the Estate must be presented to the Personal Representative at 460 St. Michael's Drive, Suite 1000, Santa Fe, New Mexico 87505, or filed in the above-referenced cause in the First Judicial District Court, County of Santa Fe, State of New Mexico, located at the Judge Steve Herrera Judicial Complex, 225 Montezuma Avenue, Santa Fe, New Mexico 87501, within the later of (a) sixty (60) days after the mailing or other delivery of this Notice, or (b) four (4) months after the date of the first publication of the Notice to Creditors. Any claims against the Estate which are not timely filed within the above-referenced period are forever barred.

Dated _october 8_____, 2020.

_____
ZOE FENN OLD, Personal Representative

SUBMITTED BY:

APRIL, DOLAN & HICKEY, P.C.

By: _____

John M. Hickey
460 St. Michael's Drive, Building, Suite 1000
Santa Fe, New Mexico 87505
(505) 988-2900
(505) 988-2901 (fax)

Attorneys for Personal Representative, Zoe Fenn Old

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
10/6/2020 9:47 AM
KATHLEEN VIGIL CLERK OF THE COURT
Francine Lobato

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

### NO. D-0101-PB-2020-00204

**IN THE MATTER OF THE ESTATE OF**
**FORREST BURKE FENN, DECEASED**

### ORDER FOR INFORMAL PROBATE OF WILL
### AND APPOINTMENT OF PERSONAL REPRESENTATIVE

ZOE FENN OLD (the "Applicant") has submitted an *Application for the Informal Probate of Will and for Appointment of Personal Representative* (the "Application") requesting the informal probate of the Last Will and Testament of Forrest Burke Fenn executed on August 25, 2017 and the appointment of the Applicant as the Personal Representatives of the Estate of Forrest Burke Fenn (the "Estate") in an unsupervised administration, without bond. Based upon the statements made under oath in the Application by the Applicant, the Court FINDS:

1. Forrest Burke Fenn (the "Decedent") died on September 7, 2020 at the age of 90 years domiciled in Santa Fe County, New Mexico.

2. The Application is complete.

3. The Applicant has sworn that the statements contained in the Application are true to the best of her knowledge and belief.

4. The Applicant appears from the Application to be an interested person as defined by the laws of this state.

5. On the basis of the statements in the Application, venue is proper.

6. An original, duly executed and apparently unrevoked Last Will and Testament of Decedent executed on August 25, 2017 is in the possession of this Court; the Last Will and

Testament bears the required signatures showing valid execution and may be probated without further proof.

7.      No demands of interested persons or notice of any proceedings concerning the Decedent in New Mexico or elsewhere have been received by the Applicant.

8.      More than 120 hours have elapsed since Decedent's death, and the time for original probate and appointment has not expired because less than three years have passed since Decedent's death.

9.      The Application indicates that no personal representative has been appointed in this or any other county of New Mexico.

10.     The person who was nominated to act as Personal Representative of the Estate has renounced her right to be appointed Personal Representative of the Estate.

11.     The Applicant was nominated in the Last Will and Testament of the Decedent to act as the first successor Personal Representative, without bond, in an unsupervised administration. The person named to act as the Personal Representative under the Last Will and Testament of Decedent executed on August 25, 2017 has filed her *Renunciation of the Right to be Appointed as Personal Representative* with the Court. The Applicant is qualified to act as Personal Representative of the Estate, and has priority entitling Applicant to the appointment.

THEREFORE, IT IS HEREBY ORDERED THAT:

A.      The Last Will and Testament of Forrest Burke Fenn executed on August 25, 2017 is admitted to Informal Probate.

B.      Zoe Fenn Old is appointed as the Personal Representative of Decedent's Estate in an unsupervised administration without bond.

C.     Letters Testamentary shall be issued upon the filing of the Acceptance of the Personal Representative.

**DISTRICT COURT JUDGE**

SUBMITTED BY:

APRIL, DOLAN & HICKEY, P.C.

By:

John M. Hickey
460 St. Michael's Drive, Suite 1000
Santa Fe, New Mexico 87505
(505) 988-2900
(505) 988-2901 (fax)

Attorneys for Applicant, Zoe Fenn Old

1338 Sabatina Street
Prescott, AZ 86301-7402

Zoe Fenn Old, Notified Representative
℅ John M. Hickey, Counsel
460 St. Michael's Drive, Ste. 1000
Santa Fe, NM 87505

November 2, 2020

Dear Zoe,

I write to introduce, to express respect for your father and family, and to express willingness to meet.  My only knowledge of you is by press about the late 2018 intrusion at your parents' home.  Thankfully, no one was harmed.

My suit is as it presents: a contract suit.  Aligned with authorities' express and repeatedly validated concerns, its secondary motivation is (by evident merit) to stop the Quest from indefinitely driving deaths, risks, and mayhem to Participants and first responders.  That means "ending," not "blaming."

Should greater publicity arise from this litigation or its outcome in whatever form, I would respect facts and boundaries.  I would confine any character exploration of your father to his statements, writings, public actions, public statements of those who met him at key times, and reasonable evaluation of our very limited interaction.  Subject to his choice to make a public figure of himself, I would respect his privacy as a person I never met.  Clearly, I claim that choosing not to meet me was a means to breach, and our minds did meet through my Solution.  But, I would not speculate irresponsibly, misuse your father's name to gain fame, or otherwise behave negatively.  My focus would be to conserve and showcase his great artwork and cultural contribution to the American West in Quest form, which I unlocked or qualified to express by comprehensively Solving.  Also, I would read and reference his memoir and other books, and would aim to sell the Box whole to a museum or institution for conservation and public enjoyment.

In offering to meet, I show understanding that courts expect litigants to try to resolve and that you might decide differently from your father.  In showing respect, I aim to give comfort that my presentation as a person of character is real.  I lived and worked in southeast Asia, and I respect what in Asia is called your father's "face."  Your father's art and skill created the Quest.  As Thai people might say, I have a ใจเย็น (*jai yen*, cool heart), or balanced and calm, rather than driven and aggressive, perspective about Solving.  But I do actively follow all the way through — it's a core value, a life habit.

Despite contract, your father might not have wanted the Quest Solved, or Solved by a Participant with a different life profile, as suggested long ago.  If so, I don't take that, or his refusal to meet, personally.  I regret not having met such a fascinating man, but if I win the case, the portion of his legacy embodied in the Quest would be in responsible hands.

Kind regards

Brian Erskine
Claimant

First Judicial District Court
Santa Fe County, N. M.

No. D-0101-PB-2020-00204

In the matter of the Estate of
Forrest Burke Fenn, Deceased

## <u>STATEMENT OF CLAIM</u>

I, Brian Erskine, claim the following against the notified Estate ("Estate of
Forrest Burke Fenn") and/or Trust ("The Forrest and Peggy Fenn Revocable
Trust u/a 11/21/86"), both as represented by the same natural person, Zoe
Fenn Old ("notified representative"):

1. The Box (the Fenn treasure), with all contents and other benefits of
   contract performance by Solving the Quest; of unspecified value, upon
   information and belief consistently reportedly valued at two million
   dollars ($2,000,000) and credibly up to three million dollars ($3,000,000)
2. (And) Interest on Box value accruing from August 20, 2018, as
   determined by applicable law or settlement,
3. (Or) Alternatively to the above, in whole or part, the real property (house
   and land) at 1021 Old Santa Fe Trail, Santa Fe, NM 87505.

These claims are overdue.

Claims likely are contingent on judgment or settlement in *Erskine v. Fenn*, a
contract suit I filed (as plaintiff) against decedent defendant Forrest Fenn in
Federal court in Arizona on May 26, 2020, recorded on May 28 and Served
by sheriff's deputy on June 4.  (In a sworn statement, Fenn averred the Box
found by an anonymous person on June 5, conceding my inescapably prior
claim).  The first claim above is contractual.  The second stems from breach.
The third is a backup.  Terms such as "Box" (etc.) are as in *Erskine v. Fenn*.

To summarize, in *Erskine v. Fenn* I claim that the Poem underpinning the
Quest is an open unilateral written contract for Box or gold delivery or
conveyance: "I give you title to the gold."  I evidently performed the Poem
contract on August 20, 2018, by identifying a Colorado Location as

instructed, entitling the claimed consideration by gold clause per 31 U. S. C. 5118 (protecting gold creditors by specific performance, with applicable precedent *216 Jamaica Avenue, LLC v. S&R Playhouse Realty Co.*, 540 F.3d 433 (6th Cir. 2008)).  The fact that the Box was in Wyoming is irrelevant, as the Poem plainly specifies conveyance by entitlement, obligating custody while excluding abandonment and Box find.  Location of Solution and site of Box concealment thus were, by contract, different places.  Pending court approval of my filed Motion for Rule 15(d) Supplemental Pleading, I plan to articulate claims and law more specifically.  Opposition to my claim, largely fixed by Fenn's choice of publicity after Service and filings in the jurisdiction phase of *Erskine v. Fenn*, is insubstantially semantic.  Publicity of Box find reflects partial compliance short of conveyance rather than genuine, incredibly coincidental performance by another.  I hold that the Box is not conveyed and remains in obligated custody at a changed site, as readily available for the notified representative to entitle, and that when Served, Fenn had the Box retrieved (otherwise, see Claim 3) but didn't entitle, instead engaging in what seemed to be attempted trial by media by sleight of hand.

