# EXHIBIT
# PROOF OF SERVICE 1

# (a) CERTIFIED MAIL RETURN RECEIPT FROM ZOE'S PROBATE COUNSEL



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5553 9249 2466 37

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

BRIAN ERSKINE
1338 SABATINA ST.
PRESCOTT, AZ  86301 · 7402

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN HICKEY
APRIL, DOLAN, & HICKEY P.C.
460 ST. MICHAEL'S DR · STE.1000
SANTA FE  NM 87505

9590 9402 5553 9249 2466 37

2. Article Number *(Transfer from service label)*

7020 2450 0001 2779 9991

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  *B. Hernandez*
☐ Agent
☒ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ☐ ☐ Mail
☐ ☐ ☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT
# PROOF OF SERVICE 2

# (b) PROOF OF NON-SERVICE AND POLICE REPORT FROM DAKOTA BROWN AFTER MORTAL THREAT AT ZOE'S RESIDENCE DURING SERVICE ATTEMPT

# NON-SERVICE DECLARATION

Court Stamp Here

Notice: This document contains sensitive data

| Court | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA** | | |

| Plaintiff | | |
|---|---|---|
| **BRIAN ERSKINE** | | |

| Defendant | Case # |
|---|---|
| **FORREST FENN** | **CV-20-08123-PCT-JJT** |

| Person to be Served | |
|---|---|
| **ZOE FENN OLD** | |

| Reason Unable to Serve | Non-Service Date/Time |
|---|---|
| **Hostile Environment** | **12/09/2020**   **12/09/2020** |

| Documents | Service Fee |
|---|---|
| **NOTICE OF MOTION TO SUBSTITUTE PARTY BY F.R.C.P. 25(A)(1);MOTION TO SUBSTITUTE PARTY BY F.R.C.P. *"RULE) 25(A)(1);PROPOSED ORDER GRANTING SUBSTITION OF PARTY;EXHIBITS** | **$95.00** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **ZOE FENN OLD** at the address of: **803 CALLE ROMOLO, SANTA FE, NM 87505** and was unable to effect service for the following reasons:

**12/9/2020 9:07 PM: A man approached me yelling and threatening me, he pulled out a gun and told me I had 10 seconds to leave or he would shoot me and if he ever saw me again he would kill me. I left the address and called 911 to report the incident. Officer Stevenson case #2020-012894.**

Declarant hereby states under penalty of perjury under the laws of the State of NM that the statement above is true and correct.

Date: __12/13/2020__

**Dakota Brown**
**5501 Vista Sandia NE, Albuquerque, NM 87111**

Ref **REF-7017972**




**BRIAN ERSKINE**
<kattigara@gmail.com>

Tracking # **0061817302**

# Santa Fe Police Department

Incident Case Number:   2020-012894

Reporting Agency:   Santa Fe Police Department

Print Date/Time:   12/10/2020 14:14:21

**Disclaimer: The information contained within this report is reflective of  the investigation at the date and time of its printing.**

**INCIDENT/INVESTIGATION REPORT**

| | | |
|---|---|---|
| Agency Name | | Case# |
| *Santa Fe Police Department* | | *2020-012894* |
| ORI | | Date / Time Reported |
| *NM0260100* | | *12/09/2020  20:46  Wed* |
| | | Last Known Secure |
| | | *12/09/2020  20:45  Wed* |

**INCIDENT DATA**

| Location of Incident | Premise Type | Zone/Beat | At Found |
|---|---|---|---|
| *803 CALLE ROMOLO, Santa Fe City NM 87505-* | *Residence/home* | SFPD, PB10 | *12/09/2020  20:46  Wed* |

