**EXHIBIT LIST**

1. Live chat, Nov. 30, with Santa Fe County Assessor about the Land

2. Press

   2.1 Beaujon, A.; *Washingtonian*, Dec. 7, 2020; *A Guy Who Bombed Out of Journalism Found a Famous Buried Treasure.*

   2.2 Vincent, I.; *New York Post,* **Dec. 12, 2020**; *Treasure hunters claim finder's lack of details raises 'red flags.'* (This is a **new, different article** from the previous *New York Post* Exhibit — it is **fresh public skepticism**).

   2.3 Andrew, S.; CNN, Dec. 7, 2020; *The man who found Forrest Fenn's treasure wanted to be anonymous. A lawsuit compelled him to go public.*

   2.4 Barbarisi, D.; *Outside*, Dec. 7, 2020; *The Man Who Found Forrest Fenn's Treasure.*

3. Bemused Plaintiff, May 26, filing the Original Complaint by a curious dropbox while pandemic measures prevailed at Phoenix's Federal courthouse, deserted except for the U. S. Marshals

# EXHIBIT
# PARTY SUB
# REPLY 1

# LIVE WEB CHAT
# WITH SANTA FE
# COUNTY ASSESSOR



Preview File Edit View Go Tools Window Help
100% Thu 13:17
Screen Shot 2020-11-30 at 9.53.12 AM
Screen Shot 2020-11-30 at 9.51.20 AM
Safari File Edit View History Bookmarks Develop Window Help
97% Mon 9:51
96% Mon 9:53
santafecountynm.gov
Office of the Santa Fe County Assessor : Searches & Tools | Office of the Santa Fe County Assessor
santa fe county nm - Google Search
Parcel Map Property Search
The parcel map property search tool provides access to a map of property accounts.
Assessment I
Search
The assessm
search tool
Please use t
Property Se
the informat
available th
Estimate Property Tax
The property tax estimator provides an estimate of real property taxes based on the information you enter. It is only an estimation.
Document
The docume
provides acc
of notices of
Amanda
Quality Control Data Analyst
Sure. The trust might be "The Forrest and Peggy Fenn Revocable Trust u/a 11/21/86"
take your time :-)
I was able to pull up an assignment of mortage and on that it is listed as the Forrest and Peggy Fenn Revocable Trust UTA Dated November 21, 1986.
Type a message here
by Comm100
I was able to pull it from the Clerk's database however I am unable to share their records. But I can give you their contact information. This is the contact information for the Clerk's Office. Someone there should be able to assist you with your inquiry.
Santa Fe County Clerk's Office
100 Catron St.
Santa Fe, NM 87501
Phone: (505) 986-6280
www.santafecountynm.gov/clerk
nline
6, 2020 at 4:37 PM

# EXHIBIT
# PARTY SUB
# REPLY 2

## PRESS

NEWS & POLITICS

# A Guy Who Bombed Out of Journalism Found a Famous Buried Treasure

Former Georgetown student Jack Stuef embarrassed Wonkette and BuzzFeed, and left the news business. Then he found Forrest Fenn's famous chest.

WRITTEN BY ANDREW BEAUJON | PUBLISHED ON DECEMBER 7, 2020

TWEET | SHARE



This is not the actual treasure. Image via iStock.

Tens of thousands of people have searched for Forrest Fenn's buried treasure. Some have died. Fenn, an art dealer and writer from New Mexico, announced in 2010 that he had hidden a chest somewhere in the Rocky Mountains filled with artifacts worth more than a million dollars. This past June, he confirmed his treasure had been found. He died September 7. Later that month, a Medium post authored anonymously by someone who said they'd found the treasure offered photographs of it as proof.

On Monday, *Outside* reported that "The Finder" is Jack Stuef. Stuef has since put his name on his Medium page and addressed a lawsuit against him filed by an apparently disappointed treasure-hunter, which he describes as "frivolous."

Before his adventures as a treasure hunter, Stuef enjoyed some adventures in the field of journalism that didn't end nearly as well. Stuef edited the satirical *Georgetown Heckler* while he went to university in DC. There, he was obliged to attend a forum after students were outraged by what the *Hoya* described as "articles deemed racially insensitive."

