IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV-20-08123-PCT-JJT |
| | ) |
| Forrest Fenn; | ) |
| | ) |
| Defendant. | ) |
| | ) |

**FIFTH AFFIDAVIT OF BRIAN ERSKINE**

STATE OF ARIZONA      )
                                            )
County of Yavapai        )

I, BRIAN ERSKINE, being first duly sworn, state and allege as follows:

1. I am Plaintiff in *Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT ("Case").

2. Terms herein have the same meaning as in my Case filings.

3. On December 30, ABC Legal logged **proof of personal service** by Santa Fe County sheriff's deputy, performed December 21 on indispensable nonparty Zoe Fenn Old, of the process or filings of December 4 (D#39), whose main part is a Rule 25(a)(1) Motion to Substitute Party naming Zoe, and in two (2) capacities; complying with Rule 4 by N. M. R. Civ. P. Dist. Ct. 1-004 Rule F(1)(a). After events of December 9 and 10 as reported (D#40) I also in the interim, yet unaware of the deputy's service, made other determined service efforts, including by certified mail in envelopes

*Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT

   naming Zoe both to Zoe's home and to the law offices of, care of, Zoe's state probate counsel John Hickey (Rule E(3)).  I will file proofs by return receipt only if necessary, though aiming to file promptly in any event (Rule L).

4. Also on December 21, after ABC Legal logged **proof of non-service** of the same process on nonparty Barbara Andersen at the reportedly closed Ill. law office address found in her Federal case filings (reference omitted), I contacted Barbara at the email also found therein.  By brief email exchange, in which I communicated that my efforts were in good faith based on the plain content of state probate filings, Barbara clearly identified as having no interest in the Case or in being served.  Relying on those communications, and as Barbara is not an indispensable nonparty, I cancelled service to Barbara.  Barbara and I have had no other direct contact at any time and certainly do not act in coordination.  I envisage no further such contact.

5. **Efforts to serve** Kelly Fenn Sparks with the same process, by multiple means, are pending.  As she is not an indispensable nonparty, I will file proof if necessary.

6. As *pro se* litigant I aim to show how seriously I take due process and this Case, by how proactively and painstakingly I served or aimed to serve all reasonably identifiably interested nonparties as of December 4; both to resist manipulation and also to show how seriously I take not only the cause of action or fate of the Box but also all Case issues of wide public and lasting cultural interest; as I aim to **resolve, truthfully, wholly, definitively, and permanently,** by eventual Case outcome.

*Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT

Respectfully submitted,



Brian Erskine, Affiant

1338 Sabatina Street
Prescott, AZ 86301-7402
(949) 424-4294
kattigara@gmail.com

SUBSCRIBED AND SWORN to before me, the undersigned Notary, this __30__ day of

__December_____, 2020, by BRIAN ERSKINE

_____   __Feb 02, 2024__

Notary Public                                               My Commission Expires



*Erskine v. Fenn*, Case No. CV-20-08123-PCT-JJT