IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **BRIAN ERSKINE** | | Cause No.: **CV-20-08123-PCT-JJT** |
| | Plaintiff/Petitioner | Hearing Date: |
| vs. | | |
| **FORREST FENN** | | DECLARATION OF SERVICE OF: |
| | Defendant/Respondent | NOTICE OF MOTION TO SUBSTITUTE PARTY BY F.R.C.P. 25(A)(1); MOTION TO SUBSTITUTE PARTY BY F.R.C.P. *" RULE) 25(A)(1); PROPOSED ORDER GRANTING SUBSTITION OF PARTY; EXHIBITS |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.
Documents came to hand on the __17__ day of __DEC__, 20 __20__ at __1700__ o'clock __M.

On the date and time of __12/21/2020 @ 1135__ at the address of **803 Calle Romolo, Sante Fe, Santa Fe County, NM 87505**, the undersigned served the above described documents upon: **ZOE FENN OLD**

☒ **Personal Service**
by then and there personally delivering __4__ true and correct copy(ies) thereof.

_____
*Physical description*

☐ **Substituted / Residential Service**
by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

_____
*Name of Person Receiving Documents and Their Relationship to Person Served*

_____
*Physical description*

a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subject's legal representative listed above.

**COMMENTS**
_____
_____

DATED this _____ day of _____ 20 _____.

SHANNON COLES    NM. SANTA FE 6966    [signature]  #59
Process Server Name    Reg. State, County and ID#    Signature
DEPUTY II



**ORIGINAL PROOF OF SERVICE**


ABC Legal Services, Inc       Page 1 of 1       Ref #: REF-7017972
633 YESLER WAY                                   Tracking #: 0061817410
SEATTLE, WA 98104

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **BRIAN ERSKINE** <br> Plaintiff/Petitioner <br> vs. <br> **FORREST FENN** <br> Defendant/Respondent | Cause No.: **CV-20-08123-PCT-JJT** <br> Hearing Date: <br><br> DECLARATION OF NON-SERVICE OF: <br> **NOTICE OF MOTION TO SUBSTITUTE PARTY BY F.R.C.P. 25(A)(1); MOTION TO SUBSTITUTE PARTY BY F.R.C.P. *"' RULE) 25(A)(1); PROPOSED ORDER GRANTING SUBSTITION OF PARTY; EXHIBITS** | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the _____ day of _____, 20___ at _____ o'clock __M.

On the date and time of _____ at the address of **803 Calle Romolo, Sante Fe, Santa Fe County, NM 87505**, the undersigned attempted to serve the above described documents upon: **ZOE FENN OLD**

The undersigned diligently searched the local area described as:

*Cities and/or Counties Searched*
for defendant and was unable to find defendant for process service at this time. The following attempts and resources used for this search are described below:

| Date | Time | Address | Remarks |
|------|------|---------|---------|
|      |      |         |         |
|      |      |         |         |
|      |      |         |         |
|      |      |         |         |
|      |      |         |         |

**COMMENTS**

DATED this _____ day of _____ 20 _____.

Process Server Name        Reg. State, County and ID#        Signature

**ORIGINAL PROOF OF NON SERVICE**



ABC Legal Services, Inc
633 YESLER WAY
SEATTLE, WA 98104

Page 1 of 1

Ref #: REF-7017972
Tracking #: 0061817411

