James W. Armstrong (No. 009599)
james.armstrong@sackstierney.com
Brian E. Ditsch (No. 009075)
brian.ditsch@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona  85251-3693
Telephone:  (480) 425-2600

Karl H. Sommer (admitted *pro hac vice*)
karls@sommerkarnes.com
SOMMER KARNES & ASSOCIATES
125 Lincoln Ave, Suite 221
Santa Fe, New Mexico  87501
Telephone: (505) 989-3800

*Attorneys for Zoe Fenn Old, as Personal Representative of the Estate of Forrest Burke Fenn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine,<br><br>                Plaintiff,<br><br>v.<br><br>The Estate of Forrest Burke Fenn, by and through its Personal Representative, Zoe Fenn Old,<br><br>                Defendant. | No. 3:20-cv-08123-PCT-JJT<br><br>**MOTION FOR CLARIFICATION AND REQUEST FOR ENTRY OF JUDGMENT IN A SEPARATE DOCUMENT** |

Defendant Zoe Fenn Old, as the Personal Representative of the Estate of Forrest Burke Fenn, hereby moves for clarification of one aspect of the Order [Doc 46] entered by the Court on February 1, 2021, dismissing this action for lack of personal jurisdiction.  On page 8 of that Order, the Court notes that "[t]he statute of limitations on Plaintiff's breach of contract claim will not have expired at the time of this case's dismissal, meaning Plaintiff can re-file in a different jurisdiction and will this not be prejudiced if the court does not transfer the case."  On page 9, however, the Court then orders the dismissal of this matter "with prejudice."  The Estate accordingly asks for clarification as to whether the Court's

specification of a "with" prejudice dismissal was inadvertent.

The Estate further requests that, pursuant to Fed.R.Civ.P. 58(d), judgment of dismissal be entered against the Plaintiff in a separate document. Under Fed.R.Civ.P. 58(a), the Court's Order granting Defendant's Motion to Dismiss Complaint for Lack of personal Jurisdiction appears to fall within the types of orders for which judgment by a separate document is required.

RESPECTFULLY SUBMITTED this 3rd day of February, 2021.

SACKS TIERNEY P.A.

 */s/James W. Armstrong*
James W. Armstrong
Brian E. Ditsch

SOMMER KARNES & ASSOCIATES

*/s/ Karl H. Sommer*
Karl H. Sommer

*Attorneys for Zoe Fenn Old, as Personal Representative of the Estate of Forrest Burke Fenn*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301
*Plaintiff pro per*

/s/ Toni Cooper

[2937942]