1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Erskine,<br><br>             Plaintiff,<br><br>    v.<br><br>The Estate of Forrest Burke Fenn, by and through its Personal Representative, Zoe Fenn Old,<br><br>             Defendant. | No. 3:20-cv-08123-PCT-JJT<br><br>**ORDER** |

For the reasons stated therein, it is hereby ordered granting Defendant's Motion for Clarification and Request for Entry of Judgment in a Separate Document.

[2938557]