IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Erskine, | No. CV-20-08123-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Forrest Fenn, | |
| Defendant. | |

At issue is Defendant's Motion for Clarification (Doc. 47). On February 1, 2021, the Court entered an Order dismissing this case for lack of personal jurisdiction (Doc. 46). The Court additionally declined Plaintiff's request to transfer the case to the District of New Mexico under 28 U.S.C. § 1631 because, among other reasons, "[t]he statute of limitations on Plaintiff's breach of contract claim will not have expired at the time of this case's dismissal, meaning Plaintiff can re-file in a different jurisdiction and will thus not be prejudiced if the Court does not transfer the case." (Doc. 46 at 8.) However, later in the Order, the Court stated it would dismiss the case "with prejudice." (Doc. 46 at 9.) Defendant's Motion for Clarification correctly asserts that these portions of the Order are in conflict. The Court will thus clarify its previous Order here.

Plaintiff's case is dismissed without prejudice. A dismissal in this or any other jurisdiction based on a lack of personal jurisdiction in that district does not, without more, preclude a claim properly brought in a district where personal jurisdiction requirements may be met.

Lastly, this Order will grant Defendant's request that pursuant to Fed. R. Civ. P. 58(a), the Court enter judgment of dismissal against Plaintiff in a separate document after any attorney fee motion is addressed or the time to file the same has passed without Defendant filing a motion.

**IT IS THEREFORE ORDERED** granting Defendant's Motion for Clarification (Doc. 47). The Court dismissed the matter without prejudice.

Dated this 5th day of February, 2021.

Honorable John J. Tuchi
United States District Judge