

## DECLARATION OF KARL H. SOMMER

I, Karl H. Sommer, hereby declare as follows:

1. I am a 1986 graduate of the University of New Mexico School of Law, a licensed attorney in good standing with the State Bar of New Mexico, and a general partner in the firm of Sommer Karnes & Associates, LLP in Santa Fe, New Mexico, where I have practiced primarily in the field of general civil litigation and real property for over 34 years. Among other courts, I have been admitted to practice before the New Mexico Supreme Court, the United States District Court for the District of New Mexico, and the United States Court of Appeals for the Tenth Circuit.

2. This Declaration is given in support of the appended Motion for Award of Attorneys' Fees, and is based upon my personal knowledge and upon my review of records contemporaneously prepared and maintained in the ordinary course of Sommer Karnes & Associates LLP's business. I am a competent witness to the facts described herein.

3. On June 4, 2020, Mr. Forrest Fenn was served with a summons and complaint arising out of the suit filed on May 26, 2020, by Brian Erskine.

4. After service of the summons and complaint, Sommer Karnes & Associates LLP was asked by Forrest Fenn, an existing client of the firm, to

represent Mr. Fenn in defending a breach of contract action filed against him in the District Court of Arizona by Brian Erskine.

5. Mr. Erskine's claims arose out of the search for a treasure chest Mr. Fenn hid in the Rocky Mountains in 2010.

6. After Mr. Fenn engaged us to represent him, I immediately contacted Sacks Tierney P.A. (James W. Armstrong and Brian E. Ditsch) to determine whether that firm could act as local counsel before the United State District Court for Arizona. They agreed to act as local counsel.

7. Based upon my investigation of Mr. Erskine's claims and my consultation with Mr. Fenn and Sacks Tierney P.A. (James W. Armstrong and Brian E. Ditsch), it was determined that we would move for the dismissal of the Complaint for lack of personal jurisdiction by the deadline imposed under the governing rules, June 25, 2020.

8. Fenn was an existing and longstanding client of Sommer Karnes & Associates, and Sommer Karnes & Associates LLP had entered into an agreement for the payment of a reasonable fee, as required by Rule 16-501 of New Mexico Rules of Professional Responsibility. Fenn agreed to compensate Sommer Karnes & Associates LLP for its work by paying the normal and customary prevailing hourly rates of the individual attorneys and paralegals who would from time to time be called upon to provide services, with the exception of myself. I agreed to

bill this matter at a reduced rate. Mr. Fenn further agreed to reimburse Sommer Karnes & Associates LLP for all court costs and other out-of-pocket expenses relating to the representation.

9. Following Mr. Fenn's death in September 2020, his daughter, Zoe Fenn Old, acting as the Personal Representative of the Estate of Forrest Burke Fenn, agreed to continue Sommer Karnes & Associates LLP's representation on the same terms. A copy of Sommer Karnes & Associates LLP's written Fee Agreement with the Estate is attached hereto as Exhibit 1.

10. Attached to this Declaration as Exhibit 2 is a summary of all of the legal services performed by Sommer Karnes & Associates LLP in the defense of Mr. Erskine's lawsuit for which the Estate seeks to recover attorneys' fees. This detailed description identifies each of the lawyers who billed time on the litigation, the amount of time expended measured in tenths of an hour, a concise description of the work performed on a task-by-task basis, and the charges for the work performed.

11. All of the fees and charges identified on Exhibit 2 have been or will be billed to Mr. Fenn or his Estate.

12. During the entire course of the District Court proceedings instituted by Mr. Erskine, I was assigned the responsibility for working with Mr. Fenn as to information gathering, legal strategy, client consultation, and working with Sacks

Tierney, who would act as lead counsel in researching and drafting Mr. Fenn's Motion to Dismiss, along with nearly all of the other motions, motion responses, and motion replies which came thereafter, including the appended Motion for Award of Attorneys' Fees. All of my services relating to the appeal of this matter were or will be billed to Mr. Fenn or his Estate at the rate of $250 per hour, significantly below my normal and prevailing hourly rate of $325.

