**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Erskine, | No. 3:20-cv-08123-PCT-JJT |
| Plaintiff, | |
| v. | **ORDER** |
| The Estate of Forrest Burke Fenn, by and through its Personal Representative, Zoe Fenn Old, | |
| Defendant. | |

For the reasons stated therein, it is hereby ordered granting Defendant's Motion for Award of Attorneys' Fees in the sum of $_____.

[2938557]