James W. Armstrong (No. 009599)
james.armstrong@sackstierney.com
Brian E. Ditsch (No. 009075)
brian.ditsch@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona  85251-3693
Telephone:  (480) 425-2600

Karl H. Sommer (admitted *pro hac vice*)
karls@sommerkarnes.com
SOMMER KARNES & ASSOCIATES
125 Lincoln Ave, Suite 221
Santa Fe, New Mexico  87501
Telephone: (505) 989-3800

*Attorneys for Zoe Fenn Old, as Personal Representative of the Estate of Forrest Burke Fenn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Erskine, | No. 3:20-cv-08123-PCT-JJT |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA** |
| The Estate of Forrest Burke Fenn, by and through its Personal Representative, Zoe Fenn Old, | |
| Defendant. | |

At the top of page 11 of its recently-filed Motion for Award of Attorneys' Fees [Doc 49] the Estate of Forrest Burke Fenn stated that "Mr. Erskine himself valued the treasure Chest and its contents at $2-3 million, *an amount the Estate believes to be reasonably accurate.*"  The Estate hereby corrects that statement by noting that the Chest and its contents have not been appraised and consequently the Estate cannot take a position on the accuracy of the valuation made by Mr. Erskine.

RESPECTFULLY SUBMITTED this 17th day of February, 2021.

SACKS TIERNEY P.A.

*/s/James W. Armstrong*
James W. Armstrong
Brian E. Ditsch


SOMMER KARNES & ASSOCIATES

*/s/ Karl H. Sommer*
Karl H. Sommer

*Attorneys for Zoe Fenn Old, as Personal Representative of the Estate of Forrest Burke Fenn*

2

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301
*Plaintiff pro per*

/s/ Toni Cooper

[2947924]