UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: District of Arizona

U.S. District Court case number: CV-20-08123-PCT-JJT

Date case was first filed in U.S. District Court: May 26, 2020 (recorded May 28)

Date of judgment or order you are appealing: February 1, 2021 (or later)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Brian Erskine (pro se)

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

1338 Sabatina Street

City: Prescott   State: AZ   Zip Code: 86301

Prisoner Inmate or A Number (if applicable):

Signature: *[signed] Brian Erskine*   Date: March 3, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 12/01/2018

1338 Sabatina Street
Prescott, Arizona 86301

Clerk of the Court
U. S. District Court, District of Arizona
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

March 3, 2021

Dear Justice Professional:

      In lieu of Form 6, I affirm that I plan to self-represent on appeal.  I understand that an appeal differs from a trial.  An appeal is not a new trial and new arguments may not be raised.  An appeal resolves appellate issues.  Both trial and appeals courts are courts of justice that work together.  Though self-representing, I aim for a professional standard in presenting my appeal.

Respectfully

Brian Erskine
Plaintiff, CV-20-08123-PCT-JJT