# EXHIBIT A

**Armstrong, James W.**

| | |
|---|---|
| **From:** | Ditsch, Brian E. |
| **Sent:** | Thursday, February 11, 2021 5:02 PM |
| **To:** | Brian Erskine |
| **Cc:** | Armstrong, James W.; Karl H. Sommer |
| **Subject:** | FW: Scans [IWOV-EMM.FID723432] |
| **Attachments:** | Scan 1.pdf; Scan 2.pdf |

Mr. Erskine:

As you know, we are preparing to file an application for attorneys' fees on behalf of the Fenn defendants by Monday.  In anticipation of our required consultation tomorrow morning, I am sending to you at this time the current working drafts of the papers itemizing the services rendered by defense counsel (both this firm and Mr. Sommer's) for which fees will be claimed, so that you will have an opportunity to review the draft papers before the consultation tomorrow.  ---   Brian Ditsch

Brian E. Ditsch
Attorney
P. 480.425.2636  |  F. 480.425.4936
Brian.Ditsch@SacksTierney.com



Sacks Tierney P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251
www.sackstierney.com
a Member of **MERITAS** Law Firms Worldwide

**From:** Cooper, Toni <toni.cooper@sackstierney.com>
**Sent:** Thursday, February 11, 2021 4:49 PM
**To:** Ditsch, Brian E. <Brian.Ditsch@sackstierney.com>
**Subject:** Scans

*Toni Cooper*
**Legal Assistant**
**P.  480.425.2602  F.  480.425.4902**
toni.cooper@sackstierney.com



*Celebrating 60 Years of Service 1960 - 2020*

Sacks Tierney
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251
www.sackstierney.com
a Member of **MERITAS** Law Firms Worldwide

1

NOTICE:  This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies.  To ensure IRS compliance, any tax advice included in this e-mail may not be used by any recipient to avoid penalties imposed under the Internal Revenue Code, state or local tax law provisions.
Thank you.

Sommer Karnes & Associates, LLP
Post Office Box 2476
Santa Fe, New Mexico 87504
(505) 989-3800
khs@sommerkarnes.com
Federal Tax ID No. 61-1586260

Forrest Fenn
1021 Old Santa Fe Trail
Santa Fe  NM  87505-0358

Page: 1
02/11/2021
Account No:      11202-003
Statement No:         79870

Defense of Brian Erskine Complaint

Interim Statement

Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/2020 | KHS | Office conference with Mr. Fenn regarding the latest suit filed by Mr. Erskine and differences between this case and his previous filings. | 250.00 | 0.50 | 125.00 |
| | KHS | Review of local rules and pro hac vice rules for admission in Arizona for KHS. | 0.00 | 0.70 | 0.00 |
| 06/05/2020 | KHS | Met with Arizona counsel by phone regarding the nature of case the need for local representation. | 250.00 | 1.00 | 250.00 |
| | KHS | Drafted and sent e-mail to Mr. Ditsch regarding case and follow up to call. | 250.00 | 0.40 | 100.00 |
| 06/09/2020 | KHS | Telephone call and met with Thomas Hnasko counsel for Jack Stuef regarding lawsuit filed by Mr. Erskine. | 250.00 | 1.25 | 312.50 |
| | KHS | Teleconference with Brian Ditsch and Jim Armstrong as follow up to the discussion with Stuef's counsel. | 250.00 | 0.75 | 187.50 |
| | KHS | Met with with Forrest Fenn at his home concerning counsel in AZ and the strategy. | 250.00 | 1.00 | 250.00 |
| | KHS | Review of documentation related to theErskine claims about the right to possession of treasure and the Website Erksine has posted. | 250.00 | 1.25 | 312.50 |
| | KHS | Conference call with Mr. Fenn regarding the implications of the Erskine Claims. | 250.00 | 0.40 | 100.00 |
| 06/20/2020 | KHS | Revised the Declaration for Mr. Fenn's review and approval | 250.00 | 0.40 | 100.00 |
| | KHS | Met with Mr. Fenn regarding the Declaration and changes to the Declaration at his house. | 250.00 | 0.75 | 187.50 |
| | KHS | Finalized Declaration for execution. | 250.00 | 0.25 | 62.50 |

Forrest Fenn

Defense of Brian Erskine Complaint

Page: 2
02/11/2021
Account No:   11202-003
Statement No:   79870

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | KHS | Drafted and sent e-mail to Arizona counsel regarding the signed Declaration. | 250.00 | 0.25 | 62.50 |
| 06/21/2020 | KHS | Made revisions pursuant to direction from Arizona Counsel regarding the Declaration. | 250.00 | 0.10 | 25.00 |
| | KHS | Review of the e-mails from client regarding the internet traffic regarding Erskine. | 250.00 | 0.10 | 25.00 |
| | KHS | Teleconference with co-counsel in Arizona regarding the letter to Erskine, the motion and the affidavit. | 250.00 | 0.25 | 62.50 |
| | KHS | Drafted and revised the letter to  Mr. Erskine. | 250.00 | 1.00 | 250.00 |
| 06/22/2020 | KHS | Communication with Jim Armstrong regarding the Declaration of Mr. Fenn. | 250.00 | 0.10 | 25.00 |
| | KHS | Made additional changes to the Affidavit from Forrest Fenn and met with him briefly regarding same at his home. . | 250.00 | 1.00 | 250.00 |
| 06/23/2020 | KHS | Review of motion to dismiss with client and the nature of the legal issue regarding jurisdiction. | 250.00 | 0.75 | 187.50 |
| 06/24/2020 | KHS | Review of Court Order and Teleconference with client regarding same. | 250.00 | 0.20 | 50.00 |
| 06/26/2020 | KHS | Review of Motion to Dismiss; Met with Mr. Fenn regarding the same. | 250.00 | 1.00 | 250.00 |
| | KHS | Review of Erskine's filing of the notice and review of Court's order regarding his compliance with the rules. | 250.00 | 0.25 | 62.50 |
| 06/27/2020 | KHS | Followed up on the Pro Hac Vice entry of appearance in Arizona Courts. | 250.00 | 0.50 | 125.00 |
| 06/29/2020 | KHS | Drafted and sent e-mail to several e-mails to counsel and client regarding the orders that have been issued. | 250.00 | 0.40 | 100.00 |
| 07/06/2020 | KHS | Teleconference with Forrest Fenn regarding the latest Erskine filings. | 250.00 | 0.10 | 25.00 |
| 07/13/2020 | KHS | Teleconference with Counsel in Arizona regarding the bill and the reduction of the bill; Teleconference with Mr. Fenn regarding the same. | 250.00 | 0.25 | 62.50 |
| 07/16/2020 | KHS | Review of Erskine filings and Teleconference with attorneys in AZ. Teleconference with Forrest regarding same. | 250.00 | 0.75 | 187.50 |
| 07/17/2020 | KHS | Review of Erskine filings. | 250.00 | 0.10 | 25.00 |
| 07/28/2020 | KHS | Drafted and sent e-mail to lawyers in Arizona regarding timing of the response. | 250.00 | 0.25 | 62.50 |

