CV20-08123-PCT-JAT

```
FILED      ____ LODGED
RECEIVED   ____ COPY

      MAR 2 5 2021

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX227339
Cashier ID: lbrewste
Transaction Date: 03/26/2021
Payer Name: BRIAN ERSKINE

NOTICE OF APPEAL/DOCKETING FEE
 For: BRIAN ERSKINE
 Case/Party: D-AZX-2-20-CV-008123-001
 Amount:         $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 26574673814
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered: $505.00
Change Amt:       $0.00


A fee of $53 will be assessed on
all returned remittances.
```