According to the state bar, "New Mexico law allows creditors to receive payment not just from estate assets, but also from certain assets that passed outside of probate, such as transfer on death deeds and trusts. See §§45-6-401(J) and 46A-5-505A(3)."  Also, by §45-3-804 (B) I might not even be required to present this claim as *Erskine v. Fenn* is pending, but I do present, to be thorough.  Disclosure generally serves my interests.

In *Erskine v. Fenn* by Rule 25(a)(1) I tentatively plan to Move to Substitute with the notified representative, who then must perform.

Respectfully submitted November 2, 2020

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

1338 Sabatina Street
Prescott, AZ 86301-7402


John M. Hickey, Counsel
Re: Fenn Estate / Zoe Fenn Old
460 St. Michael's Drive, Ste. 1000
Santa Fe, NM 87505


November 2, 2020


Dear John:

Please find enclosed a letter to Zoe Fenn Old, through you as counsel, and a timely Statement of Claim in response to your Notice dated October 8, 2020, specifically Item 6.  I also am mailing copies to be filed with the First Judicial District Court (No. D-0101-PB-2020-00204).

For further notice, (clearly) I am plaintiff in *Erskine v. Fenn*, a contract suit filed May 26, 2020 in Federal court in Arizona (CV-20-08123-PCT-JJT) as Served on June 4 by sheriff's deputy on decedent defendant Forrest Fenn.  By Rule 25(a)(1) I tentatively plan next in that case to substitute Zoe Fenn Old in representative capacity as defendant.

Thank you

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

1338 Sabatina Street
Prescott, AZ 86301-7402


First Judicial District Court
Judge Steve Herrera Judicial Complex
225 Montezuma Avenue
Santa Fe, NM 87501


November 2, 2020


Dear Justice Professional:

Please find enclosed copies of letters and a timely Statement of Claim to be
filed in the matter of the estate of Forrest Burke Fenn, Deceased (No.
D-0101-PB-2020-00204).  Originals were mailed to John M. Hickey, Counsel
for the notified representative.

Thank you

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
11/18/2020 11:14 AM
KATHLEEN VIGIL CLERK OF THE COURT
Maureen Naranjo

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

### NO. D-0101-PB-2020-00204

**IN THE MATTER OF THE ESTATE OF**
**FORREST BURKE FENN, DECEASED**

### NOTICE OF DISALLOWANCE OF CLAIM

ZOE FENN OLD, the duly appointed and acting Personal Representative of the Estate of

Forrest Burke Fenn, Deceased (the "Estate"), by and through her attorneys, April, Dolan & Hickey,

P.C. (John M. Hickey), timely disallows, in its entirety, the purported claim against the Estate made

by Brian Erskine under a Statement of Claim dated as of November 2, 2020 (the "Claim"). The

Claim was received by the Estate on November 5, 2020 and is being timely disallowed in the time

period set forth under NMSA 1978, Section 45-3-806(A).

Submitted by:

APRIL, DOLAN & HICKEY, P.C.

By: _____

John M. Hickey
460 St. Michael's Drive, Suite 1000
Santa Fe, New Mexico 87505
Tel.: (505) 988-2900
Fax: (505) 988-2901

Attorneys for the Personal Representative,
Zoe Fenn Old

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I filed the foregoing *Notice of Disallowance of Claim* electronically through the Odyssey File & Serve System for the First Judicial District Court and also caused the foregoing *Notice of Disallowance of Claim* to be placed in the United States First Class Mail, postage prepaid, to be served upon the following persons:

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301-7402

Zoe Fenn Old
803 Calle Romolo
Santa Fe, New Mexico 87505

Karl H. Sommer, Esq.
Sommer, Karnes & Associates, LLP
200 West Marcy Street, Suite 133
Santa Fe, New Mexico 87501

James W. Armstrong, Esq.
Brian E. Ditsch, Esq.
Sacks Tierney, P.A.
4250 N. Drinkwater Blvd
Fourth Floor
Scottsdale, Arizona 85251

John M. Hickey

First Judicial District Court
Santa Fe County, N. M.

No. D-0101-PB-2020-00204

In the matter of the Estate of
Forrest Burke Fenn, Deceased

## SECOND STATEMENT OF CLAIM

In addition to the Statement of Claim filed earlier, I, Brian Erskine, timely claim the following against the notified Estate ("Estate of Forrest Burke Fenn") and/or Trust ("The Forrest and Peggy Fenn Revocable Trust u/a 11/21/86"), both as represented by the same natural person, Zoe Fenn Old ("notified representative"):

4.   (Or) Three million dollars ($3,000,000).

I ask that this new claim be treated as if included among those listed in the first Statement of Claim.  It is a backup claim, similar to the real property in the first Statement of Claim.  The amount is upon information and belief, and aims to match the value of the Box (the Fenn treasure), as noted in the first Statement of Claim.  The Box has been variously valued; this amount is sourced from Goldsmith, M.; *Forbes*, July 1, 2018; *$3 Million Dollar Treasure Remains a Mystery*.

The reason for this new claim is found in N. M. Stat. 39-1-6, which reads to apply to "money judgments."  In *Erskine v. Fenn*, a suit described in the first Statement of Claim, my Motion for a Rule 15(d) Supplemental Pleading is pending.  If that Pleading is approved, I plan to demand relief similar to that described in both Statements of Claim.  To align the cases, I simply want the claims in Federal and state court to match.

*Erskine v. Fenn* is unusual in that the contract contains a gold clause offering consideration in the form of — and I plan to demand relief in the form of — specific performance of conveyance (of the Box) by Federal law (31 U. S. C. 5118; *216 Jamaica Avenue, LLC v. S&R Playhouse Realty Co.,* 540 F.3d 433 (6th Cir. 2008)).  Courts are typically reluctant to order specific performance

of contract, preferring money judgments.  The typical exception to this reluctance is a real estate contract, not a gold clause.  Federal law since 1977 explicitly protects gold clauses for specific performance.  However, gold clauses are very rare in modern contracts.  Gold clauses were common before gold standard abandonment in 1933 and typically date to that era, not 2010 as in *Erskine v. Fenn*; *216 Jamaica Avenue* involved a novated 99-year lease dating to 1912.

I can't know whether any Federal ruling mandating specific performance of the gold clause would be deemed, in N. M. law, a "money judgment" triggering the lien referenced in N. M. Stat. 39-1-6.  Such a lien could be key to motivating compliance with a court order aligned to such a ruling.  Events after I filed *Erskine v. Fenn*, including a Nov. 14 *New York Post* article (Vincent, I.; *Treasure hunters cast doubt on 'finder' of Forrest Fenn's $2M cache* — meaning the public doubts Forrest Fenn's absurd semantics after I Served him), show that Forrest Fenn irretrievably has lost in the court of public opinion.  *Carrillo v. Coors*, 1995-NMCA-094, 120 N.M. 283, 901 P.2d 214 might be as close as N. M. law comes to precedent, offering considerable scope for favorable result.

No prejudice to the defense is intended by this new claim.  Should this claim "cross in the mail" with a defense denial of the first Statement of Claim — obviously, I anticipate denial, as I doubt the defense is happy that I exploded the Quest — I plan to contact defense counsel to ask to stipulate that such denial, by common sense, also apply to this claim.

Respectfully submitted November 21, 2020

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

1338 Sabatina Street
Prescott, AZ 86301-7402


John M. Hickey, Counsel
Re: Fenn Estate / Zoe Fenn Old
460 St. Michael's Drive, Ste. 1000
Santa Fe, NM 87505

STIPULATION REQUEST

November 25, 2020

Dear John:

As I am unable to locate your email at your firm's website and your firm's
phone yields an automated response and voice mail, I am faxing this
stipulation request by free digital fax to (505) 988-2901 as given in the
automated response.

Re: the Fenn estate (First Judicial District Court, Santa Fe County, N. M.; No.
D-0101-PB-2020-00204; In the matter of the Estate of Forrest Burke Fenn,
Deceased), I already have sent a timely Second Statement of Claim to your
office and to the court.  It crossed in the mail with your Notice of
Disallowance of my first Statement of Claim.  I am happy to stipulate that
your Notice, as a matter of common sense, also apply to my Second
Statement of Claim.  Feel free to respond by email to the address below.