| #1 | Crime Incident(s)                    (Com) | Weapon / Tools *None* | | | Activity *N* |
|---|---|---|---|---|---|
| | *Documented Information 9911* | Entry | Exit | Security | |
| #2 | Crime Incident                     (    ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident                     (    ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims  *0* | Type: | | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:   V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type:  INDIVIDUAL | | Injury:  Internal Injuries Possible | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code *RP* | Name (Last, First, Middle) B ▋Protect▋ D ▋Protected▋ | Victim of Crime # | DOB ▋Protect▋995 | Race *W* | Sex *M* | Relationship To Offender | Resident Status *Non-Resident* | Military Branch/Status |
| | | | Age *25* | | | | | |
| Home Address ▋Protected Personal Identifier Information▋ | | | | | | | Home Phone *505-553-5198* | |
| Employer Name/Address *ABC LEGAL (PROCESS SERVER)* | | | | | Business Phone | | Mobile Phone | |

| Type:  INDIVIDUAL | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code *IO* | Name (Last, First, Middle) *OLD, ZOE ALLISON* | Victim of Crime # | DOB ▋Protec▋1959 | Race *W* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
| | | | Age *61* | | | | | |
| Home Address *803 CALLE ROMOLO  SANTA FE CITY, NM 875055923* | | | | | | | Home Phone *505-470-8101* | |
| Employer Name/Address              *(SELF EMPLOYED)* | | | | | Business Phone | | Mobile Phone | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID#   *STEVENSON, SARAH K    (1008206)* | | | |
|---|---|---|---|
| Invest ID#      *(0)* | | Supervisor   *ALIRE MAEZ, RYAN D   (1006246)* | |
| **Status** Complainant Signature | Case Status *Pending Inactive*   *12/10/2020* | Case Disposition: | Page 2 |

# INCIDENT/INVESTIGATION REPORT

*Santa Fe Police Department*

Case # *2020-012894*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*ALIRE MAEZ, R.D. (1006246)*

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2020-012894          *Santa Fe Police Department*

N A R R A T I V E

On Wednesday, December 9, 2020 I responded to a call for service via telephone in reference to an aggravated assault at 803 Calle Romolo. Contact was made with the reporting party. An attempt to contact an involved party at this location was made but was unsuccessful. Due to the reporting party`s statement, the incident is being documented as a Documented Information Incident as there is no evidence of an assault.

# REPORTING OFFICER NARRATIVE

| | | |
|---|---|---|
| *Santa Fe Police Department* | | OCA<br>*2020-012894* |
| Victim | Offense<br>*DOCUMENTED INFORMATION* | Date / Time Reported<br>*Wed 12/09/2020 20:46* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On Wednesday, December 9, 2020 I responded to a call for service via telephone in reference to a possible aggravated assault at 803 Calle Romolo.

I made contact with Mr. D ███ B ████ who stated he responded to this location to serve legal paperwork for his job. Mr. B ████ said as he approached the gate, a male wearing a beanie, jacket and jeans with a beard came outside and advised Mr. B ███ not to come onto his property. Mr. B ████ advised the male he was there to deliver paperwork to a Ms. Zoe Old. He said the male yelled at him that he didn`t care and didn`t want him on his property. Mr. B █████ said the male then told him, "You have 10 seconds to get off my property! If I ever see you here again, i`ll shoot you!"

Mr. B ████ stated the male was holding a pistol in his hand while telling him to leave his property. He said the male did not point it at him, nor fire any rounds. Mr. B ████ said he took off running to his vehicle and drove off.  He said he was not able to get a really good look at the male because it was dark out but believes him to be a Caucasian male in his 40s or 50s.

I was able to find Ms. Zoe Old in the National Crime Information Center, along with a previous phone number. I called the phone number but no one answered. I left a message for Ms. Old to return my call.

If further information becomes available, it will be included in a supplemental.

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Protected Personal Identifier Information | **2** (5) **4** (8) | Redacted portions are exempt from production under IPRA because (a) "protected personal identifier information," as that term is defined in NMSA 1978, Section 14-2-6 (E), "may be redacted by a public body before inspection or copying of a record" under NMSA 1978, Section 14-2-1.1; andor (b) IPRA provides that records are exempt from disclosure to the extent the right to inspect those public records is limited "as otherwise provided by law" under NMSA 1978, Section 14-2-1(H), and pursuant to that provision, portions of the records you have requested do not constitute a public record to the extent they contain sensitive personal information, pursuant to the holding in Cox v. New Mexico Dep't of Pub. Safety, 2010-NMCA-096, ¶ 30, 148 N.M. 934, 941, 242 P.3d 501, 508. Un-redacted records that contain protected personal identifier information shall not be made available on publicly accessible websites operated by or managed on behalf of a public body. NMSA 1978, 14-2-1.1. |