Stuef went on to contribute to the Onion, The Cut, Wonkette, and BuzzFeed. As Daniel Barbarisi reports for *Outside*, those last two stints led to some significant trouble in journo-land: Stuef left Wonkette after he wrote a piece about Trig Palin so cruel that it brought his tenure there to a close in 2011. The following year, Stuef wrote an article about the cartoonist Matthew Inman that led to an apology from BuzzFeed.

"I don't think those were giant incidents," Stuef tells Barbarisi. "I regret them, but I don't think about them very often. It was a long time ago now." He left journalism and went to medical school before becoming a full-time treasure hunter, *Outside* reports. That decision appears to have worked out great for him.




Photos: A Look Back at 2020, a Very Long, Very Strange Year in Washington DC

## Don't Miss Another Big Story—Get Our Weekend Newsletter

OUR MOST POPULAR STORIES OF THE WEEK, SENT EVERY SATURDAY.

Email Address

SUBSCRIBE

OR, SEE ALL OF OUR NEWSLETTERS. BY SIGNING UP, YOU AGREE TO OUR TERMS.

MORE: BUZZFEED | MEDIA | TREASURE HUNTING | WONKETTE

## Join the conversation!

SHARE | TWEET

## Andrew Beaujon

SENIOR EDITOR



Andrew Beaujon joined *Washingtonian* in late 2014. He was previously with the Poynter Institute, TBD.com, and *Washington City Paper*. His book *A Bigger Field Awaits Us: The Scottish Soccer Team That Fought the Great War* was published in 2018. He lives in Del Ray.

## Most Popular in News & Politics

1  Truck Filled With 20,000 Pounds of Cheese Balls Overturns on Beltway

2  Wonder Woman Kicked So Much Butt at Landmark Mall That They Had to Turn It Into a Hospital

3  Please Do Not Call This DC Bookstore Looking for AOC. She Doesn't Work There.

4  A Car Drove Into the Atlas Performing Arts Center Last Night

5  Yet Another Trump March Promised for January 6 in DC

## *Washingtonian* Magazine

December 2020: Gratitude

VIEW ISSUE

SUBSCRIBE

## Get Us on Social

WE'LL HELP YOU LIVE YOUR BEST #DCLIFE EVERY DAY

## Related



The New York Times Got a Washington Post Memo Before the Post's Own Newsroom Did



Leon Wieseltier's Comeback Journal Is in Bookstores Now



How DC-Area Newsrooms Plan to Celebrate the Holidays During the Pandemic



Biden Won. Why Do Sinclair TV Stations Keep Calling Him "Projected President-Elect"?

## More from News & Politics



Photos: A Look Back at 2020, a Very Long, Very Strange Year in Washington DC



Trump's New Kennedy Center Board Appointee Paolo Zampolli Has Some Ideas: Picasso Exhibits, Soccer Stars, Franchise Deals



Please Do Not Call This DC Bookstore Looking for AOC. She Doesn't Work There.



A Car Drove Into the Atlas Performing Arts Center Last Night



Wonder Woman Kicked So Much Butt at Landmark Mall That They Had to Turn It Into a Hospital



Q&A: Could Dan Snyder Lose His NFL Team Over Revelations About a Sexual Misconduct Settlement?



D.C. Archdiocese Settles Lawsuit Against the City



Substack Is Attracting Big DC Journos. Who's Making the Leap?

© 2020 Washingtonian Media Inc.
All Rights Reserved.
Washingtonian is a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for sites to earn advertising fees by advertising and linking to Amazon.com.

PRIVACY POLICY AND OPT-OUT

RSS

Get the best news, delivered weekly.

Email address

GO

By signing up, you agree to our terms.

SECTIONS SEARCH NEW YORK POST TIPS SIGN UP

NEWS

# Treasure hunters claim finder's lack of details raises 'red flags'

By Isabel Vincent December 12, 2020 | 1:18pm | Updated



Treasure hunter Jack Stuef and Forrest Fenn.
Jack Stuef

MORE ON:
TREASURE

Birdwatcher discovers $1M worth of ancient Celtic gold coins

British 'Indiana Jones' claims the legendary Holy Grail is in England

Treasure hunter stuck in jail for refusing to reveal location of loot

British gardeners hitting the archaeological jackpot during quarantine

A Michigan medical student who came forward last week as the finder of a storied $2 million treasure refuses to say how he cracked the mystery or reveal the exact location of the hidden cache of gold coins and jewelry.