13. In total, Sommer Karnes & Associates LLP timekeepers billed 41.80 hours for which an award of attorneys' fees is sought, in the total amount of $11,141.95. To avoid even an appearance of duplicative or excessive time, fees are not being sought for the work performed on this matter by two Sommer Karnes & Associates LLP paralegals and an associate

14. I declare under penalty of perjury that the foregoing statements are true and correct.

DATED this 12th day of February, 2021.

/s/ *Karl H. Sommer*
Karl H. Sommer



# SOMMER KARNES & ASSOCIATES LLP

**Mailing Address**
Post Office Box 2476
Santa Fe, New Mexico 87504-2476

**Street Address**
125 Lincoln Ave. Suite 221
Santa Fe, New Mexico 87501

Telephone:(505) 989-3800
Facsimile:(505) 288-3601

Karl H. Sommer, Attorney at Law
khs@sommerkarnes.com
Joseph M. Karnes, Attorney at Law
jmk@sommerkarnes.com
Kathleen L. Killoy, Assoicate
kathleen@sommerkarnes.com

John R. Fox Attorney at Law
johnf@sommerkarnes.com
Of Counsel

October 30, 2020

Zoe Fenn Old

Re: Legal Representation of the Estate of Forrest Burke Fenn, Deceased

Dear Zoe:

As you know, we have been representing your father in the lawsuit filed by Brian Erskine in Cause No. 3:20-cv-08123-PCT-JJT, pending in the Federal District Court in Arizona. Pursuant to this engagement letter, we will act as counsel for the Estate in that matter. If at any time you have questions, comments or concerns, please contact our office immediately and speak with the primary attorney handling your case.

It is our policy to write to clients regarding our billing policy before commencing representation. This engagement letter ("Agreement") describes the basis on which our firm will provide legal services to you and how we will be compensated for our services. Our firm will represent you in this matter as more fully described herein, and under the terms set forth in this Agreement.

## A. Conditions

This Agreement is retroactive to the date we first performed services on your behalf. Even if this Agreement does not take effect, you will be obligated to pay us the reasonable value of any services we have performed for you.

## B. Subject Matter and Scope of Services

Along with Sacks Tierney, P.A. We will represent you in all stages of the litigation. We will keep you apprised of what is happening with your matter as it proceeds. We will also discuss with you any significant actions we believe should be taken to advance your case or better represent your interest (e.g. filing a lawsuit or appeal); and discuss the financial impact such measures may have on you. We will not take any significant steps in your matter without your approval. Therefore, if you have any questions at any time about our representation or what is happening with your case, please do not hesitate to ask.

**SOMMER KARNES & ASSOCIATES LLP**

Zoe Fenn Old
October 30, 2020
Page 2 of 5

**C. Terms of Representation**

    1. <u>Performance of the Work.</u> I will have overall responsibility for your representation. I will utilize other attorneys, paralegals and legal assistants in our office in the best exercise of my professional judgment. As a means of providing you with more efficient and cost-effective services, at my direction, our paralegals and legal assistants will communicate with you about your matter and provide services of which they are qualified and capable. By signing this letter, you consent to the utilization of other attorneys, paralegals and staff members in our firm's representation of you in this matter.

    2. <u>Hourly Rates.</u> Our schedule of hourly rates for attorneys and other members of the professional staff is based on years of experience, emphasis in training and practice, and level of professional attainment. My rate for this matter will be $250.00 per hour. To the extent that other attorneys, paralegals or legal assistants are involved, their present hourly rate ranges from $125.00 to $250.00 per hour.

    We reserve the option to increase our rates at the beginning of a new calendar year. Attorneys' rates may increase by $25.00 per hour each year; and paralegal and legal assistants' rates may increase by $10.00 per hour each year. We will provide you with advance notice before rates are raised pursuant to this paragraph.

    3. <u>Retainer.</u> We will not require a retainer in this matter.

    4. <u>Disclaimer of Guarantee.</u> Nothing in this Agreement and nothing in our statements to you will be construed as a promise or guarantee about the outcome of your matter. We make no such promises or guarantees. Any comments about the outcome of your matter are expressions of opinion, only. You agree to pay our bills regardless of the ultimate outcome of your matter.