Forrest Fenn

Defense of Brian Erskine Complaint

Page: 3
02/11/2021
Account No:  11202-003
Statement No:  79870

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/2020 | KHS | Review of the interviews of Forrest Fenn related to the direction to go out and finding the treasure. | 250.00 | 3.00 | 750.00 |
| 08/07/2020 | KHS | Finalized and compiled all of the Exhbits necessary for Erskine Reply. | 250.00 | 2.00 | 500.00 |
| 08/10/2020 | KHS | Drafted and sent e-mail to Mr. Fenn regarding the spredsheet of interviews; Met with Mr. Fenn re the effects of a transfer and implications of a transfer v. dismissal. | 250.00 | 1.50 | 375.00 |
| 08/11/2020 | KHS | Compiled e-mails Bob Boze Bell with Forrest Fenn. | 250.00 | 0.75 | 187.50 |
| 08/18/2020 | KHS | Work on Fenn Affidavit. | 250.00 | 0.75 | 187.50 |
| 08/19/2020 | KHS | Reviewed and revised affidavit for the Erskine filing. | 250.00 | 1.40 | 350.00 |
| | KHS | Review of latest motion from Erskine. | 250.00 | 0.25 | 62.50 |
| 08/23/2020 | KHS | Met with Mr. Fenn regarding the Affidavit and Response. | 250.00 | 1.50 | 375.00 |
| 08/28/2020 | KHS | Review of Motion to Strike with Mr. Fenn. | 250.00 | 0.50 | 125.00 |
| 09/03/2020 | KHS | Teleconference with Forrest Fenn regarding the Erskine filing. | 250.00 | 0.25 | 62.50 |
| 09/08/2020 | KHS | Dealt with the Notice of Death. | 250.00 | 0.25 | 62.50 |
| 09/14/2020 | KHS | Review of Erskine Email and response to counsel in AZ with Ms. Zoe Old. | 250.00 | 1.00 | 250.00 |
| 09/17/2020 | KHS | Review of New Mexico law on whether the contract claim survives Mr. Fenn's passing. | 250.00 | 0.50 | 125.00 |
| | KHS | Teleconference with Mr. Armstrong regarding the Erskine email and the card he sent. | 250.00 | 0.25 | 62.50 |
| 09/29/2020 | KHS | Review of Erskine's email regarding the filing of yet another motion to transfer (.2); Met with Ms Old regarding the response to sent to attorneys in AZ (.2). | 250.00 | 0.40 | 100.00 |
| 10/07/2020 | KHS | Review and comment on the Motion to Substitute. | 250.00 | 0.20 | 50.00 |
| 10/08/2020 | KHS | Teleconference with John Hickey regarding the notice issues. | 250.00 | 0.10 | 25.00 |
| | KHS | Drafted and sent e-mail/text to Mr. Hickey regarding the notice to plaintiffs. | 250.00 | 0.10 | 25.00 |
| 10/20/2020 | KHS | Review of latest filing from Erskine and Teleconference with Mr. Armstrong directing him to do a simple response. | 250.00 | 0.75 | 187.50 |
| 10/21/2020 | KHS | Review of the draft Reply for motion to substitute. | 250.00 | 0.25 | 62.50 |

Forrest Fenn

Defense of Brian Erskine Complaint

Page: 4
02/11/2021
Account No:  11202-003
Statement No:  79870

| Date | | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 11/23/2020 | KHS | Review of the latest claim by Erskine against the estate and Drafted and sent e-mail/text to Mr. Armstrong regarding same. | 250.00 | 0.25 | 62.50 |
| 12/04/2020 | KHS | Review of Motion to Substitute with client. | 250.00 | 0.80 | 200.00 |
| 12/08/2020 | KHS | Teleconference with Zoe Old regarding the drafting of the response. | 250.00 | 0.25 | 62.50 |
| 12/17/2020 | KHS | Drafted Erskine Response. | 250.00 | 3.50 | 875.00 |
| 12/18/2020 | KHS | Review of Erskine's filings and sent to clients. | 250.00 | 0.75 | 187.50 |
| | KHS | Finalize response with attachments. | 250.00 | 0.75 | 187.50 |
| 12/21/2020 | KHS | Drafted and sent e-mail/text to Armstrong -- draft e-mail to Erskine. | 250.00 | 0.50 | 125.00 |
| 12/23/2020 | KHS | Revised the Erskine e-mail. | 250.00 | 0.40 | 100.00 |
| 12/28/2020 | KHS | Drafted and sent e-mail/text to client regarding the duplicated pleadings from Erskine. | 250.00 | 0.10 | 25.00 |
| 01/04/2021 | KHS | Interview of David Old (.5); Drafted and revised affidavit of David Old (.9). | 250.00 | 1.40 | 350.00 |
| 01/05/2021 | KHS | Revised the affidavit. Drafted and sent e-mail/text to Armstrong regarding same; review his response. | 250.00 | 1.00 | 250.00 |
| 01/19/2021 | KHS | Review of statute on the Petition that was filed. | 250.00 | 0.40 | 100.00 |
| | | For Current Services Rendered | | 41.80 | 10,275.00 |
| | | Sales Tax on Services | | | 866.95 |
| | | | | Total | 11,141.95 |

## Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 6/5/2020 | BED | Telephone call from attorney Karl Sommer re lawsuit filed against Forrest Fenn in US District Court in Prescott, Arizona (.5); reviewed Complaint and exhibits (.5); conference with Mr. Armstrong re motion to dismiss case for lack of personal jurisdiction over out-of-state defendant (.3); telephone call to attorney Sommer (.2). | 1.50 | $ 400.00 | $ 600.00 |
| 6/5/2020 | JWA | Office conference with Mr. Ditsch re facts of new case and potential motion to dismiss for lack of jurisdiction (.7); research magistrate judge decisions (.8); office conference with Mr. Ditsch re same (.1). | 1.60 | $ 425.00 | $ 680.00 |
| 6/8/2020 | BED | Telephone calls to / from Karl Sommer re discovery of hidden chest and on-going legal disputes with other would-be claimants, including Brian Erskine (.4); legal research re basis for Erskine's "contract" claim (.5); began drafting Motion to Dismiss Complaint (.2). | 0.90 | $ 400.00 | $ 360.00 |
| 6/8/2020 | JWA | Office conference with Mr. Ditsch re motion to dismiss complaint (.5); review pleadings (1.4); telephone conference with Mr. Ditsch and Mr. Sommer re strategy (.4); research personal jurisdiction issues (2.5). | 4.80 | $ 425.00 | $ 2,040.00 |
| 6/9/2020 | BED | E-mail to Mr. Sommer re representation of Forrest Fenn (.1); telephone call to Mr. Sommer re case status and strategy (.2); conference with Mr. Armstrong re preparation of motion to dismiss complaint for lack of personal jurisdiction (.3); telephone call from Mr. Sommer and Mr. Fenn re defense of Erskine lawsuit (.3). | 0.90 | $ 400.00 | $ 360.00 |
| 6/9/2020 | JWA | Continue personal jurisdiction research. | 2.10 | $ 425.00 | $ 892.50 |
| 6/10/2020 | JWA | Review attachments to complaint. | 1.00 | $ 425.00 | $ 425.00 |
| 6/11/2020 | JWA | Emails to and from Mr. Ditsch re non-consent to magistrate judge (.1); research local Rule 3.7(b) (.3). | 0.40 | $ 425.00 | $ 170.00 |
| 6/12/2020 | JWA | Draft notice of appearance (.1); analyze jurisdiction case law (2.1). | 2.20 | $ 425.00 | $ 935.00 |
| 6/15/2020 | JWA | Email from Mr. Sommer re declaration and motion to dismiss in Colorado case (.6); prepare questions for Fenn declaration (.5); telephone conference with Mr. Sommer re same (.4); begin drafting motion to dismiss complaint (1.5). | 3.00 | $ 425.00 | $ 1,275.00 |
| 6/16/2020 | BED | Conference with Mr. Armstrong re case status and strategy. | 0.20 | $ 400.00 | $ 80.00 |
| 6/16/2020 | JWA | Research and draft declaration of Mr. Fenn in support of motion to dismiss (2.0); continue work on motion to dismiss (1.2). | 3.20 | $ 425.00 | $ 1,360.00 |
| 6/17/2020 | JWA | Revise Fenn declaration (.3); email to Mr. Sommer re same (.2). | 0.50 | $ 425.00 | $ 212.50 |
| 6/18/2020 | BED | Reviewed draft of Fenn Declaration in support of motion to dismiss for lack of jurisdiction (.2); drafted language to revise Declaration (.1). | 0.30 | $ 400.00 | $ 120.00 |

### Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 6/18/2020 | JWA | Email from and office conference with Mr. Ditsch re comments on Fenn declaration (.3); continue work on motion to dismiss (2.3). | 2.60 | $ 425.00 | $ 1,105.00 |
| 6/19/2020 | JWA | Email to Mr. Sommer re Fenn declaration and letter to Mr. Erskine re request for dismissal of case (.3); continue work on motion to dismiss, including supplemental research (2.0). | 2.30 | $ 425.00 | $ 977.50 |
| 6/21/2020 | JWA | Emails from Mr. Sommer re revisions to Fenn declaration. | 0.40 | $ 425.00 | $ 170.00 |
| 6/22/2020 | BED | Conference with Mr. Armstrong and telephone call from Mr. Sommer re Fenn Declaration and litigation strategy (.2); reviewed draft of letter to plaintiff demanding dismissal of lawsuit; legal research re statutory authorization for award of attorneys fees against unsuccessful plaintiff in case alleging claim arising out of contract (.5); sent e-mail to Mr. Sommer (.2). | 0.90 | $ 400.00 | $ 360.00 |
| 6/22/2020 | JWA | Draft non-consent to magistrate judge (.3); email to Mr. Sommer re email from Mr. Erskine (.1); revise draft declaration of Mr. Fenn based on revisions by Mr. Sommer (.7); emails to and from Mr. Sommer re same (.2); emails from Mr. Sommer and Mr. Ditsch re letter to Mr. Erskine requesting dismissal (.3); continue work on motion to dismiss (1.8). | 3.40 | $ 425.00 | $ 1,445.00 |
| 6/23/2020 | BED | Received order re assignment of Erskine lawsuit to Judge Tuchi; conference with Mr. Armstrong (.1); reviewed social media and court records re new Judge (.3); e-mail to Mr. Sommer re case status (.2); telephone call from Mr. Sommer re Judge Tuchi; e-mail to Mr. Armstrong re Motion to Dismiss (.1); received order re Rule 12 motions (.1); telephone call from Mr. Sommer (.5); e-mail to plaintiff Brian Erskine re anticipated motion to dismiss complaint for lack of personal jurisdiction (.1). | 1.40 | $ 400.00 | $ 560.00 |
| 6/23/2020 | JWA | Review notice of judge assignment (.1); office conference with Mr. Ditsch re same (.3); research litigation analysis of Judge Tuchi (.5); revise and continue drafting motion to dismiss (3.4); review order requiring conferral on all Rule 12(b) motions (.1); office conference with Mr. Ditsch re same (.2); review email to Mr. Erskine re same (.1). | 4.70 | $ 425.00 | $ 1,997.50 |
| 6/24/2020 | BED | Conference with Mr. Armstrong re preparation of Motion to Dismiss Complaint (.3); telephone call from Mr. Sommer re case status (.1); legal research re claim for award of attorneys fees against plaintiff Erskine in alleged contract action (.5); telephone call from Mr. Sommer re Erskine reply to e-mail re Rule 12(b) motion (.3); conference with Mr. Armstrong re legal research (.1); e-mail to Mr. Sommer (.1); reviewed draft of Motion (.2). | 1.60 | $ 400.00 | $ 640.00 |

### Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 6/24/2020 | JWA | Revise and continue drafting motion to dismiss, including analysis of research (1.8); email from Mr. Sommer and office conference with Mr. Ditsch re same (.3); emails to Mr. Sommer re drafts of motion (.2); revise and complete draft (2.0); office conference with Mr. Ditsch re same and attorneys' fees research (.3); review fee cases and add cites to motion draft (.5); review email from Mr. Erskine re motion conferral (.4); review emails from Mr. Ditsch and Mr. Sommer re same (.2). | 5.70 | $ 425.00 | $ 2,422.50 |
| 6/25/2020 | BED | Prepared Notice of Certification of Conferral; conference with Mr. Armstrong; telephone call from Mr. Sommer re filing of Motion to Dismiss; e-mail to Mr. Sommer. | 0.60 | $ 400.00 | $ 240.00 |
| 6/25/2020 | JWA | Office conferences with Mr. Ditsch re status of motion to dismiss and certification of conferral (.3); finalize motion to dismiss and organize filing (1.2); emails to Mr. Sommer re same (.2); email from Mr. Sommer re litigation analysis of Judge Tuchi (.4). | 2.10 | $ 425.00 | $ 892.50 |
| 6/26/2020 | BED | Reviewed plaintiff Erskine's Notice of Conference Certification and Notice of Supplemental Pleading (.1); conference with Mr. Armstrong and Mr. Sommer re case status and strategy (.1); reviewed NM federal court order re amendment of complaint for injunction relief against unnamed person claiming to have found treasure chest (.2). | 0.40 | $ 400.00 | $ 160.00 |
| 6/26/2020 | JWA | Review notice of conference certification and notice of supplemental pleading (.3); research Rule 15 issues (1.0); email to Mr. Sommer re same (.3); office conference with Mr. Ditsch re same, including telephone conference with Mr. Sommer (.4); email from Mr. Sommer re order in New Mexico case (.3). | 2.30 | $ 425.00 | $ 977.50 |
| 6/27/2020 | BED | [NO CHARGE]  E-mail to Mr. Sommer re application to admit Mr. Sommer pro hac vice. | - | - | - |
| 6/29/2020 | BED | [NO CHARGE]  Reviewed court order re Erskine non-compliance with court rules. | - | - | - |
| 6/29/2020 | JWA | Review order re response to motion to dismiss and local Rule 12.1 (.1); email to Mr. Sommer re same (.1); review filing deficiency notice (.1); email to Mr. Sommer re same (.1). | 0.40 | $ 425.00 | $ 170.00 |
| 7/13/2020 | BED | [NO CHARGE] E-mails from / to Mr. Sommer; conference call with Mr. Armstrong and Mr. Sommer re case status and strategy. | - | $ - | $ - |
| 7/15/2020 | JWA | Review docket entries re pro hac vice admission of Mr. Sommer (.2); Office conference with Mr. Ditsch re same (.1). | 0.30 | $ 425.00 | $ 127.50 |
| 7/16/2020 | BED | Reviewed Erskine Motion for Supplemental Pleading (.3); telephone conference with Mr. Sommer and Mr. Armstrong re litigation strategy (.4); research re Erskine request for transfer to alternative venue and re Fenn claim for attorneys fees under section 12-341.01(A) in case transferred for lack of jurisdiction (.4). | 1.10 | $ 420.00 | $ 462.00 |

### Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 7/16/2020 | JWA | Review Motion for Supplemental Pleading filed by Mr. Erskine (.7); Review preliminary research on Rule 15(d) (.3); Office conference with Mr. Ditsch re Motion (.3); telephone conference with and emails from Mr. Sommer re same (.4); preliminarily research 28 USC 1631 (.4); emails to and from Mr. Sommer re same (.3); office conference with Mr. Ditsch re impact on fee claim (.2). | 2.60 | $ 425.00 | $ 1,105.00 |
| 7/17/2020 | BED | Conference with Mr. Armstrong re litigation strategy. | 0.30 | $ 420.00 | $ 126.00 |
| 7/17/2020 | JWA | Research caselaw on Rule 15(d). | 2.10 | $ 425.00 | $ 892.50 |
| 7/23/2020 | JWA | Begin drafting Response to Rule 15(d) Motion, including analysis of research. | 2.50 | $ 425.00 | $ 1,062.50 |
| 7/24/2020 | BED | Conference with Mr. Armstrong re case status and preparation of Response to plaintiff's motion for supplemental pleading. | 0.10 | $ 420.00 | $ 42.00 |
| 7/24/2020 | JWA | Revise and continue drafting response to Rule 15(d) motion. | 2.20 | $ 425.00 | $ 935.00 |
| 7/27/2020 | BED | Telephone calls to / from Mr. Sommer re case status and strategy (.3); reviewed Erskine's Response to Fenn Motion to Dismiss and related papers (.6); telephone call from Mr. Sommer and Mr. Armstrong re litigation strategy (.5). | 1.40 | $ 420.00 | $ 588.00 |
| 7/27/2020 | JWA | Telephone call from Mr. Sommer re motion papers filed yesterday by Mr. Erskine (.3); review withdrawal of prior Rule 15(d) motion, new Rule 15(d) motion, response to motion to dismiss, and supplemental affidavit (2.0); research 28 U.S.C. Section 1631 and governing standards (1.5); telephone conference with Mr. Sommer and Mr. Ditsch re same and strategy (.5). | 4.30 | $ 425.00 | $ 1,827.50 |
| 7/28/2020 | BED | Telephone call from Mr. Sommer re case status and strategy re Fenn's motion to dismiss (.2); conference with Mr. Armstrong (.1); e-mails to / from Mr. Sommer re requesting extension of time for filing Reply in support of Motion (.2) ; reviewed and revised draft of Response to Erskine motion for supplemental pleading (.2). | 0.70 | $ 420.00 | $ 294.00 |
| 7/28/2020 | JWA | Office conference with Mr. Ditsch re telephone conference with Mr. Sommer re strategy (.4); emails from Mr. Sommer re time extension (.2); emails to and from Mr. Erskine re same (.2); email to and office conference with Mr. Ditsch re partial draft of response to withdrawn Rule 15(d) motion (.2). | 1.00 | $ 425.00 | $ 425.00 |
| 7/29/2020 | BED | Telephone call from Mr. Sommer (.2); conference with Mr. Armstrong re case status and strategy (.1). | 0.30 | $ 420.00 | $ 126.00 |
| 7/29/2020 | JWA | Email from Mr. Erskine re no opposition to time extension request (.1); email to Mr. Sommer and office conference with Mr. Ditsch re same (.2); research and draft unopposed motion and order (.4); organize filing of same (.1); review order granting same (.1). | 0.90 | $ 425.00 | $ 382.50 |

4

### Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 7/31/2020 | BED | Telephone call from Mr. Sommer re preparation of Reply in support of Motion to Dismiss (.2); reviewed interviews of Forrest Fenn re publication of The Thrill of the Chase (.3); conference with Mr. Armstrong (.2). | 0.70 | $ 420.00 | $ 294.00 |
| 7/31/2020 | JWA | Email from Mr. Sommer re interview with Mr. Fenn on finding the chest (.2); office conference with Mr. Ditsch re same and other materials in support of motion reply (.2). | 0.40 | $ 425.00 | $ 170.00 |
| 8/3/2020 | JWA | Review notice of motion for supplemental pleading filed by plaintiff (.1); begin work on response to motion (1.5). | 1.60 | $ 425.00 | $ 680.00 |
| 8/5/2020 | JWA | Revise and continue drafting response to Rule 15(d) motion. | 1.50 | $ 425.00 | $ 637.50 |
| 8/6/2020 | BED | [NO CHARGE]  E-mail to Mr. Sommer re evidence for Reply in support of motion to dismiss. | - | $ - | $ - |
| 8/6/2020 | JWA | Office conference with Mr. Ditsch re status (.2); revise and continue drafting Rule 15(d) response (3.1). | 3.30 | $ 425.00 | $ 1,402.50 |
| 8/7/2020 | BED | Telephone call from Mr. Sommer (.1); conference call with Mr. Sommer and Mr. Armstrong re case status and litigation strategy, including use of evidence re Fenn interviews (2010 - 2020) (.2); reviewed draft of Response to (second) motion for supplemental pleading(.2); conference with Mr. Armstrong re filing Response (.2). | 0.70 | $ 420.00 | $ 294.00 |
| 8/7/2020 | JWA | Revise and complete draft response to Rule 15(d) motion (.8); email to Mr. Sommer and office conference with Mr. Ditsch re same (.3); email from Mr. Sommer with compilation of media statements about finding the chest (1.0); telephone conference with Mr. Sommer and Mr. Ditsch re same (.3). | 2.40 | $ 425.00 | $ 1,020.00 |
| 8/10/2020 | JWA | Emails to and from Mr. Sommer re response to Rule 15(d) motion (.1); finalize and file response (.2); begin work on reply in support of motion to dismiss, including additional research on 28 U.S.C. Section 1631 (3.6). | 3.90 | $ 425.00 | $ 1,657.50 |
| 8/11/2020 | BED | Conference with Mr. Armstrong (.1); telephone call from Mr. Sommer (.1); legal research re transfer to another district court pursuant to 28 U.S.C. section 1631 (.3). | 0.50 | $ 420.00 | $ 210.00 |
| 8/11/2020 | JWA | Emails from and to Mr. Sommer re emails between Mr. Fenn and Mr. Bell (.3); office conference with Mr. Ditsch re same (.2); revise and continue work on draft reply (1.7); office conference with Mr. Ditsch and email to Mr. Sommer re new case on Section 1631 (.4). | 2.60 | $ 425.00 | $ 1,105.00 |
| 8/12/2020 | BED | Conference with Mr. Armstrong re preparation of Reply in support of motion to dismiss Complaint. | 0.20 | $ 420.00 | $ 84.00 |
| 8/12/2020 | JWA | Emails to and from Ms. Chester re unreadable Pacer exhibits to Erskine declaration (.3); review legible exhibits (.6); research and listen to Tony Doukoupi interview (.3); email to Mr. Sommer re same (.1); revise and continue drafting reply (2.8). | 4.10 | $ 425.00 | $ 1,742.50 |

## Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 8/13/2020 | BED | Telephone call from Mr. Sommer and conference with Mr. Armstrong re preparation of Reply in support of motion to dismiss and supporting Declarations (.4); reviewed communications between Fenn and Erskine (.5). | 0.90 | $ 420.00 | $ 378.00 |
| 8/13/2020 | JWA | Emails from Mr. Sommer re February 2020 letter from Mr. Erskine and emails from and to Mr. Erskine (.8); office conference with Mr., Ditsch and email to Mr. Sommer re same (.3); revise and continue drafting reply (2.4). | 3.50 | $ 425.00 | $ 1,487.50 |
| 8/14/2020 | BED | Reviewed Erskine exhibits. | 0.40 | $ 420.00 | $ 168.00 |
| 8/14/2020 | JWA | Revise and continue work on reply, including review of caselaw cited by plaintiff. | 3.40 | $ 425.00 | $ 1,445.00 |
| 8/17/2020 | BED | [NO CHARGE] Continued legal research re evidentiary issues for Reply in support of motion to dismiss complaint for lack of personal jurisdiction. | - | $ - | $ - |
| 8/17/2020 | BED | Telephone call from Mr. Sommer re Erskine letter to judge concerning settlement proposal and reviewed letter and Erskine Reply in support of Motion for Supplemental pleading. | 0.40 | $ 420.00 | $ 168.00 |
| 8/17/2020 | JWA | Review plaintiff's reply in support of Rule 15(d) motion and letter to the court proposing settlement conference (2.0); telephone conference with Mr. Sommer re same (.2); office conference with Mr. Ditsch re same (.3). | 2.50 | $ 425.00 | $ 1,062.50 |
| 8/18/2020 | BED | [NO CHARGE] E-mail to Mr. Sommer re status of Fenn Declaration. | - | $ - | $ - |
| 8/18/2020 | JWA | Continue work on reply (2.2); office conference with Mr. Ditsch re supporting declaration and potential motion to strike (.5). | 2.70 | $ 425.00 | $ 1,147.50 |
| 8/19/2020 | BED | Reviewed draft of Second Declaration of Forrest Fenn (.2); telephone call from co-counsel Karl Sommer (.1); conference with Mr. Armstrong re revision of Fenn Declaration and preparation or Reply in support of Motion to Dismiss for lack of jurisdiction (.2); reviewed Erskine Motion to Transfer (alternative to dismissal) (.2); conference with Mr. Armstrong re response to Erskine Motion (.2). | 0.90 | $ 420.00 | $ 378.00 |
| 8/19/2020 | JWA | Emails from Mr. Sommer re drafts of Fenn declaration (.5); office conference with Mr. Ditsch re same (.2); email to Mr. Sommer re same (.1); office conference with Mr. Ditsch and emails to Mr. Keene re hearsay research (.4); review notice and motion to transfer jurisdiction under 28 U.S.C. Section 1631 (.5); emails to and from Mr. Sommer re same (.2). | 1.70 | $ 425.00 | $ 722.50 |
| 8/20/2020 | BED | Reviewed final draft of Fenn Declaration. | 0.10 | $ 420.00 | $ 42.00 |
| 8/20/2020 | JWA | Emails from Mr. Sommer re further revisions of Fenn declaration (.2); email from Mr. Keene re research on media articles as hearsay (.5); continue work on reply (1.1). | 1.80 | $ 425.00 | $ 765.00 |

## Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 8/21/2020 | JWA | Analyze key hearsay cases cite by Mr. Keene (.7); revise and continue work on motion to dismiss reply (2.2); revise supplemental declaration of Mr. Fenn (.7); email to Mr. Sommer re same (.1). | 3.70 | $ 425.00 | $ 1,572.50 |
| 8/22/2020 | JWA | Revise and complete draft reply (1.0); email to Mr. Sommer re same (.1). | 1.10 | $ 425.00 | $ 467.50 |
| 8/23/2020 | BED | Reviewed and revised draft Reply in support of Motion to Dismiss Erskine Complaint (1.0); conference with Mr. Armstrong (.2). | 1.20 | $ 420.00 | $ 504.00 |
| 8/23/2020 | JWA | Emails from and to Mr. Sommer re supplemental Declaration and attachments (.2); email from Mr. Sommer re comments on draft reply (.3); email from and office conference with Mr. Ditsch re same (.4); revise reply (.6). | 1.50 | $ 425.00 | $ 637.50 |
| 8/24/2020 | BED | Telephone call from Mr. Sommer re filing of Reply in support of Fenn motion to dismiss complaint; reviewed Erskine motion in the alternative for transfer to District Court of New Mexico and federal statutes on change of venue; conference call with Mr. Sommer and Mr. Armstrong re litigation strategy. | 0.70 | $ 420.00 | $ 294.00 |
| 8/24/2020 | JWA | Review and revise reply (.3); office conference with Mr. Ditsch re same (.2); telephone conference with Mr. Sommer and Mr. Ditsch re same and motion to strike settlement letter and motion to transfer jurisdiction (.4); finalize and organize filing of reply, supplemental declaration and attachments (.3). | 1.20 | $ 425.00 | $ 510.00 |
| 8/25/2020 | JWA | Research and begin drafting  motion to strike improper filings by Mr. Erskine. | 1.50 | $ 425.00 | $ 637.50 |
| 8/26/2020 | JWA | Revise and continue drafting motion to strike. | 1.40 | $ 425.00 | $ 595.00 |
| 8/27/2020 | BED | Reviewed draft Motion to Strike Erskine filings (.2); e-mail to Mr. Armstrong (.1). | 0.30 | $ 420.00 | $ 126.00 |
| 8/27/2020 | JWA | Revise and complete motion to strike, including analysis of Section 1631 cases cited by plaintiff (1.6); emails to and from Mr. Ditsch re draft (.1); office conference with Mr. Ditsch re same (.1). | 1.80 | $ 425.00 | $ 765.00 |
| 8/28/2020 | JWA | Email from Mr. Sommer re draft motion to strike (.1); draft proposed order (.2); finalize motion (.1); organize filing (.1). | 0.50 | $ 425.00 | $ 212.50 |
| 8/30/2020 | BED | Reviewed Erskine's Response to Motion to Strike Filings (.2); e-mail | 0.30 | $ 420.00 | $ 126.00 |
| 8/30/2020 | JWA | Review response to motion to strike (.2); emails to and from Mr. | 0.40 | $ 425.00 | $ 170.00 |
| 8/31/2020 | BED | E-mail to Mr. Sommer and Mr. Armstrong re preparation of Reply in support of motion to strike filings (.2); conference with Mr. Armstrong (.1). | 0.30 | $ 420.00 | $ 126.00 |
| 8/31/2020 | JWA | Emails to and from Mr. Ditsch and Mr. Sommer re reply to motion to | 0.50 | $ 425.00 | $ 212.50 |