Thank you

Brian Erskine
1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

# EXHIBIT PARTY SUB 2

# COUNTY ASSESSOR LAND RECORD



**GUS MARTINEZ**
SANTA FE COUNTY ASSESSOR
100 CATRON ST.
PO BOX 126
SANTA FE, NM 87504-0126

**2020 NOTICE OF VALUE**

| THIS IS NOT A TAX BILL |

SANTA FE COUNTY ASSESSOR
Phone (505) 986-6300
Fax (505) 986-6316
assessor@santafecountynm.gov
www.santafecountynm.gov/assessor
Property listed and valued
as of January 1, 2020

This is the only notice of value you will receive unless you are the owner of personal property or taxable livestock.

| Parcel Number |
| --- |
| 10315136 |

10315136    REAL PROPERTY
24236*67**G50**0.622**1/2*********AUTO5-DIGIT 87504
FENN, FORREST & PEGGY/TRUSTEES
C/O FENN, PEGGY
PO BOX 8174
SANTA FE NM 87504-8174

| Official Mailing Date |
| --- |
| April 1st, 2020 |

| Protest Deadline |
| --- |
| May 1st, 2020 |

| Online Protest - Key Code |
| --- |
| 7F30497746C1 |

**INSTRUCTIONS FOR PROTESTING AND FILING OF EXEMPTIONS ARE ON THE REVERSE SIDE.**
**FOR ASSISTANCE, CALL (505) 986-6300, BETWEEN THE HOURS OF 8:00 AM - 5:00 PM MONDAY- FRIDAY.**

▼ NET TAXABLE VALUES WILL BE ALLOCATED TO GOVERNMENTAL UNITS IN SCHOOL DISTRICT

**ALWAYS USE PARCEL NUMBER AS REFERENCE**

| School District | UPC # | Property Use |
| --- | --- | --- |
| CI-R | 1-055-098-059-109-000-000 | SINGLE RESIDENTIAL |

Location Address
    1021 OLD SANTA FE TRL, SANTA FE

Property Legal Description
    LOT 64 BLK 3-1 T17N R10E S30   Q3

| 2019 Property Value Information These values reflect analysis of 2018 market | | 2020 Property Value Information These values reflect analysis of 2019 market | |
| --- | --- | --- | --- |
| Market Value: | $ 1,843,232 | Market Value: | $ 1,397,386 |
| Assessed Value - Land: | $ 366,439 | Assessed Value - Land: | $ 110,000 |
| Agricultural Land: | $ 0 | Agricultural Land: | $ 0 |
| Assessed Value - Structures: | $ 1,443,232 | Assessed Value - Structures: | $ 1,287,386 |
| Assessed Value: | $ 1,809,671 | Assessed Value: (Amount used in protests) | $ 1,397,386 |
| Taxable Value: (1/3 of Assessed Value) | 603,224 | Taxable Value: 1/3 of Assessed Value | $ 465,795 |
| Head of Family Exemption: | $ -2,000 | Head of Family Exemption: See Back (3A) | $ -2,000 |
| Veteran's Exemption: | $ -4,000 | Veteran's Exemption: See Back (3B) | $ -4,000 |
| Net Taxable Value: | $ 597,224 | Net Taxable Value: | $ 459,795 |
| Value Freeze: | | Value Freeze: See Back (2) | |
| Disabled Veteran's Exemption: | | Disabled Veteran's Exemption: See Back (3B) | |
| 2019 Tax Rate: | 0.0244050 | *2020 Estimated Tax Rate: | 0.0244050 |
| 2019 Tax Amount: | $ 14,575.00 | *2020 Estimated Tax Amount: | $ 11,221.00 |

* Disclaimer: The calculation of (the estimated) property tax may be higher or lower than the property tax that will actually be imposed.
*The "2020 Estimated Tax Amount" is calculated by multiplying the "Net Taxable Value" by the "2020 Estimated Tax Rate".
*The "2020 Estimated Tax Rate" is equal to the 2019 Tax Rate, unless the property has changed in use from residential to non-residential or vice-versa. Tax rates for the current year will be determined in September by the New Mexico Department of Finance and Administration.

This document constitutes a property owner's notice of valuation as required under section 7-38-20 of the New Mexico Property Tax Code.

| Retain this portion for your records. |

"Market Value" means a price which a willing and informed buyer, not obligated to buy, would pay a willing and informed seller, not obligated to sell. "Assessed Value" means the value determined for property taxation purposes. "Taxable Value" is 33 1/3% of "Assessed Value". "Net Taxable Value" is "Taxable Value" less exemptions and is the value upon which tax is imposed.

2-14-20_v3

10315136    REAL PROPERTY
FENN, FORREST & PEGGY/TRUSTEES
C/O FENN, PEGGY
PO BOX 8174
SANTA FE NM 87504-8174

↑ TO DETACH, TEAR ALONG PERFORATION

**RETURN THIS PORTION TO THE ASSESSOR'S OFFICE IF APPLICABLE. SEE INSTRUCTIONS ON BACK.**

| Property Use |
| --- |
| SINGLE RESIDENTIAL |

| Parcel Number |
| --- |
| 10315136 |

**HEAD OF FAMILY EXEMPTION**    IF YOU ARE CURRENTLY RECEIVING THE HEAD OF FAMILY EXEMPTION DO NOT FILL OUT

I hereby certify that I am a resident of New Mexico as of January 1 of this year and the "Head of Family" as that term is defined in Section 7-37-4 of the Property Tax Code, and I hereby claim the exemption from the taxable value of the property provided by Section 7-37-4 of the Property Tax Code. I certify that the above information is true and correct and that this exemption is not being claimed in any other county.

**AFFIRMATION**

I do solemnly affirm to the best of my knowledge that the statements on this form completed and signed by me and the preceding list and description are full and correct statements of all property required to be reported pursuant to Section 7-38-8 of the Property Tax Code in this county on January 1 and all statements required to be made under the Property Tax Code, and I so affirm under pains and penalties of perjury.

Head of Family (Sign Here): x _____ (A)

Phone _____ Email _____    Affirmed before me this _____ day of _____, 2020.

x _____ (B)  _____    **Assessor or Assessor's Employee.**
Property Owner or Authorized Agent *(sign here)*

24236  1/1



# EXHIBIT PARTY SUB 3

# STATE BAR PROBATE QUICK GUIDE

## *Quick Reference Table for Creditor Claim Procedures*

| Question | Administration in District Court | Administration in Probate Court |
|---|---|---|
| When do I notify creditors? | During the first year following the decedent's death, if you want to shorten the time period that creditors have to make claims, you may give notice to creditors. §45-3-801<br><br>If you choose to give notice to creditors, you may publish notice in the newspaper, deliver written notice by mail or other delivery, or both. See § 45-3-801<br><br>If you choose not to give notice to creditors, then a creditor has one year from the date of the decedent's death to submit a claim.  § 45-3-803(A)1. | Same |
| What form must a claim take? | No particular form required. A bill sent to the decedent is considered sufficient to make a claim. If a claim is not yet due, the date when it will become due shall be stated.<br><br>If the claim is contingent or unliquidated, the nature of the uncertainty shall be stated.<br><br>If the claim is secured, the security shall be described.<br><br>Failure to describe correctly the security, the nature of any uncertainty and the due date of a claim not yet due does not invalidate the presentation made. §45-3-804<br><br>The non-claim statute does not require a secured creditor to file a claim in the estate when such creditor does not look for payment of his debt from the general assets of the estate, but only to the security for the debt itself. In re Estate of Tarlton, 84 N.M. 95, 500 P.2d 180 (1972).<br><br>Secured creditors are creditors of the decedent that have a mortgage, deed of trust, secured loan, or security interest in property of the decedent, such as a lien on a vehicle, for example. | Same |

| Question | Administration in District Court | Administration in Probate Court |
|---|---|---|
| When must a creditor present its claim? | | |
| After Notice to Creditors –all claims | If written notice alone is given, **Known Creditor has sixty days from date of mailing or other delivery of the notice** (§§45-3-801(A), 45-3-803(A)(2)). If publication alone is given, Unknown Creditor has **four months from date of first publication of the Notice to Creditors.** If notice is published and written notice is also provided, a creditor has the **greater of four months from the date of first publication or sixty days from the mailing or other delivery of the notice** to present its claim (( §§45-3-801(B), 45-3-803(A)(2)). | Same |
| For claims arising before a decedent's death and No Notice to Creditors | Creditors have a one-year time period to make claims. §45-3-803A(1).<br><br>Claims that have not been presented within one (1) year of the decedent's death should not be paid | Same |
| For claims arising after a decedent's death and No Notice to Creditors | (1) a claim based on a contract with the personal representative within four months after performance by the personal representative is due; or<br><br>(2) any other claim within the later of four months after it arises or the time specified in Paragraph (1). | Same |
| Are there exceptions to Notice to Creditor requirements? | If it appears from the inventory and appraisal that the value of the estate does not exceed expenses and applicable allowances, the personal representative may, without notice to creditors, immediately disburse the assets of the estate and file a closing statement pursuant to §§45-3-1203 and 45-3-1204. | Same |
| To whom is the claim presented? | (1)The claimant may deliver or mail to the personal representative a written statement of the claim indicating its basis, the name and address of the claimant and the amount claimed, he may file a written statement of the claim with the appropriate court. §45-3-804.<br><br>(2) The claimant, without the necessity of filing a claim, may commence a proceeding against the personal representative in any court where the personal representative may be subjected to jurisdiction, to obtain payment of his claim against the estate, but the commencement of the proceeding must occur within the time limited for presenting the claim. §45-3-804. | Same |