# EXHIBIT
# PROOF OF SERVICE 3

# (c) ETHICS COMPLAINT FILED AGAINST DEFENSE COUNSEL KARL SOMMER FOR INTERFERING WITH DUE PROCESS BY QUICKLY EXPLOITING CRIMINAL THREAT (b) AIMING TO DIVERT SERVICE TO FACILITATE RULE 4 FAILURE



## The Disciplinary Board of the
## Supreme Court of New Mexico

2440 Louisiana Blvd. NE Ste. 280
Albuquerque, NM  87110
505-842-5781    505-766-6833 (fax)
www.nmdisboard.org

# Complaint Against an Attorney

**INSTRUCTIONS:** This form is designed to provide the Disciplinary Board with information required to make an initial evaluation of your complaint and to begin any needed inquiry or investigation into your allegations.

Please print or type your information on this form.  If you are asserting allegations about more than one attorney, please complete a separate complaint form for each attorney.  All materials that you file with the Disciplinary Board will become part of the Disciplinary Board's confidential files and **will not be returned or copied to you.**  Therefore, please only provide **copies of your supporting documents** with your **original, signed complaint form.**  You will be advised in writing of receipt of your complaint and advised of the outcome of your complaint, subject to the limits of confidentiality.

**IMPORTANT NOTICE:** It is the function of this office to investigate allegations of misconduct against specifically identified attorneys and, where there is evidence that the attorney has violated the Rules of Professional Conduct, to recommend appropriate sanctions for the future protection of the public. This office cannot challenge Court decisions or intervene in any case nor stop or delay any pending Court proceedings.

## Name and Address of Complainant

Prefix     □ Mx.    X Mr.    □ Ms.    □ Mrs.    □ Dr.    □ Hon.    □Prefer not to say

First Name   **BRIAN**          Last Name   **ERSKINE**

Address      **1338 SABATINA STREET**

City   **PRESCOTT**       State **AZ**       Zip Code   **86301**

Phone Number **949 424 4294**     Email address   **KATTIGARA@GMAIL**

## Name and Address of Attorney

First Name   **KARL**          Last Name   **SOMMER**

Firm Name   **SOMMER KARNES**

Address   **125 LINCOLN AVENUE, SUITE 221**

City   **SANTA FE**       State **NM**       Zip Code   **87501**

1.  Describe your relationship to the attorney who is the subject of your grievance:

    ☐ Current client        ☐ Former client        ☐ Opposing party

    ☐ Judge/Hearing Officer    **X** Opposing attorney        ☐ Other _____

2.  Do you currently have an attorney other than the one named in this complaint?

    _____ Yes    **X** No    *I AM PRO SE PLAINTIFF, KARL IS DEFENSE COUNSEL PRO HAC VICE AND PERHAPS SOON MAIN COUNSEL BY POSSIBLE 28 U. S. C. 1631 CASE TRANSFER TO N. M.; DEFENDANT DIED SEP. 7; DEFENSE FILED SUGG. OF DEATH SEP 8; ISSUES ARE OF NONPARTY REPRESENTATION AND DUE PROCESS INTERFERENCE PROXIMATE TO REPORTED CRIME ENTAILING MORTAL ARMED THREAT TO MY PROCESS SERVER, RE: SERVICE OF RULE 25(a)(1) SUBSTITUTION MOTION, SEE BELOW*

3.  Is your complaint about conduct in a lawsuit?    **X** Yes   _____ No

    *ERSKINE V. FENN, FILED MAY 26 / 28, SERVED JUN. 4*
    a.  If yes, cause number if known *CV-20-08123-PCT-JJT (\*ARIZONA\* FEDERAL COURT)*

4.  Is the attorney in possession of money or other property (for example, your original documents or client file) that you believe should be returned to you?