The lack of detail in Jack Stuef's story, published in a first-person account Monday in The Medium, is frustrating a group of ardent treasure seekers, many of whom emptied their bank accounts and risked their lives to find the bronze chest hidden by enigmatic antiques dealer Forrest Fenn in 2010.

"I was almost relieved when I saw his picture because I felt finally we could put all of this to rest," said Miriam de Fronzo, a massage therapist from Florida who spent nearly four years poring over a poem by Fenn that contained clues to the treasure's whereabouts. She made four trips to New Mexico to search for the chest.

"But actually his explanation has raised a lot of red flags," she said, adding that she has sent several e-mails to Stuef, begging him to make public his "solve" of Fenn's poem. So far, he has refused, de Fronzo told The Post.

Stuef, who claims he found the treasure in June after two years of searching, did not disclose how he deciphered Fenn's clues, and has said he will not reveal the exact location of his find, which he claims was somewhere in Wyoming.

1 | 7



Jack Steuf
twitter

"If I were to reveal where the treasure was, the natural wonder of place that Forrest held so dear will be destroyed by people seeking treasure they hope I dropped on my way out or Forrest on his way in," wrote Stuef in the Medium article, which featured a photograph of him sitting next to Fenn. "Adding to this risk is the fact that Forrest never wrote up an inventory of what was in the chest at the time he secreted it, so I can't prove to anyone that no item is missing from the chest."

He said he only came forward because a lawsuit filed by a fellow treasure seeker was about to make his name public. Chicago lawyer Barbara Andersen claimed in a lawsuit filed in New Mexico federal court in June that whomever found the treasure had hacked her emails and texts to do so — a claim that Stuef vehemently denied.

But some diehard searchers aren't buying Steuf's explanation.

This map of the Rocky Mountains featuring Forrest Fenn's poem was included in the back of his book Too Far To Walk.

"Forrest wanted to end the chase so he had to figure out how to do it without anyone getting mad," wrote Terry Kasberg, a searcher on Treasures Galore, a Facebook group devoted to the Fenn treasure. "The chest now sits in a vault in Santa Fe. This person can't answer any questions about anything concerning the clues because he doesn't know so he uses the excuse that the location cannot be disclosed due to it being trashed."

Stuef did not return The Post's request for comment.

Fenn's family confirmed to Outside Magazine earlier this week that Stuef is indeed the finder. In June, Fenn announced the treasure had been found by a man from "back east" but that he wanted to remain anonymous.

Fenn, an art and antiques dealer based in Santa Fe, died in September. The hunt for Fenn's El Dorado attracted more than 350,000 searchers and resulted in five deaths over the last decade.

FILED UNDER MYSTERIES, NEW MEXICO, TREASURE, 12/12/20

READ NEXT Here's when the COVID-19 vaccine will arrive across the US


## RECOMMENDED FOR YOU



Giants will only have themselves to blame if they blow division
New York Post



Delta passengers who slid out of plane with dog get pup back from...
New York Post



California Creek Fire spreads rapidly, sparking evacuations
Knewz.com



I want to retire in Texas and near freshwater on $4,000 a month —...
MarketWatch



7 Shows Like 'Tiny Pretty Things'
Decider



Stephen Ross Cuts Price on New York Penthouse to $62.5 Million
Mansion Global

TRENDING NOW
ON NYPOST.COM



71,339

Cuomo staffer hit in head with cinder block during random NYC attack



46,041

Beautician and the beasts: Woman fights for her life after dogs tear off her face



34,751

Deborah Birx reveals why she took Thanksgiving trip despite travel warnings

ELECTION 2020



Ted Cruz proved that GOP won't simply return to Reaganism after Trump

Woman busted for sending photos of bloody corpse to Michigan election official

Buttigieg faces conflict with big campaign donors with South Bend contracts

House Democrats push Biden nominee for commitments

Twitter to reset WH account followers to zero when Biden takes office

WHAT TO SHOP NOW



Lululemon launches holiday specials for You Don't Want To Miss This event

Last-minute Christmas gift idea: a subscription to Disney+ or ESPN+

Kick off 2021 with new designer kicks, authenticated by eBay

You can get 50 percent off Madewell outerwear, accessories and more during its holiday sale

Here are the best deals from the Wayfair End-Of-Year Clearance sale

knewz
Read news from all sides
VISIT WEBSITE

NOW ON
Page Six

Johnny Depp's lawyers say he didn't get a fair trial, want a new one

Hillsong slammed for mentioning pervs — but not Jesus — in Christmas email

Surf Lodge's Aspen outpost will open after all

SEE ALL

VIDEO :52

5-year-old rocks out to 'Feliz Navidad'