    5. <u>Client Duties.</u> You agree to be completely candid and truthful with us, to cooperate with us, to keep us informed of developments, to abide by this Agreement, to pay our bills on time, and to keep us advised of your most current contact information. We encourage you to contact us whenever you have any questions concerning our representation of you. In order to preserve the attorney-client relationship, you agree to raise any issue regarding fees and costs within (7) seven business days, so that the attorney with primary responsibility can evaluate these issues and attempt to resolve them in an expeditious and amicable manner.

**D. Billing Policy**

Sommer Karnes & Associates LLP provides clients with timely, detailed billing statements for professional services performed and costs incurred. The primary attorney for your matter will review your billing statement before it is issued to ensure that the amount charged is accurate. The billing statement will be delivered to you on a monthly basis and is due and payable upon receipt.

## SOMMER KARNES & ASSOCIATES LLP

Zoe Fenn Old
October 30, 2020
Page 3 of 5

The following charges will be included in your billing statement:

    1. <u>Fees for Services.</u> The principal factor used in determining fees is the hourly rate currently charged by the attorney, paralegal or legal assistant who has done work on your behalf. While we attempt to keep accurate time records, the nature of our business does not permit timekeeping to the minute. We will bill for services in increments of 0.10 hours. In addition, we charge a minimum time entry of 0.20 hours for an interruption in work such as a phone call or email, no matter how brief the interruption. Please understand that we must bill you for each telephone call, conference or other communication that we have with you. Therefore, we suggest when you contact our office, you include all of your questions or matters needing to be addressed in a concise email or phone call, rather than multiples, to be more efficient and reduce your overall fees. Please be advised we also charge a minimum time entry of 0.30 hours for missed appointments. You will also be charged for time we spend with others on your behalf, such as real estate brokers, accountants, witnesses and other attorneys or professionals.

    2. <u>Costs Incurred and Advanced</u>. You will be charged for all out-of-pocket expenses incurred on your behalf, including, but not limited to: filing fees, service charges, recording fees, copies, facsimiles, depositions, postage, express delivery charges, telephone charges, travel expenses outside of the City of Santa Fe and out-of-plan research expenses. These items will be billed to you as we are billed for them. Therefore, your billing statement may include a cost that was incurred during an earlier billing cycle. All payments made by you will first be applied to payment of these costs.

    3. <u>Gross Receipts Tax.</u> In New Mexico, gross receipts taxes (GRT) are imposed upon fees for services, including some costs. The amount of GRT to be charged changes from time to time. We will charge the current tax rate, which will be reflected in your billing statement.

    4. <u>Late Charges and Accounts in Arrears.</u> Our billing statements are prepared and delivered to you the month after which services are rendered to you. Therefore, we bill for work performed. All billing statements are due upon receipt. Our firm does not extend credit. If payment has not been received before the next billing statement is issued, we will charge you a late fee of one percent (1%) per month on the total outstanding balance. If your bill remains unpaid in full for more than three billing cycles, we will increase the late fee charged to three percent (3%) per month thereafter until paid in full.

We recognize that there are occasions when a bill cannot immediately be paid in full. If such an occasion arises, please contact the primary attorney for your matter immediately, and we will be happy to discuss it with you.

    5. <u>Suspension or Termination of Work for Non-Payment.</u> If any portion of your account is sixty (60) days or more in arrears, or we have not received a requested retainer, we reserve the

**SOMMER KARNES & ASSOCIATES LLP**

Zoe Fenn Old
October 30, 2020
Page 4 of 5

right, in our sole discretion, to suspend work on your matter until the account is brought current or the required retainer is paid; or, if appropriate, to terminate all work and our representation of you.

      6. Arbitration of Fees and Charging Lien. If we terminate services due to non-payment of fees, you agree to have the matter referred to the Fee Arbitration Program of the State Bar of New Mexico for binding resolution. You further agree to the filing of an attorney charging lien for all outstanding amounts owed by you to our firm, plus interest, until paid in full.