7

**Itemization of Legal Services**

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 9/2/2020 | BED | Reviewed and revised draft of Reply in support of motion to strike Erskine filings (.2); conference with Mr. Armstrong re revisions to Reply and litigation strategy (.1). | 0.30 | $ 420.00 | $ 126.00 |
| 9/2/2020 | JWA | Draft reply in support of motion to strike (2.1); emails to and from Mr. Sommer re same (.1); office conference with Mr. Ditsch re same (.2); finalize reply for filing (.2). | 2.60 | $ 425.00 | $ 1,105.00 |
| 9/3/2020 | BED | [NO CHARGE]  Reviewed final (filed) Reply in support of motion to strike; conference with Mr. Armstrong re final revisions. | - | $ - | $ - |
| 9/8/2020 | BED | Conference with Mr. Armstrong re effect of Mr. Fenn's death on civil litigation (.3); reviewed Rule 25, Fed. R. Civ. P. (.1);  e-mail to Mr. Sommer (.2); reviewed Notice of Death of party (.2); e-mail to Mr. Armstrong (.1). | 0.90 | $ 420.00 | $ 378.00 |
| 9/8/2020 | JWA | Telephone call from Mr. Sommer re death of client (.3); review online news (.3); email to and office conference with Mr. Ditsch re same (.4); research and draft Rule 25 notice of death (.5); emails to and from Mr. Sommer and Mr. Ditsch re same (.1); organize filing (.1); emails from Mr. Ditsch and Mr. Sommer re probate estate (.2). | 1.90 | $ 425.00 | $ 807.50 |
| 9/14/2020 | BED | Received and reviewed e-mail from plaintiff Brian Erskine re substitution of Fenn Estate as defendant in pending lawsuit (.2); conference with Mr. Armstrong re litigation strategy (.1); e-mails from / to Mr. Sommer (.1); legal research re "gold clause" under 31 U.S.C. section 5118 (.2); conference call with Mr. Sommer and Mr. Armstrong (.3); legal research re survival of contract claims past death of defendant (.2). | 1.10 | $ 420.00 | $ 462.00 |
| 9/14/2020 | JWA | Email from Mr. Erskine re death of Mr. Fenn, motion to substitute community property liability, and other issues (.2); email from Mr. Sommer re same (.1); office conference with Mr. Ditsch re same (.3); email to Mr. Sommer re same and proposed response (.2); telephone conference with Mr. Sommer and Mr. Ditsch re same (.3); emails to and from Mr. Sommer and Mr. Ditsch re language of proposed response (.4). | 1.50 | $ 425.00 | $ 637.50 |
| 9/15/2020 | BED | Continued legal research re abatement or survival of contract claims. | 0.10 | $ 420.00 | $ 42.00 |
| 9/15/2020 | JWA | Review New Mexico statute of survival of claims (.2); email to Mr. Ditsch re same (.1). | 0.30 | $ 425.00 | $ 127.50 |
| 9/17/2020 | BED | E-mails to / from Mr. Armstrong and Mr. Sommer re case status and strategy. | 0.10 | $ 420.00 | $ 42.00 |
| 9/17/2020 | JWA | Emails to and from Mr. Sommer re survival of claims under New Mexico law (.1); email to Mr. Erskine in response to September 14 email (.2). | 0.30 | $ 425.00 | $ 127.50 |
| 9/21/2020 | BED | E-mail to Mr. Sommer and Mr. Armstrong re Erskine e-mail. | 0.20 | $ 420.00 | $ 84.00 |

## Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 9/21/2020 | JWA | Email from Mr. Erskine re proposed stipulation to substitute Mr. Fenn's estate (.1); email to Mr. Sommer and office conference with Mr. Ditsch re same (.1). | 0.30 | $ 425.00 | $ 127.50 |
| 9/23/2020 | BED | [NO CHARGE] E-mails from Mr. Sommer re communications from Mr. Erskine. | - | $ - | $ - |
| 9/23/2020 | JWA | Emails from Mr. Sommer re blog post from the finder of the chest and Erskine's condolence card. | 0.40 | $ 425.00 | $ 170.00 |
| 9/24/2020 | JWA | Review Internet for blog tribute (.1); emails to and from Mr. Sommer and Mr. Ditsch re same (.1). | 0.30 | $ 425.00 | $ 127.50 |
| 9/29/2020 | BED | Replied to e-mail from Mr. Sommer re Erskine request for conference re another motion to transfer venue to New Mexico (.2); conference with Mr. Armstrong re litigation strategy and conference call with Mr. Sommer (.2). | 0.40 | $ 420.00 | $ 168.00 |
| 9/29/2020 | JWA | Email from Mr. Erskine re proposed new transfer motion (.1); emails from and telephone conference with Mr. Sommer and Mr. Ditsch re same (.4); email from Mr. Sommer re probate application (.2). | 0.70 | $ 425.00 | $ 297.50 |
| 9/30/2020 | JWA | Email to Mr. Erskine re proposed third request for transfer of case. | 0.20 | $ 425.00 | $ 85.00 |
| 10/6/2020 | BED | Conference with Mr. Armstrong re filing substitution of estate as defendant (.2); reviewed Order appointing personal representative for Estate; e-mail to Mr. Sommer; reviewed motion to substitute Estate as defendant (1). | 0.30 | $ 420.00 | $ 126.00 |
| 10/6/2020 | JWA | Emails from and to Mr. Sommer re appointment of personal representative and substitution of party (.4); office conference with Mr. Ditsch re same (.2); research and draft substitution motion and order (1.6); email to Mr. Sommer re same (.1). | 2.30 | $ 425.00 | $ 977.50 |
| 10/7/2020 | BED | Conference with Mr. Armstrong re case status and strategy (Mrs. Fenn has passed away). | 0.10 | $ 420.00 | $ 42.00 |
| 10/7/2020 | JWA | Emails from Mr. Summer and Mr. Ditsch re motion and order for substitution (.1); finalize and file same (.1). | 0.20 | $ 425.00 | $ 85.00 |
| 10/15/2020 | BED | [NO CHARGE] Conference with Mr. Armstrong re case status and strategy. | - | $ - | $ - |
| 10/20/2020 | BED | Reviewed Erskine Response to Motion for Substitution of Estate as Defendant (.2); conference with Mr. Armstrong re preparation of Reply to Erskine Response (.2). | 0.40 | $ 420.00 | $ 168.00 |
| 10/20/2020 | JWA | Review response to motion to substitute (.5); telephone call from Mr. Sommer re same (.2); office conference with Mr. Ditsch re same (.2); research and begin drafting reply (1.7). | 2.60 | $ 425.00 | $ 1,105.00 |
| 10/21/2020 | BED | Reviewed draft of Reply in support of motion to substitute Estate as defendant (.1); conference with Mr. Armstrong re finalizing Reply (.1). | 0.20 | $ 420.00 | $ 84.00 |

## Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 10/21/2020 | JWA | Revise and complete draft reply (1.4); office conference with Mr. Ditsch and emails to and from Mr. Sommer re same (.3); revise same (.3). | 2.00 | $  425.00 | $  850.00 |
| 10/22/2020 | BED | [NO CHARGE]  Telephone call to Mr. Sommer re case status; conference with Mr. Armstrong. | - | $  - | $  - |
| 10/22/2020 | JWA | Finalize and file reply. | 0.10 | $  425.00 | $  42.50 |
| 10/30/2020 | BED | [NO CHARGE]  E-mail to Mr. Sommer re case status. | - | $  - | $  - |
| 11/12/2020 | JWA | Check calendar for Judge Tuchi (.1); email to Mr. Sommer re same (.1). | 0.20 | $  425.00 | $  85.00 |
| 11/23/2020 | BED | [NO CHARGE]  Reviewed e-mails re Erskine statement of claim in Fenn bankruptcy case. | - | $  - | $  - |
| 11/23/2020 | JWA | Review disallowance of claim against estate by Mr. Erskine (.1); review court docket (.1); emails to and from Mr. Sommer re statement of claim, including review of same (.4). | 0.60 | $  425.00 | $  255.00 |
| 12/4/2020 | BED | Conference with Mr. Armstrong re Erskine Motion to Substitute Fenn Estate and Trust pursuant to Rule 25. | 0.50 | $  420.00 | $  210.00 |
| 12/4/2020 | JWA | Email from Mr. Sommer re second claim against probate estate (.3); office conference with Mr. Ditsch re same (.1); review motion to substitute Zoe Old as the defendant (.7); telephone call from Mr. Somme re same (.3). | 1.40 | $  425.00 | $  595.00 |
| 12/5/2020 | BED | Reviewed Erskine motion to substitute parties and exhibits. | 1.50 | $  420.00 | $  630.00 |
| 12/6/2020 | BED | E-mail to Mr. Armstrong re preparation of Response to Erskine motion to substitute parties. | 0.70 | $  420.00 | $  294.00 |
| 12/7/2020 | BED | Reviewed news articles concerning finder of Fenn's hidden treasure (.1); e-mail to Mr. Sommer (.1); conference with Mr. Armstrong (.2); conference call with Mr. Sommer and Mr. Armstrong re case status and strategy (.3). | 0.70 | $  420.00 | $  294.00 |
| 12/7/2020 | JWA | Email from Mr. Ditsch re motion to substitute (.2); review new articles on disclosure of the chest finder (.6); email to and telephone call from Mr. Sommer re same (.3). | 1.10 | $  425.00 | $  467.50 |
| 12/8/2020 | BED | Telephone conference with Mr. Sommer (.1); e-mails to / from Mr. Sommer re preparation of response to Erskine motion to substitute counsel (.2). | 0.30 | $  420.00 | $  126.00 |
| 12/8/2020 | JWA | Telephone conference with Mr. Sommer re response to Erskine motion to dismiss (2); review emails re same (.2). | 0.40 | $  425.00 | $  170.00 |
| 12/9/2020 | JWA | Office conference with Mr. Ditsch re status and strategy. | 0.40 | $  425.00 | $  170.00 |
| 12/14/2020 | JWA | Emails to and from Mr. Ditsch re status. | 0.10 | $  425.00 | $  42.50 |

## Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 12/17/2020 | BED | Conference with Mr. Armstrong re filing deadline for Response to Erskine motion to substitute Estate and Trust as defendants (.3); reviewed Erskine letter to Judge Tucchi re attempted service of process (Motion to Substitute) upon Zoe Old with exhibits re alleged threat to process server (.3); telephone conference with Mr. Sommer re Erskine filings (.3). | 0.90 | $ 420.00 | $ 378.00 |
| 12/17/2020 | JWA | Email to Mr. Sommer re draft response to substitution motion (.1); review letter to Judge Tuchi and attachments filed by Mr. Erskine (.6); telephone call from and to Mr. Sommer re same and draft response (.3); research bases for sanctions (1.0). | 2.00 | $ 425.00 | $ 850.00 |
| 12/18/2020 | BED | Reviewed Karl Sommer initial draft of Response to Erskine Motion to Substitute party for Forrest Fenn (.3); conference with Mr. Armstrong and reviewed / revised draft (.5); telephone call from Mr. Sommer (.1); legal research re Arizona provisional remedies (.3); conference with Mr. Armstrong (.2). | 1.40 | $ 420.00 | $ 588.00 |
| 12/18/2020 | JWA | Email from Mr. Sommer re draft responses (.1); revise and edit same (1.4); review comments from Mr. Ditsch (.3); email to and telephone call from Mr. Sommer re same (.3); finalize and file response (.2). | 2.30 | $ 425.00 | $ 977.50 |
| 12/21/2020 | BED | Reviewed draft e-mail to Mr. Erskine (.1); telephone call with Mr. Armstrong and Mr. Sommer (.2). | 0.30 | $ 420.00 | $ 126.00 |
| 12/21/2020 | JWA | Email from and telephone conference with Mr. Sommer re status, strategy, and proposed motion to strike and for sanctions (.5); review proposed email from Mr. Sommer to Mr. Erskine (.2); office conference with Mr. Ditsch re same (.4). | 1.10 | $ 425.00 | $ 467.50 |
| 12/23/2020 | BED | Reviewed draft e-mail from Mr. Sommer to Mr. Erskine (.1); conference with Mr. Armstrong re case status and strategy (.1); telephone call to Mr. Sommer re preparation of motion to strike Erskine submissions to court (.2). | 0.40 | $ 420.00 | $ 168.00 |
| 12/23/2020 | JWA | Emails to and from Mr. Sommer re proposed email to Mr. Erskine, motion to strike, and new action in New Mexico state court (.3); review revision to proposed email (.2); office conference with Mr. Ditsch re same (.2); telephone call from Mr. Sommer re same (.2). | 0.90 | $ 425.00 | $ 382.50 |
| 12/26/2020 | BED | Reviewed Erskine Reply in support of Motion for Substitution of Parties and exhibits. | 0.20 | $ 420.00 | $ 84.00 |
| 12/28/2020 | BED | Conference with Mr. Armstrong re case status and litigation strategy in reply to Erskine Reply memorandum. | 0.20 | $ 420.00 | $ 84.00 |
| 12/28/2020 | JWA | Review reply in support of plaintiff's motion to substitute, including attachments and Fariss opinion (1.3); emails to and from Mr. Sommer re same and proposed notice of appearance on behalf of Zoe Old (.2); office conference with Mr. Ditsch re same (.3). | 1.80 | $ 425.00 | $ 765.00 |
| 12/29/2020 | BED | Reviewed draft Notice of Appearance for Zoe Fenn Old; conference with Mr. Armstrong. | 0.10 | $ 420.00 | $ 42.00 |

### Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 12/29/2020 | JWA | Draft notice of appearance on behalf of Zoe Old (.4); emails to and from Mr. Sommer re same (.1); office conference with Mr. Ditsch re same and status (.2); file notice (.1). | 0.80 | $ 425.00 | $ 340.00 |
| 12/31/2020 | BED | Reviewed Erskine Declaration. | 0.10 | $ 420.00 | $ 42.00 |
| 12/31/2020 | JWA | Review affidavit of service filing by Mr. Erskine. | 0.30 | $ 425.00 | $ 127.50 |
| 1/4/2021 | BED | Conference with Mr. Armstrong re Erskine filing and case status / strategy; e-mail to Mr. Sommer. | 0.30 | $ 420.00 | $ 126.00 |
| 1/5/2021 | BED | Reviewed Old affidavit and e-mail to Mr. Sommer re suggestions to revise affidavit. | 0.30 | $ 420.00 | $ 126.00 |
| 1/29/2021 | JWA | Review motion to dismiss filed in the Andersen case. | 0.20 | $ 425.00 | $ 85.00 |
| 2/1/2021 | BED | Reviewed Court Order granting motion to dismiss Erskine lawsuit for lack of jurisdiction (.3); conference with Mr. Armstrong re court rulings and preparation of fee application (.3); telephone conference with Mr. Sommer (.1); e-mail to Mr. Sommer re court rules on fee applications. (.2). | 0.90 | $ 420.00 | $ 382.50 |
| 2/1/2021 | JWA | Review and analyze order resolving all pending motions (.6); office conference with Mr. Ditsch re same and fee application, including telephone conference with Mr. Sommer (.7); review LRCiv 54.2 and sample fee motions (.5); office conference with Mr. Ditsch re same (.3); review spreadsheet of time entries (.2). | 2.30 | $ 425.00 | $ 977.50 |
| 2/2/2021 | BED | Reviewed court rule (LRCiv54.2) re fee applications (.2); e-mails to Mr. Sommer and conference with Mr. Armstrong re preparation of application (.5); e-mail to Mr. Erskine re scheduling time to confer re issues concerning award of attorneys' fees (.1); began preparing itemized statement of legal services provided and conference with Mr. Armstrong re reductions of requested fees (.8). | 1.60 | $ 420.00 | $ 680.00 |
| 2/2/2021 | JWA | Begin drafting motion for attorneys' fees (1.8); office conference with Mr. Ditsch re motion strategy and required conference with Mr. Erskine (.4); telephone conference with Mr. Sommer and Mr. Ditsch re same, motion for clarification of dismissal order, and request for separate judgment (.5); draft motion and request (.5); emails from and to Mr. Sommer re same and email from Mr. Erskine (.3); review email from Mr. Ditsch to Mr. Erskine re conferral on fee motion (.1). | 3.60 | $ 425.00 | $ 1,530.00 |
| 2/3/2021 | BED | Reviewed draft Motion for Clarification re court's 2/1/21 order (.1); conference with Mr. Armstrong re proposed Order (.1); e-mail to Mr. Erskine re LRCiv54.2 consultation (.1). | 0.30 | $ 420.00 | $ 127.50 |
| 2/3/2021 | JWA | Office conference with Mr. Ditsch re need for proposed order with motion for clarification (.1); draft order (.1); organize filing (.1); emails from and to Mr. Sommer re dismissal of Bar complaint (.2); review follow-up email to Mr. Erskine (.1); continue drafting fee motion, including supplemental research of fee issues (2.5). | 3.10 | $ 425.00 | $ 1,317.50 |

## Itemization of Legal Services

| | | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|---|
| 2/4/2021 | JWA | Revise and continue work on fee motion (1.9); office conference with Mr. Ditsch re same (.3). | 2.20 | $ 425.00 | $ 935.00 |
| 2/5/2021 | BED | Conference with Mr. Armstrong re preparation of fee application (0.2); reviewed court order re granting motion for clarification and conference with Mr. Armstrong re entry of appealable final judgment (0.1); conference with Mr. Armstrong re Certificate of Consultation for LRCiv 54.,2) (0.1). | 0.40 | $ 420.00 | $ 170.00 |
| 2/5/2021 | JWA | Review order granting motion for clarification (.1); emails to and from Mr. Sommer re same (.1); email to Mr. Sommer re sample fee declarations (.2); revise and continue drafting fee motion (3.6); email to Mr. Sommer re partial draft of motion (.1). | 4.10 | $ 425.00 | $ 1,742.50 |
| 2/6/2021 | BED | Reviewed and revised Armstrong draft of Motion for Award of Attorneys Fees (.3); conference with Mr. Armstrong re further preparation of Motion and Related papers to comply with Local Rule 54.2 (.3). | 0.60 | $ 420.00 | $ 255.00 |
| 2/6/2021 | JWA | Email from and office conference with Mr. Ditsch re comments on draft fee motion (.5); revise and complete draft of motion (2.8); email to Mr. Sommer re same (.1). | 3.40 | $ 425.00 | $ 1,445.00 |
| 2/8/2021 | BED | Conference with Mr. Armstrong re preparation of fee application; e-mails to / from Mr. Sommer. | 0.10 | $ 420.00 | $ 42.50 |
| 2/8/2021 | JWA | Office conference with Mr. Ditsch re status and email from Mr. Sommer re same (.2); begin drafting declaration in support of fee motion (1.3). | 1.50 | $ 425.00 | $ 637.50 |
| 2/9/2021 | BED | Reviewed draft Declaration of James Armstrong and conference with Mr. Armstrong; revised itemization of legal services rendered. | 0.60 | $ 420.00 | $ 255.00 |
| 2/9/2021 | JWA | Revise and complete draft of declaration (2.7); email to Mr. Sommer re same (.1); office conference with Mr. Ditsch re same and status of fee application (.4); revise declaration (.2). | 3.40 | $ 425.00 | $ 1,445.00 |
| | | **Total Fees:** | 197.20 | | $ ~~83,475.00~~ |

*82755.00* *-7*

**KEY:**

| | | | | |
|---|---|---|---|---|
| JWA | = | James W. Armstrong, Attorney | 160.5 | $ 68,212.50 |
| BED | = | Brian E. Ditsch, Attorney | 36.7 | $ 14,542.50 |

Itemization of Legal Services

| | Description | Time | Hourly Rate | Bill Amount |
|---|---|---|---|---|

| Date | Computerized Legal Research Charges | Bill Amount |
|---|---|---|
| 7/1/2020 | Capital One, F.S.B.- Online Research - Westlaw- cc - June 2020 Thomson West Statement | $ 451.15 |
| 7/13/2020 | Pacer Online Research Court Records 4/01/20 - 6/30/20 | $ 30.50 |
| 7/31/2020 | Capital One, F.S.B.- Online Research - Westlaw- cc - July 2020 Thomson West Statement | $ 156.38 |
| 9/1/2020 | Thomson Reuters-West Publishing Group- Online Research - Westlaw- August 2020 Statement | $ 317.42 |
| 10/14/2020 | Pacer Online Research Court Records 7/01/20 - 9/30/20 | $ 13.10 |
| 11/1/2020 | Thomson Reuters-West Publishing Group- Online Research - Westlaw- cc - October 2020 Statement | $ 116.97 |
| 1/22/2021 | Pacer Online Research Court Records 10/01/20 - 12/31/20 | $ 14.60 |
| | Total: | $ 1,100.12 |

2938093v1

14