| Question | Administration in District Court | Administration in Probate Court |
|---|---|---|
| When must the P.R. object to claim defects, e.g., vouchers, exhibits? | The personal representative has sixty days to act on the claim, allowing or disallowing it. §45-3-806(A). If the personal representative does not respond to a claim against the estate within sixty days, the claim is deemed allowed.<br><br>**Silence** (failure to disallow within 60 days) = allowance!!! §45-3-806.<br><br>It is the personal representative's duty to check to see if there are any claims against the estate, evaluate the validity of all claims against the estate, and to respond in a timely manner. Failure to do so is a breach of the personal representative's fiduciary duty. See §45-3-703A. | Same |
| How do I bar an unsecured creditor's claim? | Mail a notice of disallowance.§45-3-806 C. Good practice to send certified and file copy in probate proceeding. | Same |
| When must unsecured creditor respond to avoid a claim's bar? | Within 60 days of receipt of notice. §45-3-806 | |
| What happens if a Creditor disputes a Disallowance? | If a personal representative disallows a creditor's claim, the creditor can file a petition for allowance in the district court within sixty days after the mailing of the notice of disallowance. §45-3-806.<br><br>Some district judges will just resolve the creditor's dispute, and a copy of any court order of resolution should be placed in the probate court case file. The probate court would then keep jurisdiction over the rest of the case.<br><br>Other district courts may order the probate court to transfer the case to the district court. The district court would then have jurisdiction over both the creditor's claim and the rest of the case. | Probate courts cannot hold evidentiary hearings for creditor's disputes. |

| Question | Administration in District Court | Administration in Probate Court |
|---|---|---|
| What other ways may a claim be allowed? | A judgment in a proceeding in another court against a personal representative to enforce a claim against a decedent's estate is an allowance of the claim.<br><br>**NOTE: Unless otherwise provided in any judgment in another court entered against the personal representative, allowed claims bear interest at the legal rate for the period commencing sixty days after the time for original presentation of the claim has expired unless based on a contract making a provision for interest, in which case they bear interest in accordance with that provision.** | Same |
| How are claims paid? | Claims must be paid by the personal representative in a certain order. *See* §45-3-805. | Same |
| If the applicable assets of the estate are insufficient to pay all claims in full, in what order should the personal representative shall make payment? | (1) costs and expenses of administration, including compensation of personal representatives and of persons employed by the personal representatives;<br>(2) reasonable funeral expenses;<br>(3) debts and taxes with preference under federal law;<br>(4) reasonable medical and hospital expenses of the last illness of the decedent, including compensation of persons attending the decedent;<br>(5) debts and taxes with preference under other laws of New Mexico; and<br>(6) all other claims.<br><br>No preference shall be given in the payment of any claim over any other claim of the same class, and a claim due and payable shall not be entitled to a preference over claims not due. | Same |
| What if probate assets are insufficient to pay claim? | New Mexico law allows creditors to receive payment not just from estate assets, but also from certain assets that passed outside of probate, such as transfer on death deeds and trusts. *See* §§45-6-401(J) and  46A-5-505A(3). | Same |

# EXHIBIT PARTY SUB 4

# VISUAL EVIDENCE OF PERFORMANCE BY LOCATION

# LAND ART

**DIGITAL IMAGES**

**VISUAL EVIDENCE SUMMARY**

**PHOTO DRAWING OVERLAY**



"PHOTO" @ LOCATION

Aug. 20, 2018



**Repeated "DRAWING"**

**Memoir pp. 145 <u>and</u> 146**

**"Turn over a <u>LOG</u> (145) See what's underneath (146)"**

**Turn the page (made from paper, or "a log") and find the image repeated, enlarged**

LAND!

LAND ART

ART!

BOTH IMAGES ARE CROPPED (EDGES TRIMMED) BUT **NOT CHANGED**

OBVIOUS MATCH
The Drawing **clearly** comes from the Photo landscape

# FEATURES



Bush

Tree

X

Rock

River (very low)



Bird Nest

45°

Man

Stump

Rubber boots while timbering?
Mismatch

# LAND ART

# FEATURES MATCH

**"OVERLAY"**

**"X Marks the Spot"**



**Cliff wall ("the back")**

**Bush & Bird Nest**

**Tree & Man**

**X & 45°**

**Look back, vision, wonder, learned, a lot of money…**

**Rock & Stump**

**Rubber boots & *River* Match!**

**LAND ART**

**MORE FEATURES**



Black arrow head rock inclusion

Pyramidal cavity in rock

Target crosshairs

"Shot by arrow"

…Land the dart at the land art?

Bow-shaped river bend to fit the "arrow"



Bow-shaped river bend or dogleg…

…Secluded from, but near, Million Dollar Highway (U. S. 550)

**LAND ART**

**FASCINATING UTAH MONOLITH**

**NOV. 2020**



Lascaux
Cave in France

**EUROPE**

 

**Uffington White Horse**

Aerial view of the White Horse

| Highest point | |
|---|---|
| Elevation | 261 m (856 ft) |
| Prominence | 79 m (259 ft) |
| Listing | County Top |
| Geography | |
| Location | Oxfordshire, England |

**AMERICAN SOUTHWEST**



50+ Arizona Petroglyphs ideas | petroglyph...
Images may be subject to copyright. Learn More



The New York Times

### Did John McCracken Monolith in Utah?

It is a riddle, wrapped in a mystery, buried in the desert: His dealer says yes. His son says maybe. His artist buddies, like Ed Ruscha, say, no way the sculptor created this tall, silvery object.

From left: Theories swirl around the mysterious metal monolith found in southeastern... employees. David Zwirner said it seems nearly identical to "Fair," 2011, by John McCracken; monolith now on view at the Zwirner gallery on West 20th Street in Manhattan. From left: Utah Department of Public Safety/EPA-EFE, via Shutterstock;  The Estate of John McCracken and David Zwirner

By Deborah Solomon
Published Nov. 27, 2020
Updated Nov. 29, 2020, 12:07 a.m. ET

 ancient   rainbow serpent   dreamtime  kimberley   uluru  kangaroo

**From pre-recorded history, to last week!**




Indigenous Australian art - Wikipedia
en.wikipedia.org


Indigenous Australian art - Wikipedia
en.wiki...

First rock art | National Museum of...
nma.gov.au

**AUSTRALIA**


7 Aboriginal rock art sites ...
australiangeographic.com.au


Aboriginal rock art - ho...
abc.net.au


Aboriginal Rock Art In Australia ...
australiantraveller.com

Aboriginal rock art in the Kimberley ...
sbs.com.au

# LAND ART

**The "hidden treasure" is "found in the ground!"**



Starry

Cant

Gravel maze

"I discovered that HE'S BURIED" — "in the ground!"

**Merriam-Webster** SINCE 1828

GAMES BROWS

cant

Dictionary

**cant** noun (2)

**Definition of *cant* (Entry 4 of 7)**

**1 a** : an oblique or slanting surface
// the *cant* of a riverbank

**b** : INCLINATION, SLOPE
// the *cant* of a gun barrel

**2** : an external angle (as of a building)

**3** : a log with one or more squared sides

**4** *obsolete* : CORNER, NICHE

**Poem: "Tarry scant with marvel gaze"**

**(Photo from <u>fire pit</u> of black tarry rock — <u>blaze</u> — with "marvel gaze" or "amazing visual match")**

**Starry cant (slope) with gravel maze**

More gravel maze (riverbank)

DIGITAL
IMAGES

VISUAL
EVIDENCE
SUMMARY

PHOTO
DRAWING
OVERLAY



This was <u>not</u>
a complete list

<u>Many</u> more
visual relationship
connections
exist here

…Plus of course,
20 page narrative
(see Original
Complaint)

Full evidence
is conclusive

**FF: THERE ARE NO SHORT CUTS, LOOK AT THE "BIG PICTURE"**
1. Chief Little Turtle (Miami) / Little Turtle's War / War
2. Chief Ouray (Ute) the Peacemaker / Dove
2. Ouray's wife Chipeta, White Singing Bird
2. Nest of bushy, tangled wood
3. War / Peace duality, opposite facing
3. Jon Turteltaub, director, *National Treasure*
3. The gold is absent, "a bird in the bush"
4. Battle of Fallen Timbers, 1794, fought near Toledo ("more than 300 miles west of Toledo"), ends Little Turtle's War, first victory of Army, Indian Wars / Manifest Destiny
4. You "chopped a lot of wood" here searching, huh?
5. Turkey Foot Rock @ Fallen Timbers battlefield
Chief Turkey Foot (Ottawa)
6. Chief Tarhe (Wyandot), Tall Tree or Crane, namesake of the Sikorsky CH-54 Tarhe aerial crane used to rescue downed airmen in Vietnam
6. "Don't go anywhere an old man couldn't go"
7. Father on the (River) Banco, Fenn book chapter with same number of words as poem
7. Almost umbilical: almost because father, not mother, and um-bi-li-cal = Un-com-pah-gre (Ute: warm flowing water)
8. Solid black rubber fishing boots while timbering only make sense when man is placed in river
9. Tarry scant: black arrowhead nocked to virtual shaft strung on riverbend / crescent riverbank, 242 degree facing ("too far to" walk), second virtual image
9. Brave and in the wood: arrow shot on target
10. Whole scene is marvel gaze, and starry cant / gravel maze
11. Uncompahgre / Maumee river, site topography matches Fallen Timbers battlefield
12. Photo taken from fire pit (blaze, tarry scant)
12. Turtle / blaze motif on Wyandot seal
13. Look under a log: only the center of the epilogue drawing is original
14. Features near Fallen Timbers battlefield correspond including U. S. 23, U. S. 24, lines in poem, etc.
14. San Juan Mountains 6/24 stanzas/lines Feast of Nativity of St. John the Baptist; dawn azimuth on 6/24 hits arrowhead



(242° or "Too Far To" Walk)

EPILOGUE

13

6

"45°"

9

1, 2, 3

10

4

7

5

8

14

37.986555, -107.647828

11, 12



**I took many Location photos, in all directions, <u>sure of the Location</u> but yet with little idea what I aimed for, photographically**

**They are time stamped and remain in my iPhone now, as I still use the same iPhone over two years later**



Artistic, aesthetic composition

DIFFERENT — Not just "Western outdoor scenery"

Lines, layers, good light, slopes, color contrasts

Blocks, angles, shapes, crossings (river ford, natural X)

Plus I'm at a fire pit by water, a natural outdoor resting spot

This is right in front of me

I'm not an art expert (my younger sister is) but the scene is "Impressionist" and "Cubist" and "Natural"

Optimal frame

HMMMM....