    _____ Yes    **X** No

    a.  If you have given the attorney money, please state the date(s), amount(s), and provide documentation (copies, receipts, etc.).

    Date _____    Amount $_____        Date _____    Amount $_____

    Date _____    Amount $_____        Date _____    Amount $_____

5.  What type of legal work was/is involved? (Check all that apply)

    ☐ Administrative Law      ☐ Bankruptcy          ☐ Commercial

    ☐ Criminal Law            ☐ Estate/Probate      ☐ Family Law/Divorce

    ☐ Immigration             ☐ Personal Injury     ☐ Worker's Compensation

    ☐ Real Estate             **X** Other Civil      **X** Other *CONTRACTS*

6.  What is the general nature of your complaint against the attorney? (Check all that apply)

    ☐ Delay or lack of diligence            ☐ Failing to communicate

    ☐ Misrepresentation/false statements    ☐ Revealing confidences

    ☐ Refusing to return your files or papers   ☐ Conflict of Interest

    ☐ Not following your instructions       ☐ Lack of competence

    ☐ Improper handling of your money or property/attorney fees

    ☐ Not Keeping you informed of progress on your case

    **X** Other *AFTER MORTAL ARMED THREAT TO PROCESS SERVER, INTERFERENCE IN RULE 4 PROCESS SERVICE AIMING TO DIVERT SERVICE POSSIBLY AIMING TO FURNISH CONVENIENT CAUSE FOR CASE DISMISSAL FOR BAD SERVICE*

7.     State your complaint in your own words.  Try to give mainly factual examples of the attorney's misconduct.  To the extent possible, include important dates, times, places, and details so that the specific nature of your complaint can be understood. Use as much space as necessary (including adding addition pages).  It is not necessary to be brief. *REFERENCE: https://www.courtlistener.com/docket/17201120/erskine-v-fenn/*

ON DEC. 10 (MORNING) MY PAID PROCESS SERVICE PROVIDER (ABC LEGAL) REPORTED IN THE SERVICE LOG THAT OPPOSING COUNSEL (KARL SOMMER) FOR DECEASED DEFENDANT (FORREST FENN) DIRECTLY CONTACTED ABC LEGAL, WITHOUT NOTICE TO ME, EXPLOITATIVELY SEEKING TO DIVERT MY INDISPENSABLE NONPARTY SERVICE ATTEMPT OF DEC. 9 (EVENING) ALMOST IMMEDIATELY AFTER THE CONTRACTED PROCESS SERVER REPORTED IN THE SERVICE LOG HAVING BEEN ORDERED OFF THE PROPERTY, WHERE THAT PERSONAL SERVICE WAS TO BE MADE, BY AN ARMED MAN ISSUING A MORTAL THREAT

SEE N. M. CRIM. STAT. 30-22-1(a), 18 U. S. C. 1501, ERSKINE V. FENN D#40

SERVICE WAS OF A RULE 25(a)(1) SUBSTITUTION MOTION (D#39), BY RULE 4, ON NONPARTY ESTATE PERSONAL REPRESENTATIVE AND SUCCESSOR TRUSTEE ("PR") ZOE FENN OLD ("ZOE"), A PROMINENT SANTA FE RESIDENT

IN THAT DIRECT CONTACT KARL APPEARED TO OFFER TO ABC LEGAL TO ACCEPT SERVICE ON BEHALF OF NONPARTY ZOE… IS KARL ZOE'S COUNSEL?  IF SO, HAVE I BEEN INFORMED?  IN WHAT CASE CAPACITY, AS ZOE IS A NONPARTY?