NOW ON
DECIDER

Adam Sandler Pays Tribute to Steve Buscemi With a Sweet, Goofy Song

SEE ALL

MORE STORIES

PAGE SIX

Instagram model Natalia Garibotto: Pope Francis 'like' was good for business

NYPOST

Cuomo staffer hit in head with cinder block during random NYC attack

NEW YORK POST

SECTIONS & FEATURES
NEWS
METRO
SPORTS
BUSINESS
OPINION
ENTERTAINMENT
FASHION
NY POST SHOPPING
LIVING
MEDIA
TECH
REAL ESTATE
VIDEO
PHOTOS
ALEXA
COVERS
HOROSCOPES
SPORTS ODDS
COLUMNISTS
CLASSIFIEDS

NEWSLETTERS & FEEDS
EMAIL NEWSLETTERS
RSS FEEDS
NEW YORK POST STORE

HOME DELIVERY
SUBSCRIBE
MANAGE SUBSCRIPTION
DELIVERY HELP

HELP/SUPPORT
CUSTOMER SERVICE
APP FAQ & HELP

CONTACT US
TIPS
NEWSROOM
LETTERS TO THE EDITOR
REPRINTS
CAREERS

APPS
IPHONE APP
IPAD APP
ANDROID PHONE
ANDROID TABLET

ADVERTISE
MEDIA KIT
CONTACT

© 2020 NYP HOLDINGS, INC. ALL RIGHTS RESERVED | TERMS OF USE | PRIVACY NOTICE | YOUR AD CHOICES | SITEMAP | YOUR CALIFORNIA PRIVACY RIGHTS
Powered by WordPress.com VIP

# The man who found Forrest Fenn's treasure wanted to be anonymous. A lawsuit compelled him to go public

Scottie Andrew, CNN • Updated 7th December 2020



**(CNN)** — The treasure hunter who solved Forrest Fenn's famed treasure hunt in the Rocky Mountains has come forward -- though if he'd had his way, he would've stayed anonymous.

Jack Stuef, a 32-year-old medical student from Michigan, revealed that he found Fenn's treasure chest -- a claim Fenn's family independently verified with Outside magazine, which interviewed Stuef. He disclosed his identity because a recent lawsuit would make his name public, he said.

He's not willing, though, to part with the treasure's secrets and the clues that led him to it.

Fenn's infamous treasure hunt began 10 years ago, when the author published a cryptic poem in his autobiography meant to lead prospective explorers to the spot in the Wyoming wilderness where his treasure chest was hidden. Fenn estimated over 350,000 people searched for the chest, and a few even died on their journey.

Related content — A treasure chest hidden in the Rocky Mountains for a decade has finally been found

Stuef spent two years searching for Fenn's treasure, which included gold, jewelry and other artifacts believed to total over $1 million. He finally found it in the Wyoming wilderness in June.

Fenn kept Stuef's identity secret then, at Stuef's request. He described Stuef only as a man from "back East."

Stuef said he was worried about the safety of his family. "For the past six months, I have remained anonymous, not because I have anything to hide, but because Forrest and his family endured stalkers, death threats, home invasions, frivolous lawsuits, and a potential kidnapping -- all at the hands of people with delusions related to his treasure," Stuef wrote in a Medium post. "I don't want those things to happen to me and my family."

Related content — Forrest Fenn, who sent explorers on a famed Rocky Mountain treasure hunt, dies at 90

Shortly before Fenn's death in September, a woman filed a suit and said whoever found the treasure had done so by hacking her texts and emails, Stuef told Outside magazine. Since Fenn has since died, his subpoena can be transferred to his heirs, who were formerly the only people who knew Stuef had found the treasure.

Stuef denied the charges to Outside magazine.

Since finding the treasure, Stuef said in his Medium post that he moved to a "more secure building with guards and multiple levels of security" to protect himself. He doesn't have the treasure, either -- it's in a vault in New Mexico, where it will remain until he sells it.

Stuef said he'll never reveal the location where he found the chest to preserve the wildlife there and prevent other explorers from following his trail, which could be dangerous.

Unlike Fenn, who welcomed the attention from fellow treasure hunters, Stuef said he's not looking to meet with anyone regarding his find. Despite the lawsuit and the potential for a negative response from his fellow explorers, Stuef said he's "optimistic that this experience will still be a positive chapter in my life."