      We understand that clients are often concerned about the cost of legal representation. Therefore, upon request we will attempt to provide you with an estimate of the approximate cost of handling your matter. However, any estimate we may provide to you is only our best estimate based upon our experience with similar matters. Many factors contribute to the cost of your representation including, but not limited to, the legal complexities at issue, the number of additional persons or parties involved, other party's and their attorneys' conduct including and how litigious they may be, as well as your own participation in the process. Therefore, any estimate we give you is not a fixed statement of our fees. If fees and costs exceed what we estimate, we will discuss it with you. However, ultimately you are responsible for payment of all such fees and costs incurred in your matter.

**E. Resolution of Disputes.** You and we agree that any dispute arising under this Agreement, including without limitation any dispute regarding the fees and costs charged to you in the course of our representation of you, will be promptly referred to the Fee Arbitration Program of the State Bar of New Mexico for binding resolution. Either you or we may refer the dispute to said Fee Arbitration Program.

**F. Termination of Representation.** As the client, you have the right to terminate our representation at any time. We retain the same right and may terminate our representation of you for non-payment of fees as well as a break-down in our ability to represent you to the best of our ability legally, professionally or ethically. We will not, however, discontinue services without giving you due notice. Upon request and reasonable notice, we will also deliver, pursuant to your instructions, all papers and property to which you are entitled (unless subject to a lien for any unpaid billing statements). We will also cooperate with substitute counsel, if you so request, and upon the making of appropriate arrangements for payment of fees and costs for such cooperation.

Please carefully review this letter and, if it meets with your approval, sign the enclosed copy and return all pages to our office by email and/or U.S. mail. If you have any questions, please feel free to call me.

On a personal note, I am very pleased that you have selected our firm to represent you. We look forward to working with you.

**SOMMER KARNES & ASSOCIATES LLP**

Zoe Fenn Old
October 30, 2020
Page 5 of 5

Sincerely,

*[signature: Karl H. Sommer]*

Karl H. Sommer

I have carefully reviewed and agree to all terms and conditions set forth in this Agreement.

*[signature: Zoe Fenn Old]*
_____
Zoe Fenn Old, Personal Representative of
The Estate of Forrest Burke Fenn

10·30·20
_____
Date

# EXHIBIT 2

Sommer Karnes & Associates, LLP
Post Office Box 2476
Santa Fe, New Mexico 87504
(505) 989-3800
khs@sommerkarnes.com
Federal Tax ID No. 61-1586260

Forrest Fenn
1021 Old Santa Fe Trail
Santa Fe  NM  87505-0358

Page: 1
02/11/2021
Account No: 11202-003
Statement No: 79870

Defense of Brian Erskine Complaint

Interim Statement

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/04/2020 | KHS | Office conference with Mr. Fenn regarding the latest suit filed by Mr. Erskine and differences between this case and his previous filings. | 250.00 | 0.50 | 125.00 |
| | KHS | Review of local rules and pro hac vice rules for admission in Arizona for KHS. | 0.00 | 0.70 | 0.00 |
| 06/05/2020 | KHS | Met with Arizona counsel by phone regarding the nature of case the need for local representation. | 250.00 | 1.00 | 250.00 |
| | KHS | Drafted and sent e-mail to Mr. Ditsch regarding case and follow up to call. | 250.00 | 0.40 | 100.00 |
| 06/09/2020 | KHS | Telephone call and met with Thomas Hnasko counsel for Jack Stuef regarding lawsuit filed by Mr. Erskine. | 250.00 | 1.25 | 312.50 |
| | KHS | Teleconference with Brian Ditsch and Jim Armstrong as follow up to the discussion with Stuef's counsel. | 250.00 | 0.75 | 187.50 |
| | KHS | Met with with Forrest Fenn at his home concerning counsel in AZ and the strategy. | 250.00 | 1.00 | 250.00 |
| | KHS | Review of documentation related to theErskine claims about the right to possession of treasure and the Website Erksine has posted. | 250.00 | 1.25 | 312.50 |
| | KHS | Conference call with Mr. Fenn regarding the implications of the Erskine Claims. | 250.00 | 0.40 | 100.00 |
| 06/20/2020 | KHS | Revised the Declaration for Mr. Fenn's review and approval | 250.00 | 0.40 | 100.00 |
| | KHS | Met with Mr. Fenn regarding the Declaration and changes to the Declaration at his house. | 250.00 | 0.75 | 187.50 |
| | KHS | Finalized Declaration for execution. | 250.00 | 0.25 | 62.50 |