River clearly low, bending

Bow

Clearly when I took the PHOTO (Aug. 2018)

I didn't yet perceive the OVERLAY (Apr. 2019)

But I sensed "this composed scene matters"

# LOCATION = 37.986555, -107.647828



THE QUEST **OBVIOUSLY IS SOLVED BEYOND REASONABLE DOUBT**

THE BOX IS NOT AT THE LOCATION BECAUSE…

THE POEM = A CONTRACT

"<u>I GIVE YOU TITLE</u> TO THE GOLD"

BUT FORREST STONEWALLED,
SO… "SEE YOU IN COURT"

# EXHIBIT PARTY SUB 5

# PRESS

THE ART NEWSPAPER
News · Art market · Museums & heritage · Book Club · Podcasts · Diary · Van Gogh blog · US election · Coronavirus resources

Subscribe    Search    Register or sign in

THE ART NEWSPAPER

ePaper    Newsletter

THE ART NEWSPAPER
The Art Newspaper
is **the perfect gift** for art lovers

Buy now

News    Art market    Museums & heritage    Book Club    Podcasts    Diary    Van Gogh blog    US election    Coronavirus resources

NEWS → LAND ART

# Alien visitors or avant-garde installation? Mysterious monolith discovered in the Utah desert

The large object spotted by biologists resembles the work of sculptor John McCracken, or a prop from Kubrick's sci-fi classic 2001: A Space Odyssey

GABRIELLA ANGELETI
24th November 2020 00:54 GMT







Biologists discovered a mysterious monolith in the Utah desert while counting bighorn sheep    Utah Department of Public Safety

Update | A spokesman for David Zwirner has told The Art Newspaper: "While this is not a work by the late American artist John McCracken, we suspect it is a work by a fellow artist paying homage to McCracken."

A mysterious object resembling the freestanding plank sculptures of the late Minimalist artist John McCracken—or the alien-built monoliths in Stanley Kubrick's sci-fi classic 2001: A Space Odyssey—has been discovered in a remote area of the Utah desert, prompting theories ranging from extraterrestrial visitation to avant-garde installation.

Biologists in the Utah Division of Wildlife spotted the monolith from a helicopter while conducting a routine count of bighorn sheep in the area. The location of the monolith has not been disclosed, but aerial footage showing the object installed within a red rock canyon suggests that it lives somewhere in southern Utah, which has a distinct topological landscape.

According to Bret Hutchings, the pilot of the helicopter, the monolith, which appears to be made from steel or metal, is between 10 and 12 ft tall and was likely installed on the site rather than dropped from above by celestial visitors. "I'm assuming it's some new wave artist or something or, you know, somebody that was a big 2001: A Space Odyssey fan," Hutchings told KSL news.

No artist has come forth to claim credit for the monolith yet, and David Zwirner, which represents McCracken, did not respond to a request for comment at the time of this writing. There is no known record of the artist's work installed in the Utah desert, although McCracken did live in-between nearby northern New Mexico and New York until his death in 2011.

The wilderness of the Southwestern US has a rich and storied history of Land Art and especially for works that retain their magic and mystery by being largely inaccessible or challenging to locate, from Robert Smithson's 1970 magnum opus Spiral Jetty in the Great Salt Lake to Michael Heizer's 1969 Double Negative near the Utah border in Nevada.

More News    Topics    Aliens    John McCracken

Related content


Provocative Marilyn Monroe sculpture to return to Palm Springs—and the arts community not happy about it


Colourist painter and Royal Academician Philip Sutton opens new gallery—at the age of 92


London's National Gallery charges £8 for virtual tour of blockbuster Artemisia Gentileschi exhibition


Carphone Warehouse billionaire David Ross did buy the Royal Opera House's $12.8m Hockney—now he is loaning it back


A separated pair: the story behind Van Gogh's famed empty chairs


Rediscovered painting by Leonardo da Vinci's 'little devil' lover and collaborator sells for record €1.7m in France

Subscribe to The Art Newspaper's digital newsletter for your daily digest of essential news, views and analysis from the international art world delivered directly to your inbox.

SIGN UP

Find out how The Art Newspaper's content platforms can help you reach an informed, influential body of collectors, cultural and creative professionals. For more information, contact info@theartnewspaper.com.

Subscribe    International network

Information
About
Contact
Advertise
Cookie Policy
Terms and Conditions
Privacy Policy
Sponsorship Policy

Follow us
Facebook
Twitter
Instagram

You have viewed 1 out of 3 articles
Register to increase your limit or sign in if you're already registered as a subscriber

By using The Art Newspaper website you agree to the use of cookies as described in our Cookie Policy.
Close notice

Download big stories through our local news. Subscribe to cleveland.com.

NEWS

## Gold-based lease could cause million-dollar rent hike for Forest City Enterprises

Updated Jan 19, 2019; Posted Aug 27, 2014



By Michelle Jarboe, The Plain Dealer

A piece of downtown land isn't worth its weight in gold -- but it is worth 1,033.50 ounces, the amount set in a gold-based lease signed 96 years ago.

That's what a three-judge panel in Cincinnati indicated Wednesday, in a ruling that could lead to a million-dollar rent hike for Forest City Enterprises of Cleveland.

Since 1982, the real estate giant has leased land beneath part of the Halle Building, a former Euclid Avenue department store in which Forest City is the majority owner. The ground lease continues a contract signed in 1922, when the Halle brothers inked a 99-year deal to rent the property and expected then-rare to rise.

The lease contained a "gold clause," a feature of real estate contracts that allowed a landlord to index rent value to the price of gold. The clauses were once a common way of accounting for inflation and protecting landowners in long-term deals.

For more than two decades, a Forest City entity called S&R Playhouse Realty Co. paid $35,000 a year to rent the land, based on the price of gold in 1922. But in 2008, a New York investor snapped up the land and demanded more rent.

Forest City and the new landowner, an investor named Stuart Shimsel, have been arguing in court ever since about whether the gold clause is enforceable.

Wednesday, the 6th U.S. Circuit Court of Appeals in Cincinnati ruled that, yes, the clause still applies.

That means Shimsel, who bought the land for $845,000, could recoup his purchase price in just three quarterly rent payments, at current gold prices.

And if Forest City doesn't find another convincing defense against the clause, the company could see its annual rent jump from $35,000 to more than $1.4 million, based on the current price of gold.

Forest City officials declined to comment Thursday, and an attorney representing the company did not return a call. An attorney with the Cooper & Kirk law firm, which represents Shimsel, described Wednesday's court decision as a victory.

"My client is delighted, and we're flying our victory, or death, or whatever we're feeling," said David Thompson, a managing partner in Washington, D.C. "Their remaining defenses are frivolous."

It's possible that previous landowners and tenants alike thought the gold clause was dead.

In 1933, when the Halle brothers leased the lot to the east of their department store from the Realty Investment Co., some concerns gold-clause contracts ineffective by outlawing contracts that required payments in gold or gold value. But the leases made the Halle Building west forward on a flat $35,000 annual rent, even as the price of gold began to climb.

In 1977, when Congress decided to allow gold clauses in new contracts, call for the Cleveland land stayed the same. And in 1982, when Forest City's S&R entity took over the lease, the rate didn't change.

But in 2008, when Shimsel bought the land, things changed. Shimsel knew about the overlooked gold clause. His attorneys say Forest City representatives asked the investor whether he was signing a new contract when agreeing to the original terms, including the gold clause. Shimsel, under the business code for entities Jamaica Avenue LLC, filed a lawsuit to enforce the contract against S&R in spring 2009.

It took court and the gold clause was not. But the appeals court reversed that last decision and returned the case to federal court in Cleveland to consider any other arguments and determine the exact rent Forest City could owe.

Unless Forest City gives in the legal wrangling could go on for years, Thompson said that wouldn't hurt his client, who hopes to receive still going back to 2008 -- based on the price of gold when the case is settled.