PERSONAL REPRESENTATIVE IS INDISPENSABLE AND MUST BE RULE 4 SERVED, SEE Atkins v. City of Chicago, 547 F.3d 869 (7th Cir. 2008) motion to substitute filed without serving the personal representative of the deceased's estate was 'a nullity'

RELIANT SERVICE ON KARL AS APPARENTLY OFFERED WOULD VIOLATE RULE 4; SEE Grandbouche v. Lovell, 913 F.2d 835 (10th Cir. 1990) AND THUS COULD SUPPORT CASE DISMISSAL FOR BAD SERVICE

WAS ZOE SERVED BY DEFENSE THE SUGG. OF DEATH (D#35), AND IF SO, DID THAT SERVICE FIND ARMED RESISTANCE?  SEE United States v. Miller Bros. Constr. Co., 505 F.2d 1031 (10th Cir. 1974), Fariss v. Lynchburg Foundry, 769 F.2d 958 (4th Cir. 1985)

*****************************
BOTH THE ARMED THREAT TO MY PROCESS SERVER ***AND KARL'S IMMEDIATELY FOLLOWING INTRUSIVE CONTACT WITH ABC LEGAL*** MANIPULATIVELY INTERFERE WITH DUE PROCESS

THE OBVIOUS AIM WAS TO DERAIL A HIGH PROFILE CASE DESPERATE DEFENSE LIKELY WILL SPECTACULARLY LOSE ON THE MERITS (THIS IS "THE FORREST FENN TREASURE ***CONTRACTS CASE***" — IT'S A CONTRACT, I PERFORMED, SEE FILINGS D#39, THEN D#1) AMID SUSTAINED DEFENSE INTIMIDATION, MISDIRECTION, AND FAILED ATTEMPTS TO TRY THE CASE IN THE MEDIA MOST RECENTLY ON DEC. 7 BY REVEALING THE IDENTITY OF THE TREASURE'S CUSTODIAN AS IF HE HAD PERFORMED *****************************

ABC LEGAL OFFERED RULE 25(a)(1) MOTION SERVICE BY SHERIFF'S DEPUTY WHO PRESUMABLY WILL NOT FIND ARMED THREAT; I APPROVED — NOTE THAT SANTA FE CO. SHERIFF'S WEBSITE STATES SHERIFF ***ORDINARILY*** WOULD NOT SERVE MY MOTION AS IT DOES NOT BEAR THE COURT'S SEAL; WAS KARL ***RELYING ON, OR TRYING TO LEVERAGE, THAT STATEMENT*** WHEN HE CONTACTED ABC LEGAL, HOPING THE THREAT HAD RENDERED ME UNABLE TO SERVE ZOE?  DID KARL FEEL WRONGLY ASSURED THE SHERIFF WOULD NOT SERVE IN THIS EXCEPTIONAL INSTANCE?  (…HOW COMMON ARE MORTAL THREATS TO PROCESS SERVERS IN NEW MEXICO, THAT KARL WOULD HAVE A BASIS TO KNOW THIS EXCEPTION?) PERHAPS KARL ALSO DID NOT REALIZE HIS CONTACT WOULD BE LOGGED AND NOTICED TO ME BY ABC LEGAL?

>>> ALSO, WAS D#36, ANOTHER PLAINLY MANIPULATIVE DEFENSE ATTEMPT TO DERAIL THE CASE, PROPER?  I COULDN'T TELL (Because the attorney is neither a party, nor a legal successor or PR, he has no authority to move for substitution under Rule 25(a)(1), as the courts have repeatedly recognized. See, e.g., Boggs v. Dravo Corp., 532 F.2d 897, 900 (3d Cir. 1976); Rende v. Kay, 415 F.2d 983, 985 (D.C. Cir. 1969); Al-Jundi v. Rockefeller, 88 F.R.D. 244, 246 (W.D.N.Y. 1980)).  BUT IF ZOE IS NONPARTY, AND KARL DOESN'T REPRESENT ZOE, WHY… …HOW DOES D#36 HAPPEN?

I understand and consent that all information on this form, including my name and address, will be available for review by the attorney and others who may view the file. This complaint form and other submissions by me will be sent to the attorney.

_____          DEC. 16, 2020
Signature                                                                      Date

# EXHIBIT
# PROOF OF SERVICE 4

# (d) ABC LEGAL SERVICE LOG

abclegal

## Case Details



Kind regards

---

**BRIAN E.** Dec 6, 2020 1:39 PM

CALL ME with questions.  949 424 4294 BRIAN

---

**BRIAN E.** Dec 6, 2020 1:35 PM

Also serve these documents, to BOTH PARTIES, sequenced after Document 4.