*CNN's Alicia Lee contributed to this report.*





Content by CompareCards

6 cards charging 0% interest until 2022
Results are in: Best credit cards of 2020
The fastest way to pay off $10,000 in credit card debt
7 Cards With Ridiculous Cash Back
Don't end the year with debt. Switch to one of these cards!

Content by LendingTree

Refi Rates at 2.23% APR (15 yr). Do You Qualify?
Lock in Your Refi Rate Before the Fed Meets. Rates May Rise
Top Checking Accounts That Are In Your 'Interest'
Experts Urge Americans to Refinance Before 2021
Crush Your Debt: Refinance to a 15 yr Fixed




© 2020 Cable News Network. A Warner Media Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

Support Outside Online
Love Outside?
Help fund our award-winning journalism with a contribution today.
CONTRIBUTE TO OUTSIDE



Daniel Barbarisi
Dec 7, 2020

# The Man Who Found Forrest Fenn's Treasure

The decade-long hunt captured the world's attention, but when it finally ended in June, everyone still wanted to know: Who had solved the mystery? This week, as legal proceedings threaten his anonymity, a 32-year-old medical student is ready to go on the record.

It took two months of correspondence before the man who found Forrest Fenn's treasure told me his name.

We'd been emailing since September, and I honestly didn't expect to ever know who he really was. I was fine with that; as a fellow treasure hunter, I completely understood his desire for anonymity.

Since 2017, I had been pursuing Fenn's treasure, too, becoming a kinda-sorta searcher in order to tell the story of Fenn's hunt in my upcoming book *Chasing the Thrill*, to be published by Knopf in June. I'd been in the trenches, read Fenn's clue-filled poem over and over, ended up in places I probably shouldn't have been, and gone to places where other people died trying to find it.

A decade ago, Fenn hid his treasure chest, containing gold and other valuables estimated to be worth at least a million dollars, somewhere in the Rocky Mountains. Not long after, he published a memoir called *The Thrill of the Chase*, which included a mysterious 24-line poem that, if solved, would lead searchers to the treasure. Fenn had suggested that the loot was secreted away at the place where he had envisioned lying down to die, back when he'd believed a 1988 cancer diagnosis was terminal. Since the hunt began in 2010, many thousands of searchers had gone out in pursuit—at least five of them losing their lives in the process—and the chase became an international story.

So many people had invested and sacrificed so much in pursuit of Fenn's treasure that it was possible the finder would face threats, be they legal or physical, from people who resented them or wished them ill.

And that was exactly what was beginning to play out.

This past June, Fenn announced that the treasure had been found by a man from "back east" who wanted to remain anonymous—even, once we were in contact, to me. So despite exchanging dozens of emails with the finder, and discussing the details of the chest and what locating it meant to him, I never pressed him about who he was, and he never volunteered.

Last week, he told me the situation had changed. Fenn had been targeted by lawsuits both before and after the chest was found, by hunters claiming that the treasure was rightfully theirs. One of the lawsuits, filed immediately after Fenn announced the hunt was over, also targets the unknown finder as a defendant, claiming that he had stolen the plaintiff's solve and used it to find the chest. That litigation had advanced to a procedural stage during which the finder expected his name would likely come out in court. So while he remained guarded about his solve and the location where he discovered the treasure, he now didn't mind telling me who he really was.

And that's when I learned that a 32-year-old Michigan native and medical student was the person who had finally solved Fenn's poem. His name is Jack Stuef.

---

Stuef first heard about Fenn's chase on Twitter in early 2018, and couldn't believe it had escaped his notice for eight whole years. He was instantly hooked.

"I've probably thought about it for at least a couple hours a day, every day, since I learned about it," Stuef says. "Every day."

The treasure hunt immediately brought him back to his youth, when he was obsessed with a 2002 TV series called *Push, Nevada*, which allowed viewers to try and solve a real-life mystery that carried a million-dollar prize. Stuef also got caught up in a book by magician David Blaine, *Mysterious Stranger*, which combined autobiography with a treasure hunt and offered a $100,000 prize.