**Forrest Fenn**

Defense of Brian Erskine Complaint

Page: 2
02/11/2021
Account No: 11202-003
Statement No: 79870

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | KHS | Drafted and sent e-mail to Arizona counsel regarding the signed Declaration. | 250.00 | 0.25 | 62.50 |
| 06/21/2020 | KHS | Made revisions pursuant to direction from Arizona Counsel regarding the Declaration. | 250.00 | 0.10 | 25.00 |
| | KHS | Review of the e-mails from client regarding the internet traffic regarding Erskine. | 250.00 | 0.10 | 25.00 |
| | KHS | Teleconference with co-counsel in Arizona regarding the letter to Erskine, the motion and the affidavit. | 250.00 | 0.25 | 62.50 |
| | KHS | Drafted and revised the letter to Mr. Erskine. | 250.00 | 1.00 | 250.00 |
| 06/22/2020 | KHS | Communication with Jim Armstrong regarding the Declaration of Mr. Fenn. | 250.00 | 0.10 | 25.00 |
| | KHS | Made additional changes to the Affidavit from Forrest Fenn and met with him briefly regarding same at his home. . | 250.00 | 1.00 | 250.00 |
| 06/23/2020 | KHS | Review of motion to dismiss with client and the nature of the legal issue regarding jurisdiction. | 250.00 | 0.75 | 187.50 |
| 06/24/2020 | KHS | Review of Court Order and Teleconference with client regarding same. | 250.00 | 0.20 | 50.00 |
| 06/26/2020 | KHS | Review of Motion to Dismiss; Met with Mr. Fenn regarding the same. | 250.00 | 1.00 | 250.00 |
| | KHS | Review of Erskine's filing of the notice and review of Court's order regarding his compliance with the rules. | 250.00 | 0.25 | 62.50 |
| 06/27/2020 | KHS | Followed up on the Pro Hac Vice entry of appearance in Arizona Courts. | 250.00 | 0.50 | 125.00 |
| 06/29/2020 | KHS | Drafted and sent e-mail to several e-mails to counsel and client regarding the orders that have been issued. | 250.00 | 0.40 | 100.00 |
| 07/06/2020 | KHS | Teleconference with Forrest Fenn regarding the latest Erskine filings. | 250.00 | 0.10 | 25.00 |
| 07/13/2020 | KHS | Teleconference with Counsel in Arizona regarding the bill and the reduction of the bill; Teleconference with Mr. Fenn regarding the same. | 250.00 | 0.25 | 62.50 |
| 07/16/2020 | KHS | Review of Erskine filings and Teleconference with attorneys in AZ. Teleconference with Forrest regarding same. | 250.00 | 0.75 | 187.50 |
| 07/17/2020 | KHS | Review of Erskine filings. | 250.00 | 0.10 | 25.00 |
| 07/28/2020 | KHS | Drafted and sent e-mail to lawyers in Arizona regarding timing of the response. | 250.00 | 0.25 | 62.50 |