If gold prices keep rising, Shimsel might stand to gain.

"We think that is the Swiss Currency in 'The Untouchables,'" Thompson said of Forest City's position in this case. "They're living and building on for life to the tip of their fingernails."

*Note to readers: if you purchase something through one of our affiliate links we may earn a commission.*

## Around the web

Cleveland police officer takes her life, shortly after fellow police officer killed

Ohio family's beloved beloved Garrett releases reunion follow release from hospital

Support local journalism that serves you.     Subscribe Now     Sign In



NATIONAL PARKS
TRAVELER

Donate | Join | Newsletter Signup | Log in

About ▾   Topics ▾   Your National Parks ▾   Supporters ▾   Podcasts

CLIMATE CHANGE AND THE PARKS

CORONAVIRUS AND THE PARKS

Home

# Treasure Hunter Indicted For Digging In The Fort Yellowstone Cemetery

By NPT Staff - October 22nd, 2020 5:57pm

Share / Save



Support Journalism about National Parks!

National Parks Traveler is a 501(c)(3) nonprofit.

**Donate Now!**



Making the national park experience possible for everyone.

Western National Parks Association



A Utah man searching for buried treasure in the Fort Yellowstone Cemetery has been indicted on charges related to damaging archaeological items/NPS file

A Utah man is heading to trial for allegedly digging up parts of the historic Fort Yellowstone Cemetery in **Yellowstone National Park** while searching for the treasure Forrest Fenn said he had buried somewhere in the West.

Fenn, an art dealer from Texas, claimed to have buried a cache of gold and jewels worth millions of dollars somewhere in the Rocky Mountains. He published a book in which he left clues to where the treasure could be found. At least five people died in their pursuit of the treasure, and while Fenn announced in June that it had been found, exact details other than it purportedly being found in Wyoming have not come to light.

"It was under a canopy of stars in the lush, forested vegetation of the Rocky Mountains and had not moved from the spot where I hid it more than 10 years ago," Fenn, who died in September, announced on his website.

Rodrick Dow Craythorn, of Syracuse, Utah, did not find the treasure, but was indicted on charges of excavating or trafficking in archaeological resources and injury or depredation to United States property.

The indictment, returned on September 16, alleged that Craythorn "did knowingly and unlawfully excavate, remove, damage, alter and deface, and attempt to excavate, remove, damage, alter, and deface archaeological resources, in particular the Fort Yellowstone Cemetery in Yellowstone National Park between October 1, 2019 and May 24, 2020."

The second count alleged that he also damaged, injured, and committed "depredation against property belonging to the United States."

"Craythorn was reported to have been searching for Forrest Fenn's treasure in the Fort Yellowstone Cemetery when these acts allegedly occurred," said a release from the U.S. Attorney in Wyoming, Mark Klaassen.

The 52-year-old Utah man made his initial appearance in federal court on Thursday before Chief Federal Magistrate Judge Kelly H. Rankin and entered a plea of not guilty to both counts. He is set for trial on December 14, 2020, in U.S. District Court in Casper, Wyoming.

**Yellowstone National Park**

**Parks in the News**

Add new comment



CLICK HERE TO FIND YOUR ADVENTURE!



EXPLORE THE PARKWAY then help protect it

Support National Parks Traveler.

When you shop at smile.amazon.com, Amazon donates.

Go to smile.amazon.com

amazonsmile

## Comments

Submitted by Humphrey Ploughjogger on October 22, 2020 - 9:00pm.

So, this guy was willing to desecrate a cemetery in pursuit of an unearned fortune that he thought someone else had desecrated a cemetery to protect? In exactly what allegedly Christian denomination was he raised?

And, as far as Forrest Fenn goes, many people remember him as a kindly old art dealer, selling western and exotic art, cowboy antiques, and native artifacts, as well as a colorful historian of the frontier, kind of like others we all know. But, I knew Forrest Fenn and I really didn't see so much all that kindly about him. He was a high toned, overslicked, strutting reseller who cultivated and appeared on the persona — to be a rugged but folksy populist image. I thought it was mostly a charade, a carefully developed image he created for himself. I got nervous talking to him, trying to politely hide my recognition that he really only had marginal expertise in any cultural areas; but, he sure could spin tales and create fantasies all, building his personal mirage and glorifying the stuff he could pick up for less and sell for more ...any more. I never could bring myself to believe that he would really be generous enough to bury "gold and jewels worth millions of dollars" for just any old stranger to find, even if it would attract attention and sell his book about where the treasure could be found. At the end of the day, "exact details other than it purportedly being found in Wyoming have not come to light."

But, perhaps I'm just being too harsh. He did silently watch, for years, as at least five people died in frenzied pursuit of his alleged treasure, while he was a colorful man about town and stood by selling his books. There was also a lot of time and risk for rescue and first responder teams who had to respond to those who died and those who almost did. But, hey, it was only five or so people who died, not tons of hundreds, and our intelligence agencies corrupted, our open forums turned to propaganda from the left. It all documented, but some are so blinded by their own hatred they willingly march into oppression, and willingly searching for the 'treasure' Democrat socialist/marxist promise in the distant future in exchange for our freedoms.

reply

Submitted by Benita Slaeker on October 23, 2020 - 9:43am.

Your fabulist tale is just as phony as his was, and your insurrection to read facts just as obvious. Our president saved this country from the twin fabulists, Obama and Biden who stopped to taking money from China as their 'legacy,' who lied to us about what they did and why.' They sold us out, our natural resources shut down to help our enemies; our industries shut down, our workers betrayed, and our intelligence agencies corrupted, our open forums turned to propaganda from the left. It all documented, but some are so blinded by their own hatred they willingly march into oppression, and willingly searching for the 'treasure' Democrat socialist/marxist promise in the distant future in exchange for our freedoms.

reply

Submitted by no one of consequence on October 23, 2020 - 11:35am.

Just had to go and drag politics into it, huh?

At least get your facts straight if you're going to do that.

reply

Submitted by Humphrey Ploughjogger on October 23, 2020 - 11:44am.

On second thought, I clearly wasn't being harsh enough.

reply

Submitted by Rick B. on October 24, 2020 - 2:01am.

Benita...

No prize for you, but thanks for stopping by.

reply

## Add comment

Your name

Comment *

B  I  ≔

Disable rich-text

Save

### Recent Comments

- Rebecca Latson ... on **Rebirth And Recovery At Whiskeytown**
  2 hours ago 48 min ago

- discotJorgenson on **Rebirth And Recovery At Whiskeytown**
  14 hours 53 min ago

- Bob Pahre on **Exploring The Parks: Yellowstone's Shoshone Geyser Basin**
  18 hours 11 min ago

- Bill Baehr on **Grand Teton National Park Saw Record October Visitation**
  1 day 20 min ago

- George H on **Review | Wonders Of Sand And Stone: A History Of Utah's National Parks And Monuments**
  1 day 40 min ago

- Mike Craig on **Traveler's View: There's No Need For Mountain Bike Trails At Great Smoky Mountains**
  1 day 1 hour ago

- Rick B. on **Grand Teton National Park Saw Record October Visitation**
  1 day 7 hours ago

**All comments**

## Thanks for your support

    



Privacy Policy / Terms of Use

2005-2020 National Parks Traveler

CONTACT US

National Parks Traveler is a 501(c)(3) nonprofit media organization.

United States Department of Justice

Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE

DISTRICT *of* WYOMING

HOME | ABOUT | NEWS | MEET THE U.S. ATTORNEY | DIVISIONS | PROGRAMS | JOBS | CONTACT US

U.S. Attorneys » District of Wyoming » News

Department of Justice

U.S. Attorney's Office

District of Wyoming

SHARE

FOR IMMEDIATE RELEASE                                    Thursday, October 22, 2020

## FORREST FENN TREASURE HUNTER INDICTED FOR DAMAGE TO YELLOWSTONE NATIONAL PARK

A man claiming to have been seeking the elusive Forrest Fenn treasure has been indicted by a federal grand jury after he was found digging in the historic Fort Yellowstone Cemetery. **RODRICK DOW CRAYTHORN** was indicted on September 16, 2020 on charges of excavating or trafficking in archeological resources and injury or depredation to United States property.

Count one of the indictment alleges Craythorn did knowingly and unlawfully excavate, remove, damage, alter and deface, and attempt to excavate, remove, damage, alter, and deface archeological resources, in particular the Fort Yellowstone Cemetery in Yellowstone National Park between October 1, 2019 and May 24, 2020.

The second count alleges Craythorn, during the same period, did willfully damage, injure, and commit depredation against property belonging to the United States. Craythorn was reported to have been searching for Forrest Fenn's treasure in the Fort Yellowstone Cemetery when these acts allegedly occurred.

Forrest Fenn, an art dealer and author from Santa Fe, hid a treasure chest containing gold, rare coins, jewelry, and gemstones somewhere in the Rocky Mountains. The Fenn treasure spurred a decade long search. Treasure hunters used clues from a book Fenn had written to scour the west hoping to find the fortune. The chest was eventually located in Wyoming in June, 2020. Forrest Fenn passed away several months later.