Document (DOCUMENT 5 ABC LEGAL.pdf)
Document (DOCUMENT 6 ABC LEGAL.pdf)
Document (DOCUMENT 7 ABC LEGAL.pdf)
Document (DOCUMENT 8 ABC LEGAL.pdf)
Document (DOCUMENT 9 ABC LEGAL.pdf)
Document (DOCUMENT 10 ABC LEGAL.pdf)
Document (DOCUMENT 11 ABC LEGAL.pdf)
Document (DOCUMENT 12 ABC LEGAL.pdf)
Document (DOCUMENT 13 ABC LEGAL.pdf)
Document (DOCUMENT 14 ABC LEGAL.pdf)
Document (DOCUMENT 15 ABC LEGAL.pdf)

---

**BRIAN E.** Dec 6, 2020 12:46 PM

Document 4 EXHIBITS did not upload to ABC LEGAL correctly. Substitute this document, for service, to BOTH PARTIES, in place of Document

---

**4:51 AM**

**Message from** [2] **BRIAN ERSKINE**

Hi! I read the server's report. That is terrible and is a crime by N. M. Crim. Stat. 30-22-1(a). I have read N. M. process service law. How may I support the server in her duties? Brian

---

**12/09/20**
**9:07 PM**

Serve attempted upon **ZOE FENN OLD** at 803 Calle Romolo, Santa Fe, NM 87505-5923

A man approached me yelling and threatening me, he pulled out a gun and told me I had 10 seconds to leave or he would shoot me and if he ever saw me again he would kill me. I left the address and called 911 to report the incident. Officer Stevenson case #2020-012894.

Server: [2]    Dakota Brown

---

**12/08/20**
**10:19 AM**

Process server received documents for ZOE FENN OLD

Server: [2]    Dakota Brown



Kind regards,
Mariska

Shanna W. Dec 10, 2020 9:26 AM

Good morning

All of our hearts at ABC Legal are with the server right now as well. At this time if you still would like service to the individual we will only send this with the local sheriff for attempts. If we need anything from you regarding the incident, we'll let you know.

Please advise if you would like us to send your documents with the local sheriff.

Kind regards

BRIAN E. Dec 10, 2020 3:51 AM

Hi! I read the server's report.  That is terrible and is a crime by N. M. Crim. Stat. 30-22-1(a).  I have read N. M. process service law. How may I support the server in her duties? Brian

Shanna W. Dec 7, 2020 2:45 PM

## abclegal

## Case Details

**KARL SOMMER**

10:43 AM

**Message** from Mariska Allen

Good morning,

We received a call from a lawyer who says he is willing to accept papers on behalf of the subject, the attorney name is Carl Summer, he will be calling us back after he does some research but if this is possible would you approve of us serving the atty instead?

Kind regards,
Mariska

12/10/20
10:26 AM

**Message** from Shanna Wheeler

Good morning

All of our hearts at ABC Legal are with the server right now as well. At this time if you still would like service to the individual we will only send this with the local sheriff for attempts. If we need anything from you regarding the incident, we'll let you know.

Please advise if you would like us to send your documents with the local sheriff.

Kind regards



Mariska A. Dec 10, 2020 12:58 PM

Good afternoon,

We will proceed as instructed.

Kind regards,
Mariska

BRIAN E. Dec 10, 2020 11:34 AM

Please do proceed to serve Zoe Fenn Old **by local sheriff's deputy.**

As I know you will, please extend all support, including my personal support, to Dakota Brown.

I also will take individual steps to follow up fully.

Mariska A. Dec 10, 2020 9:43 AM

Good morning,

We received a call from a lawyer who says he is willing to accept papers on behalf of the subject, the attorney name is Carl Summer, he will be calling us back after he does some research but if

## Case Details

abclegal

**12/11/20 2:07 PM**

Documents dispatched to sheriff for ZOE FENN OLD

**12/10/20 1:58 PM**

Message from Mariska Allen

Good afternoon,

We will proceed as instructed.