Over time, those teenage dreams of adventure receded, and Stuef went on to attend Georgetown University, where he served as editor in chief of the *Georgetown Heckler*, a campus humor magazine. He graduated in December 2009 and began a career as a writer, both in humor—he worked for the *Onion*—and in more traditional media. He became embroiled in a few controversies early in his career, both at Wonkette, which he left after he made what Poynter describes as "a tasteless joke about one of Sarah Palin's children having Down Syndrome," and while freelancing for Buzzfeed, which had to apologize after an article Stuef wrote incorrectly painted a popular internet cartoonist as a hard-line Republican. He left the media business soon after.

"I don't think those were giant incidents," Stuef says. "I regret them, but I don't think about them very often. It was a long time ago now."

He soon entered a postbaccalaureate program, and then enrolled in medical school. But he disliked most everything about medicine beyond treating patients, he says, and something else captured his attention: Fenn's chase. He was soon reading the hunter blogs to learn the basics, and he bought Fenn's memoir, *The Thrill of the Chase*, before diving into as much primary source material as he could find. His method was to devour every Fenn interview, doing anything he could to hear and absorb his words directly, in an effort to better understand the man's personality and motivations.

As the hunt took up more and more of his time, Stuef mostly kept the extent of his pursuit hidden from friends and family. He didn't think they would understand.

"I think I got a little embarrassed by how obsessed I was with it," Stuef says. "If I didn't find it, I would look kind of like an idiot. And maybe I didn't want to admit to myself what a hold it had on me."

Two years later, he had achieved what so many other searchers could not, finding and claiming Fenn's treasure. (Stuef's status as the finder was independently verified with the Fenn family.) He retrieved the chest on Saturday, June 6, 2020, in Wyoming, and began the long drive down to Santa Fe to deliver it to Fenn that same day. That evening, news of the find was already beginning to come out, as Fenn believed it must. "'We should let [searchers] know as soon as you have it,'" Stuef says Fenn told him.

"His thought was that, as soon as it's out of place, we need to let people know," Stuef says. "People have died. There could be issues."

Forrest Fenn at his Santa Fe home in 2014 (Photo: Luis Sanchez Saturno/*Santa Fe New Mexican* via AP)

Stuef asked Fenn, though, that he be allowed to remain anonymous, and they both seemed to agree that the location of the find should be kept secret.

But controversy quickly swirled, as many hunters, unsatisfied with the lack of disclosure, decided this meant that something nefarious was afoot—that Fenn had never really hidden the treasure, or that he had unilaterally ended the hunt without a real finder. The backlash took Fenn by surprise, according to those around him. To address it, several weeks after the find, he released photos of the chest and of himself going through it after Stuef delivered it to Santa Fe, which provided enough confirmation for some. In July, Fenn suggested to Stuef that they also reveal the state where the treasure was found, in order to give further closure to some hunters. Stuef agreed.

Beyond that, though, he remained silent, and might have stayed that way for some time.

And then Forrest Fenn died.

---

On September 23, two weeks after Fenn passed away in his home at age 90, a post surfaced on Medium, a platform that allows users to self-publish essays and other writing, anonymously if they choose. Called "A Remembrance of Forrest Fenn," it carried the byline "The Finder," along with a bio that declared: "The author is the finder and owner of the Forrest Fenn Treasure."

In 3,000 well-crafted words, the finder penned an ode to Fenn, who he described as his friend, even though he'd only known him briefly.

"I am the person who found Forrest's famed treasure," he wrote. "The moment it happened was not the triumphant Hollywood ending some surely envisioned; it just felt like I had just survived something and was fortunate to come out the other end."

In his essay, the finder revealed a great deal about the circumstances under which he had discovered the treasure—but, crucially, he would not divulge exactly where he had located it, and said he didn't plan to. He was also careful not to let any details about his own identity slip, indicating only that he was a millennial and had student loans to pay off. Beyond that, he was an enigma.

He explained that in 2018 he had figured out the location where the longtime Santa Fe art dealer and former fighter pilot wished to die, and then spent a combined 25 days over the next two years searching the general area until he finally located the treasure. He said that, to find the solution, he'd carefully listened to things Fenn had said in interviews, finding a few crucial crumbs.

"[Fenn] never made more than a couple of subtle slip-ups in front of all the dogged reporters who came to his house, and even those apparently haven't been caught by anyone besides me," the finder wrote.

He included pictures of the chest, some of them taken in the wilderness shortly [illegible]

explaining that one of the court cases surrounding the find had taken an unexpected turn, and his name was likely to come out as part of the process. So he told me who he was, and gave me permission to tell the world.