Forrest Fenn

Defense of Brian Erskine Complaint

Page: 3
02/11/2021
Account No: 11202-003
Statement No: 79870

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/2020 | KHS | Review of the interviews of Forrest Fenn related to the direction to go out and finding the treasure. | 250.00 | 3.00 | 750.00 |
| 08/07/2020 | KHS | Finalized and compiled all of the Exhbits necessary for Erskine Reply. | 250.00 | 2.00 | 500.00 |
| 08/10/2020 | KHS | Drafted and sent e-mail to Mr. Fenn regarding the spredsheet of interviews; Met with Mr. Fenn re the effects of a transfer and implications of a transfer v. dismissal. | 250.00 | 1.50 | 375.00 |
| 08/11/2020 | KHS | Compiled e-mails Bob Boze Bell with Forrest Fenn. | 250.00 | 0.75 | 187.50 |
| 08/18/2020 | KHS | Work on Fenn Affidavit. | 250.00 | 0.75 | 187.50 |
| 08/19/2020 | KHS | Reviewed and revised affidavit for the Erskine filing. | 250.00 | 1.40 | 350.00 |
| | KHS | Review of latest motion from Erskine. | 250.00 | 0.25 | 62.50 |
| 08/23/2020 | KHS | Met with Mr. Fenn regarding the Affidavit and Response. | 250.00 | 1.50 | 375.00 |
| 08/28/2020 | KHS | Review of Motion to Strike with Mr. Fenn. | 250.00 | 0.50 | 125.00 |
| 09/03/2020 | KHS | Teleconference with Forrest Fenn regarding the Erskine filing. | 250.00 | 0.25 | 62.50 |
| 09/08/2020 | KHS | Dealt with the Notice of Death. | 250.00 | 0.25 | 62.50 |
| 09/14/2020 | KHS | Review of Erskine Email and response to counsel in AZ with Ms. Zoe Old. | 250.00 | 1.00 | 250.00 |
| 09/17/2020 | KHS | Review of New Mexico law on whether the contract claim survives Mr. Fenn's passing. | 250.00 | 0.50 | 125.00 |
| | KHS | Teleconference with Mr. Armstrong regarding the Erskine email and the card he sent. | 250.00 | 0.25 | 62.50 |
| 09/29/2020 | KHS | Review of Erskine's email regarding the filing of yet another motion to transfer (.2); Met with Ms Old regarding the response to sent to attorneys in AZ (.2). | 250.00 | 0.40 | 100.00 |
| 10/07/2020 | KHS | Review and comment on the Motion to Substitute. | 250.00 | 0.20 | 50.00 |
| 10/08/2020 | KHS | Teleconference with John Hickey regarding the notice issues. | 250.00 | 0.10 | 25.00 |
| | KHS | Drafted and sent e-mail/text to Mr. Hickey regarding the notice to plaintiffs. | 250.00 | 0.10 | 25.00 |
| 10/20/2020 | KHS | Review of latest filing from Erskine and Teleconference with Mr. Armstrong directing him to do a simple response. | 250.00 | 0.75 | 187.50 |
| 10/21/2020 | KHS | Review of the draft Reply for motion to substitute. | 250.00 | 0.25 | 62.50 |

Forrest Fenn

Page: 4
02/11/2021
Account No: 11202-003
Statement No: 79870

Defense of Brian Erskine Complaint

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/23/2020 | KHS | Review of the latest claim by Erskine against the estate and Drafted and sent e-mail/text to Mr. Armstrong regarding same. | 250.00 | 0.25 | 62.50 |
| 12/04/2020 | KHS | Review of Motion to Substitute with client. | 250.00 | 0.80 | 200.00 |
| 12/08/2020 | KHS | Teleconference with Zoe Old regarding the drafting of the response. | 250.00 | 0.25 | 62.50 |
| 12/17/2020 | KHS | Drafted Erskine Response. | 250.00 | 3.50 | 875.00 |
| 12/18/2020 | KHS | Review of Erskine's filings and sent to clients. | 250.00 | 0.75 | 187.50 |
| | KHS | Finalize response with attachments. | 250.00 | 0.75 | 187.50 |
| 12/21/2020 | KHS | Drafted and sent e-mail/text to Armstrong -- draft e-mail to Erskine. | 250.00 | 0.50 | 125.00 |
| 12/23/2020 | KHS | Revised the Erskine e-mail. | 250.00 | 0.40 | 100.00 |
| 12/28/2020 | KHS | Drafted and sent e-mail/text to client regarding the duplicated pleadings from Erskine. | 250.00 | 0.10 | 25.00 |
| 01/04/2021 | KHS | Interview of David Old (.5); Drafted and revised affidavit of David Old (.9) | 250.00 | 1.40 | 350.00 |
| 01/05/2021 | KHS | Revised the affidavit. Drafted and sent e-mail/text to Armstrong regarding same; review his response. | 250.00 | 1.00 | 250.00 |
| 01/19/2021 | KHS | Review of statute on the Petition that was filed. | 250.00 | 0.40 | 100.00 |
| | | For Current Services Rendered | | 41.80 | 10,275.00 |
| | | Sales Tax on Services | | | 866.95 |
| | | | | Total | 11,141.95 |