Craythorn, 52, of Syracuse, Utah, made his initial appearance in Federal Court on October 22, 2020 before Chief Federal Magistrate Judge Kelly H. Rankin and entered a plea of not guilty to both counts. He is set for trial on December 14, 2020 in U.S. District Court in Casper, Wyoming. An indictment is an allegation and Craythorn is presumed innocent until convicted.

Topic(s):
Environment

Component(s):
USAO - Wyoming

Press Release Number:
20-034

Updated October 22, 2020


IRS has a special page dedicated to tax updates related to the coronavirus
www.irs.gov/coronavirus


REPORT COVID-19 CRIME
Contact the National Center for Disaster Fraud Hotline:
866-720-5721 or
Justice.gov/DisasterComplaintForm


### Victim Witness Case Update



United States v. Robert William Mitchell et al.

LEARN MORE

JUSTICE 101


Community Outreach

**Giving Back to the Community through a variety of venues & initiatives.**

LEARN MORE

LAW ENFORCEMENT COORDINATING COMMITTEE

Training and seminars for Federal, State, and Local Law Enforcement Agencies.

LEARN MORE


project safe childhood

Help us combat the proliferation of sexual exploitation crimes against children.

LEARN MORE

National Sexual Assault Awareness Hotline

If you or anyone you know has been a victim of sexual assault, please contact the National Sexual Assault Hotline at:

1.800.656.HOPE

LEARN MORE


National Terrorism Advisory System
NTAS
NO ACTIVE ALERTS
www.DHS.gov/alerts
Put this widget on your web page

HOME

ABOUT
About the District
Frequently Asked Questions

NEWS
Conferences, Training, Outreach

MEET THE U.S. ATTORNEY

DIVISIONS
Civil Division
Criminal Division

PROGRAMS
Law Enforcement
Victim Witness Assistance

JOBS
Current Vacancies

CONTACT US
Limited English Proficiency
Limited English Proficiency En Espanol

U.S. DEPARTMENT OF JUSTICE

Accessibility
FOIA
Privacy Policy
Legal Policies & Disclaimers

Justice.gov
USA.gov




TRENDING NOW
ON NYPOST.COM

# Treasure hunters cast doubt on 'finder' of Forrest Fenn's $2M cache

By Kenneth Garger

November 16, 2020 | 9:32pm



Forrest Fenn
Getty Images

MORE ON:
TREASURE

A gangster's $150 million treasure is supposedly buried in New York

Treasure hunter buried digging for jewels in Yellowstone Park

Mystery remains after eccentric millionaire who hid treasure in Rocky Mountains dies

Jelly Belly founder launches Willy Wonka-inspired contest to win candy factory

The "finder" of a treasure buried in the Rocky Mountains claims to be a millennial who found the cache of gold coins and jewelry in Wyoming — but dozens of fortune hunters in the decade-long search are not convinced by his story.

In a recent article published in Medium, an online "open" publishing platform, the anonymous writer said he figured out the location of the treasure buried by Forrest Fenn, an eccentric art collector based in Santa Fe, in 2010 but later found "by a net from our bed." Fenn would not identify the "finder" by name and refused to disclose the exact location of the treasure.

"It just doesn't add up," said Miriam Da Punzo, a massage therapist and mother of two from St. Petersburg, Fla. who spent five years paying over $100,000 from Fenn, a prolific writer, inserted in a poem that he used would lead people to the treasure. "I still have so many questions."

"We need verification," said Barbara Andersen, a Chicago lawyer who claims she spent thousands of dollars on 20 trips to New Mexico and convinced her findings to Fenn over the years. She says her emails and texts were hacked and is suing Fenn's estate to demand answers.

De Punzo and Andersen are among 350,000 people who are all in search of Fenn's $2 million cache. Over the years, five men died trying to find the $2 pound chest. De Punzo was on her fourth expedition to New Mexico when Fenn announced the treasure was found.

In his essay, the "finder" provides scant details about the location, and says he plans to sell the coins and jewelry because he is struggling to pay off student loans. He didn't identify the specific spot but said that "where I finally found it, my attention was immediately was not just when the most profound feeling of relief in my life" after he "let go." When I got back to my rental car after the find, I put my hands on the steering wheel and beaded my eyes out."

SEE ALSO



Inside one woman's dogged hunt to find Forrest Fenn's buried treasure

He said he was also grateful to Fenn for protecting his anonymity. "I didn't want to be looking over my shoulder… for the rest of my life," he wrote.

But the essay has raised more questions than answers. De Punzo said the "finder" who found the chest near the stream in it — found the iron $100 numbers do not believe that these 4,000 numbers do not believe that they said De Punzo. "It sounds like an autopsy."

"Honestly, I wouldn't be surprised if Forrest actually wrote the article before he died," said De Punzo. "It sounds like an autopsy."

FILED UNDER   MORE VIDEOS   TREASURE   WYOMING   11/16/20

READ NEXT   60 years ago today, Ruby Bridges walked into history (a m...

SPONSORED



This Holiday, Make Your Gifts 100% Original With Deejo

By Deejo

SEE MORE >

ELECTION 2020



For President Trump, a legal fight endures after 2020 election

For President Trump...

Poor Georgia voters must suffer furious electioneering to settle some scores

Why many black youths like me support both BLM and the police

Trump attacks Georgia election, demands COVID relief bill in Saturday march

Scuffle breaks out at 'Million MAGA March'

WHAT TO SHOP NOW

Thanksgiving meal kits and delivery services for an easy holiday feast

Coach Outlet Black Friday deals: Save early with 70% off handbags

Here are the best Nordstrom Rack gifts under $25

The 21 cutest face masks available online for covering up in style

New York Post readers can score exclusive deals from these cozy brands

knewz

Read news from all sides

VISIT WEBSITE

Page Six

R&B singer Jeremih reportedly on a ventilator in ICU with COVID-19

'Scream' star David Arquette almost died in wrestling deathmatch

Real star snaps of the week: Angelina Jolie, Katie Holmes and Halsey

SEE ALL >

DECIDER

'Grey's Anatomy' Season 17 Premiere Brings Back Patrick Dempsey in Shocking Moment

SEE ALL >

AROUND THE WEB









Joe Biden Just Made a Big Admission to Trump's Face

Jill Biden's Ex-Husband Just Made a Bold Accusation

The Truth About Barron Trump Is Finally Out

Donald Trump Jr.'s Ex Just Dropped Some Bombshell Allegations

It's Pretty Aide Gives Americans a Truly Chilling Warning

Melania Trump Breaks Silence After Election Results

Tom Petty's Family Reacts to Joe Biden Playing His Song

The After That Destroyed Meghan Markle

Powered by ZergNet

RECOMMENDED FOR YOU






Did 'New Reasons' actually kill him using life's brother?

CNN Awards 2020 red carpet: All the best-dressed celebrities

AOC shares pic growing in an Ikea kitchen after 'crazy socialist...

Joe Biden's pandemic plan: Restore Obamacare, mandatory masks...

Digital Court Custody Company, Rumo, Announces Suzanne Larsson...

MORE STORIES

PAGE SIX                DECIDER                NYPOST

Royals part says Queen and Prince Philip 'probably' don't understand why they quit

The Mandalorian Chapter 11 Recap: Star Wars & Better Grows Where It's Better

Tim Wogan would Biden cancer charity spent millions on salaries, ad revenue...

POP

# Follow these 9 clues to find Forrest Fenn's treasure!

Feb. 27, 2013, 2:30 PM EST

By TODAY News

Sponsored Stories                                            by Taboola

New Mexico multimillionaire Forrest Fenn is excited about having you find a treasure worth millions — and apparently you are, too.

After tantalizing viewers with promises of riches on TODAY on Wednesday, traffic surged on Fenn's website as people sought to read a poem he wrote that contains nine important clues. His site crashed, so we wanted to give you the full text of the poem on TODAY.com.

Here is the poem with the nine clues from "The Thrill of the Chase," Fenn's self-published autobiography:

*As I have gone alone in there*

*And with my treasures bold,*

*I can keep my secret where,*

*And hint of riches new and old.*

*Begin it where warm waters halt*

*And take it in the canyon down,*

*Not far, but too far to walk.*

*Put in below the home of Brown.*

*From there it's no place for the meek,*

*The end is drawing ever nigh;*

*There'll be no paddle up your creek,*

*Just heavy loads and water high.*

*If you've been wise and found the blaze,*

Recommended

Beloved UK physician Dr.
Joan Fitz dies at COVID-19 at
age 97

Inside the CDC battling
politics and the pandemic

*Look quickly down, your quest to cease*

*But tarry scant with marvel gaze,*

*Just take the chest and go in peace.*

*So why is it that I must go*

*And leave my trove for all to seek?*

*The answers I already know*

*I've done it tired, and now I'm weak.*

*So hear me all and listen good,*

*Your effort will be worth the cold.*

*If you are brave and in the wood*

*I give you title to the gold.*

Happy hunting!

Fenn is releasing a new clue every month or so exclusively on TODAY.

Find all of the clues here.