Kind regards,
Mariska

**12/10/20 12:34 PM**

Message from BRIAN ERSKINE

Please do proceed to serve Zoe Fenn Old **by local sheriff's deputy.**

As I know you will, please extend all support, including my personal support, to Dakota Brown.

I also will take individual steps to follow up fully.



# EXHIBIT
# PROOF OF SERVICE 5

# (e) AFFIDAVIT OF MAILING IN SUPPORT OF ANTICIPATED FUTURE RULE 4 PERSONAL SERVICE BY SANTA FE COUNTY SHERIFF

# SEE N. M. R. Civ. P. Dist. Ct. 1-004 RULE F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

———————————————————
Brian Erskine,                                    )
                                                  )
                    Plaintiff,                    )
                                                  )
v.                                                )          Case No. CV-20-08123-PCT-JJT
                                                  )
Forrest Fenn;                                     )
                                                  )
                    Defendant.                    )
———————————————————)

**FOURTH AFFIDAVIT OF BRIAN ERSKINE**

STATE OF ARIZONA               )
                               )
County of Yavapai              )

I, BRIAN ERSKINE, being first duly sworn, state and allege as follows:

1.   I am Plaintiff in *Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT ("Case").

2.   Terms herein have the same meaning as in my Case filings.

3.   On December 9, 2020, the United States Post Office digitally confirmed delivered

     certified mail of the process, or filings of December 4, 2020 (D#39), whose main part

     is a Rule 25(a)(1) Motion to Substitute Party, to Zoe Fenn Old's lawyer in a state

     probate action, John Hickey.  On December 15, 2020, I placed in the United States

     mail, first class postage paid, two (2) copies of same process, for delivery to Zoe

     Fenn Old at 803 Calle Romolo, Santa Fe, NM 87505; and to Kelly Fenn Sparks at

     153 Ranch Road, Lamy, NM 87540.

*Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT

4.  I sent the mail referenced herein to support anticipated personal service on both Zoe

Fenn Old and Kelly Fenn Sparks by Santa Fe, N. M. County Sheriff's deputies as

contracted, paid, and reconfirmed by phone on December 14, 2020 through a

professional process server, while aiming to comply or support compliance with

N. M. R. Civ. P. Dist. Ct. 1-004 F(2) and F(3) ("Process; personal service upon an

individual") further to compliance with Federal Rule of Civil Procedure 4.


Respectfully submitted,


_Brian Erskine_

Brian Erskine, Affiant

1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com


SUBSCRIBED AND SWORN to before me, the undersigned Notary, this __15__ day of


__December_____, 2020, by BRIAN ERSKINE


ROBEE PELEN-BALECHA
Notary Public - State of Arizona
YAVAPAI COUNTY
Commission # 577862
Expires February 02, 2024

_Kelen Pelen_____ __Feb. 02  2024_____

Notary Public                    My Commission Expires

_Erskine v. Fenn_, Case No. CV-20-08123-PCT-JJT



# UNITED STATES POSTAL SERVICE.

PRESCOTT
442 MILLER VALLEY RD
PRESCOTT, AZ 86301-9998
(800)275-8777

12/15/2020                              12:25 PM

---

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

---

Priority Mail® 2-Day 1                    $8.70
    Lamy, NM 87540
    Weight: 1 lb 0.60 oz
    Expected Delivery Date
        Fri 12/18/2020
    Tracking #:
        9505 5128 5493 0350 6797 21
    Insurance                             $0.00
        Up to $50.00 included
Total                                     $8.70

Priority Mail® 3-Day 1                    $8.70
    Santa Fe, NM 87505
    Weight: 0 lb 15.80 oz
    Expected Delivery Date
        Sat 12/19/2020
    Tracking #:
        9505 5128 5493 0350 6797 38
    Insurance                             $0.00
        Up to $50.00 included
Total                                     $8.70

---

Grand Total:                             $17.40

---

Cash                                     $20.00
Change                                   -$2.60

---