The case that prompted him to step from behind the curtain was brought by a Chicago real estate attorney named Barbara Andersen, who alleges that the unknown finder of the treasure had located it by hacking her texts and emails and stealing her solve. She believed the treasure was in New Mexico.

Stuef says he never met nor heard of Andersen before the suit; he denies her charges and says the treasure was nowhere near New Mexico. That has not stopped a New Mexico federal court judge from allowing the suit to proceed. Last week, Stuef learned that, as a result of Fenn's death, the subpoena against Fenn would be transferred to his heirs and estate, which is in possession of Stuef's information. This should allow Andersen to refile her suit, naming Stuef as a defendant.

Stuef had expected that finding the chest would bring some level of blowback, that his possession of an item desired by so many makes him a target.

"I thought that whoever found the chest would be absolutely hated, because it ends everyone's dream," he says. "That's something of a burden. I realize I put an end to something that meant so much to so many people."

But even if he anticipated challenges to his find, being a subject of a lawsuit has been an unsettling experience.

"I always thought that, based on people suing Forrest in the past, it was something that could happen," Stuef says.

This treasure hunt has never been easy on its participants; Fenn and his family experienced a great deal of harassment from searchers who went too far during the years the hunt was active—everything from stalking to threats to a break-in at Fenn's home in Santa Fe. This is why Stuef hoped to remain anonymous, and why, even now, with his name known, he won't disclose where he's living.

Many searchers I've talked to appreciate his desire for anonymity, and I understand it as well. But one thing many searchers have a harder time grasping is Stuef's decision to withhold where he found the treasure, even though the chest has since been removed.

People have died looking for the chest. Others have gone bankrupt. Many more have spent countless hours in search of it, and they want some degree of resolution. On our various excursions out West, my search partner and I both found ourselves a little too obsessed at points, and it took its toll. There are real human costs to this search, and knowing the final location could offer the desired sense of closure so many are now seeking.

Stuef says he's sympathetic to those feelings.

"This is the most difficult question to answer, because I know there's so many people who just want to know. They worked on this for a long time. And they just want to be handed the answer. I totally understand that. But doing that, I think, is a death sentence to this special place."

Stuef fears that Fenn's spot, if revealed, will become a pilgrimage site for Fenn devotees.

"It's not an appropriate place to become a tourist destination. It has huge meaning to Forrest, and I don't want to see it destroyed," Stuef says. "And as much as I tried not to develop an attachment to the place, eventually I did, as well. I had whole days out there looking, and I would take a nap in the afternoon every day, as I said on Medium, under the pine trees. It was very peaceful for me."

Stuef is trying to find a balance between the various entities, because he feels responsible to all of them. To the search community and its desire to know the whole truth; to himself and his sense of what is right; to nature and this peaceful spot, which he does not want to see ruined; and to Fenn. Ultimately, Stuef believes he's being consistent with what Fenn wanted when he was alive, and honoring his legacy.

"He didn't want to see it turned into a tourist attraction," Stuef says of the treasure site. "We thought it was not appropriate for that to happen. He was willing to go to great lengths, very great lengths, to avoid ever having to tell the location."

Daniel Barbarisi's new book on the Forrest Fenn treasure hunt will be published in June 2021.

Because of his stand, talking to Stuef can be maddening at times. For my book, I've interviewed him about his solve, discussed the process he used to come up with it, and chronicled the various searches he went on as he sought the exact spot, learning fascinating tidbits in the process. For example, he's told me that one reason it took him two years to retrieve the treasure, even after figuring out the general area in 2018, was that the "blaze"—Fenn's all-important final clue, found out in the wilderness, intended to let a searcher know they're in the exact right spot—had been damaged. He doesn't mind being open with all of that. And yet there are still things he holds back or talks around, in order to make sure, even now, that no one can figure out the precise location.

Still, listening to Stuef talk about it, he makes it seem so attainable, so simple: that the key was really just understanding Forrest Fenn. Stuef hunted solo, never discussed his search with others, stayed away from the blogs after his initial looks at them, and tried hard not to get caught up in any groupthink. He did his utmost just to focus on Fenn's words and primary sources, and understand those as best he could.

"I don't want to ruin this treasure hunt by saying it was made for an English major, but it's based on a close read of a text," Stuef says. "I mean, that's what it is. It's having the correct interpretation of a poem. I understood him by reading his words, and listening to him talk over and over and over and over again. And seeking out anything I could get my hands on that told me who he was."