**More:**

- Want to find his hidden treasure worth millions? Head outdoors

- Backpacker reunited with her photos after Internet campaign to find her

- Boy, 7, spreads message for suicidal soldiers: 'Ask for help'

Tabōōla Feed

ABOUT

NEWS

HELP

CAREERS

ADVERTISE

OUR NEWS STANDARDS

CONTACT

PRIVACY POLICY

YOUR PRIVACY CHOICES

TERMS OF SERVICE

SITEMAP

    NBC NEWS      NBC MSNBC      TODAY



Case 1:20-cv-06123-LLT  Filed 12/04/20   Filed 12/04/20   Page 50 of 50

PEOPLE.COM › ARCHIVE

# Rivals Scorn His Santa Fe Gallery, but Forrest Fenn Baskets the Cash

By **Brenda Seely**   Updated June 09, 1986  12:00 PM

Forrest Fenn is a Santa Fe, N.Mex. art dealer with a hustling, eight-room gallery, but one of his most prized acquisitions is a 38-inch alligator, Beowulf, who inhabits a pond on the gallery grounds. In artsy Santa Fe, riddled with some 130 galleries, lots of folks think they detect a resemblance between Beowulf and his owner.

It is an unkind comparison, no doubt the result of professional envy of a colleague who makes big waves and bigger bucks. The controversial and flamboyant Fenn grosses about $6 million a year by flouting tradition. His collection may politely be called eclectic: a jumble of Indian artifacts and curios, mixed with expensive paintings and bronzes. He spends with foragers of bluefgham, Monet and Degas, and he gets good money for their to boot. Indignant colleagues grumble, but Fenn doesn't snap like an alligator; he only smiles like one. He gets most of the celebrity collectors who come to town.

Charming as ever, gruff the next, Fenn admits that his flair has created a flap. "The art business is like religion," he says. "You can lose money or break even, but if you make money, you get sued." Finn's clients, who now shop for the dealer's own collection, have enjoyed more than a backer's return and friend-making, worries. "You can lose money or break even, but if you make money, you get sued."

Fenn makes no claims to the finer things in the art business. A high school graduate who put in 20 years as a U.S. Air Force fighter pilot, he arrived in Santa Fe 14 years ago with a shoe shine, a smile and $20,000 in savings, and set himself up in a business he knew little about. "I never studied art, didn't own a painting and didn't know anybody who did," he says. But the pilot, who says he survived 328 combat missions in Vietnam, is adept at landing on his feet. "It doesn't matter who you are," he argues. "It only matters who they think you are. It's true in Hollywood, in politics and it's true with a painting."

Following that principle, Fenn tucked his showrooms off Santa Fe's main strip and enclosed them behind 13-foot-high adobe-and-stone walls. In addition to the pond, the elegant grounds feature a garden, exotic birds and three giant bronzes. One of three, attached to the gallery, is embellished with volumes of books, fine wines and $1 million in art. When the rich visit Santa Fe, Fenn scoops them up at the airport in his limo and lodges them free of charge in one of the houses. Jackie Onassis, Robert President Ford and Cher are among those who have been pampered with catered meals, a Jacuzzi, steam room and a masseuse. Many, notably Steve Martin, have also bought art.

One of Fenn's repeat customers is Robert Redford, who collects Eric Sloane oils priced up to $150,000. Sam Shepard and Jessica Lange picked up Western art, and Steven Spielberg carted away a Charles Russell bronze. Ethel Kennedy bought an antique Chinese incense burner and raved about it. "One day," says Fenn, "Andy Williams came in and said, 'Ethel Kennedy said I just had to come in.' There were about 30 people in the room and all their eyes went zonk."

Suzanne Somers met Fenn during a search for a Georgia O'Keeffe painting. "He is an incredible host," says Somers. "To lie in the bed in that guest house and see the most incredible library and be surrounded by fabulous art and marble pottery was a feast." Guests aren't obligated to buy, but as one art colleague puts it, "Forrest doesn't miss a chance." Nearly everything—furnishings, artwork, baskets—carries a price tag. At the end of her stay, Somers had bought several Navajo rugs and some Indian jewelry. As for starting her O'Keeffe collection, she says, "When I do decide to buy one, it will be from Forrest."

Fenn encourages gallery browsing with sight deals and trust. "Please touch. We are responsible." Customers can handle any of 2,000 Indian bowls, moccasins and arrowheads. Big spenders might be drawn to a $375,000 painting that Covet signed on his deathbed, or a $350,000 Remington bronze. Fenn's collection of fine fakes (owned in partnership with Texas' ex-Gov. John Connally) is the work of the late master forger Elmyr de Hory, who fooled many an expert in his time. But why sell phonies? Says Fenn: "If you love it less when you see the signature who now is the fake?" That challenge has shamed buyers into taking 26 De Horys so far, at $8,000 a shot.

Fenn claims an inventory worth $20 million and presides over it all with a staff of 16 and a seemingly cavalier attitude. "Does the guy at One Hour Martinizing love dirty clothes?" Fenn asks, knowing the answer full well. "Does the guy selling used cars like clunkers? Art is a business, and what I love is the business. I'm not particularly into art."

Fenn, who was born 55 years ago in Temple, Texas, has a bottom-line style that was shaped in the Air Force, where he won 25 decorations, including the Silver Star. Stationed in Lubbock, Texas at the end of his stint, he began buying sculptures from struggling artists and casting limited-edition bronzes of them. Some of those bronzes he sold for cash, but the rest he traded for Indian artifacts. When he was ready for retirement, he bulked provided an inventory for opening an art gallery, which seemed the logical next step.

The business allows Fenn and his wife of 32 years, Peggy, to live comfortably in a spectacularly appointed apartment over the gallery. Fenn collects rare and historical books and takes an occasional day off for a desert walk, fishing or piloting his single-engine airplane. "When I was a kid," he says, by way of explaining his passion, "I played Monopoly. I have always thought of myself as one who plays Monopoly. That's what I'm doing here."

---

## POPULAR IN ARCHIVE



| People | People | | People |

**Conductor John Cubby Stood on His Head to Put...**    **A Soccer Scamed**             **Survivor of a Trial by Scam**

---

⌄ Scroll Down For the Next Article

---

PEOPLE.COM › ARCHIVE

# The Archbishop of Santa Fe Got Treated Like a Bandito Down Ecuador Way

By Lacey Bauman



A crowd all by themselves, 30 nieces and nephews were among the flock awaiting the Most Reverend Robert F. Sanchez, 42, archbishop of Santa Fe, at Albuquerque International Airport. The kids' clamorous hugs broke the agony of a weekend vigil for the safe return of their beloved "Uncle Father Robert." Three days earlier Sanchez and other prelates at a hemispheric conference of Catholic bishops in Reñamba, Ecuador had stared down the drawn guns of armed plainclothesmen. "They confiscated our notes and then told us to board military buses, not allowing us to get our coats and passports."

Archbishop Sanchez says that he had not personally been the target of the 24-hour detention, which he believes was an attempt to discredit the conference host, Ecuadorian Bishop Leonidas Proano. "I protest the violent manner in which the conference was broken up, and I protest our arrest," says Sanchez. These are strong words "from an ordinarily soft-spoken pastor whose popularity in the archdiocese approaches that of Tex-Mex recording stars Johnny Rodriguez and Freddy Fender.

Two years ago Sanchez became an all-not only the youngest of the 38 archbishops in the U.S. Catholic Church but also the first Chicano The archdiocese, one of the oldest in the New World, is predominantly Hispanic. His consecration was anything but somber—it took place in the University of New Mexico basketball arena, with Indians dancing in native costumes and some of the 10,000 worshipers waving signs reading, "Viva con Dios, Father Bob!"

Sanchez was born in the Rio Grande Valley to a Mexican-American father and an Irish-Spanish mother. After the seminary, including six years in Rome, Sanchez taught in an Albuquerque parochial high school and served rural parishes in the plains of northeastern New Mexico. He had specifically requested a remote assignment as a priest; he explains, "because communities there are so small that people have to love and care for each other." Even now he drives himself ("Chauffeurs are not my style") at whiplash speed on missions to his 93 parishes. "The police know me," he says, "and look the other way."

He is also swift at golf, swimming and tennis. He continues to once being less joyous about his calling. "It was in the mid-1960s, when the young priests were so idealistic, when we wanted things to move rapidly, but they didn't. I seriously considered leaving the priesthood. Many did," he continues. "It came down to my original desire to serve the people of New Mexico. The day I cannot serve, I will resign."

---


| Magazines & More | Learn More | Connect |
|---|---|---|



**SUBSCRIBE & SAVE**
For only $163 an issue

**SUBSCRIBE NOW**

**Learn More**
Subscribe
Advertise
Content Licensing
Sitemap
Student Offers

**Connect**
f ⌄ ♡ 𝕏 📷 ▶

People is a Community
Seen us here-when photos, and videos, get news, and stay connected.
Text: 212-479-1724

Newsletter Sign Up



Other Meredith Sites

meredith

© Copyright 2020 Meredith Corporation. People is a registered trademark of Meredith Corporation All Rights Reserved. Reproduction in whole or in part without permission is prohibited.

Privacy Policy   Terms of Service   Ad Choices   Manage Email Preferences   California Do Not Sell