When asked if figuring out the puzzles required the use of anagrams, or GPS coordinates, or sophisticated codes of any sort, Stuef was clear in his response.

"No," he says. "But I don't want to say that people are stupid for thinking those things were valid, or that they were being irrational. I think Forrest designed this to be fun, and whatever people got out of it, that gave them fun, I think, to me, is rational. And they were doing it right, in that way."

The solution, Stuef says, is tied far more to understanding Fenn's emotions, and to a close examination of the poem itself, than to puzzle-solving skills. Fenn simply didn't care about those kinds of things. He was more interested in adventure, legacy, history, narrative.

"There was no reason to think that those things would be something he was interested in, or had any experience in," Stuef says. "I mean, he was coming to this not from the perspective of being a huge fan of puzzles or a puzzle master. He was not a fan of armchair treasure hunts. His point of reference was pirates! His purpose was not to create a great puzzle and show everyone how smart and slick he was. His purpose was this weird idea to entomb himself. And to create a historic legend. None of that supports armchair solutions. And he was open about that."

So far, ownership of the chest has not made Stuef a rich man. He has not sold it yet, has not even had it appraised, but the expected windfall has allowed him to quit worrying about repaying his student loans for medical school. With that in mind, he has decided to leave the profession before becoming a practicing doctor, and may move into equities investing next.

"I was kind of in this sunk-cost-fallacy dead end with that, where I didn't want to quit, because I didn't know what else to do," he says. "I didn't know how to pay off my loans if I didn't become a doctor. [The chest] was kind of my lifeline."

Once the time is right, he still plans to sell the chest. When he does, he will try to honor a "final wish" of Fenn's: to have the chest end up in a specific place where searchers can view it, though he declined to say exactly where.

"Before he died, he was going to try to help me with getting a certain party to buy it," Stuef says. "And I think his hope was that it would be able to be displayed. … And so that's my first step. After that, I think I would probably try and sell to the public."

If it gets that far, he's unsure whether it would be best to sell it as a complete package, or to break it up, allowing individual searchers to own a piece of Fenn's treasure.

"I'd guess we kind of try and test the market in some way to see what it would sell for all together, because there's a good chance it's worth more all together, as the Fenn treasure," Stuef says. "But, you know, it's possible. There are a lot of searchers out there who would want maybe one item in there, they couldn't afford the whole thing, but it would mean a lot to them to have one item. So it is still possible to break out."

With the chest located, one part of the treasure hunt is finished now—the chase, the part that obsessed all of us and pushed us to places we maybe shouldn't have been. But the story has not ended. So many people have a stake in this hunt, it means so much to so many, that the tale didn't, and doesn't, end with a man finding a treasure chest.

That, in so many ways, is just opening up the box.

**Filed To:** Treasure • Chest • Santa Fe • New Mexico • Books • Outside Features

Lead Photo: Jack Stuef

## We need your support...

Outside Online aims to deliver readers the world, dispatching our writers and photographers to the ends of the earth to report the one-of-a-kind stories that have inspired and informed generations of readers. We hear from our audience every day about how much they love our long-form journalism. But it's no longer sustainable for us to give it away for free. Making a financial contribution to Outside is not tax-deductible, but it will help pay for the writers, editors, fact-checkers, designers, and photographers that stories like these demand—and will ensure we can keep publishing them for years to come. Please support Outside Online today.

CONTRIBUTE NOW →

## More on Forrest Fenn's Treasure

Forrest Fenn on How To Find His Million-Dollar Treasure

Why Fenn's Deadly Treasure Hunt Should Go On
By: Peter Frick-Wright

Forrest Fenn Leads Search for Missing Treasure Hunter
By: Jonah Ogles

Finding Forrest Fenn's Treasure Was Just the Start
By: Peter Frick-Wright



Outside
Privacy Notice: Our site uses cookies for advertising, analytics and to improve our sites and services. By continuing to use our site, you agree to our use of cookies. For more information, including how to change your settings, see our tracking tools policy. Close
…ntegrated Media, LLC

# EXHIBIT
# PARTY SUB
# REPLY 3

## FILING OF
## ORIGINAL COMPLAINT

Brian

Brian Erskine
May 26 ·

🇺🇸 Today I sued Forrest Fenn for contract breach. How was your day? 🙂

